# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Danielle Bensky and Jane Doe 3, individually and on behalf of all others similarly situated,

**Plaintiff**

vs.

Darren K. Indyke and Richard D. Kahn

**Defendant**

**Case Number:** 1:24-cv-1204

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jane Doe 1, individually and on behalf of all others similarly situated,

**Plaintiff**

vs.

Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas

**Defendant**

**Case Number:** 1:22-cv-10018 (JSR)

**Status of Earlier Filed Case:**

☑ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open — (If so, set forth procedural status and summarize any court rulings.)

Settlement, no appeal pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The earlier-filed case (against Deutsche Bank) and another related case (against JP Morgan) are both like the present matter because they are brought under the same statute (the TVPA) against entities and individuals that played a critical role in the Jeffrey Epstein sex-trafficking enterprise. There are substantially similar parties, transactions, and events involved, and substantial duplication of effort and expense would occur if the cases were to be deemed to be unrelated. Like the banking cases, the defendants in the newly filed case were integrally involved in the financial aspects of the sex trafficking venture – actions key to the allegations that the defendants violated the TVPA and New York statutes. Cash and wire payments to victims as well as bank accounts for various legal entities used to pay for victims' travel and lodging were crucial fact patterns developed in the banking cases that will be similarly important in the present matter. All three cases involve issues regarding Epstein co-conspirators' participation in a criminal enterprise. Witnesses in all three cases will be testifying regarding similar events and facts. Plaintiffs in the banking cases alleged the banks provided the access to cash necessary for Epstein's illegal sex trafficking venture. Plaintiffs in the present matter allege that the defendants had a crucial role in all the banking transactions at issue in the banking cases. All three cases involve the same sex trafficking organization and the same key players in the organization—and, ultimately, the issue of responsibilities to victims for roles as enablers of one of the worst sex criminals in modern history.

Signature: /s/ David Boies  Date: 2/16/2024

Firm: Boies Schiller Flexner LLP