UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY, *et al.*,<br><br>                    Plaintiff,<br><br>         -against-<br><br>DARREN K. INDYKE, *et al.*,<br><br>                    Defendants. | 24-CV-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Jane Doe 3 filed this case under a pseudonym without getting this Court's leave to do so. By February 23, 2024, plaintiffs should move for leave to proceed under a pseudonym.

    SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge