**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Danielle Bensky and Jane Doe 3,
individually and on behalf of all
others similarly situated,

      Plaintiffs,                        CASE NO:    1:24-cv-01204-AS

v.

Darren K. Indyke and Richard D. Kahn,

      Defendants.

---

**NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Plaintiff Jane Doe 3, hereby moves this Court for an order granting Plaintiff's leave to proceed anonymously.

| | |
|---|---|
| DATED:    February 22, 2024 | Respectfully submitted,<br><br>/s/ *David Boies*<br>David Boies (Lead Trial Counsel)<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY<br>Telephone: (212) 446-2300<br>Fax: (212) 446-2350<br>Email: dboies@bsfllp.com<br><br>Sigrid McCawley<br>Boies Schiller Flexner LLP<br>401 E. Las Olas Blvd. Suite 1200<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 356-0011<br>Fax: (954) 356-0022<br>Email: smccawley@bsfllp.com |