UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DARREN K. INDYKE, et al., <br><br> Defendants. | 24-cv-1204 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Upon the motion of Plaintiff Jane Doe 3 for an order permitting her to proceed under pseudonym, it is hereby ORDERED that Plaintiff's *ex parte* motion is GRANTED IN PART. Plaintiff Jane Doe 3 is permitted to proceed under pseudonym until such time as the Court orders her name to be disclosed. The Court reserves the right to modify this Order as the case progresses. If defendants oppose this order, they may indicate their opposition to the Court within 30 days of service.

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Dated: February 23, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge