**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>Defendants. | Civil Action No. 1:24-cv-01204-AS<br><br>**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD TRIAL COUNSEL** |

PLEASE TAKE NOTICE that Daniel H. Weiner of the law firm Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 hereby appears as Lead Trial Counsel for Defendant Darren K. Indyke in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
   February 28, 2024

HUGHES HUBBARD & REED LLP


By:  /s/  Daniel H. Weiner
  Daniel H. Weiner
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6874
Fax: (212) 299-6874

daniel.weiner@hugheshubbard.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 28, 2024, I caused to be electronically filed the foregoing Notice of Appearance and Designation of Lead Trial Attorney by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/   Daniel H. Weiner