

March 4, 2024

**Via ECF**
The Honorable Arun Subramanian
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

    **Re:** ***Bensky et al. v. Indyke et al***, **Case No. 1:24-cv-01204-AS**

Dear Judge Subramanian,

   We represent Danielle Bensky and Jane Doe 3, the plaintiffs in the above-captioned matter. We write jointly on behalf of Plaintiffs, and Defendants Darren K. Indyke and Richard D. Kahn to jointly request that the Court enter the following briefing schedule for Defendants' anticipated motion to dismiss the Plaintiffs' Complaint. The parties' respective Counsel have conferred and agree that Plaintiffs' time to file their Opposition, and Defendants' time to file their Reply, should be extended. Attached as **Exhibit A** is the parties' signed Stipulation to Service. Accordingly, the parties jointly respectfully request that the Court enter the following schedule:

- Defendants' Response to the Complaint – April 8, 2024
- Plaintiffs' Opposition Brief – May 23, 2024
- Defendants' Reply Brief – June 12, 2024

   We appreciate Your Honor's consideration of this request.

                  Respectfully Submitted,

                  */s/ David Boies*
                  David Boies (Lead Trial Counsel)
                  Boies Schiller Flexner LLP
                  55 Hudson Yards
                  New York, NY 10001
                  (212) 446-2300
                  dboies@bsfllp.com

                  *Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)