

www.pbwt.com

March 25, 2024

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

By ECF

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

      Re:    *Bensky et al. v. Indyke et al.*,
                  24 Civ. 1204 (S.D.N.Y.)

Dear Judge Subramanian:

        On behalf of Defendants Richard Kahn and Darren Indyke, we respectfully request the Court's permission to file a single memorandum of law on behalf of both Defendants that exceeds the page limit set forth in Your Honor's Individual Practices in Civil Cases. Specifically, Defendants seek to file one 30-page memorandum in support of their omnibus motion to dismiss Plaintiffs' claims and to strike the class allegations in the recently-filed complaint in this action. Plaintiffs do not oppose this request, provided they receive equivalent extra pages to respond.

        In accordance with Your Honor's March 5, 2024 order, Dkt. 24, Defendants intend to respond by April 8, 2024 to Plaintiffs' Individual and Class Action Complaint (the "Complaint"). Plaintiffs' voluminous Complaint spans more than 300 paragraphs and 85 pages, and pleads seven separate causes of action. Plaintiffs bring claims on behalf of themselves and a putative class. In addition to addressing the legal sufficiency of the Complaint as to the specific causes of action pleaded, Defendants intend to address the Court's lack of subject-matter jurisdiction over Plaintiff Danielle Bensky's claims, given her prior execution of a release that expressly discharges Defendants' liability for her alleged sexual abuse by Jeffrey Epstein.

        Ms. Bensky is not alone in executing a binding release of claims against Defendants; 187 other putative class members executed nearly identical releases. In light of these releases and for other reasons, Defendants intend to move to strike Plaintiffs' allegations on behalf of the purported class, pursuant to Rules 12(f) and 23(d)(1)(D). To avoid unnecessary repetition regarding the background facts and claims in the Complaint, Defendants intend to file an omnibus motion to dismiss and to strike and one memorandum of law in support of that motion on behalf

Hon. Arun Subramanian
March 25, 2024
Page 2

of both Defendants. Doing so in 20 pages would require the omission of legal and factual arguments that Defendants submit should prevail.

Accordingly, Defendants respectfully request the Court's permission to file a memorandum of law of up to 30 pages in support of their motion to dismiss Plaintiffs' claims and to strike Plaintiffs' class allegations. Defendants would, of course, consent to a concomitant enlargement of the page limit for Plaintiffs' memorandum of law in opposition if the Court grants their request.

Respectfully submitted,

Daniel Ruzumna

Application granted.

The Clerk of Court is directed to terminate the motion at Dkt. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 26, 2024