UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>*Defendants*. | Civil Action No.: 24-cv-01204 (AS)<br>[rel. 1:24-cv-02192 (AS)]<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS OR STRIKE

PLEASE TAKE NOTICE that Defendants Darren K. Indyke and Richard D. Kahn hereby move before this Court for entry of an order Dismissing or Striking Plaintiffs Danielle Bensky's and Jane Doe 3's Individual and Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f), and 23(d). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss or Strike.

Pursuant to Rule 8.G. of this Court's Individual Practices in Civil Cases, a nonargumentative chart identifying the elements of Plaintiff's claims that are not plausibly alleged is attached as Exhibit 1.

Dated: April 8, 2024

Respectfully submitted,

/s/ Daniel H. Weiner                           /s/ Daniel S. Ruzumna

Daniel H. Weiner, Esq.                         Daniel S. Ruzumna, Esq.
Marc A. Weinstein, Esq.                        Tara J. Norris, Esq.

| | |
|---|---|
| **HUGHES HUBBARD & REED LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Email: daniel.weiner@hugheshubbard.com<br>Email: marc.weinstein@hugheshubbard.com<br>Fax: (212) 299-6874<br>Fax: (212) 299-6460 | 1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>Email: druzumna@pbwt.com<br>Email: tnorris@pbwt.com<br>Fax: (212) 336-1205<br>Fax: (212) 366-1297 |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |