# Exhibit E

| | |
|---|---|
| **From:** | Brad Edwards <brad@epllc.com> |
| **Sent:** | Wednesday, July 5, 2023 4:35 PM |
| **To:** | Wohlgemuth, Stephen |
| **Cc:** | Maria Kelljchian; Johnson, Boyd; Ellsworth, Felicia H; ~Alan.Schoenfeld@wilmerhale.com; Machen, Ronald C.; Butts, John; WHJPMCService; Rachel Morse; Lenny Gail; DL - Motley Rice JPMC Service; Sullivan, Brendan; Warren, Zach; marc.weinstein@hugheshubbard.com; Ruzumna, Daniel (x2034); Norris, Tara (x2847); Brittany Henderson; Brad Edwards; daniel.weiner@hugheshubbard.com; Lau, Sean (x2742); hilary.mcdonnell@hugheshubbard.com; ldoxey@qbwt.com; DoeService |
| **Subject:** | Re: Does v. JP Morgan/Deutsche Bank - Subpoena(s) to Estate of Jeffrey E. Epstein |

*Caution: External Email!*

Steve,

We served a subpoena weeks ago that has since been narrowed after the settlement to documents we believe will better identify class members and information to support class member claims to the administrator. The estate's position is that the case settled so the subpoena is moot and they are not obligated to make production.

Brad

Sent from my iPhone

> On Jul 5, 2023, at 4:25 PM, Wohlgemuth, Stephen <SWohlgemuth@wc.com> wrote:
>
> **CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.
>
> ---
>
> Hi Maria,
>
> Can we please get some more information about the dispute? What is the application?
>
> Thanks,
>
> Steve
>
> **Stephen Wohlgemuth**
> **Williams & Connolly LLP**
> 680 Maine Avenue SW, Washington, DC 20024
> 202-434-5390 | www.wc.com

1

**From:** Maria Kelljchian <maria@cvlf.com>
**Sent:** Wednesday, July 05, 2023 3:40 PM
**To:** Johnson, Boyd <Boyd.Johnson@wilmerhale.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Machen, Ronald C. <Ronald.Machen@wilmerhale.com>; Butts, John <John.Butts@wilmerhale.com>; WHJPMCService <whjpmcservice@wilmerhale.com>; Rachel Morse <rmorse@masseygail.com>; Lenny Gail <lgail@masseygail.com>; DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>; Sullivan, Brendan <BSullivan@wc.com>; Warren, Zach <ZWarren@wc.com>; Wohlgemuth, Stephen <SWohlgemuth@wc.com>
**Cc:** marc.weinstein@hugheshubbard.com; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Brittany Henderson <Brittany@cvlf.com>; Brad Edwards <brad@cvlf.com>; daniel.weiner@hugheshubbard.com; Lau, Sean (x2742) <slau@pbwt.com>; hilary.mcdonnell@hugheshubbard.com; ldoxey@qbwt.com; DoeService <DoeService@bsfllp.com>
**Subject:** FW: Does v. JP Morgan/Deutsche Bank - Subpoena(s) to Estate of Jeffrey E. Epstein

Good afternoon counsel. Please advise if you are available for a call to the court tomorrow, July 6, 2023 at 9:30am, relating to subpoena directed to the Estate of Jeffrey E. Epstein.

Thank you,
Maria

*Please note new firm name and email address.*

Maria W. Kelljchian
Florida Registered Paralegal
EDWARDS HENDERSON LEHRMAN
THE CRIME VICTIM LAW FIRM
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Direct Dial: 954-323-2074
Office: 954-524-2820 | Facsimile: 954-524-2822
maria@cvlf.com | www.epllc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]