# Exhibit F

CLOSED,ECF,MEMBER,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22-cv-10019-JSR

Doe 1 v. JP Morgan Chase & Co.  
Assigned to: Judge Jed S. Rakoff  
Lead case: 1:22-cv-10018-JSR  
Member case: (View Member Case)  
Related Cases: 1:22-cv-02854-JSR  
                          1:23-cv-03903-JSR  
                          1:22-cv-10904-JSR  
                          1:23-cv-05459-JSR  
Cause: 28:1331ra Fed. Question: Racketeering (RICO) Act

Date Filed: 11/24/2022  
Date Terminated: 11/13/2023  
Jury Demand: Both  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

## Plaintiff

**Jane Doe 1**  
*Individually and on behalf of all others similarly situated*

represented by **David Boies , II**  
Boies, Schiller & Flexner LLP (Armonk)  
333 Main Street  
Armonk, NY 10504  
(914)-749-8200  
Fax: (914)-749-8300  
Email: dboies@bsfllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alexander Law**  
251 Fair Street  
Carmel, NY 10512  
609-217-4602  
Email: alaw@bsfllp.com  
*ATTORNEY TO BE NOTICED*

**Andrew Villacastin**  
Boies Schiller Flexner LLP  
55 Hudson Yards  
New York, NY 10001  
212-446-2300  
Email: avillacastin@bsfllp.com  
*ATTORNEY TO BE NOTICED*

**Brittany Henderson**  
Edwards Henderson Lehrman PLLC  
425 North Andrew Avenue  
Ste 2  
Fort Lauderdale, FL 33301  
954-524-2820  
Fax: 954-524-2822

Email: brittany@cvlf.com
*ATTORNEY TO BE NOTICED*

### Daniel Crispino
Boies Schiller Flexner LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
954-496-0291
Email: dcrispino@bsfllp.com
*ATTORNEY TO BE NOTICED*

### Dean Kaire
Edwards Henderson Lehrman
425 N. Andrews Ave
Suite 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: dean@cvlf.com
*ATTORNEY TO BE NOTICED*

### Sabina Mariella
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212-754-4541
Email: smariella@bsfllp.com
*ATTORNEY TO BE NOTICED*

### Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Email: smccawley@bsfllp.com
*ATTORNEY TO BE NOTICED*

### Bradley J Edwards
Edwards Henderson Lehrman PLLC
425 North Andrews Avenue
Suite 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: brad@cvlf.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **JP Morgan Chase & Co.**<br>*TERMINATED: 01/11/2023* | represented by | **Felicia H. Ellsworth**<br>Wilmer, Cutler, Pickering, Hale and Dorr, |

| | | |
|---|---|---|
| 07/06/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 186 MOTION for Joseph Bayerl to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27962751. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 07/06/2023) |
| 07/06/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/6/2023, without recording or transcription,in which counsel for all parties, including Mark Weinstein of Hughes Hubbard & Reed for the Epstein estate were present. The Epstein estate is ordered to continue its production of documents per the terms of the parties previous agreement relating to the ballet company and four associated individuals as to whom the estate previously agreed to produce documents.. (Kotowski, Linda) (Entered: 07/06/2023) |
| 07/06/2023 | 187 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/26/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/27/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/4/2023..(McGuirk, Kelly) (Entered: 07/06/2023) |
| 07/06/2023 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/26/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/06/2023) |
| 07/12/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/12/2023, without transcription or recording, during which counsel for all parties was present. The Court agrees to permit the depositions of the two witnesses to take place after the July 18, 2023, fact discovery deadline.. (Kotowski, Linda) (Entered: 07/14/2023) |
| 07/20/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/20/2023 with out transcription or recording,during which counsel for all parties, the estate of Jeffrey Epstein, and the Epstein Victims Compensation Program (EVCP) were present. The Court grants EVCPs request for letter briefing concerning its right to reimbursement for costs incurred in complying with a subpoena issued in this matter. EVCP is directed to file any such letter brief, which shall not to exceed 5 single-spaced pages, by no later the end of the day July 21, 2023. Any party wishing to file a response is directed to do so by 5 PM on August 1, 2023, at 5 PM. Any such response shall be no more than 3 single-spaced pages, unless all responding parties wish to file a single joint-response, in which case the letter may be 6 single-space pages. To the extent EVCP wishes to file any letter in reply, which may not exceed 2 single-spaced pages, it is directed to do so by 5 PM on August 3, 2023. No oral argument will be scheduled.. (Kotowski, Linda) (Entered: 07/21/2023) |
| 07/21/2023 | 189 | MOTION reimbursement under Rule 45 (via letter briefing per 7/21/2023 Text Order) . Document filed by Epstein Victims Compensation Program, Jordana H. Feldman..(Schapiro, Andrew) (Entered: 07/21/2023) |
| 07/31/2023 | 190 | RESPONSE *in Opposition to Third-Party Defendant James Staley's Letter Alleging Waiver*. Document filed by JPMorgan Chase Bank, N.A...(Ellsworth, Felicia) (Entered: 07/31/2023) |