UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>                    Defendants. | Civil Action No. 1:24-cv-01204 (AS)<br>[rel. 1:24-cv-02192]<br><br>Honorable Arun Subramanian, U.S.D.J. |

**NOTICE OF MOTION FOR IMPOSITION OF SANCTIONS
PURSUANT TO FED. R. CIV. PROC. RULE 11**

PLEASE TAKE NOTICE that, upon the Affirmation of Daniel H. Weiner dated March 18, 2024, with all exhibits thereto, and the accompanying Defendants' Memorandum of Law in Support of Their Motion for Sanctions dated April 8, 2024, Defendants Darren K. Indyke and Richard D. Kahn, by and through their undersigned attorneys, will move this Court before the Honorable Arun Subramanian, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY 1007, at a time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 11(b) and 11(c) imposing appropriate sanctions against Ms. Bensky's counsel.

| | |
|---|---|
| Dated: New York, New York<br>April 8, 2024 | HUGHES HUBBARD & REED LLP<br>*Attorneys for Defendant Darren K. Indyke*<br><br>By: /s/ *Daniel H. Weiner*<br>   Daniel H. Weiner<br>   Marc A. Weinstein<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Email: daniel.weiner@hugheshubbard.com<br>Email: marc.weinstein@hugheshubbard.com<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br>*Attorneys for Defendant Richard D. Kahn*<br><br>By: /s/ *Daniel S. Ruzumna*<br>   Daniel S. Ruzumna<br>   Tara J. Norris<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>Email: druzumna@pbwt.com<br>Email: tnorris@pbwt.com |

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that, on April 8, 2024, I caused to be electronically filed the foregoing Notice of Appearance by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

       /s/ *Daniel H. Weiner*
       Daniel H. Weiner