# EXHIBIT 7

**From:** Tomback, Andrew <andrew.tomback@whitecase.com>
**Sent:** Saturday, March 28, 2020 5:22 PM
**To:** 'David Boies' <xboies@gmail.com>
**Cc:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Tomback, Andrew <andrew.tomback@whitecase.com>
**Subject:** FW: Epstein Victims' Compensation Program

David –

Thanks for speaking with us yesterday. Assuming the Program goes forward – as we all hope it does, and soon – the Co-Executors are willing to let the Program Administrator (Ms. Feldman) determine on a case-by-case basis the need to anonymize individual claimants' files before sharing them with Professor Hamilton. We appreciate your agreement with respect to the release.

Best,

Andy

**Andrew E. Tomback** | Partner
T +1 212-819-8428    M +1 917-301-1285    E andrew.tomback@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

From: Tomback, Andrew
Sent: Thursday, March 26, 2020 3:06 PM
To: 'Josh Schiller' <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; 'Sigrid McCawley' <Smccawley@BSFLLP.com<mailto:Smccawley@BSFLLP.com>>; 'David Boies2' <xboies@gmail.com<mailto:xboies@gmail.com>>
Cc: Tomback, Andrew <andrew.tomback@whitecase.com<mailto:andrew.tomback@whitecase.com>>; Dan Weiner <daniel.weiner@hugheshubbard.com<mailto:daniel.weiner@hugheshubbard.com>>
Subject: FW: Epstein Victims' Compensation Program

Dear Mr. Boies:

Ken Feinberg shared with me your recent communication with USVI Attorney General Denise George on the subject of the Epstein Victims' Compensation Program. On behalf of the Co-Executors, we want to clear up any misunderstanding regarding (1) the proposed role of Professor Marci Hamilton in the Program, and (2) the third-party release required by the Estate as part of its establishment of the Program.

Regarding Ms. Hamilton, our clients' position is the one set forth in my email to you of March 23, 2020, reproduced below. If she is to have any role in the Program, it would be on that basis. The Co-Executors are also of course prepared to proceed with the Program without Ms. Hamilton's participation, since the nationally recognized experts who designed and will implement the Program have extensive experience in handling claims of child sexual abuse. We understand that plaintiffs' counsel by and large feel the same way, since none raised any objection to Ms. Feldman, Mr. Feinberg and Ms. Biros.

As for the third-party release, that requirement allows the Co-Executors to comply with their fiduciary obligations to the Estate by ensuring finality in resolving claims through the Program, and avoids the Estate being dragged back into litigation through third-party impleader claims based on theories of contribution, indemnity, respondeat superior or otherwise.  Accordingly, a third-party release has been a part of the proposed Program Protocol since it was first circulated in mid-December 2019.  It was discussed by both Ms. Feldman and Mr. Feinberg during their testimony before the USVI Probate Court on February 4, 2020.  (See February 4 Hearing Tr. at 118:25-119:13, 127:20-128:24 (Ms. Feldman); 179:12-180:22 (Mr. Feinberg).)  It was also the subject of extensive discussion, without objection, in our face-to-face meeting with the Attorney General's representatives and Brad Edwards in Miami on March 5, 2020.  For your information, we attach the form release we shared with the Attorney General on March 16, 2020.  We received no comments on it from her or her representatives.

Sincerely,
Andrew E. Tomback
Andrew E. Tomback  |  Partner
T  +1 212-819-8428<tel:+1212-819-8428>    M  +1 917-301-1285<tel:+1917-301-1285>    E  andrew.tomback@whitecase.com<mailto:andrew.tomback@whitecase.com>
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095
[cid:image001.png@01D60380.03DF9590]