# EXHIBIT 8

**From:** Brad Edwards <brad@epllc.com>
**Sent:** Friday, April 3, 2020 4:17 PM
**To:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>
**Cc:** Singer, Linda <lsinger@motleyrice.com>; Brittany Henderson <brittany@epllc.com>; smccawley@bsfllp.com; David Boies (xboies@gmail.com) <xboies@gmail.com>; Andrew Tomback <andrew.tomback@whitecase.com>
**Subject:** Re: Epstein Victims' Compensation Program

I'm not sure whether that communication made the issue better or worse. I think we are all on the same page that Epstein (and the estate standing in his shoes) will be released as will any related entity or individual whose acts may have allowed for his abuse. If someone else abused a claimant, whether at Epstein's property or anywhere else on the planet then the estate is not looking to settle for that other person. For instance, if Prince Andrew committed an act of sexual abuse then he is not being released. I believe everyone is on the same page with this. If that is not already clear, is there an additional sentence that makes it clear so that this can move forward?

My understanding is that this is the scenario the AG wants to make sure is not released and also one the Estate is not trying to release. There is no way what amounts to an agreement should stand in the way of the program starting for even a second. When there were disagreements, I understood. Now, all parties agree on the issue and still we can't find simple language that gives the comfort necessary for everyone to file an agreement with the court?

Sent from my iPhone

> On Apr 3, 2020, at 3:59 PM, Weiner, Daniel H. <daniel.weiner@hugheshubbard.com> wrote:
>
> Linda –
>
> We believe that this is a communications issue rather than a substantive disagreement.
>
> As we've said from the outset, the Co-Executors have two ways of addressing claims brought by those alleging sexual abuse at the hands of Mr. Epstein: defense of civil litigation or participation in a voluntary compensation program. For reasons explained at length in the Co-Executors' multiple filings with the USVI Probate Court and at the February 4 hearing before Judge Percell, the Program is far preferable from the point of view of the Estate and most claimants, including those who for various reasons may not be able to prosecute their claims through litigation.
>
> An indispensable element of the Program – both practically and as a matter of the Co-Executors' fiduciary obligations under USVI law -- is the Estate's need to achieve finality of resolution with regard to individual claimants. If a particular claimant demonstrates to the Program Administrator that compensation is appropriate, that claimant will have the choice – fully informed by her own counsel – whether to accept or reject the proposed compensation determination. If she elects to accept it, that will fully and finally resolve all claims by her against the Releasees described in the General Release we

1

circulated on March 16. However, that Release would not preclude the claimant from pursuing alleged individual wrongdoers not affiliated with the Epstein Entities who, in your words, "themselves sexually abused victims (as opposed to facilitating Epstein's abuse.)"

Brad Edwards, who as you know represents nearly two dozen actual and potential claimants, yesterday stated with regard to the General Release that, "[w]hatever language allows the Estate to finally move forward is fine with me." David Boies, whose firm also represents several claimants, has also approved the General Release.

The Attorney General is the only person preventing the Program from becoming a reality. While we have asked Judge Percell to move forward and establish the Program over the Attorney General's objection, the Co-Executors would much prefer to have your client allied with claimants and the Estate in this entirely voluntary, non-adversarial mechanism to achieve justice.

Best,
Dan


**Daniel H. Weiner** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor | New York, NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio