# EXHIBIT 11



**Hughes**
**Hubbard**
**& Reed**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

March 18, 2024

**VIA EMAIL AND USPS**

David Boies, Esq.
Boies Schiller Flexner LLP (Armonk)
333 Main Street
Armonk, NY 10504

Sigrid S. McCawley, Esq.
Boies Schiller Flexner LLP (Fort Lauderdale)
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301

Re:     _Bensky et al v. Indyke et al._, No. 1:24-cv-01204-AS (S.D.N.Y.)

Dear Mr. Boies and Ms. McCawley,

      We enclose a copy of (1) Defendants' Notice of Motion for Imposition of Sanctions
Pursuant to Fed. R. Civ. Proc. Rule 11, (2) Defendants' Memorandum of Law in Support of
Their Motion for Rule 11 Sanctions and (3) my Affirmation in support thereof, with
accompanying exhibits, explaining that the Complaint in this action violates Rule 11 of the
Federal Rules of Civil Procedure. If by April 8, 2024 you do not withdraw the Complaint as to
Ms. Bensky and strike the class allegations, Defendants will file these documents with the Court
pursuant to Rule 11(c).[1]

                          Sincerely,

                          Daniel H. Weiner

Enclosures
cc:   Daniel S. Ruzumna, Esq.

---

1.  Defendants will file an appropriately redacted version of these papers, as well as provide an unredacted version
    to the Court under seal.