# EXHIBIT 12

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN THE MATTER OF THE ESTATE OF   )
                                 )   PROBATE NO. ST-19-PB-80
                                 )
JEFFREY E. EPSTEIN,              )
                    Deceased     )
_____  )

## LETTERS TESTAMENTARY

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, that the Last Will and Testament of **JEFFREY E. EPSTEIN** dated the 8th day of August 2019, which is hereto annexed, has been duly proven in this Court, and that **DARREN K. INDYKE** and **RICHARD D. KAHN**, who have been nominated as Co-Executors therein have been duly appointed Co-Executors of the estate of **JEFFREY E. EPSTEIN**.

This, therefore, authorizes **DARREN K. INDYKE** and **RICHARD D. KAHN** to administer the Estate of **JEFFREY E. EPSTEIN**, deceased, according to law.

DATED: September 6th, 2019

CAROLYN P. HERMON-PERCELL
Magistrate Judge of the Superior Court
of the Virgin Islands

ATTEST:
ESTRELLA H. GEORGE
Clerk of the Court

By: Edotcia Thomas Hodge
EDOTCIA THOMAS-HODGE
Court Clerk Supervisor  9/16/2019

A CERTIFIED TRUE COPY
DATE: September 6, 2019
ESTRELLA H. GEORGE
CLERK OF THE COURT
BY: _____
COURT CLERK II

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN THE MATTER OF THE ESTATE OF )
) PROBATE NO. ST-19-PB-80
)
JEFFREY E. EPSTEIN, )
                Deceased )
)

## ORDER FOR PROBATE

Upon consideration of the Petition filed herein, and it appearing to the satisfaction of the Court that **JEFFREY E. EPSTEIN** died, testate, in Manhattan, New York, on August 10, 2019, and the adult heirs-at-law and next of kin of the deceased have been served with process or have consented to said Petition, and the Last Will and Testament of **JEFFREY E. EPSTEIN** dated the 8th day of August 2019 having been duly proved in this Court, and there being no valid objection to the probate of the said Will, it is

**ORDERED** that the Will is admitted to probate and recorded as the Last will and Testament of **JEFFREY E. EPSTEIN** valid to pass real and personal property, and that Letters Testamentary be issued to **DARREN K. INDYKE** and **RICHARD D. KAHN**, the Co-Executors named therein, who may qualify hereunder without bond, conditioned on the faithful performance of trust.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the Seal of the Court to be affixed this ___6th___ day of ___September___ 2019.

                                              CAROLYN P. HERMON-PERCELL
                                              Magistrate Judge of the Superior Court
                                                   of the Virgin Islands

ATTEST:
**ESTRELLA H. GEORGE**
Clerk of the Court

By: _Edotcia Thomas-Hodge_
     **EDOTCIA THOMAS-HODGE**
     Court Clerk Supervisor  9 / 6 /2019

A CERTIFIED TRUE COPY
DATE September 6, 2019
ESTRELLA H. GEORGE
CLERK OF THE COURT
BY _Jason Monbo_
COURT CLERK II