**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DARREN K. INDYKE and RICHARD D. KAHN, <br><br> *Defendants*. |

Civil Action No.: 24-cv-01204 (AS)
[rel. 1:24-cv-02192]

## NOTICE OF DEFENDANTS' MOTION TO STAY DISCOVERY

PLEASE TAKE NOTICE that Defendants Darren K. Indyke and Richard D. Kahn hereby move before this Court for entry of an order staying discovery pending the Court's resolution of Defendants' motion to dismiss or strike Plaintiff Danielle Bensky's and Jane Doe 3's Individual and Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f), and 23(d).  The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Motion to Stay Discovery.

Dated:  April 8, 2024

Respectfully submitted,

 _/s/ Daniel H. Weiner_
Daniel H. Weiner, Esq.
Marc A. Weinstein, Esq.

**HUGHES HUBBARD & REED LLP**

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Email: daniel.weiner@hugheshubbard.com
Email: marc.weinstein@hugheshubbard.com
Fax: (212) 299-6874
Fax: (212) 299-6460

*Attorneys for Defendant Darren K. Indyke*

 _/s/ Daniel S. Ruzumna_
Daniel S. Ruzumna, Esq.
Tara J. Norris, Esq.

**PATTERSON BELKNAP WEBB & TYLER LLP**

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Email: druzumna@pbwt.com
Email: tnorris@pbwt.com
Fax: (212) 336-1205
Fax: (212) 366-1297

*Attorneys for Defendant Richard D. Kahn*