

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

April 9, 2024

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Bensky et al. v. Indyke et al.*, Case No. 1:24-cv-01204 (AS)
               [rel. 1:24-cv-02192 (AS)]

Dear Judge Subramanian:

    We represent Defendant Darren K. Indyke in this matter. One April 8, 2024, we filed a Notice of Motion, Motion for Rule 11 Sanctions and Affirmation of Daniel H. Weiner that redacted the sensitive financial information of Plaintiff Danielle Bensky — specifically, the amount that she received from the Epstein Victims' Compensation Program — pursuant to Rule 11(A) of your Individual Practices in Civil Cases. We write to request permission to file under seal the unredacted versions of those papers.

                                             Respectfully submitted,

                                             Daniel H. Weiner

cc:    Counsel of Record (by ECF)