UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>      Defendants. | Case No. 1:24-cv-01204-AS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sigrid S. McCawley, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiffs Danielle Bensky and Jane Doe 3 in the above-captioned proceeding.

Dated: New York, New York
   April 18, 2024

                BOIES SCHILLER FLEXNER LLP

                By: /s/ Sigrid S. McCawley
                    Sigrid S. McCawley
                    Boies Schiller Flexner LLP
                    401 E. Las Olas Blvd. Suite 1200
                    Fort Lauderdale, FL 33316
                    Phone: (954) 356-0011
                    Fax: (954) 356-0022
                    smcawley@bsfllp.com

                    *Attorney for Plaintiffs Danielle Bensky and Jane Doe 3*