

April 18, 2024

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      **Re: *Bensky et al. v. Indyke et al*, Case No. 1:24-cv-01204-AS**

Dear Judge Subramanian,

    We write on behalf of Plaintiffs Danielle Bensky and Jane Doe 3 to respectfully request permission to file a 30-page memorandum in opposition to Defendants' omnibus motion to dismiss and strike in excess of the Court's page limit.  Dkt. 33.  Additional pages are required to respond fulsomely to Defendants' arguments and allegations.  The Court previously granted Defendants' request to file a 30-page memorandum in support of their motion.  Dkt. 28.  As Defendants noted in their letter motion, Plaintiffs "d[id] not oppose this request, provided they receive equivalent extra pages to respond."  Dkt. 27 at 1.  Defendants also stated they "would, of course, consent to a concomitant enlargement of the page limit for Plaintiffs' memorandum of law in opposition if the Court grants their request."  *Id.* at 2.

    Accordingly, Plaintiffs respectfully request the Court's permission to file a memorandum of law of up to 30 pages in opposition to Defendants' omnibus motion to dismiss and strike.  We appreciate Your Honor's consideration of this letter motion.

                                                  Respectfully submitted,

                                                 /s/ Sigrid McCawley

                                                 Sigrid McCawley
                                                 Boies Schiller Flexner LLP
                                                 401 E. Las Olas Blvd. Suite 1200
                                                 Fort Lauderdale, FL 33316
                                                 (954) 356-0011
                                                 smmcawley@bsfllp.com

cc:  All Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com