**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Danielle Bensky and Jane Doe 3,
individually and on behalf of all
others similarly situated,

        Plaintiffs,                           CASE NO:    1:24-cv-01204-AS
                                                 [rel: 1:24-cv-02192-AS]

v.

Darren K. Indyke and Richard D.
Kahn,

        Defendants.

_____

**NOTICE OF MOTION FOR IMPOSITION OF SANCTIONS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

PLEASE TAKE NOTICE that, with the accompanying Plaintiffs' Memorandum of Law

in Support of Their Motion for Sanctions dated April 19, 2024, Plaintiffs, by and through their

undersigned attorneys, will move this Court before the Honorable Arun Subramanian, United

States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

Courtroom 15A, New York, NY 1007, at a time to be determined by the Court, for an Order

pursuant to Federal Rules of Civil Procedure 11(b) and 11(c) imposing appropriate sanctions

against Defendants' counsel.

DATED:  April 19, 2024

Respectfully submitted,

/s/ *Sigrid McCawley*
David Boies
Boies Schiller Flexner
LLP 55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Facsimile:  (212) 446-2350
Email: dboies@bsfllp.com

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com