UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Bensky and Jane Doe 3,
individually and on behalf of all
others similarly situated,

       Plaintiffs,

v.

Darren K. Indyke and Richard D. Kahn,

       Defendants.

CASE NO:   1:24-cv-01204-AS

## DECLRATION OF SIGRID MCCAWLEY

I, Sigrid McCawley, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Boies Schiller Flexner LLP, counsel for Danielle Bensky and Jane Doe 3, individually and on behalf of all others similarly situated in this action. The statements in the Declaration are based on my personal knowledge.

2. I submit this Declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion of Rule 11 Sanctions in this action.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of an excerpted portion of the deposition of Richard Kahn from May 18, 2023, taken as a part of *Jane Doe 1 v. JPMorgan Chase Bank NA*, 1:22-cv-10019 (S.D.N.Y.).

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the EVCP Agreement.[1]

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2024 in Ft. Lauderdale, Florida.

*/s/* Sigrid McCawley

Sigrid McCawley

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the accompanying Plaintiffs' Response in Opposition to Defendants' Motion for Rule 11 Sanctions.