UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>DARREN K. INDYKE, et al.,<br><br>                Defendants. | 24-CV-01204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The motions to seal are granted. Dkts. 37, 50. Both motions for sanctions are denied. Dkts. 32, 44. The motion to stay discovery is granted in part. Dkt. 35. The parties should hold their Rule 26(f) conference and submit the required report, negotiate an ESI order as appropriate, serve discovery demands, negotiate search terms and custodians, and collect documents for production. But the parties need not produce documents until further order of the Court.

The Clerk of Court is directed to terminate the motions at Dkts. 32, 35, 37, 44, and 50.

SO ORDERED.

Dated: April 23, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                         United States District Judge