UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY, et al., <br><br>                                Plaintiffs, <br><br> -against- <br><br> DARREN K. INDYKE, et al., <br><br>                                Defendants. | 24-CV-01204 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    The conference currently set for May 30, 2024, is hereby ADJOURNED to June 26, 2024, at 3:00 PM. The parties should be prepared to discuss the pending motion to dismiss at the conference.

    SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                                                     ARUN SUBRAMANIAN
                                                        United States District Judge