UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE BENSKY, et al.,

                Plaintiffs,

       -against-

DARREN K. INDYKE, et al.,

                Defendants.

24-CV-01204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       The Clerk of Court is directed to terminate the motion at Dkt. 38. That motion was disposed of by this Court's order at Dkt. 53.

       SO ORDERED.

Dated: May 13, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge