**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DARREN K.  INDYKE and RICHARD D. KAHN,<br><br>Defendants. | 24-CV-01204 (AS)<br>[rel. 24-CV-02192 (AS)]<br><br>**NOTICE OF FILING CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER** |

Plaintiffs, DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all other similarly situated, hereby provide notice of filing the parties' proposed Protective order, attached hereto.  Pursuant to Individual Rule 11(D), Plaintiff will email Chambers a redline comparing the proposed Protective Order to the Court's Model Protective Order.

Dated: May 21, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

/s/ *Sigrid McCawley*
David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022

Email: smccawley@bsfllp.com

*Attorneys for Plaintiffs*