

www.pbwt.com

May 29, 2024

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

By ECF

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

*Application granted.*

*The Clerk of Court is directed to terminate the motion at Dkt. 61.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: May 29, 2024*

Re:   *Bensky et al. v. Indyke et al.*,
      24 Civ. 1204 (S.D.N.Y.)

Dear Judge Subramanian:

On behalf of Defendants Richard Kahn and Darren Indyke, we respectfully request the Court's permission to file a reply memorandum of law that exceeds the page limit set forth in Your Honor's Individual Practices in Civil Cases. Specifically, Defendants seek to file one 8-page reply memorandum in support of their omnibus motion to dismiss Plaintiffs' claims and to strike the class allegations. Plaintiffs do not oppose this request.

As Your Honor is aware, Defendants previously sought and obtained permission to file a 30-page opening memorandum of law in support of their motion, Dkt. 28, and Plaintiffs sought and obtained permission to file a 30-page memorandum in opposition to Defendants' motion, Dkt. 43. While Defendants intend for their reply to be concise, they are filing a combined single brief, and the number of arguments at issue in the briefing to date necessitates a short extension of Your Honor's 5-page limit for reply memoranda. Defendants' proposed extension of the page limit to 8 pages is proportional to the page limit extensions granted for the opening and opposition briefs.

Hon. Arun Subramanian
May 29, 2024
Page 2

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

Daniel S. Ruzumna