UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
DANIELLE BENSKY and JANE DOE 3, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

                -against-

DARREN K. INDYKE and RICHARD D. KAHN,

                Defendants.
--------------------------------------------------------------------------------

JANE DOE,

                Plaintiff,

                -v-

DARREN K. INDYKE and RICHARD D. KAHN,

                Defendants.
--------------------------------------------------------------------------------

24-CV-1204 (AS)

24-CV-2192 (AS)

CONSOLIDATION ORDER

**ARUN SUBRAMANIAN, United States District Judge:**

    At the June 26, 2024 hearing, the Court inquired into whether there was any opposition to consolidating these cases, given the similarity of the issues raised. Neither party objected. Accordingly, these cases are hereby CONSOLIDATED for pre-trial purposes. (The Court will address whether consolidation for trial is warranted at a later date.)

    The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 24-CV-1204, and to close 24-CV-2192. All future filings shall be on the 24-CV-1204 docket. All deadlines currently in force in 24-CV-1204 shall likewise apply to 24-CV-2192.

    SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge