UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>                    *Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |

NOTICE OF MOTION FOR DISCLOSURE
OF THE IDENTITY OF PLAINTIFF JANE DOE 3

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion for Disclosure of the Identity of Plaintiff Jane Doe 3 dated August 12, 2024, and all of the prior proceedings in the above-referenced action, Defendants Darren K. Indyke and Richard D. Kahn, by and through their undersigned attorneys, will move this Court on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York, before the Honorable Arun Subramanian, United States District Judge, for an Order requiring public disclosure of the identity of Plaintiff Jane Doe 3.

Dated:  August 12, 2024
          New York, New York

| | |
|---|---|
| */s/ Daniel H. Weiner* | */s/ Daniel S. Ruzumna* |
| Daniel H. Weiner, Esq.<br>Marc A. Weinstein, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza | Daniel S. Ruzumna, Esq.<br>Tara J. Norris, Esq.<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas |

| | |
|---|---|
| New York, New York 10004 | New York, New York 10036 |
| Telephone: (212) 837-6000 | Telephone: (212) 336-2000 |
| daniel.weiner@hugheshubbard.com | druzumna@pbwt.com |
| marc.weinstein@hugheshubbard.com | tnorris@pbwt.com |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |