

www.pbwt.com

August 13, 2024

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Bensky et al. v. Indyke et al.*, No. 1:24-cv-01204-AS

Dear Judge Subramanian:

Pursuant to Paragraphs 3(A) and 3(E) of Your Honor's Individual Practices in Civil Cases, I respectfully submit this letter-motion on behalf of Defendant Richard Kahn to request an adjournment of the hearing on Plaintiff's motion to compel nonparty Bella Klein to produce documents (the "Motion to Compel") (ECF No. 76), currently scheduled for August 21, 2024 (ECF No. 79).

I am Mr. Kahn's designated lead counsel in this action, and I will be on an out-of-state vacation from August 21-28, which will prevent me from attending a hearing on those dates. Though the pending Motion to Compel does not directly implicate Mr. Kahn, it does directly implicate Mr. Kahn's business, HBRK Associates, Inc. ("HBRK"). Ms. Klein has been an employee of HBRK for many years, and HBRK is in possession of what we understand to be all of her email accounts used for work-related purposes and other work-related materials requested of her. Plaintiff served a third-party subpoena on HBRK in this action, and as we informed Plaintiff's counsel, we intend to run searches and produce documents from Ms. Klein's email accounts and other files as part of the HBRK production. Because we think that it may be important for me, as lead counsel for Mr. Kahn and for HBRK, to be present at the hearing on Plaintiff's Motion to Compel, we respectfully request an adjournment.

This is Mr. Kahn's first request for an adjournment, and the adjournment would not affect any other pending deadlines in this action. I am available to attend a rescheduled hearing on the afternoon of August 20 or on any date on or after August 29, at the Court's convenience. As a reminder, Plaintiff's motion for class certification is due on September 13, 2024, and discovery closes on October 28, 2024.

I have contacted Plaintiff's counsel and Ms. Klein's counsel regarding this letter-motion. Ms. Klein's counsel does not oppose the requested adjournment. Plaintiff's counsel does not oppose rescheduling the hearing for August 20, provided that the hearing takes place in the afternoon so that Plaintiff has sufficient time to confer with Ms. Klein's counsel that morning,

Hon. Arun Subramanian
August 13, 2024
Page 2

pursuant to the Court's order that the parties confer prior to the hearing (ECF No. 79). Plaintiff's counsel also does not oppose rescheduling the hearing for August 29 or after.

Plaintiff's counsel further indicated that their lead counsel is unavailable on August 20 and on the currently scheduled date of August 21. If the conference is scheduled on August 20 or August 21, Plaintiff requests relief from this Court's Individual Rule 2(A) requiring lead counsel to appear at all conferences. Plaintiff's counsel indicated that Ms. Klein's counsel does not oppose Plaintiff's request.

Accordingly, we respectfully request that the Court adjourn the hearing on Plaintiff's motion to compel (ECF No. 76) and reschedule the hearing for either the afternoon of August 20 or a date on or after August 29, at the Court's convenience.

Respectfully submitted,

Daniel S. Ruzumna

cc:    All counsel of record (via ECF)

Application granted. The hearing currently scheduled for August 21 will now take place on August 20, 2024, at 3:00 PM. Plaintiff's request for relief from 2(A) is also granted.

The Clerk of Court is directed to terminate the motion at Dkt. 83.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 14, 2024