UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>                      *Defendants.* | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>                      *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>                      *Defendants.* | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

### DECLARATION OF DANIEL H. WEINER IN SUPPORT OF DEFENDANTS' MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE

I, Daniel H. Weiner, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner at the law firm of Hughes Hubbard & Reed LLP, counsel for Defendant Darren K. Indyke in the above-captioned actions. I submit this declaration in support of the motion of Mr. Indyke and Defendant Richard D. Kahn (the "Co-Executors") for issuance of a Letter of Request from the Court, seeking international assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial

1

Matters (the "<u>Hague Evidence Convention</u>") to obtain relevant documents and testimony from non-parties located abroad.

2. Exhibit 1 attached hereto is the Co-Executors' proposed Letter of Request for issuance by the Court pursuant to the Hague Evidence Convention.

3. Exhibit 2 attached hereto is a true and correct copy of Plaintiff Jane Doe 3's Responses and Objections to Defendants' First Interrogatories, dated May 28, 2024.

4. Exhibit 3 attached hereto is a true and correct copy of a February 4, 2014 email from Ms. Doe to Jeffrey Epstein.

5. Exhibit 4 attached hereto is a true and correct copy of a March 13, 2014 email from Lesley Groff to Mr. Epstein.

6. Exhibit 5 attached hereto is a true and correct copy and certified translation of a January 28, 2014 email from Ms. Doe to her then-boyfriend and now-husband.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2024

*/s/ Daniel H. Weiner*
DANIEL H. WEINER