**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIELLE BENSKY and JANE DOE 3,
individually and on behalf of all others
similarly situated,

*Plaintiffs*,

v.

DARREN K. INDYKE and RICHARD D.
KAHN,

*Defendants*.

Civil Action No. 1:24-cv-01204 (AS)

## DEFENDANT RICHARD D. KAHN'S ANSWER TO THE INDIVIDUAL AND CLASS ACTION COMPLAINT AND STATEMENT OF AFFIRMATIVE AND OTHER DEFENSES

Defendant Richard D. Kahn ("Kahn") hereby responds to the Individual and Class Action Complaint ("Complaint") filed by Plaintiffs Danielle Bensky and Jane Doe 3 ("Plaintiffs") individually and on behalf of all others putatively similarly situated, as set forth below. The headings in this Answer are copied from the Complaint for ease of reference. They do not constitute part of Kahn's answer to the allegations. To the extent that answers may be required to the headings, Kahn denies them.

### I. NATURE OF THE CASE

1. To the extent the allegations in Paragraph 1 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 1.

2. Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.      Kahn admits that Epstein was arrested by the FBI for sex trafficking in 2019 and died on August 10, 2019.  Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

4.      To the extent the allegations in Paragraph 4 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 4.

5.      Kahn admits that he performed bookkeeping services for Epstein beginning in 2005.  Kahn further admits that he and Indyke are co-executors of Epstein's estate.  Kahn denies the remaining allegations in Paragraph 5.

6.      Kahn denies the allegations in Paragraph 6.

7.      Kahn denies the allegations in Paragraph 7.

8.      Kahn admits that he indirectly received compensation from Epstein for bookkeeping services, but denies that he was ever "on Epstein's payroll."  To the extent the allegations in Paragraph 8 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 8.

9.      Kahn denies the allegations in Paragraph 9.

10.     Kahn denies the allegations in Paragraph 10.

11.     Kahn denies the allegations in Paragraph 11.

12.     Kahn denies the allegations in Paragraph 12.

## II.  JURISDICTION, VENUE AND TIMELINESS

13.     The allegations in Paragraph 13 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 13.

14.     The allegations in Paragraph 14 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 14.

15.     To the extent the allegations in Paragraph 15 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 15 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 15.

16.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     The allegations in Paragraph 18 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 18.

### III.  PARTIES

19.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.     Kahn denies the allegations in Paragraph 22.

23.     The allegations in Paragraph 23 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 23.

24.     The allegations in Paragraph 24 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 24.

25.     Kahn admits that Darren K. Indyke is co-executor of the Estate of Jeffrey E. Epstein and co-trustee of The 1953 Trust.  To the extent the remaining allegations in Paragraph 25 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 25 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 25.

26.     Kahn admits that he resides in New York.  Kahn further admits that he is co-executor of the Estate of Jeffrey E. Epstein and co-trustee of The 1953 Trust.  Kahn denies remaining allegations in Paragraph 26.

27.     To the extent the allegations in Paragraph 27 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 27 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 27.

## IV.  FACTUAL ALLEGATIONS

28.     Kahn admits that Jeffrey Epstein owned multiple properties in the United States and abroad, including in New York City, Palm Beach, France, and the U.S. Virgin Islands, and that Epstein accumulated substantial wealth.  Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28.

29.     The allegations in Paragraph 29 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29.

30.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.    Kahn admits that, at various times between 2005 and 2019, Jeffrey Epstein owned one or two private planes.  Kahn further denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 31.

32.    The allegations in Paragraph 32 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.    The allegations in Paragraph 34 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.    Kahn denies that he was a key member of the Epstein Enterprise, or a member of the Epstein Enterprise at all.  Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 35.

36.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Kahn admits that Jeffrey Epstein provided housing for some adult women (along with other adults, such as pilots and housekeepers) in a building on East 66th Street in Manhattan.  Kahn further admits that Jeffrey Epstein provided routine car services and cell phones to some of those individuals from time to time, as he did with other people he employed. Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 51.

52.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Kahn admits that Jeffrey Epstein pleaded guilty and was sentenced to a term in the county jail with work release and that Epstein entered into a non-prosecution agreement.  To the extent the allegations in Paragraph 57 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.

58.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59. Kahn further denies that any information of which he is aware "made clear" that Epstein was operating a sex-trafficking enterprise.

60.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

62.     Kahn admits that Jeffrey Epstein paid to settle sexual-abuse lawsuits.  Kahn denies the allegation that he knew that Epstein abused any individuals and that he was a "trusted advisor" to Epstein.  Kahn further denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62.

63.     Kahn admits that a suit was filed against the United States under 18 U.S.C. § 3771 in connection with Epstein's Non-Prosecution Agreement.  Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63.

64.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.     Kahn admits the allegations in Paragraph 67.

68.     Kahn admits the allegations in Paragraph 68.

69.     Kahn admits the allegations in Paragraph 69.

70.     Kahn admits the allegations in Paragraph 70.

71.     Kahn admits the allegations in Paragraph 71.

72.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.     To the extent the allegations in Paragraph 93 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 93.

94.     The allegations in Paragraph 94 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 94.

95.     The allegations in Paragraph 95 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96.     The allegations in Paragraph 96 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97.     The allegations in Paragraph 97 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98.     Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.     To the extent the allegations in Paragraph 99 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 99.

100.    To the extent the allegations in Paragraph 100 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 100.

101.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.    To the extent the allegations in Paragraph 107 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 107.

108.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    To the extent the allegations in Paragraph 115 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 115.

116.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.    To the extent the allegations in Paragraph 117 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 117.

118.    The allegations in Paragraph 118 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 118.

119.    The allegations in Paragraph 119 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.    The allegations in Paragraph 120 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    The allegations in Paragraph 121 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123.    To the extent the allegations in Paragraph 123 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 123.

124.    To the extent the allegations in Paragraph 124 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 124.

125.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.    To the extent the allegations in Paragraph 126 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph

126.

126.    127.    To the extent the allegations in Paragraph 127 refer to the knowledge, conduct or

actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph

127.

    128.    Kahn admits the existence of a 2020 Consent Order from the New York State

Department of Financial Services.  Kahn denies sufficient knowledge or information to form a

belief as to contents of that order and to whom its pseudonymous descriptions refer and therefore

denies sufficient knowledge or information to form a belief as to the truth of the remaining

allegations in Paragraph 128.

    129.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 129.

    130.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 130.

    131.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 131.

    132.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 132.

    133.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 133.

    134.    Kahn denies knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 134.

135.    To the extent the allegations in Paragraph 135 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 135.

136.    To the extent the allegations in Paragraph 136 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 136.

137.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

140.    To the extent the allegations in Paragraph 140 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 140.

141.    Kahn denies the allegations in Paragraph 141.

142.    Kahn denies the allegations in Paragraph 142.

143.    Kahn denies the allegations in Paragraph 143.

144.    Kahn denies the allegations in Paragraph 144.

145.    Kahn denies the allegations in Paragraph 145.

146.    Kahn denies that he possessed signatory authority on bank accounts held by Epstein or Epstein-owned entities.  To the extent the allegations in Paragraph 146 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.

147.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148.    To the extent the allegations in Paragraph 148 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 148.

149.    To the extent the allegations in Paragraph 149 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 149.

150.    Kahn denies the allegations in Paragraph 150.

151.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152.    To the extent the allegations in Paragraph 150 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 152.

153.    Kahn admits that:

a. Nautilus, Inc. is a corporate entity which owned Little St. James in the U.S. Virgin Islands and that he was, at times, treasurer of that entity;

b. Poplar, Inc. is a corporate entity which is the sole member of Great St. Jim, LLC, which in turn held title to a set of properties that Epstein owned in the U.S. Virgin Islands and that he was, at times, treasurer of that Poplar, Inc.;

c. Cypress, Inc. is a corporate entity that owned the property at 49 Zorro Ranch Road in Stanley, New Mexico and that he was, at times, Treasurer/Director of that entity;

d. Maple, Inc. is a corporate entity that owned property at 9 East 71st Street in New York and that he was, at times, Treasurer/Director of that entity;

e. Laurel, Inc. is a corporate entity that owned property at 358 Brillo Way in Palm Beach, Florida and that he was, at times, Treasurer/Director of that entity; and

f. He was, at times, treasurer/director of Southern Trust Company, Inc.

To the extent the allegations in Paragraph 150 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 153.

154.     Kahn denies the allegations in Paragraph 154.

155.     To the extent the allegations in Paragraph 155 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 155.

156.     To the extent the allegations in Paragraph 156 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 156.

157.     Kahn admits that he is and has been a co-executor of the Epstein Estate, and that he executed an oath to serve in that capacity.  Kahn further admits that, as co-executors, he and Indyke have approved payment of estate funds to pay for various costs and obligations of the Estate, including costs of settlements with Bensky and nearly 200 other putative class members, legal fees, and administrative costs.  Kahn denies the remaining allegations in Paragraph 157.

158.     Kahn admits that he is and has been a co-administrator and co-trustee of The 1953 Trust, which was created by Epstein's will.  Kahn further admits that Epstein's last will and testament provides for the transfer of all of his property to The 1953 Trust.  Kahn denies the remaining allegations in Paragraph 158.

159.     To the extent the allegations in Paragraph 159 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn admits that he is a beneficiary of The Butterfly Trust.  Kahn denies the remaining allegations in Paragraph 159.

160.     To the extent the allegations in Paragraph 160 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 160.

161.     To the extent the allegations in Paragraph 161 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations. Kahn admits that he once provided a letter of reference at the request of the subject of the letter. Kahn denies the remaining allegations in Paragraph 161.

162.    To the extent the allegations in Paragraph 162 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 162.

163.    To the extent the allegations in Paragraph 163 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 163.

164.    To the extent the allegations in Paragraph 164 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 164.

165.    To the extent the allegations in Paragraph 165 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 165.

166.    Kahn admits that Epstein maintained apartment units at 301 East 66th Street in New York City. Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 166.

167.    Kahn admits that he was aware that Epstein maintained a property at 301 East 66th Street and that he occasionally visited certain of Epstein's properties.  To the extent the allegations in Paragraph 167 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 167.

168.    Kahn admits that he traveled no more than two times on a private plane indirectly owned by Jeffrey Epstein.  To the extent the allegations in Paragraph 168 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 168.

169.    Kahn denies the allegations in Paragraph 169.

170.    To the extent the allegations in Paragraph 170 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 170.

171.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171.

172.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172.

173.    Kahn denies the allegations in Paragraph 173.

174.    Kahn denies the allegations in Paragraph 174.

175.    Kahn admits that he eventually learned that Epstein was arrested in 2006 and subsequently pled guilty to sex-related offenses.  To the extent the allegations in Paragraph 175

refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 175.

176.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176.

177.    Kahn admits that lawsuits were filed against Epstein after his arrest. Kahn further denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 177.

178.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178.

179.    To the extent the allegations in Paragraph 179 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 179.

180.    Kahn admits that Jeffrey Epstein entered into a non-prosecution agreement. Kahn further denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180.

181.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

182.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181.

183.    To the extent the allegations in Paragraph 183 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 183.

184.    Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 184.

185.    To the extent the allegations in Paragraph 185 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 185.

186.    Kahn admits that he received payments from HBRK Associates, Inc. for bookkeeping work he conducted for Epstein. To the extent the allegations in Paragraph 186 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations. Kahn denies the remaining allegations in Paragraph 186.

187.    Kahn denies the allegations in Paragraph 187.

188.    Kahn admits that he and Indyke are entitled to future compensation for their roles as co-executors. Kahn denies the remaining allegations in Paragraph 188.

## V.  CLASS ACTION ALLEGATIONS

189.    The allegations in Paragraph 189 state a legal conclusion to which no response is required. To the extent a response is required, Kahn denies the allegations in Paragraph 189 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

190.    The allegations in Paragraph 190 state a legal conclusion to which no response is required. To the extent a response is required, Kahn denies the allegations in Paragraph 190 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

191.    The allegations in Paragraph 191 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191.

192.    The allegations in Paragraph 192 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 192.

193.    The allegations in Paragraph 193 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 193.

194.    The allegations in Paragraph 194 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 194.

195.    The allegations in Paragraph 195 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 195.

196.    The allegations in Paragraph 196 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196.

197.    The allegations in Paragraph 197 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 197.

198.    To the extent the allegations in Paragraph 198 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 198 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 198.

## VI.  CAUSES OF ACTION

### COUNT I: AIDING, ABETTING AND FACILITATING BATTERY

199.    Kahn incorporates by reference paragraphs 1 – 198 of this answer.

200.    The allegations in Paragraph 200 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 200 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

201.    The allegations in Paragraph 201 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 201.

202.    The allegations in Paragraph 202 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 202.

203.    The allegations in Paragraph 203 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 203.

204.    To the extent the allegations in Paragraph 204 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 204 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 204.

205.    To the extent the allegations in Paragraph 205 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 205 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 205.

206.    To the extent the allegations in Paragraph 206 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 206 further state a legal

conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 206.

207.    To the extent the allegations in Paragraph 207 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 207 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 207.

208.    To the extent the allegations in Paragraph 208 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 208.

209.    To the extent the allegations in Paragraph 209 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 209 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 209.

210.    To the extent the allegations in Paragraph 210 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 210 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 210.

211.    To the extent the allegations in Paragraph 211 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  The allegations in Paragraph 211 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 211.

212.    To the extent the allegations in Paragraph 212 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 212 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 212.

## COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

213.    Kahn incorporates by reference paragraphs 1 – 212 of this answer.

214.    The allegations in Paragraph 214 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 214 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

215.    The allegations in Paragraph 215 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 215.

216.    To the extent the allegations in Paragraph 216 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 216 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 216.

217.    To the extent the allegations in Paragraph 217 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  The allegations in Paragraph 217 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 217.

218.    To the extent the allegations in Paragraph 218 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 218 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 218.

219.    To the extent the allegations in Paragraph 219 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 219 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 219.

220.    To the extent the allegations in Paragraph 220 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 220 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 220.

221.    To the extent the allegations in Paragraph 221 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 221 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 221.

222.    The allegations in Paragraph 222 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 222.

## COUNT III: NEGLIGENCE

223.    Kahn incorporates by reference paragraphs 1 – 222 of this answer.

224.    The allegations in Paragraph 224 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 224 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

225.    The allegations in Paragraph 225 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 225.

226.    To the extent the allegations in Paragraph 226 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 226 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 226.

227.    To the extent the allegations in Paragraph 227 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 227 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 227.

228.    To the extent the allegations in Paragraph 228 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  The allegations in Paragraph 228 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 228.

229.    To the extent the allegations in Paragraph 229 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 229 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 229.

230.    To the extent the allegations in Paragraph 230 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 230 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 230.

231.    The allegations in Paragraph 231 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 231.

232.    The allegations in Paragraph 232 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 232.

233.    The allegations in Paragraph 233 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 233.

234.     The allegations in Paragraph 234 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 234.

### COUNT IV: PARTICIPATION IN A SEX-TRAFFICKING VENTURE IN VIOLATION OF THE TRAFFICKING VICTIM'S PROTECTION ACT, 18 U.S.C. §§ 1591(a)(2), 1595

235.     Kahn incorporates by reference paragraphs 1 – 234 of this answer.

236.     The allegations in Paragraph 236 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 236 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

237.     The allegations in Paragraph 237 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 237.

238.     To the extent the allegations in Paragraph 238 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 238 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 238.

239.     To the extent the allegations in Paragraph 239 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 239 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 239.

240.    To the extent the allegations in Paragraph 240 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn further denies the remaining allegations in Paragraph 240.

241.    To the extent the allegations in Paragraph 241 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn further denies the remaining allegations in Paragraph 241.

242.    To the extent the allegations in Paragraph 242 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn further denies the remaining allegations in Paragraph 242.

243.    To the extent the allegations in Paragraph 243 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 243 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 243.

244.    To the extent the allegations in Paragraph 244 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 244 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 244.

245.    To the extent the allegations in Paragraph 245 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 245 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 245.

246.    To the extent the allegations in Paragraph 246 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 246 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 246.

247.    To the extent the allegations in Paragraph 247 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 247 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 247.

248.    To the extent the allegations in Paragraph 248 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 248 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 248.

249.    To the extent the allegations in Paragraph 249 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 249 further state a legal

conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 249.

250.    To the extent the allegations in Paragraph 250 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 250 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 250.

251.    To the extent the allegations in Paragraph 251 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 251 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 251.

252.    To the extent the allegations in Paragraph 252 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 252 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 252.

253.    To the extent the allegations in Paragraph 253 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 253 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 253.

254.    The allegations in Paragraph 254 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 254.

255.    The allegations in Paragraph 255 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 255.

## COUNT V: OBSTRUCTION OF THE ENFORCEMENT OF THE TRAFFICKING VICTIM PROTECTION ACT, 18 U.S.C. § 1591(d)

256.    Kahn incorporates by reference paragraphs 1 – 255 of this answer.

257.    The allegations in Paragraph 257 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 257 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

258.    The allegations in Paragraph 258 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 285.

259.    The allegations in Paragraph 259 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 259.

260.    Kahn admits that the United States Department of Justice investigated Epstein and Maxwell and brought charges against both.  Kahn denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 260.

261.    Kahn denies the allegations in Paragraph 261.

262.    To the extent the allegations in Paragraph 262 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a

belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 262.

263.    To the extent the allegations in Paragraph 263 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 263.

264.    To the extent the allegations in Paragraph 264 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 264.

265.    To the extent the allegations in Paragraph 265 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 265.

266.    Kahn admits that he eventually became aware that Epstein had pleaded guilty and served prison time.  To the extent the remaining allegations in Paragraph 266 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 266.

267.    To the extent the allegations in Paragraph 267 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 267 further state a legal

conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 267.

268.    To the extent the allegations in Paragraph 268 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 268 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 268.

269.    The allegations in Paragraph 269 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 269.

270.    The allegations in Paragraph 270 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 270.

271.    The allegations in Paragraph 271 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 271.

272.    The allegations in Paragraph 272 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 272.

273.    The allegations in Paragraph 273 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 273.

## COUNT VI: CONSPIRACY TO COMMIT VIOLATIONS OF THE TRAFFICKING VICTIM PROTECTION ACT, 18 U.S.C. §§ 1594(c), 1591, 1595

274.     Kahn incorporates by reference paragraphs 1 – 273 of this answer.

275.     The allegations in Paragraph 275 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 275 except that Kahn admits that Plaintiffs purport to proceed as stated therein.

276.     The allegations in Paragraph 276 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 276.

277.     The allegations in Paragraph 277 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 277.

278.     The allegations in Paragraph 278 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 278.

279.     To the extent the allegations in Paragraph 279 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 279 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 279.

280.     To the extent the allegations in Paragraph 280 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 280 further state a legal

conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 280.

281.    To the extent the allegations in Paragraph 281 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 281 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 281.

282.    To the extent the allegations in Paragraph 282 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 282 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 282.

283.    To the extent the allegations in Paragraph 283 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 283 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 283.

284.    To the extent the allegations in Paragraph 284 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 284 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 284.

285.    The allegations in Paragraph 285 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 285.

286.    To the extent the allegations in Paragraph 286 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 286 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 286.

287.    To the extent the allegations in Paragraph 287 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 287.

288.    To the extent the allegations in Paragraph 288 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 288.

289.    To the extent the allegations in Paragraph 289 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 289.

290.    To the extent the allegations in Paragraph 290 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 290.

291.    Kahn denies the allegations in Paragraph 291.

292.    To the extent the allegations in Paragraph 292 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 292.

293.    Kahn denies the allegations in Paragraph 293.

294.    To the extent the allegations in Paragraph 294 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 294 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 294.

295.    To the extent the allegations in Paragraph 295 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 295 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 295.

296.    To the extent the allegations in Paragraph 296 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 296.

297.    To the extent the allegations in Paragraph 297 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 297 further state a legal

conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 297.

298.    To the extent the allegations in Paragraph 298 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 298 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 298.

299.    To the extent the allegations in Paragraph 299 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 299.

300.    To the extent the allegations in Paragraph 300 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 300.

301.    To the extent the allegations in Paragraph 301 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  Kahn denies the remaining allegations in Paragraph 301.

302.    The allegations in Paragraph 302 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 302.

303.    The allegations in Paragraph 303 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 303.

### COUNT VII: GENDER MOTIVATED VIOLENCE PROTECTION ACT, ADMINISTRATIVE CODE OF CITY OF N.Y. §10-1101 *et seq.*

304.    Kahn incorporates by reference paragraphs 1 – 198 of this answer.

305.    The allegations in Paragraph 305 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 305.

306.    The allegations in Paragraph 306 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 306.

307.    To the extent the allegations in Paragraph 307 refer to the knowledge, conduct or actions of persons other than Kahn, Kahn denies knowledge or information sufficient to form a belief as to the truth of those allegations.  The allegations in Paragraph 307 further state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the remaining allegations in Paragraph 307.

308.    The allegations in Paragraph 308 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 308.

309.    The allegations in Paragraph 309 state a legal conclusion to which no response is required.  To the extent a response is required, Kahn denies the allegations in Paragraph 309.

### REQUEST FOR RELIEF

Kahn denies that the relief requested is appropriate or warranted.

### JURY DEMAND

To the extent the jury demand requires a response, Kahn denies the allegations contained therein.

## KAHN'S STATEMENT OF AFFIRMATIVE AND OTHER DEFENSES

Kahn asserts the following defenses, without assuming any burden of proof that would otherwise rest with Plaintiffs.  In listing the defenses below, Kahn does not knowingly or intentionally waive any defenses, including arguments about which issues fall within Plaintiffs' burden of proof.  Kahn reserves the right to rely on any other defense or claim that may subsequently come to light, and reserves the right to amend his Answer to assert such additional defenses or claims.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims, as well as the claims of putative class members, are barred, in whole or in part, by the applicable statutes of limitations.

### THIRD DEFENSE

Plaintiffs' claims, as well as the claims of putative class members, are barred, in whole or in part, by the doctrine of laches, waiver, estoppel, ratification, *in pari delicto*, and/or related common law doctrines.

### FOURTH DEFENSE

Plaintiffs and/or the putative class members released, discharged, and/or waived the claims upon which Plaintiff now seeks relief as well as all other claims against Kahn.  Plaintiffs' claims on behalf of putative class members and putative class members' claims are brought in breaches of valid settlement agreements and releases and are therefore barred by the terms of those agreements.

## FIFTH DEFENSE

Plaintiffs' claims are barred by Plaintiffs' failure to take reasonable steps to avoid or otherwise mitigate the alleged damages, to the extent any were in fact sustained.

## SIXTH DEFENSE

Plaintiffs' injuries and damages, and/or any injuries and damages of putative class members, to the extent any were in fact sustained, are the result of the conduct of third parties over whom Kahn exercised no control.

## SEVENTH DEFENSE

Plaintiffs' injuries and damages, and/or any injuries and damages of putative class members, to the extent any were in fact sustained, are the result of contributory and comparative negligence.

## EIGHTH DEFENSE

In the event that Plaintiffs and/or putative class members prevail against Kahn in this action, Kahn is entitled to a set-off and reduction of any damages awarded to or recovery by Plaintiffs or putative class members from other sources, including but not limited to from the Estate of Jeffrey Epstein, the Epstein Victim's Compensation Program, and other Epstein-related entities.

## NINTH DEFENSE

Plaintiffs' claims and any damages claimed are barred in whole or in part because any damage, loss, or liability alleged must be reduced, diminished, and/or barred in proportion to any wrongful conduct of persons or entities other than Kahn, including, but not limited to, as provided by Article 16 of the New York Civil Practice Law and Rules.

## TENTH DEFENSE

Plaintiffs are not proper, typical, or suitable representatives of the class Plaintiffs purports to represent and, accordingly, this action is not properly brought as a class action.

## ELEVENTH DEFENSE

Plaintiffs' claims and any damages claimed are barred in whole or in part because the statutes sued upon are unconstitutionally vague and ambiguous.

## TWELFTH DEFENSE

To the extent Plaintiffs' claims rely upon an extension of the limitations period pursuant to The New York Adult Survivors Act, such reliance violates the Due Process Clauses of the New York and United States Constitutions.


Dated: New York, New York
     August 19, 2024

*/s/ Daniel S. Ruzumna*
Daniel S. Ruzumna, Esq.
Tara J. Norris, Esq.

**PATTERSON BELKNAP WEBB & TYLER LLP**

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Email: druzumna@pbwt.com
Email: tnorris@pbwt.com
Fax: (212) 336-1205
Fax: (212) 366-1297

*Attorneys for Defendant Richard D. Kahn*