UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BENSKY and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>*Defendants*. | Civil Action No. 1:24-cv-01204 (AS)<br><br>By 5:00 PM on August 22, 2024, Plaintiffs should submit a letter indicating whether they plan to oppose this motion.<br><br>SO ORDERED.<br><br>*/s/ Arun Subramanian*<br>Arun Subramanian, U.S.D.J.<br>Date: August 21, 2024 |
| JANE DOE 3,<br><br>*Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>*Defendants*. | Civil Action No. 1:24-cv-02192 (AS) (*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE**

PLEASE TAKE NOTICE that, upon the Declaration of Daniel H. Weiner dated August 16, 2024 (the "Weiner Declaration") and all exhibits thereto, the accompanying Defendants' Memorandum of Law in Support of Their Motion for Issuance of a Letter of Request for International Judicial Assistance to Obtain Evidence dated August 16, 2024, and all of the prior proceedings in the above-referenced actions, Defendants Darren K. Indyke and Richard D. Kahn, by and through their undersigned attorneys, will move this Court on a date and time to be

1

determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York, before the Honorable Arun Subramanian, United States District Judge, for the Court's assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters in issuing a Letter of Request, in the form attached as Exhibit 1 to the Weiner Declaration, to obtain relevant documents and testimony from non-parties abroad.

Dated: August 16, 2024
New York, New York

| _/s/ Daniel H. Weiner_ | _/s/ Daniel S. Ruzumna_ |
|---|---|
| Daniel H. Weiner, Esq. | Daniel S. Ruzumna, Esq. |
| Marc A. Weinstein, Esq. | Tara J. Norris, Esq. |
| HUGHES HUBBARD & REED LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| One Battery Park Plaza | 1133 Avenue of the Americas |
| New York, New York 10004 | New York, New York 10036 |
| Telephone: (212) 837-6000 | Telephone: (212) 336-2000 |
| daniel.weiner@hugheshubbard.com | druzumna@pbwt.com |
| marc.weinstein@hugheshubbard.com | tnorris@pbwt.com |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |

2