

August 22, 2024

<u>VIA ECF</u>

The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

      Re: ***Bensky et al. v. Indyke et al.,*** **Case No. 1:24-cv-01204-AS**
           ***Jane Doe 3 v. Indyke et al.,*** **Case No. 1:24-cv-02192-AS**

Dear Judge Subramanian,

      In response to the Court's August 21, 2024, endorsed order (Dkt. 95), Plaintiff Jane Doe 3 writes to inform the Court that she intends to oppose Defendants' Motion for Discovery (Dkt. 86) by August 30. Defendants' motion omits discussion of the parties' conferrals concerning our proposals to narrow the scope of the discovery sought, as well as other proposals to protect Plaintiff's confidentiality and anonymity.

                                                                              Respectfully submitted,

                                                                            <u>*/s/ Sigrid McCawley*</u>

                                                                            Sigrid McCawley

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com