# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Bensky and Jane Doe 3,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.	Case No. 1:24-cv-01204 (AS)

Darren K. Indyke and Richard D. Kahn,

      Defendants

---

Jane Doe 3,

      Plaintiff,

v.	Case No.: 1:24-cv-02192-AS

Darren K. Indyke and Richard D. Kahn,
in their capacities as co-executors of
the Estate of Jeffrey Edward Epstein,

      Defendants.

---

**DECLARATION OF DR. CHITRA RAGHAVAN, PH.D.**

    1.    My name is Dr. Chitra Raghavan, Ph.D. I am a clinical psychologist in New York City specializing in the assessment of sex trafficking, domestic violence, sexual harassment, rape, sexual assault and any other abusive interactions, and the traumatic outcomes these situations engender.

    2.    I am aware of the identity of Jane Doe 3, and I conducted my first clinical evaluation of her on July 4, 2024.

    3.    Jane Doe 3 is currently experiencing clinical levels of shame, anxiety, fear, and hypervigilance. This constellation of emotions is a core symptom of post traumatic stress

disorder. Shame, in particular, is associated with sexual trauma and captive abuse, both of which Jane Doe 3 experienced.

4. Jane Doe 3's traumatic responses to the sexual abuse would be exacerbated by disclosure of her identity.

5. Based on my conversations with Jane Doe 3, it is my opinion that the revelation of her identity would increase her current levels of trauma, escalate her current levels of distress, and threaten her already fragile family and work stability as well as her personal and emotional safety.

6. It is my opinion based on my education, experience, and training that any public disclosure of Jane Doe 3's identity would cause significant psychological injury and emotional harm in the form of increased anxiety, fear, shame, depression, and hypervigilance. All of these are core emotions that form the basis of post traumatic stress disorder and a variety of anxiety and depressive disorders.

7. Jane Doe 3 expressed concerns about being physically stalked and threatened in addition to the worsening symptoms if her identity were to become publicly known.

8. In 2014, Jane Doe 3 was recruited to work for Jeffery Epstein under the false pretense that he knew wealthy and powerful individuals and would help her succeed in business. In the months that followed, she was trafficked, abused, and exploited by him in a humiliating and degrading way.

9. Jane Doe 3 expressed concerns about shame and humiliation if it were to become publicly known that she was abused by Epstein.

2

10.     Epstein has a vast network of wealthy and powerful individuals, including a network of power individuals in Jane Doe 3's country, that she fears may retaliate against her if her identity became publicly known.

11.     Jane Doe 3 is also worried that if she is forced to reveal her identity, potential witnesses may not come forward on her behalf.

12.     I am not aware of any actions Jane Doe 3 has taken in which she has failed to protect her identity with respect to Epstein's abuse and trafficking of her. To the contrary, Jane Doe 3 spoke about how she went out of her way to protect her identity. Jane Doe 3 has not spoken publicly about the incidents underlying the Complaint.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __8__ day of August, 2024.

_____
Dr. Chitra Raghavan