UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENSKY et al.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>INDYKE et al.,<br><br>       Defendants. | 24-cv-1204 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  Per the Court's June 27 Consolidation Order, Dkt. 73, cases 24-CV-1204 and 24-CV-2192 are consolidated for pre-trial purposes and all filings should be made on the 24-CV-1204 docket only. The parties should refile any documents filed on the 24-CV-2192 docket since June 27 on this docket, 24-CV-1204, if they have not already.

  SO ORDERED.

Dated: September 3, 2024
    New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge