

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6974
daniel.weiner@hugheshubbard.com

August 29, 2024

VIA ECF

Honorable Arun Subramanian
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    *Bensky et al. v. Indyke et al.*, Civ. No. 1:24-cv-01204 (AS)

Dear Judge Subramanian:

    Pursuant to Paragraphs 11(C)(ii)-(iii) of Your Honor's Individual Practices in Civil Cases, Defendants Darren K. Indyke and Richard D. Kahn (the "Co-Executors") hereby seek leave to:

(1) file on the public docket a redacted version of Defendants' Reply Memorandum of Law in Further Support of Their Motion for Disclosure of the Identity of Plaintiff Jane Doe 3 (the "Reply Memorandum"); and

(2) seal Exhibits 1-2 to the Declaration of Daniel H. Weiner submitted therewith (the "Weiner Declaration").

    On February 23, 2024, the Court issued an Order permitting Ms. Doe to proceed under a pseudonym "until such time as the Court orders her name to be disclosed." (Order, ECF No. 12.) While the Co-Executors have moved for disclosure of Ms. Doe's identity (ECF Nos. 81-82), to comply with the Court's existing Order, the Co-Executors propose to redact portions of the Reply Memorandum that contain identifying information regarding Ms. Doe and to seal the exhibits to the Weiner Declaration, which consist of Ms. Doe's May 28, 2024 sworn

interrogatory responses (designated "Confidential" by Ms. Doe and previously sealed by this Court (Order, ECF No. 48)) and her publicly available LinkedIn profile.

Respectfully submitted,

/s/ Daniel H. Weiner

cc:  Counsel of Record

Application GRANTED. The Clerk of Court is directed to restrict viewing access to ECF Nos. 101 and 103 to selected parties and terminate the motion at ECF No. 99.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 3, 2024