UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENSKY et al., <br><br>         Plaintiffs, <br><br>    -against- <br><br> INDYKE et al., <br><br>         Defendants. | 24-cv-1204 (AS) <br> 24-cv-2192 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 4, 2024, the Court held a remote conference to mediate the parties' disagreement over where to depose Plaintiff Jane Doe 3. The Court ordered Plaintiff to cover reasonable business-class flight and accommodation costs for one attorney per Defendant to depose Doe in her home country. Defendants were advised that the Court will review their expenses to ensure that travel costs are reasonable. Accordingly, Defendants are hereby ORDERED to submit their flight and hotel receipts to the chambers email inbox, SubramanianNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

Dated: September 9, 2024
    New York, New York

                      _____
                       ARUN SUBRAMANIAN
                       United States District Judge