**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jane Doe 3, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-01204-AS |
| Plaintiffs, | |
| v. | |
| Darren K. Indyke and Richard D. Kahn, | |
| Defendants. | |

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF**
**JANE DOE 3'S MOTION FOR CLASS CERTIFICATION**

I, Sigrid McCawley, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Managing Partner of Boies Schiller Flexner ("BSF"). I make this declaration on my own personal knowledge.

2.      I submit this declaration in support of the motion filed by Jane Doe 3 for class certification and approval of BSF as Class Counsel. My firm and I represent Class Representative, Jane Doe 3, in the above-captioned action, and we respectfully request the Court to grant class certification, appoint Plaintiff as class representative, and appoint BSF as Class Counsel in this action.

**A.  Relevant Firm Expertise**

3.      BSF has a strong record of successfully and diligently representing plaintiffs in complex class action litigation. Recent cases in which BSF or its partners were lead or co-lead counsel include: *In re Grupo Televisa Securities Litigation* (1:18-cv-01979) (S.D.N.Y.), in which

the court granted final approval of settlement August of 2023; *In re Blue Cross Blue Shield Antitrust Litigation* (2:13-cv-20000) (N.D. Ala.), an antitrust class action in which the Firm achieved both what the court referred to as "historic" injunctive relief and a $2.7 billion award in a settlement that received final approval October of 2022; *In re Takata Airbag Products Liability Litigation* (1:15-md-02599) (S.D. Fla.), in which the Firm obtained a recovery of more than $1.5 billion in a products liability class action, which is still proceeding against certain defendants but in which there has already been a recovery of more than $1.5 billion; *In re Halliburton Securities Litigation* (13-317), in which the firm won two appeals to the United States Supreme Court before achieving a $100 million recovery.

4.      BSF was also appointed as co-class counsel for *Doe 1 v. JPMorgan Chase Bank, N.A.*, (22-cv-10019) (S.D.N.Y.). There, the Court granted class certification for similar claims against JPMorgan Chase, with BSF as co-class counsel. BSF led the case through discovery and eventually to an agreeable settlement for all involved victims. The Court also granted class certification for similar claims against Deutsche Bank for settlement purposes.

5.      Other notable cases in which the Firm or its partners were lead counsel include *In re Auction House Antitrust Litigation* (1:00-cv-00648) (S.D.N.Y.), in which the firm won $512 million in an antitrust class action after prior interim lead counsel valued the case at less than $100 million.

6.      BSF has the resources and expertise to devote to this action, which requires dealing with what I know to be very capable, aggressive, and well-financed lawyers representing Defendants.

7.      BSF has already expended, and will continue to expend, substantial time and resources in actively and diligently litigating this action. I, along with my fellow partners David

Boies and Andrew Villacastin and the rest of our litigation team, have already devoted over 3,000 hours and substantial resources in developing Doe's case and undertaking substantial fact discovery. The expenses that BSF has already incurred include the retention of expert witnesses, consultants, and an e-discovery vendor. BSF also drafted Doe's opposition to Defendants' motion to dismiss and argued it before the Court, resulting in the Court denying Defendants' motion and allowing the matter to proceed through discovery. Depositions are underway, and BSF is scheduled to conduct and defend additional fact and expert depositions. BSF is also reviewing documents produced by Defendants in order to further develop the class members' claims.

### B. Team Members

8.      The BSF team includes myself, David Boies, Andrew Villacastin, and ten other lawyers as well as a full support staff led by experienced paralegals.

9.      **Sigrid McCawley**: Sigrid McCawley is a Managing Partner of BSF. Ms. McCawley's experience and talents have been nationally recognized, having been named Litigator of the Year by The American Lawyer, a 2024 Titan of the Plaintiffs Bar, Top Ten Female Litigator in 2020–2023 by Benchmark Litigation, a finalist for Lawyer of the Year by the American Lawyer in 2022 and a finalist for Attorney of the Year in Florida by Daily Business Review, and numerous other awards. Ms. McCawley has handled some of BSF's most challenging disputes, including securing a $100 million victory in the landmark case before the U.S. Supreme Court in *In re Halliburton Securities Litigation* (No. 13-317).

10.      Ms. McCawley's experience in the representation of survivors of sexual abuse is also well-documented. As noted above, Ms. McCawley has devoted years of her career to advocating on behalf of survivors of Jeffrey Epstein, including in cases against Prince Andrew, Ghislaine Maxwell, the Epstein Estate, JP Morgan Chase Bank and Deutsche Bank

Aktiengesellschaft.  Ms. McCawley was recognized by Forbes Magazine for her "iron clad interrogation skills" during the deposition of Ghislaine Maxwell.  Her work contributed to the arrest of Jeffrey Epstein, Ghislaine Maxwell, and Jean Luc Brunel, and resulted in a successful resolution of claims for numerous Epstein survivors. Ms. McCawley's work for survivors of Jeffrey Epstein has appeared on Netflix, Lifetime, 60 Minutes, ABC, NBC, CBS, CNN, and Fox, and Ms. McCawley has been further featured in The New York Times and The Wall Street Journal.

11.    I, along with Mr. Boies, have represented survivors of Jeffrey Epstein's sex trafficking enterprise since June 2014.  We brought our first case on behalf of survivors against Ghislaine Maxwell in 2015 and our first case against Jeffrey Epstein on behalf of survivors in 2016.  Most recently, we served as co-class counsel representing victims of Jeffrey Epstein in a class action against JP Morgan Chase Bank and Deutsche Bank Aktiengesellschaft. *Doe 1 v. JPMorgan Chase Bank, N.A*., (22-cv-10019) (S.D.N.Y.).

12.    We have also represented survivors in civil litigation against Epstein's Estate after his death, *see Farmer v. Indyke, et al.* (1:19-cv-10474); *Farmer v. Indyke, et al.* (No. 1:19-cv-10475); *Helm v. Indyke, et al.* (1:19-cv-10476); *Bryant v. Indyke, et al.* (No. 1:19-cv-10479); *Doe 1000 v. Indyke, et al.* (1:19-cv-10577), and numerous survivors who made applications to the Epstein Victim's Compensation Fund.  We also represented an Epstein survivor in her civil lawsuit against Prince Andrew, *Giuffre v. Andrew* (21-cv-6702) (S.D.N.Y.).

13.    **David Boies**:  Mr. Boies personally served as co-lead counsel in cases such as *In re Grupo Televisa Securities Litigation* (1:18-cv-01979) (S.D.N.Y.), *In re Halliburton*, *In re Blue Cross Blue Shield Antitrust Litigation* (2:13-cv-20000) (N.D. Ala.), *In re Takata Airbag Products Liability Litigation* (1:15-md-02599) (S.D. Fla.), *In re Vitamins Antitrust Litigation* (99-7256, 99-7281) (D.D.C.).

14.    **Andrew Villacastin**:  Andrew Villacastin is a partner at BSF.  In 2022, Mr. Villacastin was recognized in the 2023-2025 editions of Best Lawyers in America as Ones to Watch for his work in commercial litigation.  Mr. Villacastin also has significant experience litigating class actions—he is currently defending a life insurance company in multiple class action lawsuits and has represented a major bank in multidistrict LIBOR-related actions involving antitrust, securities, RICO, Commodities Exchange Act, and state law claims.  As mentioned above, Mr. Villacastin has been a zealous advocate for survivors of Jeffrey Epstein for six years and has worked on many of the aforementioned Epstein-related cases alongside Ms. McCawley.

15.    I assure the Court that we have carefully read and understood the Court's Orders regarding the case and the role of Class Counsel.

16.    As set forth in the accompanying Memorandum of Law, my colleagues and I have diligently worked to identify a class of over forty women through documents produced by Defendants and publicly available information.

### C.  Exhibits in Support of Motion for Class Certification

17.    Attached are true and correct copies of the following documents:

a.    **Exhibit A**: The Consent Order dated July 20, 2020, entered into between Deutsche Bank and the New York State Department of Financial Service concerning Jeffrey Epstein and Defendants Kahn and Indyke (referred to as ACCOUNTANT-1 and ATTORNEY-1 therein).

b.    **Exhibit  B**: Documents produced by Defendants, bates stamped HBRK_JD3_003693 and HBRK_JD3_004009, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal ("Authorizations for Asset Management").

c. **Exhibit C:** Document produced by Defendants, bates stamped HBRK_JD3_004559, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal

d. **Exhibit D:** Documents produced by Defendants, bates stamped HBRK_JD3_004556, HBRK_JD3_004557, HBRK_JD3_004558, HBRK_JD3_004559, HBRK_JD3_004560, HBRK_JD3_004561, HBRK_JD3_004563, HBRK_JD3_004564, HBRK_JD3_004565, HBRK_JD3_004566, HBRK_JD3_004567, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal ("Cash Withdrawals").

e. **Exhibit E:** Documents produced by Defendants, bates stamped HBRK_JD3_004556, HBRK_JD3_003729, HBRK_JD3_003755, HBRK_JD3_003784, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal ("Quick Book Reports").

f. **Exhibit F:** Publicly available excerpt of deposition testimony of John Alessi.

g. **Exhibit G:** 2006 Palm Beach Police Department Incident Reports from its investigation of Jeffrey Epstein.

h. **Exhibit H:** Document produced by Defendants, bates stamped Indyke_Doe3_0002146, designated confidential by Defendants pursuant to the Protective order in this matter and filed under deal.

i. **Exhibit I:** Excerpts of the Official Visitor Log from the Palm Beach County Sheriff's Office Department of Corrections.

j. **Exhibit J:** Profile of Darren Indyke from Parlatore Law Group's official website.

k.  **Exhibit K:** Transcript from the October 20, 2023, settlement hearing in *Doe 1 v. Deutsche Bank Aktiengesellschaft et al*., (22-cv-10018) (S.D.N.Y.).

l.  **Exhibit L:** Transcript from the November 9, 2023, settlement hearing in *Doe 1 v. JPMorgan Chase Bank, N.A*., (22-cv-10019) (S.D.N.Y.).

m.  **Exhibit M:** Transcript from the June 1, 2023, preliminary approval of settlement hearing in *Doe 1 v. Deutsche Bank Aktiengesellschaft et al*., (22-cv-10018) (S.D.N.Y.).

n.  **Exhibit N:** Transcript from the June 26, 2023, preliminary approval of settlement hearing in *Doe 1 v. JPMorgan Chase Bank, N.A*., (22-cv-10019) (S.D.N.Y.).

o.  **Exhibit O:** Document produced by Defendants, bates stamped KAHN_00000532, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

p.  **Exhibit P:** Document produced by Defendants, bates stamped JD_00004545, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

q.  **Exhibit Q:** Document produced by Defendants, bates stamped Indyke_Doe3_002499, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

r.  **Exhibit R:** Document produced by Defendants, bates stamped Indyke_Doe3_002500, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

s.  **Exhibit S:** Document produced by Defendants, bates stamped Indyke_Doe3_002501, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

t.  **Exhibit T:** Document produced by Defendants, bates stamped Indyke_Doe3_002604, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

u.  **Exhibit U:** Document produced by Defendants, bates stamped Indyke_Doe3_002605, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

v.  **Exhibit V:** Document produced by Defendants, bates stamped Indyke_Doe3_002606, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

w.  **Exhibit W:** Article from The Daily Beast published on August 30, 2020.

x.  **Exhibit X:** Document produced by Defendants, bates stamped JEE_Doe_3_000115, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

y.  **Exhibit Y:** Article from Business Insider published on August 5, 2019.

z.  **Exhibit Z:** Document produced by Defendants, bates stamped KAHN_00004517, designated confidential by Defendants pursuant to the Protective Order in this matter and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 13, 2024

Respectfully Submitted,

By:  */s/ Sigrid McCawley*

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Fl 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com