# EXHIBIT I

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**

*Central Control*

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

39

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 6-30-08 | 1955 | Turney, Lexine | V-3 | C-dorm (AA) | 2105 |
| 6-30-08 | 2000 | Sherry, Eric | V-4 | T-dorm | 2105 |
| 6-30-08 | 2000 | Damato, Brian | V-5 | J/k dorm | 2105 |
| 6-30-08 | 2000 | Collins, Hilda | V-11 | C-dorm (AA) | 2105 |
| 7-1-08 | 0555 | Wilford, Evelyn (Trinity) | PBSO | Q-Bldg | 1709 |
| 7-1-08 | 0614 | Green, Elizabeth | PBSO | Q-Bldg | 1434 |
| 7-1-08 | 0642 | King, Debbie | PBSO | Drug Farm | 1535 |
| 7-1-08 | 0725 | West, Michael | PBSO | Drug Farm | 1600 |
| 7-1-08 | 0726 | Arthur Troy | PBSO | Drug Farm | 1059 16?|
| 7-1-08 | 0728 | Caitlin Bronstein | PBSO | Drug Farm | 1616 |
| 7-1-08 | 0732 | Gloria Alham | PBSO | Drug Farm | 1600 |
| 7-1-08 | 0742 | Gary Gibson | PBSO | Drug Farm | 1600 |
| 7-1-08 | 0744 | Sutia Adams | PBSO | Drug Farm | 1710 |
| 7-1-08 | 0747 | Susan Wilkoff | PBSO | Drug Farm | 1620 |
| 7-1-08 | 0719 | John Habicht (Trinity) | PBSO | Q-Bldg | 1510 |
| 7-1-08 | 0749 | Patricia Elderman | PBSO | Drug Farm | 1600 |
| 7-1-08 | 0755 | Chevelle Hytower- SAAP | PBSO | Drug Farm area. | 1710 |
| 7-1-08 | 0809 | Robert Humes- DAF | PBSO | Drug Farm area. | 1650 |
| 7-1-08 | 0810 | Jay Badgett- PBCSB | PBSO | School Calssroom. | 11:32 |
| 7-1-08 | 0850 | Darren Indyke- Attorney | L-3 | I/M: Epstein, Jeffrey (T-Special Mgmt). | 1047 |
| 7-1-08 | 0853 | Tenecia Sproull- Clerical | PBSO | Blood Drive. | 0959 |
| 7-1-08 | 0855 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1740 |
| 7-1-08 | 0907 | Larry Ellis- ESS | PBSO | T-Control | 0930 |
| 7-1-08 | 0935 | Edna Jones- Juvenile Probation Officer | V-3 | I/M: McCoy, Quentyne (M-Dorm). | 0954 |
| 7-1-08 | 0948 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | |
| 7-1-08 | 1120 | Jerry M.Deamud | | | |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

CENTRAL

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07-1-08 | 1200 | Angeliki Weissinger- SAAP | PBSO | Drug Farm area. | |
| 07-1-08 | 1306 | Joseph Varju- SAAP | PBSO | Drug Farm area. | 1525 |
| 07-1-08 | 1417 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1710 |
| 07-1-08 | 1417 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1710 |
| 07-1-08 | 1445 | Chaplain Bannister- | PBSO | Drug Farm area. | 1541 |
| 7-1-08 | 1451 | G. Scott Penney- Public Defender | PBSO | on the compound. | 1600 |
| 7-1-08 | 1506 | Darren Indyke- Attorney | L-4 | IM: Epstein, Jeffrey (T-Special Mgmt). | 1945 |
| 7-1-08 | 1615 | Tein Michael (attorney) | L-1 | "entered to see inmate Epstein Jeffrey" | 1820 |
| 7-1-08 | 1623 | Lewis Guy | L-2 | " T-special " | 1820 |
| 7-1-08 | 1620 | Thomas Doherty (Facility) | PBSO | on compound to J/K | 1650 |
| 7/1/08 | 1845 | Licata Evan (clergy) | C-3 | Church services | 1855 |
| 7/1/08 | 1845 | Parker Deborah | C-4 | Church services | 1855 |
| 7/1/08 | 1845 | Barr Wallace | C-5 | Church services | 1855 |
| 7/1/08 | 1855 | Manthey Gabriel | C-5 | R-dorm (bible study) | 2005 |
| 7/1/08 | 2000 | Alexander Stephen | V-3 | T-special | 2055 |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
OFFICIAL VISITOR LOG

CENTRAL CONTROL

❑ MAIN DETENTION CENTER    ☑ STOCKADE    ❑ WEST COUNTY DETENTION    ❑ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/3/08 | 0750 | Chenelle Hytower | PBSO | SAPP | 0928 |
| 7/3/08 | 745 | Darren Indyke | 23 | Public Defender | 9:40 |
| 7/3/08 | 755 | Susan Wilkof | PBSO | Drug Farm | 1440 |
| 7/3/08 | 8:59 | Linda Hawthorn (Bog) | V4 | Drug Farm | 1139 |
| 7/3/08 | 9:00 | Gail Bremner | V5 | Drug Farm | 1139 |
| 7/3/08 | 9:19 | Lindsay Hanson (PD) | PBSO | L/M | 1000 |
| 7/3/08 | 9:28 | Ade Griffin (PD) | PBSO | Fan T dorm | 1031 |
| 7/3/08 | 9:34 | Robert Swisher (Air Freshner per.) | V3 | All over compound | 1025 |
| 7/03/08 | 1006 | Mirlande Osting (Trinity) | PBSO | Q Bldg | 1920 |
| 7/03/08 | 1009 | Chenelle Hytower | PBSO | Drug Farm | 11:04 |
| 7/03/08 | 1124 | C. Moussally (Process server) | V3 | RBJ | 1133 |
| 7/03/08 | 1217 | Filsaime (PD) | PBSO | GM Dorm | 1245 |
| 7/03/08 | 1350 | Lopez (SAAP) | PBSO | M Dorm | 1458 |
| 7/03/08 | 1345 | Susan Hendricks | PBSO | T-Dorm | 1419 |
| 7/03/08 | 1345 | Guangzhou, Bin | L-1 | T Dorm | 1419 |
| 7/03/08 | 1406 | Douglas Frew | V4 | B Dorm | 1556 |
| 7/03/08 | 1408 | Pablo Gonzalez | PBSO | Drug Farm | 1558 |
| 7/03/08 | 1408 | Humes, Robert | PBSO | Drug Farm | 1655 |
| 7/03/08 | 1408 | Jessica Wally | PBSO | Drug Farm | 1655 |
| 7/03/08 | 1408 | Sarah Korn | PBSO | Drug Farm | 1655 |
| 7/03/08 | 1435 | Karen Matherly (Vulcan) | V5 | Q Building | 1457 |
| 7/03/08 | 1615 | Joshua Leroy (P.D.) | PBSO | RB/Dorm /Wingfield David | 1739 |
| 7/03/08 | 1745 | Stephen Alexander (Psychologist) | V4 | T Spec (IM) Lyold, Andrew | 1915 |
| 7/03/08 | 1910 | John Eliott (AA) | V4 | T Dorm Epstein Jeffrey | 2015 |
| 7/03/08 | 1910 | Brian Edington (AA) | V8 | T Dorm | 2015 |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

CENTRAL CONTROL

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/7/08 | 01:35 | Evelyn Wilford | PBSO | Trinity Staff - Quebec | 1113 |
| 7/7/08 | 06:20 | Elizabeth Green | PBSO | Trinity Staff - Quebec | 1431 |
| 7/7/08 | 06:45 | D. King | PBSO | Drug Farm | — |
| 7/7/08 | 07:15 | Ms. Engleman | PBSO | Drug Farm | 1107 / 1602 |
| 7/7/08 | 07:23 | Caitlin Bronstein | PBSO | SAAP | 1018 |
| 7/7/08 | 07:28 | Arthur Troy | PBSO | SAAP | 1621 |
| 7/7/08 | 07:29 | Mike West | PBSO | SAAP | |
| 7/7/08 | 07:30 | Tim Justin | PBSO | CAP | |
| 7/7/08 | 07:45 | Chenelle Hrtower | PBSO | SAAP | 1625 |
| 7/7/08 | 07:48 | Angelikia Widesinger - SAAP | PBSO | Drug Farm area | 1625 |
| 7/7/08 | 0758 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1746 |
| 7/7/08 | 0805 | Jay Badgett- PBCSB | PBSO | School Classroom. | 1157 |
| 7/7/08 | 0814 | Terry Graves- SAAP | PBSO | Drug Farm area. | 1136 |
| 7/7/08 | 0826 | John Habicht- Trinity Staff | PBSO | Q-Bldg. | 1516 |
| 7/7/08 | 0847 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1106 |
| 7/7/08 | 0859 | Andre Gonzalez- ESS | PBSO | J/K-Dorm to gate #68 buzzer not working | |
| 7/7/08 | 0859 | Thomas Doherty- ESS | PBSO | "     "     "     "     "     "     "     " | |
| 7/7/08 | 0911 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1620 |
| 7/7/08 | 0944 | Rony Noreston- Florida Public Utilites | V-2 | On the compound. | 0956 |
| 7/7/08 | 0957 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1140 |
| 7/7/08 | 1014 | Jeff Gibson- ESS | PBSO | on the compound. | |
| 7/7/08 | 1023 | Caitlin Bronstein- DAF | PBSO | Drug Farm area. | 1206 |
| 7/7/08 | 1213 | Caitlin Bronstein -DAF | PBSO | Drug Farm area. | 1630 |
| 7/7/08 | 1217 | Patricia Edelman- SAAP | PBSO | Drug Farm area. | 1602 |
| 7/7/08 | 1313 | Darren Indyke- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special Mgmt). | 1716 |
| 7/7/08 | 1322 | | | | |

Notes in margin: LM7; The following circled didn't leave on C-Shift

## PALM BEACH COUNTY SHERIFF'S OFFICE
### DEPARTMENT OF CORRECTIONS
#### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07/08/08 | 1451 | Kenneth Huxhold- SAAP | PBSO | L-Dorm to see inmates. | 1548 |
| 07/08/08 | 1457 | Darren Indyke- Attorney | L-4 | I/M: Epstein, Jeffrey (T-Special Mgmt). | 1538 |
| 07/08/08 | 1500 | Jack Goldberger- Attorney | L-2 | "           "           "           " | 1745 |
| 07/08/08 | 1526 | Guy Lewis - Attorney | L-5 | "           "           "           " | 1745 |
| 07/08/08 | 1526 | Michael Tein- Attorney | L-1 | "           "           "           " | 1745 |
| 7-8-08 | 1615 | Indyke, Darren | L-4 | "           "           "           " | 1825 |
| 7-8-08 | 1630 | Montgomery, Thomas | L-4 | SB-dorm to see inmate Twee | 1725 |
| 7-8-08 | 1830 | Allen Annette | V-11 | Drug Farm | 2010 |
| 7-8-08 | 1830 | Glover, Marvin | V-12 | Drug Farm | 2010 |
| 7-8-08 | 18:49 | Robert Duquet | C-3 | T-Dorm Clergy Catholic | 2000 |
| 7-8-08 | 18:49 | Deborah Prescott | C-2 | T-Dorm Clergy Catholic | 2000 |
| 7-8-08 | 18:49 | Thomas Lawlor | PBSO | C-Dorm Clergy Catholic | 2010 |
| 7-8-08 | 18:49 | Robert Williams | C-4 | C-Dorm Clergy Catholic | 2010 |
| 7-8-08 | 18:49 | Monzell Pawk | C-5 | V-Building Clergy | 2002 |
| 7-8-08 | 18:49 | Tavarus Prince | C-6 | V-Building Clergy | 2002 |
| 7-8-08 | 18:49 | Alfred Monroe | C-7 | V-Building Clergy | 2002 |
| 7-8-08 | 18:49 | Alethia Monroe | C-8 | V-Building Clergy | 2002 |
| 7-8-08 | 1940 | Hanley, Michael | V-14 | Intake Booking to serve Espet, Diana | 1950 |
| 7-8-08 | 2000 | Burbage, Nelson | V-1 | T-dorm | 2105 |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07-08-08 | 0124 | Evelyn Wilford (Trinity) | PBSO | Q-Bldg. | 1115 |
| 07-08-08 | 0605 | Liz Green (Trinity) | PBSO | Q-Bldg. | 1423 |
| 07-08-08 | 0730 | Arthur Troy (SAAP) | PBSO | Drug Farm | 1500 |
| 07-08-08 | 0730 | Michael West (SAAP) | PBSO | Drug Farm | 1600 |
| 07-08-08 | 0734 | Timothy Justin (SAAP) | PBSO | Drug Farm | 1717 |
| 07-08-08 | 0734 | Gloria Ahlman (SAAP) | PBSO | Drug Farm | 1701 |
| 07-08-08 | 0742 | Julia Adams (SAAP) | PBSO | Drug Farm | 1752 |
| 07-08-08 | 0744 | Angeliki Weissinger (DAF) | PBSO | Drug Farm | 1730 |
| 07-08-08 | 0753 | Patricia Eldemen (DAF) | PBSO | Drug Farm | 1600 |
| 07-08-08 | 0754 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1735 |
| 07-08-08 | 0821 | Jay Badgett- PBCSB Teacher | PBSO | School Classroom. | 1207 |
| 07-08-08 | 0835 | John Habicht- Trinity Staff | PBSO | Q-Bldg. | 1438 |
| 07-08-08 | 0904 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1758 |
| 07-08-08 | 1014 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1849 |
| 07/08/08 | 1043 | Mr. Harper- ESS | PBSO | Intake Control. | 1100 |
| 07/08/08 | 1137 | Lawrence Change- Deputy | PBSO | line-up room. | 1242 |
| 07/08/08 | 1145 | Pablo Gonzalez- DAF | PBSO | Drug Farm area. | 1505 |
| 07/08/08 | 1201 | Edwin Ferguson- Attorney | L-1 | I/M: Pullens, Cleo (D-Dorm). | 1321 |
| 07/08/08 | 1300 | Joseph Varju- SAAP | PBSO | Drug Farm area. | 1505 |
| 07/08/08 | 1314 | Raul Pozos- Fla Dept of Correction | V-18 | Q-Bldg. | 1546 |
| 07/08/08 | 1316 | Darren Indyke- Attorney | L-2 | I/M: Epstein, Jeffrey (T-Special Mgmt). | 1404 |
| 07/08/08 | 1328 | G. Scott Penney- Public Defender | PBSO | Varioous dorms to see inmates. | 1600 |
| 07/08/08 | 1330 | Evelyn Pennington- Public Defender | L-1 | Intake Booking area. | 1537 |
| 07/08/08 | 1407 | Robert Humes- DAF | PBSO | Drug Farm area. | 1653 |
| 07/08/08 | 1413 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1700 |
| 07/08/08 | 1413 | Sarah Korn-DAF | PBSO | | |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
OFFICIAL VISITOR LOG

☐ MAIN DETENTION CENTER  ☒ STOCKADE  ☐ WEST COUNTY DETENTION  ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/09/08 | 1213 | MR. INDYKE (ATTY.) | L-4 | T-Spec. / I/m Epstein, J. | 1342 |
| | 1308 | ERIK JENSEN (FPL) | N-1 | VARIOUS | 1339 |
| | 1321 | MICHAEL ODLOBINA (P.D.) | PBSO | L-DORM | 1409 |
| | 1322 | MICHAEL McVAN (INVESTIGATOR) | V2 | VARIOUS | 1513 |
| | 1337 | MARC LYONS (ATTY) | L1 | T-Special | 1577 |
| | 1337 | JACK GOLDBERGER (ATTY) | L2 | T-Special | 1411/1517 |
| | 1340 | DBARUN NEELAKANTA (P.P.) | PBSO | VARIOUS | 1540 |
| | 1342 | EDWIN FERGUSON (ATTY) | L-3 | A-DORM | 1430 |
| | 1402 | ROBERT HUMES (DAF) | PBSO | DRUG FARM | 1658 |
| | 1412 | SARAH KORN (DAF) | PBSO | DRUG FARM | 1658 |
| | 1412 | JESSICA WALLY (DAF) | PBSO | DRUG FARM | 1658 |
| | 1600 | MR. INDYKE (ATTY) | L1 | T-MGT - EPSTEIN | 1850 |
| | 1710 | SISTER BRONSTEIN | PBSO | J/K DRUG FARM | 1940 |
| | 1730 | M.B. CABOTE ATTY | L2 | T-MGT - EPSTEIN | 1840 |
| | 1730 | MR TEIN | L3 | T-MGT EPSTEIN | 1840 |
| | 1755 | MR ANDERSON TEACHER | PBSO | J/K | 1840 |
| | 1755 | MR KANE TEACHER | V11 | J/K | 1940 |
| | 1841 | MR CURTIS NA | V12 | T-MGT | 2020 |
| | 1841 | MR SHANLEY NA | V14 | T-MGT | 2020 |
| | 1845 | MS CEHA NA | V15 | DRUG FARM | 2008 |
| | 1845 | MS SCHWARTZ NA | V16 | DRUG FARM | 2008 |
| | 1945 | MR ALEXANDER (PSY) | V6 | EPSTEIN'S DOCTOR | 2055 |
| | 1955 | MR HOOPER NA | V11 | DRUG FARM | 2103 |
| | 2354 | OFC LIRIANO #5336 | PBSO | A-DORM - I/m GONZALEZ | — |
| | 2354 | MR KUE #5487 | PBSO | A-DORM - I/m GONZALEZ | — |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

"CENTRAL CONTROL"

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07-10-08 | 12:19 | Chevelle Hytower - SAAP | PBSO | Drug Farm | 1625 |
| 07-10-08 | 12:19 | Patricia Edelman - SAAP | PBSO | Drug Farm | 1550 |
| 7/10/08 | 12:43 | JEANETTE CROWDER (PROBATION) | PBSO | DRUG FARM | 1557 |
| 7/10/08 | 12:48 | SCHOETTLE, DOUGLAS | V1 | T-SPECIAL (I/M: EPSTEIN, J) per Sgt. Wilson | 1410 |
| 7/10/08 | 12:48 | MURPHY, WILLIAM | V2 | T-SPECIAL (I/M: EPSTEIN, J) per Sgt. Wilson | 1410 |
| 7/10/08 | 12:48 | SCHANK, ROGER | V3 | T-SPECIAL (I/M: EPSTEIN, J) per Sgt. Wilson | 1410 |
| 7/10/08 | 1347 | JOSEPH VARJU | PBSO | DRUG FARM | 1550 |
| 7/10/08 | 1412 | SARAH KORN (DAF) | PBSO | DRUG FARM | 1707 |
| 7/10/08 | 1412 | JESSICA WALLY (DAF) | PBSO | DRUG FARM | 1707 |
| 7/10/08 | 1430 | SCOTT PENNEY (P.D.) | PBSO | L/M | 1625 |
| 7/10/08 | 1442 | EUNICE BAROS (P.D.) | PBSO | L-DORM | 1514 |
| 7/10/08 | 1454 | JONATHAN KAYE (TEACHER) | V1 | LT. JACKSON | 1635 |
| 7/10/08 | 1505 | DARREN INDYKE (ATTY) | L-1 | T-SPECIAL (I/M: EPSTEIN, J) | 1700 |
| 7/10/08 | 1529 | DANTE MEDINA | PBSO | VARIOUS | 1715 |
| 7/10/08 | 1553 | ALLAN DERMUD - ALLEN AVIATION | V1 | PCT. CUSTODY (COSY MATCH) | 1605 |
| 7/10/08 | 1550 | MR WADE  PUB DEF | P330 | SB I/M MILLS | 1629 |
| 7/10/08 | 1606 | MR LEHMAN  ATTY | L5 | RA  I/M JONES, JR | 1726 |
| 7/10/08 | 1800 | MR CLOVER  TEACHER | V1 | DRUG FARM | 2005 |
| 7/10/08 | 1800 | MS ALLEN  TEACHER | V2 | DRUG FARM | 2005 |
| 7/10/08 | 1746 | MR GUEST  AA | V3 | SA DORM MEETING | 2005 |
| 7/10/08 | 1746 | MR FOLEY  AA | V4 | SA DORM | 2005 |
| 7/10/08 | 1952 | MR MERRY  N/A | V11 | T-DORM | 2103 |
| 7/11/08 | 0135 | Curtis Pinkney | PBSO | Trinity Staff | 1033 |
| 7/11/08 | 0630 | Elizabeth Green | PBSO | Trinity Staff | 1429 |
| 7/11/08 | 06:40 | Dorothy G. King | PBSO | SAAP | |
| 7/11/08 | 0716 | | | | |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER   ☑ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/14/08 | 1:45 | Evelyn Wilford | PBSO | Trinity Staff - Quebec | 1023 |
| 7/14/08 | 5:29 | Ms Paquette | PBSO | Food Services | 1314 |
| 7/14/08 | 0638 | Elizabeth Green | PBSO | Trinity Staff - Quebec | 1420 |
| 7/14/08 | 0756 | Deborah King | PBSO | SAAP | |
| 7/14/08 | 0715 | Jim Justin | PBSO | SAAP | 1647 |
| 7/14/08 | 0736 | Gary Gibbons | PBSO | SAAP | 1600 |
| 7/14/08 | 0738 | Michael West | PBSO | SAAP | 1600 |
| 7/14/08 | 0743 | Julia Adams | PBSO | SAAP | 1640 |
| 7/14/08 | 0745 | Susan Wilkoff | PBSO | SAAP | 1209 |
| 07/14/08 | 0746 | Angelikia Weissenger- SAAP | PBSO | Drug Farm area. | 1615 |
| 07/14/08 | 0752 | Patricia Edelman- SAAP | PBSO | Drug Farm area. | 1415 |
| 07/14/08 | 0759 | Terry Graves- SAAP | PBSO | Drug Farm area. | 1124 |
| 07/14/08 | 0802 | John Habicht-Trinity Staff | PBSO | Q-Bldg. | 1447 |
| 07/14/08 | 0814 | Jay Badgett- PBCSB | PBSO | Calssroon Teacher. | 1130 |
| 07/14/08 | 0852 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1749 |
| 07/14/08 | 0852 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1702 |
| 07/14/08 | 0938 | Chaplain Bannister - Chap. | PBSO | Various Dorms to see inmates. | 1030 |
| 07/14/08 | 0954 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1850 |
| 07/14/08 | 0958 | Gloria Alaham- SAAP | PBSO | Drug Farm area. | 1610 |
| 07/14/08 | 1149 | Egerty Pierre-Louis ( Interview) | V-4 | Nurse Whitten in medical. | 1318 |
| 07/14/08 | 1220 | Indyke , Darren - Attorney | L-1 | I/M: Esptein, Jeffrey (T-Special Mgmt). | 1447 |
| 07/14/08 | 1252 | Caitlin Bronstein- DAF | PBSO | Drug Farm area. | 1619 |
| 07/14/08 | 0746 | Joseph Varju- SAAP | PBSO | Drug Farm area. | |
| 07/14/08 | 1409 | Robert Humes- DAF | PBSO | Drug Farm area. | 1654 |
| 07/14/08 | 1542 | Jack Goldberger- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special). | 1717 |
| 07/14/08 | 1542 | | | | |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7-15-08 | 1247 | Attorney Darren K. Indyke | L-2 | T-special inmate Epstein Jeffrey | 1305 |
| 7-15-08 | 1247 | Shery Austin (Power Legal) | L-4 | T-special inmate Epstein Jeffrey | 1731 |
| 7-15-08 | 1251 | Joseph Varju | PBSO | Drug Farm | 1542 |
| 7-15-08 | 1315 | P.D. G. Scott Penny | PBSO | various dorm | 1600 |
| 7-15-08 | 1332 | Conrad Saddler (Pre-Trial) | PBSO | Ranglin, Ricardo (A-dorm) | 1345 |
| 7-15-08 | 1352 | Attorney Dees J. Merton | L-1 | Alvarez Cristobal (RP) | 1858 |
| 7-15-08 | 1352 | Sergio Cesane (Interpreter) | V-3 | Alvarez Cristobal (RS) | 1858 |
| 7-15-08 | 1358 | Attorney Sincha Raba Gershon | L-2 | Gjumbilis James (M-dorm) | 1424 |
| 7-15-08 | 1404 | Sarah Kern - DAF | PBSO | Drug Farm | 1654 |
| 7-15-08 | 1404 | Jessica Wally - DAF | PBSO | Drug Farm | 1654 |
| 7-15-08 | 1405 | Robert Chimes - SAAP | PBSO | Drug Farm | 1652 |
| 7-15-08 | 1406 | Evelyn Bannister | PBSO | compound | 1512 |
| 7-15-08 | 1409 | Darren K. Indyke (Attorney) | L-5 | Epstein Jeffrey (T-special) | 1433 |
| 7-15-08 | 1552 | Attorney Reiner W. Bit Lichter | L-1 | Inmate Krostrubie | 1700 |
| 7-15-08 | 1621 | Attorney Montesino Samuel | L-2 | RA dorm to see inmate Scarlett Cecilio | 1650 |
| 7-15-08 | ? | Hutauer Chevelle | PBSO | not signed in on log | 1645 |
| 7-15-08 | 1855 | Thomas Lawlor (bible study) | PBSO | C-dorm (clergy) | 2105 |
| 7-15-08 | 1855 | Manthey Gabriel (bible study) | C-1 | R-dorm (clergy) | 2105 |
| 7-15-08 | 1955 | Burbage Nelson | V-1 | T-dorm (AA) | 2112 |



## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07/16/08 | 01:50 | Evelyn Wilford | PBSO | Q Bec | 1318 |
| 07/16/08 | 5:39 | Denra Paquette | PBSO | Q Bec | 1253 |
| 07/16/08 | 10:03 | Curtis Pikney | PBSO | Q Bec | 0935 |
| 07/16/08 | 6:55 | L. Williams | PBSO | Swanson | 1122 |
| 07/16/08 | 6:55 | J. Bailon | PBSO | Swanson | 1122 |
| 07/16/08 | 6:55 | B. Cedeno | PBSO | Swanson | 1122 |
| 07/16/08 | 7:30 | Catelin Bronstein | PBSO | DAIF | 1620 |
| 07/16/08 | 7:30 | Timothy Justin | PBSO | SAAP | 1741 |
| 07/16/08 | 7:37 | S. Wilkoff | PBSO | SAAP | 1741 |
| 07/16/08 | 7:37 | Mrs. West | PBSO | SAAP | 1600 |
| 7/16/08 | 7:37 | Mr. Graves | PBSO | SAAP | 1115 |
| 7/16/08 | 7:39 | C. Hytower | PBSO | SAAP | 1700 |
| 7/16/08 | 7:40 | J. Habicht | PBSO | Trinity | 1456 |
| 7/16/08 | 7:37 | Ms. Adams | PBSO | SAPP | 1741 |
| 7/16/08 | 0753 | ANGELIKI WEININGER | PBSO | DRUG FARM | 1255 |
| 7/16/08 | 0756 | JAY BADGETT (TEACHER) | PBSO | CLASSROOM | 1136 |
| 7/16/08 | 0824 | MARC STERN (DENTIST) | V1 | MEDICAL | 1254 |
| 7/16/08 | 0835 | DANTE MEDINA (P.P.) | PBSO | F-DORM | 0850 |
| 7/16/08 | 0850 | NICOLE BYDDLE DIAZ | PBSO | DRUG FARM | — |
| 7/16/08 | 0853 | ELTA EMILCAR (TRINITY) | PBSO | Q-BLDG | 1725 |
| 7/16/08 | 0900 | JOEY BARLOW (TRINITY) | V2 | Q-BLDG | 1049 |
| 7/16/08 | 1008 | DR. CETOROWSKI (PSYCHOLOGIST) | V3 | F-DORM | 1135 |
| 7/16/08 | 12:04 | Geesey, Allan | L-1 | SA DORM | 1242 |
| 7/16/08 | 1206 | STORY COWLES (PARALEGAL) | L-2 | T-SPEC (EPSTEIN, J) | 1411 |
| 7/16/08 | 1206 | DAN INDYKE (ATTY) | L3 | T-SPEC (EPSTEIN, J) | 1316 |
| 7/16/08 | 12:11 | ADAM LANGINO (BA) | | | |



**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/16/08 | 1237 | ANTHONY RYAN (ATTY) | L4 | G/N-DORM | 1316 |
| 7/16/08 | 1239 | JOSEPH VARJU (DAF) | PBSO | DRUG FARM | 1533 |
| 7/16/08 | 1246 | PATRICIA EDELMAN (DAF) | PBSO | DRUG FARM | — |
| 7/16/08 | 1256 | NICOLE DIMASI (INVESTIGATOR) | V3 | C-DORM | 1325 |
| 7/16/08 | 1334 | FLYNN BERTISCH (ATTY) | L1 | D-DORM | 1439 |
| 7/16/08 | 1341 | DAN INDYKE (ATTY) | L3 | T-SPECIAL (EPSTEIN, J) | 1455 |
| 7/16/08 | 1405 | ROBERT HUMES (DAF) | PBSO | DRUG FARM | 1655 |
| 7/16/08 | 1405 | JESSICA WALLY (DAF) | PBSO | DRUG FARM | 1700 |
| 7/16/08 | 1414 | SARAH KORN (DAF) | PBSO | DRUG FARM | 1700 |
| 7/16/08 | 1450 | DAN INDYKE (ATTY) | L-1 | T-SPECIAL (EPSTEIN) | 1655 |
| 7/16/08 | 1450 | JACK GOLDBERGER (ATTY) | L2 | T-SPECIAL (EPSTEIN) | 1552 |
| 7/16/08 | 1520 | JERRY WADE (PD) | PBSO | VARIOUS | 1600 |
| 7/16/08 | 1539 | EDWIN BEZARES (MAXDAVIS) | V1 | INTAKE BOOKING | 1547 |
| 7/16/08 | 1607 | MR CROWLEY ATTY | L2 | MAX LEWIS - EPSTEIN | 1746 |
| 7/16/08 | 1625 | MR SKILES ATTY | L3 | INMATE I/M - SA | 1755 |
| 7/16/08 | 1800 | MR ANDERSON ATTY | V1 | DRUG FARM | 1935 |
| 7/16/08 | 1800 | MR KAYE ATTY | V2 | DRUG FARM | 1935 |
| 7/16/08 | 1900 | MS COHN ATTY | V3 | DRUG FARM | 2000 |
| 7/16/08 | 1900 | MS SWARTZ ATTY | V4 | DRUG FARM | 2000 |
| 7/16/08 | 2000 | MR DEVOATCH ATTY | V2 | DRUG FARM | 2105 |
| 7/16/08 | 2000 | MR REYES ATTY | V1 | DRUG FARM | 2105 |
| 7/16/08 | 2000 | MS ANTICH ATTY | V8 | DRUG FARM | 2055 |
| 7/17/08 | 0155 | Evelyn Wilford | PBSO | Trinity Staff - QBay | 1134 |
| 7/17/08 | 0425 | Curtis Pinkney | PBSO | Trinity Staff - QBay | 934 |
| 7/17/08 | 0558 | Elizabeth Gage | PBSO | Trinity Staff - ... | ///// |
| 7/17/08 | 0717 | ... | | | |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

"*Central Control*"

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07/22/08 | 0950 | Yvette Farnsworth- Public Defender | PBSO | Various Dorms to see i/m. | 1019 |
| 07/22/08 | 1017 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1913 |
| 07/22/08 | 1028 | Genevieve Hall- Attorney | L-4 | I/M's: Pierre, W (A-Dorm) Brools, R (SA09). | 1114 |
| 07/22/08 | 1046 | Christopher Middlebrooks- Alexxon | V-3 | on the compound reset mouse traps | 1545 |
| 07/22/08 | 1123 | Jeff Gibson- ESS | PBSO | On the compound to repair gate #16. | 1307 |
| 07/22/08 | 1123 | Michael McLaughan- ESS | PBSO | On the compound to repair gate #16. | 1307 |
| 07/22/08 | 1138 | Michael West- SAAP | PBSO | Drug Farm area. | 1550 |
| 07/22/08 | 1219 | Story Cowles- Paralegal | L-2 | I/M: Epstein, Jeffrey (T-Special). | 1320 |
| 07/22/08 | 1220 | Jack Goldberger- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special). | 1358 |
| 07/22/08 | 1220 | Robert Critton- Attorney | L-4 | I/M: Epstein, Jeffrey (T-Special). | 1320 |
| 07/22/08 | 1242 | Darren Indyke- Attorney | L-3 | I/M: Epstein, Jeffrey (T-Special). | 1532 |
| 07/22/08 | 1308 | Joseph Varju- SAAP | PBSO | Drug Farm area. | 1528 |
| 07/22/08 | 1328 | Matthew Covil- D.O.C. | V-5 | I/M: McCoy, Quentyne (M-Dorm) | 1425 |
| 07/22/08 | 1335 | Chaplain Bannister- Chaplain | PBSO | On the compound. | 1547 |
| 07/22/08 | 1402 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1701 |
| 07/22/08 | 1404 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1703 |
| 07/22/08 | 1404 | Robert Humes- DAF | PBSO | Drug Farm area. | 1701 |
| 07/22/08 | 1422 | Jason Siegel- Attorney | L-1 | I/M: Campbell, Lemorris (M-Dorm). | 1830 |
| 07/22/08 | 1423 | G. Scott Penney- Public Defender | PBSO | Various Dorms to see inmates. | 1620 |
| 07/22/08 | 1432 | Trevor Sutarn- Attorney | L-5 | I/M's: Gaines, Brandon (D-Dorm)/Blue, Macic (A-Dorm) | 1509 |
| 07/22/08 | 1449 | Leonardo Tabordo- Public Defender | PBSO | I/M's: Quinn, Leon (T-M) and Freeman, Randy (M-Dorm) | 160 |
| 07/22/08 | 1449 | Adam Langino- Public Defender | PBSO | I/M: Salazar, Miquel (RA05). | 1703 |
| 07/22/08 | 1457 | Kay Oglesby- Public Defender | PBSO | G/H-Dorm. | 1527 |
| 07/22/08 | 1501 | Timothy Justin- SAAP | PBSO | Drug Farm area. | 1701 |
| 7-22-08 | 1610 | Indyke, Darren (ATT) | L-2 | T-special to see inmate Epstein | 1725 |



# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG   "Central Control"

☐ MAIN DETENTION CENTER   ☑ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 07/23/08 | 1:00 | Evelyn Wilford / Trinity | PBSO | Quebec | |
| 7/23/08 | 04:10 | Curtis Pinkney / Trinity | PBSO | Quebec | 1909 |
| 7/23/08 | 0700 | John Habicht / Trinity | PBSO | Quebec | 1949 |
| 7/23/08 | 6:30 | Elizabeth Green / Trinity | PBSO | Quebec | 1426 |
| 7/23/08 | 7:30 | Arthur Trey / Drug Farm | PBSO | Drug Farm | 1614 |
| 7/23/08 | 7:32 | Mr. Gibson / Drug | PBSO | Drug Farm | 1610 |
| 7/23/08 | 7:34 | Mr. Bronstein / Drug Farm | PBSO | Drug Farm | 1614 |
| 7/23/08 | 7:40 | Mr. Justin " | PBSO | Drug Farm | 1614 |
| 7/23/08 | 7:42 | Mr. West " | PBSO | Drug Farm | 1604 |
| 7/23/08 | 7:42 | Mr. Graves " | PBSO | Drug Farm | 1107 |
| 7/23/08 | 7:44 | Ms. Willutts " | PBSO | Drug Farm  1722 | 1017 |
| 7/23/08 | 7:45 | Ms. Wessinger " | PBSO | Drug Farm | 1650 |
| 7/23/08 | 7:47 | Ms. Tytonen " | PBSO | Drug Farm | 1650 |
| 7/23/08 | 7:47 | Ms. Edelman " | PBSO | Drug Farm | 1605 |
| 7/23/08 | 0810 | JEAN FILJAIME (P.P.) | PBJO | VARIOUS | 0942 |
| 7/23/08 | 0811 | JAY PADGETT (TEACHER) | PBJO | CLASSROOM | 1132 |
| 7/23/08 | 0926 | GLORIA GREEN (SAAP) | PBJO | DRUG FARM | 1610 |
| 7/23/08 | 0929 | JAMIE HOLLOWAY (D.O.C) | V1 | 6/H | 1001 |
| 7/23/08 | 0929 | ELTA EMILCAR (TRINITY) | PBJO | G-BLDG | 1740 |
| 7/23/08 | 0940 | JAINNA SEABORNE (P.D.) | PBJO | R/J | 1017 |
| 7/23/08 | 1004 | ENRIQUE SOBRINO | PBJO | AGENT THOMAS | 1024 |
| 7/23/08 | 1115 | CHRISTOPHER MIDDLEBROOK | V1 | VARIOUS | 1317 |
| 7/23/08 | 1154 | PATRECHA NEWBY (TRINITY) | PBJO | Q-BLDG | 1900 |
| 7/23/08 | 1205 | Darren Indyke (Atty) | L1 | F Dorm | 1400 |
| 7/23/08 | 1246 | JOSEPH VARJU (SAAP) | PBJO | DRUG FARM | |
| 7/23/08 | | | | | |