# EXHIBIT I

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

*Central Control*

- ☐ MAIN DETENTION CENTER
- ☒ STOCKADE
- ☐ WEST COUNTY DETENTION
- ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/23/08 | 1403 | SARAH KORN (DAF) | PBSO | DRUG FARM | 1705 |
| 7/23/08 | 1412 | JESSICA WALLY (DAF) | PBSO | DRUG FARM | 1705 |
| 7/23/08 | 1500 | DAN INDYKE (ATTY) | L1 | T-SPECIAL (I/M: EPSTEIN, J) | 1725 |
| 7/23/08 | 1535 | JACK GOLDBERGER (ATTY) | L2 | T-SPECIAL (I/M: EPSTEIN, J) | 1700 |
| 7/23/08 | 15:50 | Jerry Wade II (ATTY) | PBSO | Diana Estep  C-Dorm | 1614 |
| 7/23/08 | 17:55 | Anderson (Teacher) | PBSO | Drug Farm | 1935 |
| 7/23/08 | 1800 | Chaplain Bannister | C-1 | C-Dorm Church Service | 1900 |
| 7/23/08 | 1840 | J. Perzanowski | C-2 | Catholic Service | 2000 |
| 7/23/08 | 1840 | Deborah Prescott | C-3 | Catholic Service | 2000 |
| 7/23/08 | 1845 | Louise Marshall | V-2 | C-Dorm | 2000 |
| 7/23/08 | 1845 | Kristine Cohn | V-3 | C-Dorm | 2000 |
| 7/23/08 | 1858 | Peter Thuong Truong | C-4 | Catholic Service | 2000 |
| 7/23/08 | 1850 | Curtis, Steven AA-meeting | V-2 | T-Dorm | 2018 |
| 7/23/08 | 1955 | Melissa Thomas | V-3 | C-Dorm | 2100 |
| 7/23/08 | 1955 | Gibson DAF | PBSO | Drug Farm | 2100 |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

Central Control

☐ MAIN DETENTION CENTER  ☑ STOCKADE  ☐ WEST COUNTY DETENTION  ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 7/29/08 | 140 | WILFORD TRINITY | PBSO | KITCHEN | 1015 |
| 7/29/08 | 611 | ELIZABETH TRINITY | PBSO | KITCHEN | 1433 |
| 7/29/08 | 732 | MR WEST SAAP | PBSO | DRUG FARM | 1552 |
| 7/29/08 | 741 | MR GIBSON SAAP | PBSO | DRUG FARM | 12:16 |
| 7/29/08 | 743 | HIGHTOWER SAAP | PBSO | DRUG FARM | 1550 |
| 7/29/08 | 744 | TIM JUSTIN SAAP | PBSO | DRUG FARM | 1336 |
| 07/29/08 | 0756 | Patricia Edelman- SAAP | PBSO | Drug Farm | 1400 |
| 07/29/08 | 0820 | John Habicht- Trinity Staff | PBSO | Q-Bldg. | 1501 |
| 07/29/08 | 0845 | Nancy Valencia- SAAP | PBSO | T-Dorm. | 1017 |
| 07/29/08 | 0857 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1750 |
| 07/29/08 | 0902 | George Dobson- State of Fla. Investigator | V-11 | I/M's: Wright, K; Hader, A and Tipton, J | 1012 |
| 07/29/08 | 0903 | Darren Indyke- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Spec.) | 12:14 |
| 07/29/08 | 0931 | Angeliki Weissinger- SAAP | PBSO | Drug Farm area. | 1306 |
| 07/29/08 | 1002 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1902 |
| 07/29/08 | 1046 | Robert Swisher- Ellison Services | V-12 | on the compound. | 1013 |
| 07/29/08 | 1046 | Cruz Gonzalez- Ellison Services | V-11 | on the compound. | 1013 |
| 07/29/08 | 1058 | Julia Adams- SAAP | PBSO | Drug Farm area. | 1240 |
| 07/29/08 | 1121 | Arthur Troy- SAAP | PBSO | Drug Farm area. | 1614 |
| 07/29/08 | 1140 | Caitlin Bronstein- SAAP | PBSO | Drug Farm area. | 1621 |
| 07/29/08 | 12:25 | Joseph Varju- SAAP | PBSO | Drug Farm | 1540 |
| 07/29/08 | 1258 | Dena Paquetta- Trinity Staff | PBSO | Q-Bldg. | 1447 |
| 07/29/08 | 1304 | Harry Greene- Securis Telephone | PBSO | M-Dorm. | 1334 |
| 07/29/08 | 1329 | Jay Lefkowitz- Attorney | L-2 | I/M: Epstein, Jeffrey (T-Spec). | 512 |
| 07/29/08 | 1347 | Evelyn Bannister- Chaplain | PBSO | on the compound to various dorms. | 1413 |
| 07/29/08 | 1403 | Susan Hendricks- Attorney | L-5 | I/M: Saint Phart, Rodney (F-Dorm). | 1426 |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG

*Central Control*

☐ MAIN DETENTION CENTER ☑ STOCKADE ☐ WEST COUNTY DETENTION ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 8/9/08 | 134 | MR. PINKNEY TRINITY | PBSO | KITCHEN | 1035 |
| 8/9/09 | 734 | JESSICA WALLY Drug Counselor | PBSO | DRUG FARM | 1100 |
| 8-9-09 | 0850 | Indyke Darren | L-1 | T-special to see inmate Epstein | 1035 |
| 08-9-09 | 0850 | Osting Mirlande (Trinity) | PBSO | Trinity - Q-building | 1730 |
| 8-9-09 | 0859 | LeGrey Linda (United Deliverance) | PBSO | L&M for services | 1915 |
| 8-9-09 | 1015 | Emilcar Elta (Trinity) | PBSO | Trinity - Q-building | 1854 |
| 8-9-09 | 1155 | Indyke Darren (Attorney) | L-1 | T-special to see inmate Epstein | 1631 |
| 8-9-09 | 1425 | Vranek Thomas (F.M.) | PBSO | (Facility) to work on U/medical & T | 1525 |
| 8-9-09 | 1505 | Pagano Joseph (Attorney) | L-3 | T-special to see inmate Epstein | 1629 |
| 8-9-09 | 14:35 | Fleischman Jack | L-2 | various areas (T/M/F) | 1535 |
| 8-10-08 | 1:09 | ELIZABETH GREEN TRINITY | PBSO | KITCHEN | 930 |
| 8/10/08 | 835 | Angelucci Assunta | PBSO | Drug Farm | 1210 |
| 8/10/08 | 905 | Darren Indyke | L1 | T-special | 1031 |
| 8/10/08 | 905 | Mirlande Osting | PBSO | Q-Building | 1730 |
| 8/10/08 | 905 | Susan Wilkoff | PBSO | Drug Farm | 1234 |
| 8/10/08 | 933 | Sean Quinn | L2 | L-Dorm | 950 |
| 8/10/08 | 1018 | Elta Emilcar | PBSO | Q-Building | 1851 |
| 8/10/08 | 1330 | Darren Indyke | L1 | T-special | 1510 |
| 8/10/08 | 1438 | Jack Goldberg | L2 | T-special | 1556 |
| 8/10/08 | 1500 | Joseph Pagano | L3 | T-special | 1740 |
| 8/10/08 | 1955 | Adam Buccini (HA) | V1 | T-Dorm | 2103 |
| 8/11/08 | 0130 | Curtis Pinkney (Trinity) | PBSO | Kitchen | 1030 |
| 8-11-08 | 0634 | Deborah King | PBSO | Drug farm | 1540 |
| 8-11-08 | 0642 | Elizabeth Green (Trinity) | PBSO | Kitchen | 1435 |
| 8-11-08 | 723 | Patricia Edelman | PBSO | Drug farm | |
| 8-11-08 | 778 | Anthony Tra... 1000... | | | |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 9-4-08 | 1900 | Mr. Lucito                  DR | L/4 | SA-DORM | 2010 |
| 9-4-08 | 1940 | Mr. Peacock                 AA | V/2 | T-DORM | 2105 |
| 9-5-08 | 0130 | Curtis Pinkney (Trinity) | PBSO | Kitchen | 1119 |
| 9-5-08 | 0640 | Evelyn Wilford Trinity | PBSO | Kitchen | 1555 |
| 9-5-08 | 0700 | Caitlin Bronstein (Drug Abuse) | PBSO | Drug Farm | 1035 |
| 9-5-08 | 0735 | Gary Gibson (SAAP) | PBSO | Drug Farm | 1725 |
| 9-5-08 | 0736 | Michael West (SAAP) | PBSO | Drug Farm | 1531 |
| 9-5-08 | 0742 | Angelica Weisinger | PBSO | Drug Farm | 1817 |
| 9-5-08 | 0750 | Chevelle Hytower- SAAP | PBSO | Drug Farm area. | 1730 |
| 9-5-08 | 0752 | Patricia Edelman- BAAP | PBSO | Drug Farm area. | 1502 |
| 9-05-08 | 0754 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1744 |
| 9-05-08 | 0757 | Jay Badgett- PBCSB | PBSO | School Teacher | 1127 |
| 9-05-08 | 0834 | John Habicht- Trinity Staff | PBSO | Q-Bldg. | 1452 |
| 9-05-08 | 0902 | D/S Maharry ePBSO- Deputy | PBSO | On the compound. | 0915 |
| 9-05-08 | 0914 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1750 |
| 9-05-08 | 0937 | Ath Arthur Harper- ESS | PBSO | En route to G/H-Dorm. | 1040 |
| 9-05-08 | 1028 | Pablo Gonzalez- DAF | PBSO | Drug Farm area. | 1128 |
| 9-05-08 | 1211 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1920 |
| 9-05-08 | 1206 | Darren Indyke- Attorney | L-3 | I/M: Epstein, Jeffry (T-Special). | 1446 |
| 9-05-08 | 1222 | Michael Lumpkins- T-Netix | PBSO | T-Dorm and J/K-Dorm to repair i/m's phone. | 1230 |
| 9-05-08 | 1227 | Nancy Valencia- SAAP | PBSO | L-Dorm and T-Dorm to see inmates. | 1403 |
| 9-05-08 | 1258 | Caitlin Bronstein- SAAP | PBSO | Drug Farm area. | 1607 |
| 9-05-08 | 1315 | Joseph Varju- SAAP | PBSO | Drug Farm area. | 1607 |
| 9-05-08 | 1316 | PAtrick Nelson- Max Davis | PBSO | Intake Booking area. | 13:42 |
| 9-5-08 | 1402 | Sarah Korner- DAF | PBSO | Drug Farm | 1610 |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 9-6-08 | 1:35 | Mr. Pinkney / Trinity staff | PBSO | Quebec | 1045 |
| 9-6-08 | 6:47 | Mr. Habicht / Trinity staff | PBSO | Quebec | 1235 |
| 9-6-08 | 7:18 | Jessica Wallis | PBSO | D.A.F | 1125 |
| 09-06-08 | 0859 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1351 |
| 09-06-08 | 0900 | Stephen Alexander- Doctor | V-12 | I/M: Epstein, Jeffrey (T-Special). | 1105 |
| 09-06-08 | 0904 | Linda Leary- United Deliverance Min. | PBSO | Various dorms. | 0924 |
| 09-06-08 | 0951 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1840 |
| 09-06-08 | 1203 | Darren Indyke- Attorney | L-4 | I/M: Epstein, Jeffrey (T-Special). | 1337 |
| 09-06-08 | 1252 | Bryan Larsen FPL | V11 | Compound to check meters | 1316 |
| 09-06-08 | 1400 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1720 |
| 9-6-08 | 1630 | Tatianna Bertsch | PBSO | I/M Bryant, Willie; Delbosque; Dicardio, John; Leviward, Darrell | 1815 |
| 9-6-08 | 1805 | Story Cowles | L-4 | Epstein, Jeffrey | 2055 |
| 9-6-08 | 1827 | David Smith | L-3 | I/M Edge, Tyrone | 1935 |
| 9-7-08 | 0116 | Mrs. Evelyn Wilford/Trinity staff | PBSO | Quebec | 0918 |
| 9-7-08 | 0728 | Mrs. Caitlin Bronstein/DAF | PBSO | Drug Farm | 1655 |
| 09-07-08 | 0818 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1239 |
| 09-07-08 | 0905 | Stephen Alexanger- Doctor | V-10 | I/M: Epstein, Jeffrey (T-Special). | 1230 |
| 09-07-08 | 0907 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1239 |
| 09-07-08 | 1006 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1641 |
| 09-07-08 | 1216 | Story Cowels- Paralegal | L-4 | I/M: Epstein, Jeffrey (T-Special). | 1512 |
| 09-07-08 | 1520 | Nicole Sauvole- Attorney | L-4 | I/M: Albury, Jarrett (B-Dorm). | 1630 |
| 09-07-08 | 1520 | Wayne Sauvole- PI | V-10 | I/M: Albury, Jarrett (B-Dorm). | 1630 |
| 9/7/08 | 1818 | Alan Foley | PBSO | I/M Gross, Albert | 1850 |
| 9/7/08 | 1835 | Cowles, Story | L-4 | I/M Epstein, Jeffrey | 2045 |
| 9/7/08 | 1845 | Goldberg, ? | V-3 | I/M Epstein, Jeffrey | 2005 |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

❏ MAIN DETENTION CENTER    ☒ STOCKADE    ❏ WEST COUNTY DETENTION    ❏ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 09/12/08 | 1321 | Pablo Gonzalez- DAF | PBSO | Drug Farm area. | 1540 |
| 09/12/08 | 1409 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1659 |
| 09/12/08 | 1416 | Robert Humes- DAF | PBSO | Drug Farm area. | 1657 |
| 09/12/08 | 1443 | Scott C Penney- Public Defender | PBSO | Various dorms on the compound./ | 1551 |
| 09/12/08 | 1528 | Jack Goldberger - Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special). | 1627 |
| 9/12/08 | 1800 | Marvin Glover | V-12 | Drug Farm | 1935 |
| 9/12/08 | 1800 | Annette Allen | V-13 | Drug Farm | 1935 |
| 9/12/08 | 1819 | Stephan Alexander | V-11 | T-Special | 1911 |
| 9/12/08 | 1835 | Story Cowles | K-1 | T-Special | 2102 |
| 9/12/08 | 2000 | Philippe Stephens AA | V-11 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Helmut Goellinitz | V-17 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Rashad Dansby | V-16 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Leroy Nelson III | V-15 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Gennady Young | V-13 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Thomas Fiorini | V-8 | Drug Farm | 2109 |
| 9/12/08 | 2000 | Kevin Larkin | V-17 | Drug Farm | 2109 |
| 9/13/08 | 0135 | Curtis Pinkney | PBSO | Trinity Staff - Quebec | 1203 |
| 9/13/08 | 0735 | Jessica Wally | PBSO | Drug Farm | 1119 |
| 09/13/08 | 0912 | Christopher Mousally- Process Server | V-7 | I/M: Arnette, Antwan (G-Dorm). | 0920 |
| 09/13/08 | 0919 | D/S Jones- Agent | PBSO | Adult Custody Office. | 0922 |
| 09/13/08 | 0934 | Darren Indyke- Attorney | L-2 | I/M: Epstein, Jeffrey (T-Special). | 1419 |
| 09/13/08 | 0951 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1815 |
| 09/13/08 | 1115 | D/S S. Smith- Deputy | PBSO | Q-Bldg. | 1144 |
| 09/13/08 | 1213 | Joseph Pagano- Paralegal | L-2 | I/M: Epstein, Jeffrey (T-Special). | 1509 |
| 09/13/08 | 1415 | David Smith PB | L-1 | RB Dorm see I/M Tyrone Edge | 1640 |
| 09/13/08 | 1801 | (illegible) McFadden | L-16 | (illegible) | (illegible) |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 9/13/08 | 1801 | Gary Gibson (men to men) | PBSO | C Dorm | 2030 |
| 9/13/08 | 1810 | Michele Carter | V-3 | C Dorm | 2030 |
| 9/13/08 | 1800 | Darren K. Indyke | L-2 | T-Special to see Epstein Jeffrey | 2023 |
| 9/13/08 | 1801 | Prince Arafat (men to Men) | V-9 | C Dorm and T Dorm | 2030 |
| 9/14/08 | 01:05 | Evelyn Wilford / Trinity | PBSO | Quebec | 1156 |
| 9/14/08 | 7:00 | D/S Wilson / Deputy | PBSO | Sgt. Office | 0800 |
| 9/14/08 | 7:10 | Mr. Troy / Drug Farm | PBSO | Drug farm | 1231 |
| 9/14/08 | 7:00 | Ms. Edelman / Drug Farm | PBSO | Drug Farm | 1108 |
| 09/14/08 | 0735 | D/S R. Torres- Deputy | PBSO | Sgt. Office | 0758 |
| 09/14/08 | 0937 | Darren Indyke- Attorney | L-1 | I/M: Esptein, Jeffrey (T-Special). | 1420 |
| 09/14/08 | 0949 | Mirlande Osting - Trinity Staff | PBSO | Q-Bldg. | 1816 |
| 09/14/08 | 1248 | Patricia Edelman- SAAP | PBSO | Drug Farm area. | 1605 |
| 09/14/08 | 1341 | Arthur Troy | PBSO | SAAP | 1555 |
| 09/14/08 | 1457 | Stephen Alexander- Doctor | V-10 | I/M: Epstein, Jeffrey (T-Special). | 1314 |
| 9/14/08 | 1800 | Joseph Pascono | L-1 | I/m Epstein, Jeffrey (T-Special) | 1848 |
| 9/14/08 | 1805 | Arnold Prosperi | L-2 | I/m Epstein Jeffrey (T-Special) | 1945 |
| 9/14/08 | 1824 | Jack Goldberger | L-3 | I/m Epstein Jeffrey (T-Special) | 2007 |
| 9/14/08 | 1851 | Story Crowles | L-1 | I/m Epstein Jeffrey (T-Special) | 2124 |
| 9-14-08 | 1956 | Adam Bianchini (A.A) | V-12 | Tango Dorm | 2100 |
| 9-15-08 | 0114 | Evelyn Wilford (Trinity) | PBSO | Quebec | 1313 |
| 9-15-08 | 0684 | Deborah King (Drug Farm) | PBSO | Drug Farm area  Staff (PBSO) | |
| 9-15-08 | 0703 | Elizabeth Green (Trinity) | PBSO | Quebec | 1620 |
| 9-15-08 | 0719 | Arthur Troy (SAAP) | PBSO | Drug Farm | 1127 |
| 9-15-08 | 0723 | Patricia Edelman (SAAP) | PBSO | Drug Farm | 1716 |
| 9-15-08 | 0730 | Gary Gibson (SAAP) | PBSO | Drug Farm | 1510 |
| 9-15-08 | 0811 | Tony [illegible] | PBSO | [illegible] | [illegible] |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**
CENTRAL CONTROL

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 9/22/08 | 0714 | Troy Arthur | PBSO | SAAP | 1565 |
| 9/22/08 | 0725 | Caitlen Bronstein | PBSO | Drug Farm | 1120 |
| 9/22/08 | 0740 | Gary Gibbons | PBSO | Drug Farm | 1555 |
| 9/22/08 | 0740 | Mathew West | PBSO | Drug Farm | 1538 |
| 9/22/08 | 0745 | M. Grano | PBSO | Drug Farm | 1147 |
| 9/22/08 | 0746 | Angel Wessinger | PBSO | Drug Farm | 1710 |
| 9/22/08 | 0747 | Hitower Chinelle | PBSO | Drug Farm | 1710 |
| 9/22/08 | 0750 | Ettinger Barbara Patricia | PBSO | Drug Farm | 1600 |
| 9/22/08 | 0135 | Evelyn Green Wilford | PBSO | Trinity Staff | 1117 |
| 9/22/08 | 0615 | Elizabeth Green | PBSO | Trinity Staff | 1410 |
| 9/22/08 | 0730 | John Habicht | BBSO | Trinity Staff | 1455 |
| 09/22/08 | 0754 | Martina Jean-Baptiste - Public Defender | PBSO | Various dorm to see inmates. | 0848 |
| 09/22/08 | 0755 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1715 |
| 09/22/08 | 0757 | Jay Badgett- PBCSB | PBSO | School Classroom. | 1137 |
| 09/22/08 | 0851 | Timothy Justin- SAAP | PBSO | Drug Farma area. | 1600 |
| 09/22/08 | 0910 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1735 |
| 09/22/08 | 1016 | Jason Cromey- Attorney | L-3 | I/M: Bass, Brian (T-37). | 1040 |
| 09/22/08 | 1037 | Christopher Middlebrook- Alexxon | V-8 | en route to L/M-Dorm to check mouse traps. | 1119 |
| 09/22/08 | 1158 | Darren Indyke- Attorney | L-3 | I/M: Epstein, Jeffrey (T-Special). | 1405 |
| 09/22/08 | 1159 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1415 |
| 09/22/08 | 1203 | Cailtin Bronstein- SAAP | PBSO | Drug Farm area. | 1615 |
| 09/22/08 | 1210 | Jack Goldberger- Attorney | L-4 | I/M: Epstein, Jeffrey (T-Special). | 1326 |
| 09/22/08 | 1258 | Pablo Gonzalez- DAF | PBSO | Drug Farm area. | 1516 |
| 09/22/08 | 1302 | Frances Flanagan-Earl  SAAP | PBSO | M-Dorm to see inmates. | 1425 |
| 09/22/08 | 1407 | Dennis Yeskey- PBC Animal Control | V-7 | I/M: González, Crox (H-Dorm) | 1425 |
| | | | V-12 | I/M: Gonzalez, Crox (H-Dorm). | 1425 |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 09/22/08 | 1415 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1700 |
| 09/22/08 | 1415 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1700 |
| 09/22/08 | 1453 | Deborah Leporowski- Dr. | V-15 | I/M: Toomer, Darren (B-Dorm) in medical. | 1538 |
| 09/22/08 | 1750 | Kara McKenney (clergy) | C#5 | Drug Farm | 1935 |
| 9-22-08 | 1750 | Angel Gonez (clergy) | PBSO | Drug Farm | 1935 |
| 9-22-08 | 1800 | Darren Indyke (Attorney) | L#3 | J-Special mgmt - YM Epstein | 2016 |
| 9-22-08 | 1820 | Gerald Kuchowsky (Attorney) | L#4 | S-Dorm YM J Luis Frias | 1905 |
| 9-22-08 | 1830 | Nathaniel Ferguson (clergy) | C#4 | -Church | 2005 |
| 9-22-08 | 1845 | Dorree Smith (N.A.) | V#8 | C-Dorm | 2017 |
| 9-22-08 | 1845 | Ramona Kalogires (N.A.) | V#10 | C-Dorm | 2017 |
| 9-22-08 | 1847 | Loretta Hawkins (clergy) | C#6 | Church Services | 2005 |
| 9-22-08 | 1847 | Gary Hawkins (clergy) | C#7 | Church services | 2005 |
| 9-22-08 | 1955 | John Lickert (N.A.) | V#15 | T-Dorm meeting | 2115 |
| 9-22-08 | 1955 | Hilda Collins (Alumni) | V#13 | C-Dorm | 2126 |
| 9-23-08 | 138 | Evelyn Wilford Trinity | PBSO | Kitchen | 1057 |
| 9-23-08 | 617 | Elizabeth Green Trinity | PBSO | Kitchen | 1432 |
| 9-23-08 | 702 | CSP Uber Motor Pool | PBSO | Central | 703 |
| 9-23-08 | 721 | Arthur Troy SAAP | PBSO | Drug Farm | 1750 |
| 9-23-08 | 724 | I-M Justin SAAP | PBSO | Drug Farm | 1149 |
| 9-23-08 | 726 | Ms Bronstien SAAP | PBSO | Drug Farm | 1620 |
| 9-23-08 | 738 | Mr Gibson SAAP | PBSO | Drug Farm | 1525 |
| 9-23-08 | 741 | Mr West SAAP | PBSO | Drug Farm | 1525 |
| 9-23-08 | 743 | Ms Wessenger SAAP | PBSO | Drug Farm | 1759 |
| 9-23-08 | 747 | Ms Hightower SAAP | PBSO | Drug Farm | 1759 |
| 9-23-08 | 750 | John Habicht Kitchen | PBSO | Kitchen | 1521 |
|  |  |  | PBSO | Jehovi Classroom. | 1258 |

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS**
**OFFICIAL VISITOR LOG**

" CENTRAL CONTROL "

❏ MAIN DETENTION CENTER ☒ STOCKADE ❏ WEST COUNTY DETENTION ❏ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 09-23-08 | 0751 | Susan Wilkoff- SAAP | PBSO | Drug Farm area. | 1750 |
| 09-23-08 | 0818 | Dante Medina- Public Defender | PBSO | Various dorms to see inmates. | 0902 |
| 09-23-08 | 0824 | Kaydeon Simpson- Interviewer | V-14 | Admin area to see Ms. Futch. | 0915 |
| 09-23-08 | 0854 | Marianne Rantala- Attorney | L-3 | I/M: Verno, Ian (T-39). | 0941 |
| 09-23-08 | 0903 | Patricia Edelman- DAF | PBSO | Drug Farm area. | 1605 |
| 09-23-08 | 0903 | Elta Emilcar- Trinity Staff | PBSO | Q-Bldg. | 1725 |
| 09-23-08 | 0933 | Tatiana Bertsch- Public Defender | PBSO | Helems, Richard (RA05) I/M. | 1030 |
| 09-23-08 | 0933 | Brian Balaguera- Attorney | L-4 | I/M's: Austin, Wade (RA05) and Mosley,M (M-Dorm) | 1037 |
| 09-23-08 | 0937 | Glen Wilcox- Interviewer | V-15 | Admin area to see Ms. Futch. | 1043 |
| 09-23-08 | 1000 | James Eisenberg- Attorney | L-2 | I/M: Hernandez, Lazaro (T-48). | 1049 |
| 09-23-08 | 1012 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1905 |
| 09-23-08 | 1058 | Maria Capino- Interviewer | V-3 | Admin area to see Ms. Futch. | 1139 |
| 09-23-08 | 1206 | Darren Indyke- Attorney | L-3 | I/M: Epstein, Jeffrey (T-Special). | 1401 |
| 09-23-08 | 1210 | Jaianna Seaborne- Public Defender | PBSO | en route to T-Dorm to see inmates. | 1255 |
| 09-23-08 | 1235 | Conrad Saddler- Pre-Trail Services | PBSO | A and D-Dorm to see inmates | 1308 |
| 09-23-08 | 1240 | D/S Maharrey- Staff DS | PBSO | G/H-Dorm to see inmates | 1257 |
| 09-23-08 | 1259 | Marilyn Rodriquez- Interviewer | V-8 | Admin area to see Ms. Futch. | 1358 |
| 09-23-08 | 1300 | Milo Trkulja- Clergy Christ fellowship | C-6 | I/M: Sessa, Taylor (H-Dorm). | 1344 |
| 09-23-08 | 1308 | Rev. Bannister- Chaplain | PBSO | various dorms on the compound. | 2005 |
| 09-23-08 | 1323 | Michael McLaughlin- ESS | PBSO | Central Control. | 1442 |
| 09-23-08 | 1409 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1707 |
| 09-23-08 | 1409 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1700 |
| 09-23-08 | 1416 | Felicia Everett- Interviewer | V-5 | Admin area to see Ms. Futch | 1506 |
| 09-23-08 | 1423 | David Casals- Attorney | L-2 | I/M: Veron, Ian (T-Dorm). | 1434 |
| 09-23-08 | 1431 | Kenneth Huxhold- SAAP | PBSO | S area to see inmates. | 1537 |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER   ☒ STOCKADE   ☐ WEST COUNTY DETENTION   ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 09-23-08 | 1502 | Cynthia Haggins- Nurse | V-3 | En route to medical (Staff). | 2358 |
| 09-23-08 | 1506 | Jack Goldberger- Attorney | L-3 | I/M: Epstein, Jeffrey (T-Special). | 1645 |
| 09-23-08 | 1515 | Jean Kesser- Interviewer | V-9 | Admin area to see Ms. Futch. | 1615 |
| 09-23-08 | 1800 | MARVIN GLOVER (Teacher) | V#8 | | 1855 |
| 9-23-08 | 1111 | ANNETTE ALLEN (Teacher) | V#11 | | 1855 |
| 9-23-08 | 1808 | DARREN INDYKE (Attorney) | L#3 | 2055 | 2055 |
| 9-23-08 | 1808 | Robert Critton (Attorney) | L#2 | | 1956 |
| 9-23-08 | 1820 | Andrew Bernstein (Counselor) | V#9 | C-Dorm Credit Card Mgmt Services | 1935 |
| 9-23-08 | 1855 | Augustin Lamy | PBSO | SA-Dorm | 2008 |
| 9-23-08 | 1855 | Eleanor Paules | PBSO | C-Dorm | 2006 |
| 9-23-08 | 1111 | Frank Paules | PBSO | C-Dorm | 2006 |
| 9-23-08 | 1111 | Thomas Lawton | PBSO | SA-Dorm | 2008 |
| 9-23-08 | 1111 | Gabriel Matthey | C#7 | RB-Dorm | 2006 |
| 9-23-08 | 1111 | Michael Nixon | C#6 | RB-Dorm | 2006 |
| 9-23-08 | 1111 | Kevin McQuone | C#3 | C-Dorm | 2006 |
| 9-23-08 | 1855 | Thomas Wanitsky | C#4 | SA-Dorm | 2008 |
| 9-23-08 | 2000 | Nelson Burbage CIA | V#11 | T-Dorm meeting | 2110 |
| 9-24-08 | 1:40 | Evelyn Wiford /Trinity | PBSO | Quebec | 1010 |
| 9-24-08 | 9:40 | Anita Pinkny /Trinity | PBSO | Quebec | 1305 |
| 9-24-08 | 6:40 | Elizabeth Greene /Trinity | PBSO | Quebec | |
| 9-24-08 | 7:02 | Marlon Sevilly /Swanson | V-2 | Swanson | 7:30 |
| 9-24-08 | 7:02 | Clayton Barrett /Swanson | V-3 | Swanson | 1145 |
| 9-24-08 | 7:02 | Lateya Williams /Swanson | PBSO | Swanson | 1145 |
| 9-24-08 | 7:02 | Jessica Balvin /Swanson | PBSO | Swanson | 1145 |
| 9-24-08 | 7:06 | Mr. Justin /Drug Farm | PBSO | Drug Farm | |
| | | Herbert Smith | PBSO | Quebec | 1035 |

# PALM BEACH COUNTY SHERIFF'S OFFICE
# DEPARTMENT OF CORRECTIONS
## OFFICIAL VISITOR LOG

☐ MAIN DETENTION CENTER    ☐ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 9-24-08 | 7:14 | Arthur Troy / Drug Farm | PBSO | Drug Farm | 1610 |
| 9-24-08 | 7:39 | Ms. Edelman / Drug Farm | PBSO | Drug Farm | 1600 |
| 9-24-08 | 7:41 | Cerdeno Betzi / Swanson | PBSO | Drug Farm | 1145 |
| 9-24-08 | 7:41 | Ms. Cielo / Swanson | PBSO | Drug Farm | 1145 |
| 9-24-08 | 7:43 | Mr. Graves / Drug Farm | PBSO | Drug Farm | 1430 |
| 9-24-08 | 7:43 | Mr. West / Drug Farm | PBSO | Drug Farm | 1600 |
| 9-24-08 | 7:50 | Ms. Wessanger / Drug Farm | PBSO | Drug Farm | 1625 |
| 9-24-08 | 8:20 | Mr. Gibson / Data | PBSO | Drug Farm | 11:30/1600 |
| 9-24-08 | 0830 | P. Taborda, Leonardo / PD | PBSO | SAOS-Arruda / B-Mendez / Porter | 0925 |
| 9-24-08 | 0900 | Emilcar Elta | PD | Trinity | 1640 |
| 9-24-08 | 0945 | Braddy, Clifford / PD | PBSO | S-Dorm | 10:27 |
| 9-24-08 | 1020 | O'Connell, Thomas / Atty | L-1 | Melissa Muth - C-Dorm | 1100 |
| 9-24-08 | 11:45 | Newby - Trinity | PBSO | Q-Bldg. | 1145/1901 |
| 9-24-08 | 11:58 | Public Defender Sheeman | PBSO | S-Dorm | 12:53 |
| 9-24-08 | 11:58 | Public Defender Bertman | PBSO | S-Dorm | 12:53 |
| 9-24-08 | 1205 | Darren Indyke / Atty | L-1 | Epstein, Jeffrey - 7SM | 15:33 |
| 9-24-08 | 1207 | Dale Gibson | PBSO | Drug Farm |  |
| 9-24-08 | 1225 | Jeffrey Ivory  Judicial Cct | PBSO | RB | 12:33 |
| 9-24-08 | 12:45 | Pablo Gonzalez (DAP) | PBSO | Drug Farm | 1615 |
| 9-24-08 |  | Valencia, N | PBSO | SAAR P. DONRUP | 15:10 |
| 9-24-08 | 1405 | Keith Hernandez - Atty | L-2 | Johansen Davir -A/B | 1525 |
| 9-24-08 | 1405 | Jessica Wally  DAF | PBSO | Drug Farm | 1650 |
| 9-24-08 | 1420 | Denise Penaranda | V-2 | Consuelo | 1508 |
| 9-24-08 | 1425 | Robert Humes | PBSO | Drug Farm | 1650 |

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER     ☒ STOCKADE     ☐ WEST COUNTY DETENTION     ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 10-06-08 | 0802 | John Habicht- Trinity Staff | PBSO | Q-Bldg. | 1514 |
| 10-06-08 | 0803 | Jay Badgett- PBCSB | PBSO | School Classroom. | 1140 |
| 10-06-08 | 0859 | Gail Bremner- Canine Companions | V-11 | Drug Farm area. | 1107 |
| 10-06-08 | 0905 | Patrecha Newby- Trinity Staff | PBSO | Q-Bldg. | 1703 |
| 10-06-08 | 1013 | Rosie Hyppolite- Children and Families | V-12 | I/M: Chancey, Christopher (D-Dorm) | 1046 |
| 10-06-08 | 1149 | Arthur Troy- SAAP | PBSO | Drug Farm area. | 1618 |
| 10-06-08 | 1202 | Story Cowles- Paralegal | L-1 | I/M: Epstein, Jeffrey (T-Special). | 1356 |
| 10-06-08 | 1202 | Mirlande Osting- Trinity Staff | PBSO | Q-Bldg. | 1819 |
| 10-06-08 | 1215 | Caitlin Bronstein- SAAP | PBSO | Drug Farm area. | 1616 |
| 10-06-08 | 1218 | Jay Badgett- PBCSB Teacher | PBSO | School Classroom. | 1303 |
| 10-06-08 | 1228 | Calixte Viau- Xray Tech | V-11 | Medical via gate #16. | 1256 |
| 10-06-08 | 1307 | Jak Goldberger- Attorney | L-2 | I/M: Epstein, Jeffrey (T-Special) | 1339 |
| 10-06-08 | 1316 | Damon Clark- Bio Meds Tech | V-11 | en route to medical via gate #16. | 1334 |
| 10-06-08 | 1316 | Edwin Silva- Bio Meds Tech | V-12 | en route to medical via gate #16 | 1334 |
| 10-06-08 | 1325 | Amy Morse- Attorney | L-3 | I/M: Sumner (RA-Dorm). | 1418 |
| 10-06-08 | 1357 | Lindsay Hanson- Public Defender | PBSO | various dorms to see inmates. | 1612 |
| 10-06-08 | 1414 | Jessica Wally- DAF | PBSO | Drug Farm area. | 1658 |
| 10-06-08 | 1422 | Timothy Justin- SAAP | PBSO | Drug Farm area. | 1616 |
| 10-06-08 | 1424 | Kenneth Huxhold- SAAP | PBSO | L/M-Dorm to see inmates. | 1522 |
| 10-06-08 | 1424 | Robert Humes- SAAP | PBSO | Drug Farm area. | 1655 |
| 10-06-08 | 1503 | Joseph Pagano- Paralegal | L-3 | I/M: Epstein, Jeffrey (T-Special). | 1549 |
| 10-06-08 | 1534 | Jerry Wade- Public Defender | L-4 | I/M: Jean Baptiste, Nathaniel (A-Dorm). | 1600 |
| 10-06-08 | 1534 | Darren Indyke- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special). | 1746 |
| 10-06-08 | 1750 | Joan Lawlor (Clergy) | C-1 | DRUG FARM | 1936 |
| 10-06-08 | 1750 | Thomas Wanitsky (Clergy) | C-2 | DRUG FARM | 1936 |
| 10-06-08 | 1754 | Angel Donn | | | |



## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### OFFICIAL VISITOR LOG
" CENTRAL CONTROL "

☐ MAIN DETENTION CENTER    ☒ STOCKADE    ☐ WEST COUNTY DETENTION    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 10-07-08 | 0944 | Alison Robinson- Attorney | L-1 | I/M: Mcelhone, Murray (SA18). | 1040 |
| 10-07-08 | 0959 | Jack Miller- Magella Health | V-12 | To see Lt. Jackson. | 1200 |
| 10-07-08 | 1002 | Esther Finzi - Special Visit | Viso | I/M: Dan Finzi | 1118 |
| 10-07-08 | 1002 | Rene Finzi - Special Visit | Viso | I/M: Dan Finzi | 1118 |
| 10-07-08 | 1002 | Richard Finzi - Special Visit. | Viso | I/M: Dan Finzi | 1118 |
| 10-07-08 | 1007 | Frank Ward- Tropical Fence | V-13 | on the compound w/Lt. Morris. | 1120 |
| 10-07-08 | 1008 | Patrech Newby- Trinity Staff | PBSo | Q-Bldg. | 1800 |
| 10-07-08 | 1023 | Lloyd Smith Jr- Vulcan Pset Control | V-1 | on the compound via gate #16. | 1118 |
| 10-07-08 | 12:00 | Attorney Story Cowles - Attorney | L-2 | T-special Jeffrey Epstein | 1340 |
| 10-07-08 | 12:03 | Pablo Gonzalez - PD | PBSO | David Green in Admin | 1503 |
| 10-07-08 | 12:15 | Susan Wilkoff - DAF | PBSO | Drug Farm | 1716 |
| 10-07-08 | 1236 | Conrad Saddler- Pre-Trial Services | PBSO | I/M: Robinson, Shawn (A-Dorm). | 1254 |
| 10-07-08 | 1258 | Caitlin Bronstein- SAAP | PBSO | Drug Farm area. | 1700 |
| 10-07-08 | 1317 | Jeff Gibson- ESS | PBSO | Central Control. | 1445 |
| 10-07-08 | 1320 | Joseph Varju- SAAP | PBSO | Drug Farm area. | 1610 |
| 10-07-08 | 1323 | REv. Bannister- Chaplain | PBSO | On the compound. | 1707 |
| 10-07-08 | 1404 | Sarah Korn- DAF | PBSO | Drug Farm area. | 1700 |
| 10-07-08 | 1415 | Robert Humes- DAF | PBSO | Drug Farm area. | 1655 |
| 10-07-08 | 1506 | Sarah Ferrer- SAAP | PBSO | Drug Farm area. | 1700 |
| 10-07-08 | 1506 | Mary Wilson- DAF | PBSO | Drug Farm area. | 1700 |
| 10-07-08 | 1528 | Richard Monescalchi- Attorney | L-4 | I/M: Conelly, Tiffany (C-Dorm), | 1640 |
| 10-07-08 | 1536 | Darren Indyke- Attorney | L-1 | I/M: Epstein, Jeffrey (T-Special) | 1630 |
| 10-7-08 | 1750 | Bernstein, Andrew | V-13 | Credit counrler | 1915 |
| 10-7-08 | 1816 | Gelfand, Chrlc (GED) | V-2 | J/K | 2004 |
| 10-7-08 | 1810 | Allen, Annette (GED) | V-3 | J/K | |
| 10-7-08 | 1810 | | | | |



## PALM BEACH COUNTY SHERIFF'S OFFICE
### DEPARTMENT OF CORRECTIONS
#### OFFICIAL VISITOR LOG
CENTRAL CONTROL

☐ GUN CLUB    ☒ STOCKADE    ☐ BELLE GLADE    ☐ DRUG FARM

| DATE | TIME IN | VISITOR NAME / ORGANIZATION | PASS # | NAME OF STAFF/INMATE VISITING | TIME OUT |
|---|---|---|---|---|---|
| 1/25/09 | 1:27 | Evelyn Wilford | PBSO | Q-Bldg. | 0954 |
| 1/25/09 | 0914 | Darren Indyke - Attorney | L-2 | I/M: Epstein, Jeffrey CT-Special | 1302 |
| 1/25/09 | 0921 | Mirlande Osting - Trinity | PBSO | Q-Bldg. | 1740 |
| 1/25/09 | 0922 | Susan Wilkoff - SAMP | PBSO | Drug Farm area | 1426 |
| 1/25/09 | 0936 | Story Cowles - Paralegal | P-4 | I/M: Epstein, Jeffrey CT-Special | 1302 |
| 1/25/09 | 0947 | Brenda Nugent - Trinity | PBSO | Q-Bldg. | 1845 |
| 1/25/09 | 1413 | Gail Bremner - Canine Companions | V-12 | Enroute to C-Dorm and J/K-Dorm | 1432 |
| 1/25/09 | 1426 | Cathy Igo - Public Defender | PBSO | I/M: Dye, Jennifer (L-Dorm) | 1442 |
| 1/25/09 | 2000 | Eric Yorlano | V-1 | L-Dorm (AA) | 2107 |

end of 1/25/09

