# EXHIBIT J



For more than 20 years, Mr. Indyke served as general counsel to family offices, serial entrepreneurs, investors, and other ultra-high-net-worth clientele. Stakeholders seek his

analysis and problem-solving skills and rely upon him to ensure that their matters are handled with the utmost care and discretion.

Mr. Indyke's client-centered approach focuses on achieving the practical, cost-efficient, and measurable results that matter most to those that seek his services.  He has negotiated and prepared operative and ancillary documents and successfully completed transactions covering a broad range of domestic and international matters worth hundreds of millions of dollars, including business, real estate, aviation, and maritime acquisitions/dispositions, tech investment deals, venture capital, equity, and hedge fund investments, and a variety of unique design/build projects. Mr. Indyke is admitted to practice law in the States of Florida and New York.

His core competencies include the following:

• Complex business and commercial transactions

• Venture capital, equity, hedge fund, tech, and real estate investments

• Real property purchases, sales, design, and development

• General corporate, LLC and partnership organization, advice, and administration

• Aviation, marine, and other exotic asset purchases, sales, and operation

With over 15 years of battle-tested crisis management experience, Mr. Indyke also has managed outside counsel in at least 10 domestic and foreign jurisdictions, litigating over 80 active civil cases on behalf of both plaintiffs and defendants, and resolved well over 150 claims on behalf of defendants for a fraction of the dollar amounts claimed in litigation. Most recently, he jointly developed, obtained court approval of and implemented a mass tort victims claim resolution program for the substantial benefit of claimants and stakeholders alike.

Mr. Indyke began his legal career with 4 years of formal intensive, hands-on corporate, securities, and transactional training in a boutique M&A, corporate and securities practice run by the former General Counsel of MAI and a group of exceptional senior corporate and securities partners, followed by an additional year of training as a corporate, securities and transactional associate in the New York office of Greenberg Traurig.

*Personal:*

Mr. Indyke is a devoted husband and father of twin daughters. He and his wife are active volunteers with Tri-County Animal Rescue, Awesome Greyhound Adoptions and Hounds & Heroes, and have given the run of their home to a dachshund and two greyhounds. The Indykes volunteer their time delivering meals and emergency supplies to the elderly for Jewish Family Services and are devoted supporters of the Friendship Circle and their work for the developmentally disabled.

▶ **PRACTICE AREAS**

▶ **BAR ADMISSIONS**

▶ **EDUCATION**



Whether you are a potential client looking for new representation or an attorney looking to upgrade your practice, we would like to hear from you. Contact us today to see how our new, innovative approach can help you.

**CONTACT**

✉ contact@parlatorelawgroup.com

📞 (212) 603-9918

📍 Parlatore Law Group, LLP
1440 N Edgewood St.
Arlington VA 22201

**RESOURCES**

Contact Us

Media Inquiries

FAQs

Careers

Privacy Policy



Attorney Advertising. Prior results do not guarantee future outcomes.

© Copyright 2024 | Parlatore Law Group | All Rights Reserved