UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>       Plaintiff,<br><br>  -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>       Defendants. | 24-cv-1204 (AS)<br>24-cv-2192 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In response to the letter rogatory issued by the Court on September 6, 2024, the Court received a request for clarification, docketed under seal at ECF No. 135. By September 30, 2024, defendants should propose responses to the six questions in the letter.

  SO ORDERED.

Dated: September 26, 2024
    New York, New York

                         _____
                          ARUN SUBRAMANIAN
                         United States District Judge