# EXHIBIT C
## Filed Under Seal

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 24-CV-1204 (AS)
CASE NO. 24-CV-2192 (AS)

DANIELLE BENSKY and JANE DOE 3,
Individually and on behalf of all
others similarly situated,

             Plaintiffs,

-against-

DARREN K. INDYKE and RICHARD D.
KAHN,

             Defendants.

_____/

JANE DOE 3,

             Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D.
KAHN,

             Defendants.

_____/

                    401 East Las Olas Boulevard
                    Ft. Lauderdale, FL 33301
                    Suite 1200
                    Friday, September 13, 2024
                    9:29 a.m. - 6:41 p.m.

VIDEO RECORDED DEPOSITION OF DARREN K. INDYKE, ESQ.

             Magna Legal Services
               www.MagnaLS.com
               866.624.6221



Page 2

```
 1          Taken before Darline M. West,

 2   Registered Professional Reporter, Notary Public

 3   in and for the State of Florida At Large,

 4   pursuant to Notice of Taking Deposition filed

 5   by the Plaintiffs in the above cause.

 6

 7
                        -  -  -

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 3

```
 1   APPEARANCES:

 2

     On behalf of the Plaintiffs:

 3

 4       BOIES SCHILLER FLEXNER LLP

 5       401 East Las Olas Boulevard, Suite 1200

 6       Fort Lauderdale, Florida 33301

 7       Phone:  954.356.0011

 8       Email:  Smccawley@bsfllp.com

 9       By:  SIGRID S. MCCAWLEY, ESQ.

10            MEGAN NYMAN, ESQ.

11            ANDREW VILLACASTIN, ESQ.

12            DANIEL CRISPINO, ESQ.

13

14   On behalf of the Defendant, Darren K. Indyke, Esq.:

15       HUGHES HUBBARD & REED

16       One Battery Park Plaza

17       New York, New York 10004-1482

18       Phone:  212.837.6874

19       Email:  Daniel.weiner@hugheshubbard.com

20       By:  DANIEL H. WEINER, ESQ.

21            MARC WEINSTEIN, ESQ. (Appearing via Zoom)

22

23

24

25   (Appearances continued on the following page:)
```



```
                                                        Page 4

 1   APPEARANCES:   (Continued)

 2

 3   On behalf of the Defendant, Richard D. Kahn, Esq.

 4        PATTERSON BELKNAP WEBB & TYLER LLP

 5        1133 6th Avenue, New York, New York 10036

 6        Phone:  212.336.2000

 7        Email:  Druzumna@pbwt.com

 8        By:  DANIEL S. RUZUMNA, ESQ.

 9

10   APPEARING VIA ZOOM:

11        AMANDA ISERSON, ESQ. - BOIES SCHILLER

12        ELLIE MAJHESS - Legal Assistant

13        PAUL SMITH - Video Technician

14

15

16                         -   -   -

17

18

19

20

21

22

23

24

25
```



Page 5

```
 1                        I N D E X
 2   WITNESS:                              PAGE:
 3   DARREN K. INDYKE, ESQ.
 4   DIRECT EXAMINATION                          9
     BY MS. MCCAWLEY:
 5
 6
                         -   -   -
 7
                      E X H I B I T S
 8
                         -   -   -
 9
10                   Description                 Page
11   Indyke Deposition     Sealed Indictment     12
     Exhibit 1
12
     Indyke Deposition     Palm Beach Police     34
13   Exhibit 2             Department Incident
                           Reports, multiple
14                         dates, 40-page
                           document
15
     Indyke Deposition     2008 Civil Complaint  76
16   Exhibit 3             filed against Jeffrey
                           Epstein
17
     Indyke Deposition     Complaint in the M.J. 80
18   Exhibit 4             case
19   Indyke Deposition     ███████████████       103
     Exhibit 5             ████████████
20                         ██████████████
21   Indyke Deposition     ████████████████      109
     Exhibit 6             ███████████████
22                         ████████████
23
24
25
```



Page 6



```
 1     Indyke Deposition                              114
       Exhibit 7
 2

 3

 4
       Indyke Deposition                              118
 5     Exhibit 8

 6
       Indyke Deposition                              123
 7     Exhibit 9

 8

 9

10
11     Indyke Deposition                              135
       Exhibit 10
12

13

14
       Indyke Deposition                              142
15     Exhibit 11

16

17
18     Indyke Deposition                              145
       Exhibit 12
19

20
21     Indyke Deposition                              155
       Exhibit 13
22
23     Indyke Deposition                              183
       Exhibit 14
24

25
```



Page 7

1    Indyke Deposition      ███ ██ █████ █                    189
     Exhibit 15             ██████ ████████
2
3    Indyke Deposition      Consent Order Under              202
     Exhibit 16             New York Banking Law
4                           § 39 and 34
5    Indyke Deposition      Non-Prosecution                  207
     Exhibit 17             Agreement
6
     Indyke Deposition      ████ ███ ████ ████               228
7    Exhibit 18             ██ █ ██████ ██ █
                            ████ ████ █████
8                           █ ███ ████ █████ █
                            ████ █████ █████ █
9                           ██
10   Indyke Deposition      ████ █████ █████                 235
     Exhibit 19             ████ █████ █████
11                          ████ ████
12
     Indyke Deposition      Palm Beach Police                296
13   Exhibit 20             Department Incident
                            Report, dated
14                          7-19-2006
15   Indyke Deposition      Palm Beach County                304
     Exhibit 21             Sheriff's Office
16                          Department of
                            Corrections Official
17                          Visitor Log
18
19
20                        -   -   -
21
22
23
24
25





Page 81



Page 82

1          MR. WEINER:  Have you finished your

2     answer?

3          THE WITNESS:  No, I didn't finish my

4     answer.

5

6

7

8

9

10

11

12

13

14          --

15

16

17

18

19

20

21

22

23

24

25





Page 83







Page 85







Page 219

1

2

3

4

5

6

7

8

9

10          MS. MCCAWLEY:  Are you doing okay,

11     Court Reporter?

12          THE COURT REPORTER:  Paragraph 15?

13          MS. MCCAWLEY:  50.  Sorry.

14          THE WITNESS:  50.

15          THE COURT REPORTER:  Okay.

16          MS. MCCAWLEY:  I'm going to try to slow

17     down.  Sorry.

18     BY MS. MCCAWLEY:

19

20

21

22

23

24

25











Page 222









Page 224

1    BY MS. MCCAWLEY:





Page 225





Page 275





Page 276



```
 1            THE COURT REPORTER:  Thank you.

 2    BY MS. MCCAWLEY:
```





Page 277

23    BY MS. MCCAWLEY:



Page 278





Page 279



9    BY MS. MCCAWLEY:

10        Q.    Let's go to the next one.



Page 280





Page 281







