UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>        Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference on plaintiff's motion to compel, ECF No. 126, **Monday, October 14, 2024**, will be the completion deadline for document production in this case. The parties must negotiate in good faith to come up with search terms that are appropriately tailored to plaintiff's discovery requests, and defendants must promptly produce all responsive documents.

  The parties shall appear for another conference with the Court on **Wednesday, October 2, 2024, at 3:00 PM** to discuss their progress. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **168 667 410**, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

  The Clerk of Court is respectfully directed to terminate ECF Nos. 126 and 128. Additionally, the parties' corresponding motions to seal are granted, so the Clerk of Court is respectfully directed to terminate ECF Nos. 125 and 137.

  SO ORDERED.

Dated: September 30, 2024
   New York, New York

                        _____
                         ARUN SUBRAMANIAN
                        United States District Judge