

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6974
daniel.weiner@hugheshubbard.com

*Application denied. The Court filed the letter under seal consistent with the parties' efforts not to reveal Doe's home country. Defendants may redact any reference to the country in their response, but there is no reason to seal the response in full. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 148.*

*SO ORDERED.*

*[signature]*

*Arun Subramanian, U.S.D.J.*
*Date: September 30, 2024*

September 30, 2024

**VIA ECF**

Honorable Arun Subramanian
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Jane Doe 3 v. Indyke et al.*, Civ. Nos. 1:24-cv-01204, 1:24-cv-02192 (AS)

Dear Judge Subramanian:

Pursuant to Paragraph 11(C)(ii) of Your Honor's Individual Practices in Civil Cases, Defendants Darren K. Indyke and Richard D. Kahn hereby seek leave to file under seal their letter in response to Your Honor's September 26, 2024 Order (ECF No. 135). In that Order, Your Honor directed Defendants to submit proposed responses to six questions that the Court received in connection with the Letter of Request it issued pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (ECF No. 114). The Court docketed under seal the letter containing the six questions (ECF No. 136). Consistent with the Court's sealing of that letter, Defendants request leave to file their response under seal.

Respectfully submitted,

/s/ Daniel H. Weiner

cc:   Counsel of Record (via ECF)