UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>       Plaintiff,<br><br>   -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>       Defendants. | 24-cv-1204 (AS)<br>24-cv-2192 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  By October 2, 2024, at 2:00 PM, plaintiff should file its objection, if any, to defendants' proposed responses to the request for clarification on the letter rogatory, ECF No. 149.

  SO ORDERED.

Dated: October 1, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge