# Exhibit A

| From: | Andrew Villacastin |
|---|---|
| Sent: | Wednesday, October 2, 2024 12:47 AM |
| To: | Norris, Tara (x2847); Doxey, Lauren (x2959); Amanda Iserson; Ruzumna, Daniel (x2034) |
| Cc: | Chau, Karen M.; Portorreal, Newton (x2854); Tabatabai, Fara; Weiner, Daniel H.; Daniel Crispino; Sigrid McCawley; benskydoe; Weinstein, Marc A.; _cg Kahn JD3; Wang, Wilson |
| Subject: | RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al. |

Sorry for the double email.  Correcting syntax in the revised list below:

Text Searches (all text)

1. db.com AND ("compliance" OR (purpose w/10 transaction) OR (relationship w/10 Counterparty) OR "business activit*" OR "friend" OR "spouse" OR Avdiu OR (JEE w/2 (wire OR wire)))
2. Cynthia w/4 Rodriguez
3. Kirby
4. Kitidis
5. Margaux
6. Melinda w/2 Roy
7. Oldfield
8. Packard
9. Patrick w/3 Harris
10. Paul w/3 Morris
11. Remittance Transfer
12. Stepanian
13. Tazia
14. Vahe

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Wednesday, October 2, 2024 12:38 AM
**To:** Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3

1

<KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Thanks, Tara.  Based on your belated production we request that Defendants review documents hitting the additional search terms below, tailored to seek responsive documents concerning the DFS Consent Order topic.  Your representations about the difficulties of making a proper production are noted.  It is unclear why you could not have sent us these "some of the emails" sooner if it was just a matter of downloading to pdf and changing the file name.

Text Searches (all text)
1. db.com AND ("compliance" OR (purpose w/10 transaction) OR (relationship w/10 Counterparty) OR "business activit*" OR "friend" OR "spouse")
2. Avdiu
3. Cynthia w/4 Rodriguez
4. JEE w/2 (wire OR wire)
5. Kirby
6. Kitidis
7. Margaux
8. Melinda w/2 Roy
9. Oldfield
10. Packard
11. Patrick w/3 Harris
12. Paul w/3 Morris
13. Remittance Transfer
14. Stepanian
15. Tazia
16. Vahe

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>
**Sent:** Tuesday, October 1, 2024 6:12 PM
**To:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Andrew,

Following up on our conversation earlier about the DFS report: as I explained, our team has been working tirelessly since Friday evening to run search terms.  It is not an efficient use of time for us to pull our e-discovery professionals away from their hard work running hundreds of search terms (some of which have specific parameters for on date, sender, etc.) to process a two-document production at your demand, since that would further delay our resolution of this search term dispute and make it that much more challenging to meet Judge Subramanian's October 14 deadline.  Nevertheless, in an effort to avoid unnecessary appeals to the judge and to demonstrate our good faith in this process, I am attaching PDF versions of some of the emails that we have located that are relevant to the two paragraphs of the DFS Consent Order that refer to Accountant-1.

Please note that we are providing these documents as "CONFIDENTIAL" pursuant to the protective order. They will be separately produced with Bates numbers, and appropriate confidentiality designations, pursuant to the parties' ESI agreement in the ordinary course of discovery, as well.

Best,
Tara

---

**From:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>
**Sent:** Tuesday, October 1, 2024 4:40 PM
**To:** Amanda Iserson <aiserson@bsfllp.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Counsel,

Pursuant to our discussion yesterday, please see attached in the "counterproposal" spreadsheet highlighted search terms that we have proposed revisions to.

In addition, I am attaching hit reports for all search terms over Mr. Kahn's documents, including search terms we have previously discussed and agreed to, as we've noticed some overlap between the terms proposed and ones we have already run. To avoid confusion, we think it makes sense to discuss these together so we can see where we have already agreed to run a particular term. I will follow up with HBRK and Estate hit reports when I have them from our vendor.

Best,
Lauren

---

**From:** Amanda Iserson <aiserson@bsfllp.com>
**Sent:** Monday, September 30, 2024 9:27 PM
**To:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton

(x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**External: Think before you click.**

Counsel,
Thanks for the productive call.  See below some of the takeaways as we continue to narrow the parties' dispute. At the end of our call, you asked for our availability to meet and confer tomorrow, which is 1-4 PM and 5-7 PM. Please let us know when you have a time set.

I.  **General Search Terms:**
- o Our general position is that we have narrowly tailored our terms to a good set that would return relevant documents responsive to our RFPs.  Our counter-proposed terms greatly reduced the incremental burden of adding them to your review (which you told the Court before was 1.7 million documents) given that the new numbers are 78,000 for Indyke and 60,000 for Kahn.
- o That being said, in good faith we have attempted again to provide more specificity and further reduce the burden, and we agreed to do the following:
- On the call, Karen identified some terms that she thought were overbroad.  We agreed to consider dropping or otherwise narrowing those specific terms if you can send us a list highlighting them against your most recent hit reports.  Please send us by Defendant the terms that you believe should be excluded specifically and we can revert quickly.
  - o As to the example we specifically discussed, Plaintiff agrees to drop the term ("EPSTEIN" OR "JE" OR "JEE") AND "indict*" but only as to Indyke due to the number of hits and Karen's representation that they returned a high percentage of privileged documents.  As to Kahn, however, that term would only result in a review of at most 250 documents and is therefore not unduly burdensome.
- We generally agree to any limitations for false positives and discussed the following:
  - o CTR as a term should be restricted to "CTR" so that there are no false hits such as "actress" and only returns Cash Transaction Reports, which was a basis for the DFS report.
    - For this example, however, we think it was clear that we meant to have only "CTR" given the centrality of structuring in our complaint and the DFS consent order, so if there are other syntax anomalies that we can readily agree to, please send.
    - In the meantime,
      - DDR should likewise become "DDR" to target due diligence reports, which is what Kahn avoided by withdrawing the application for Gratitude America as described in the DFS consent order
      - Duke should be "Duke" AND NOT "Duke" w/3 "Univ*"
  - o You took issue with our inclusion of certain company names without limiters.  For the avoidance of doubt, our Complaint alleges that these companies were in primary part shell

entities created to facilitate sex trafficking: *See*
https://www.nytimes.com/2019/10/03/business/jeffrey-epstein-southern-trust.html

- ■ We do not believe that adding the types of limiters you proposed and believe that the parties' history shows how such limiters are unduly narrow and would exclude relevant documents.
- ■ For example, Kahn's 9/16 hit report shows zero hits for the following modified terms Defendants proposed:
  - "Financial Trust Company" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "LSJE LLC" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "Great St. Jim" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "Haze Trust" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "J Epstein Virgin Islands Foundation" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "LSJ Employees" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "LSJE LLC" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "Mort Inc" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
  - "RDK Properties" w/10 (girl OR women OR woman OR model) AND (cash OR payment OR transfer OR wire)
- o For emails where "db.com" appears in the TO: email field, our restriction already reduced the number of hits (fewer than 2,000 hits for Indyke, for example).
  - ■ We additionally agree, however, to further exclusions that you suggested, including any that have to do with trades on brokerage accounts, which Defendants stated constituted a large percentage of the hits. We also stand by our offer to exclude things like recognized "Cash 4 Kids" charities, the purchase of a TV for his own use to the extent those are readily excluded.
  - ■ We believe that these exclusions can either be identified in advance or easily handled while you are conducting your review.
- As to the direct communications with Epstein, based on your representation that there were no false positives or easily excluded marketing information or mailing distributions that were common with Defendants, we propose the following limiters:
  - o (EMAIL FIELDS include one of Epstein's addresses) AND ("Sex*" OR "woman" OR "women" OR "girl*" OR "massage")
- As to the Indyke objection to running Maxwell terms based on the burden of logging documents hitting the below terms, Plaintiff proposes that Indyke counsel (i) confirm that this population contains only *unique* hits, (ii) conduct a metadata review to kick out all third parties, (iii) conduct a 5% document-by-document review of the parent emails to confirm that the documents are all privileged and can be grouped in one or several categories, and then (iv) identify them categorically on a log listing the time period and individuals within the joint defense or common interest agreement. We consent to waive a document-by-document review of the remaining

documents after completing steps (i)-(iv) if the sampling shows that they are substantially similar and subject to the same arguments for or against withholding them on the basis of privilege.

| Search Term Set | Documents with Hits: | Hits + Family: |
|---|---|---|
| (EPSTEIN OR JE OR JEE) AND (GHISLAINE OR Maxwell) | 5,347 | 14,292 |
| ((EPSTEIN OR JE OR JEE) AND (GHISLAINE OR Maxwell)) NOT (defendant* OR plaintiff* OR court OR motion OR lawsuit) | 913 | 2,247 |

- Indyke counsel:  Please revert on the dates on which Lesley Groff worked for Indyke and hit counts that do not include that time period.

## II.    **Lesley Groff Scheduling emails**
- Once we see the Estate hit count and can confirm that the total is of the volume we would expect, we can confirm that the search terms are satisfactory.

## III.    ██████ **terms**
- Once we see the Estate hit count and can confirm that the total is of the volume we would expect, we can confirm that we do not need any additional search terms to ensure communications between Epstein and ██████ are captured.

## IV.    **DFS Consent Order terms**
- Please identify all individuals included in the at-issue email chains and run those names alongside your proposed search terms.
- Defendants represented that they refused to produce the exact emails we have been looking for throughout the entirety of the discovery period because their "process" does not include small productions. Given the exigencies and time constraints, the communications underlying the DFS Consent Order should be produced in an individual production now, just as Plaintiff has made small productions in this case responsive to your more immediate requests.

## V.    **Quick Reports and Credit Card productions**
- Defendants represented that they will be producing any Quick Reports from the years 1996 to present in their Native formats.
- Defendants represented that HBRK maintained credit card statements and related information and will be producing around 19,000 documents.

Best,
Amanda

**Amanda Iserson**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 616 9504

aiserson@bsfllp.com
www.bsfllp.com

**From:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>
**Sent:** Monday, September 30, 2024 3:55 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Andrew,

The total number of distinct documents, including families and accounting for overlap are below for the terms you requested (I am working on getting numbers for the search terms we ran):

- Kahn, Pre-8/10/2019: 60,071
- Kahn, Post-8/10/2019: 77,406
- HBRK: Pre-8/10/2019: 65,514
- HBRK: Post-8/10/2019: 23,724
- Estate: 95,687

Best,
Lauren

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Monday, September 30, 2024 2:22 PM
**To:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**External: Think before you click.**

Thanks, Lauren.  Let's plan to confer on this at the 4pm call.  Please extend the invite until 5pm so we have time.

In advance of our call, please have your vendor re-run the hit reports so that the attached example matches what I asked for and what the Indyke team understood and complied with.

| Total Documents (adjusted for overlap; NOT a sum of above data) | 47,130 | 78,640 |
| --- | --- | --- |

Best,
Andrew

Andrew Villacastin (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

**From:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>
**Sent:** Monday, September 30, 2024 12:37 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Andrew,

Thank you for your patience. Responses to each of your and your colleagues' requests are below:

**Megan Nyman 9/27 Email of 12:43 PM and Additional Search Terms**

Mr. Kahn and the Estate intend to search for all emails from Lesley Groff (using the email addresses ███████████ OR ███████ OR ███ OR ███████████) with the term "schedule" in the subject line, and will produce emails that reflect Epstein's schedule.

Mr. Kahn and the Estate will also search for the terms ██████ " and " ██████████████ ", and will produce communications with or regarding ██████████ and the ███████████.

Mr. Kahn will also search for emails from googlealerts-noreply@google.com prior to 8/10/2019 and will produce documents containing news articles related to Jeffrey Epstein. (We reserve all rights to object to Plaintiff's Third RFPs, but wanted to provide this agreement in a timely manner given the impending close of discovery.)

HBRK intends to make a forthcoming production concerning payments to Messers. Indyke and Kahn this week. Those documents will complete our productions relating to monies received by Messers. Indyke and Kahn from Epstein.

**Andrew Villacastin 9/27 Email of 4:11 PM**

- Mr. Kahn's current review population based on search terms is: 20,304 documents.
- HBRK's current review population based on search terms is: 9,558 documents.

These numbers include the documents that hit on the previously provided search terms, Mr. Kahn's text messages, and the Brunel and Maxwell documents that we agreed on Friday to search for and produce.

**Sigrid McCawley 9/27 Letter of 5:02 PM**

We have developed search terms to locate and produce documents relating to the allegations Sigrid identified in the DFS Order. Those search terms are reflected in the attached reports (entitled 202140924_Search_Result) and are below:
- From 01/01/2013 through 8/10/2019: ((butterfly or lsje) AND (pay OR transfer OR wire OR cash)) AND (immigration OR UCIS OR beskardes OR rent)
- From 01/01/2013 through 12/13/2017: (withdraw* w/10 ("Deutsche Bank" OR DB OR ATM)) AND (cash OR "black bag" OR structur* OR "currency transaction report" OR 7500 OR 10000 OR alert) AND NOT statement
- From 05/01/2018 to 05/31/2018: friend w/10 (tuition OR school)
- From 09/01/2015 to 03/31/2016: Gratitude
- From 01/01/2016 to 02/29/2016: brokerage
- From 01/01/2016 to 02/29/2016: to/from "db.com"

Please let us know if you will agree to these terms.

**Andrew Villacastin 9/27 Email of 6:57 PM**

I have attached hit reports for your requested terms over Mr. Kahn's and HBRK's documents. We have provided separate STRs for pre- and post-death documents, and we have excluded documents we have already reviewed from the hit counts.

There are no automated or promotional emails to/from Epstein to Mr. Kahn that we can exclude through a search. Please provide search parameters which will help narrow the categories of communications for us to locate relevant documents, since we do not agree to review all 130,292 emails, including attachments.

We have identified two email addresses that Deutsche Bank used to send automated account notifications: premiumbanking.group@db.com and valuations.system@db.com. The attached reports (entitled 202140924_Search_Result) show the respective hit counts for Mr. Kahn and HBRK's documents to/from/cc/bcc db.com while removing those emails. In addition, it shows your request for all emails that for db.com in just the "to" field.

As we have said previously, we do not agree to review all communications with db.com email addresses. If you have specific requests for communications with Deutsche Bank on a particular topic and want to suggest additional terms to narrow this review set, please provide those terms.

We have confirmed that all wire transfer requests with associated backup were kept in a central folder in HBRK's Sync filing cabinet. There are approximately 12,000 documents in that folder, which we will produce after reviewing for privilege. There are no such corresponding folders, though, for cash or check transactions. Please provide us with search terms with appropriate limiters to locate documents with backup for cash or check transactions.

**Amanda Iserson 9/28 Email of 3:07 PM**

The QuickBooks reports that have been produced to date are summary requests, either attached to emails or stored in HBRK's Sync filing cabinet, that show payments to a particular vendor or person, or transactions from a particular time for a particular entity. The QuickBooks reports produced thus far are those that have hit on all search terms we have run to date; to the extent they have been produced in PDF format, that is the format in which they were saved and stored in the ordinary course. We are reviewing how best to generate responsive reports addressing your email.

Finally, as to the issue of credit cards, we were able to locate a central file in which HBRK maintained all credit card statements, as well as certain files detailing who possessed credit cards during certain periods. There are approximately 19,000 documents in that folder, which we will produce.

Best,
Lauren

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Monday, September 30, 2024 7:15 AM
**To:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**External: Think before you click.**

Dan,

We need the information we requested a couple hours in advance to be able to review before meaningfully meet and confer.  If you scroll down, you can confirm for yourself that Defendants have not produced a single document or substantive response that would help us move forward in the 60+ hours since we hung up with the Court and we sent you our requests for hit reports and other information.

Thanks, and have a good morning.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com

www.bsfllp.com

---

**From:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Sent:** Sunday, September 29, 2024 9:21 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M.
<karen.chau@hugheshubbard.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854)
<nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H.
<daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley
<smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Weinstein, Marc A.
<marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson
<Wilson.Wang@hugheshubbard.com>
**Subject:** Re: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Andrew, please advise tonight the time for the meet-and-confer tomorrow. No more ignoring the request, please.
Discovery is a two-way street.

Thanks.
Dan


Sent from my iPad


On Sep 29, 2024, at 9:18 PM, Andrew Villacastin <AVillacastin@bsfllp.com> wrote:


 External: Think before you click.


Tara,

At a minimum, the following things are readily available and would move things forward.  If they are not,
then an explanation for why they are not readily available should be readily available.  We just want to
make progress to comply with the Court's orders.  And, to correct the record, none of the things we
requested is "new" and to pretend that they are is unfortunate.

1. Hit reports as I requested them.  If some strings are more complicated and require investigation,
   you can send those later but the bulk of them were mechanical for your vendor and should result
   in additional terms that Defendants can accept now to narrow our dispute.

2. The specific emails that we requested that would help us formulate additional refined searches
   into your client's documents, such as those identified in the McCawley letter regarding the DFS
   consent order.  Unless you truly believed for months that you would not have to produce

documents concerning the allegations in our complaint because you did not understand what the "findings" in the DFS consent order meant, we assume that they are readily available.

While we appreciate your team's hard work, that activity has to manifest in timely productions and responses to comply with what the Court outlined.

We are carefully considering your emails on other topics and expect to respond in the morning.

Thanks, and have a good night.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>
**Sent:** Sunday, September 29, 2024 8:41 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Cc:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Andrew,

We've been working all weekend on the various requests that your team sent on Friday and Saturday. I'm not sure if you really assume that any of the responses you've requested are "readily available," but they are not and the posturing in your emails wastes everyone's time. Since you have failed to draft search terms for many of the things you have requested, despite Judge Subramanian's clear directive, we have needed the weekend to work with our various e-discovery teams and clients to draft proposed terms, run appropriate searches, and determine what other information may be available to address the new requests that you have sent us. We are working diligently and anticipate being able to send substantive responses to many of your team's various emails by tomorrow morning.

But, since you are clearly monitoring email traffic, please explain why you have not responded to the request I sent on Thursday morning for a lead counsel meet and confer about the BSF subpoena. The Court's rules require a party make its lead counsel available within 2 business days, so please let us know what time tomorrow works. We intend to raise this issue with Judge Subramanian on Wednesday, as he requested.

Best,
Tara

---

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Sunday, September 29, 2024 4:53 PM
**To:** Amanda Iserson <aiserson@bsfllp.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**External: Think before you click.**

Counsel,

Following up on our various requests as we have received nothing over the weekend other than a statement that you were "considering" them. Please produce the specific things we identified on Friday afternoon, which should be readily available to you, and an ETA for others to comply with the Court's order.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Amanda Iserson <aiserson@bsfllp.com>
**Sent:** Saturday, September 28, 2024 3:07 PM
**To:** Chau, Karen M. <karen.chau@hugheshubbard.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>
**Cc:** Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>;

Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Counsel,

It has come to our attention that Defendants have only produced Account QuickReports for the years 2002, 2006, 2012, 2014, 2015, 2016, 2017, and 2018. We request that Defendants conduct a reasonable search for Account QuickReports from 1995 – 2001, 2003 – 2005, 2007 – 2011, 2013, 2019 – 2024 and supplement their productions accordingly. Please produce any QuickReports in their Native format (or within the accounting application if you did not use the same software to track expenses) rather than as PDFs.

Further, in Defendants' filing yesterday morning, Defendants wrote:
> "Plaintiff is apparently frustrated by Mr. Indyke's testimony that he regularly withdrew cash from Epstein-related accounts because Epstein lacked access to credit cards following his 2009 release from prison, and substantial amounts of cash were needed to pay for gifts, meals, living costs, travel (including jet fuel), and the expenses of running multiple fully-staffed households."

However, the Account QuickReports that Plaintiff's counsel went over at that very deposition show numerous "Credit Card Charge[s]" and Plaintiff is entitled to documents and information concerning Epstein's access to credit cards, even if the cards were issued to other individuals or entities that your clients were aware Epstein paid for. Thus, we request that Defendants provide a list of all credit cards that Epstein paid for from 2009 to 2019, and all statements for those credit cards.

Best,
Amanda

**Amanda Iserson**
Associate

_____

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 616 9504
aiserson@bsfllp.com
www.bsfllp.com

---

**From:** Chau, Karen M. <karen.chau@hugheshubbard.com>
**Sent:** Friday, September 27, 2024 11:55 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Cc:** Amanda Iserson <aiserson@bsfllp.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe

<benskydoe@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>

**Subject:** Re: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Andrew,

We have received your and your colleagues emails and are considering your requests.

Best,
Karen

**Karen M. Chau** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6512 | Cell +1 (718) 679-6230 | Fax +1 (212) 299-6512
karen.chau@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Sep 27, 2024, at 6:59 PM, Andrew Villacastin <AVillacastin@bsfllp.com> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel for Defendants Kahn and Indyke,

Thank you for your patience. The below is in addition to the letter Amanda sent you at 5:02pm to comply with the Court's order:

1.  Per my 4:11pm email, please run the additional terms in the attached excel, which has as a first tab (and highlighted in the second tab) our counterproposal of terms to add to your review. As you can see, we avoided the strings that likely drove up the hit counts that you briefed to the Court, marking up Kahn's August 12 report. Please run the attached and provide hit reports (by Defendant) in accordance with my 4:11pm email so we can confer if you don't agree to review them.

2.  In addition, Plaintiff's responses to the emails Tara sent at 247pm and Karen sent at 426pm are as follows:

    1.  Epstein communications:
        1. Plaintiff is continuing to investigate ways to narrow these hits:
            1.  Are there promotional or automated emails that you can easily exclude from the senders such that we can restrict to just actual communications between Epstein and Defendants?

    2.  Groff emails:
        1. Plaintiff is continuing to investigate ways to narrow these hits:

1. Can Indyke (or anyone) please provide the dates for which Groff was employed by him so that we can consider excluding that period?

3. Db.com emails:
   1. Please identify the numbers after excluding the automated and periodic account notification "bounces" that likely inflated the numbers you mentioned earlier.
   2. Separately, exclude where db.com appears in the FROM (which eliminates periodic account alerts) and only search To and CC fields
      1. Please identify any other false positives if there are numerous false hits in the CC field, if there are, so we can discuss and agree to exclude them as we have done in the past.
   3. Provide a hit count for just db.com in the To field

4. Maxwell (response to Indyke):
   1. Karen, we reject your proposed limitation on the Maxwell terms: NOT (defendant* OR plaintiff* OR court OR motion OR lawsuit)
   2. Please provide a hit count plus families for the string as I proposed them, and the hit count plus families for the documents that would also hit your exclusions so we know how much is affected by your exclusions
      1. We are willing to negotiate ways to alleviate the burden of your logging documents hitting that subset of terms.

5. Both Defendants: Please confirm that the Maxwell and Brunel documents you agreed to in your emails remain included in your commitment to review additional documents.

For all the above, please provide counts from before and after August 10, 2019, as you have done in the past. We can confer on the post-death terms after hit counts are available.

3. Categories of Documents: Please conduct the following reasonable searches that are not amenable to search terms:

   1. All wire transfer forms in the form of Ex. D attached, which includes the corresponding backup for the wire (after the authorization form itself). Please search for wire transfers to each of the women Defendants are aware allege to have been victims, including at a minimum those women who have settled via the EVCP or otherwise have releases with the Estate.
      1. We suspect that these are stored in a central location and Defendant Kahn has possession or control of these documents.

   2. All backup (similar to Ex. D) for the cash and check transactions ████████████ ██████████████████████████ (see Dkt. 121-4 as an example) to women Defendants are aware allege to have been victims, including at a minimum those women who have settled via the EVCP or otherwise have releases with the Estate.
      1. We suspect that these are stored in a central location and Defendant Kahn has possession or control of these documents.

Please let us know if you have any questions, we are available to confer at your convenience or answer your vendor's questions as necessary whenever. If you can give us a heads up when hit reports will be ready for *both* Defendants, we can plan to meet and confer after we have a couple of hours to review them.

Thanks as always.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Amanda Iserson <aiserson@bsfllp.com>
**Sent:** Friday, September 27, 2024 5:02 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Counsel,
Please see attached correspondence on behalf of Sigrid McCawley.

Best,
Amanda

**Amanda Iserson**
Associate

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 616 9504
aiserson@bsfllp.com
www.bsfllp.com

---

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Friday, September 27, 2024 4:11 PM
**To:** Norris, Tara (x2847) <tnorris@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>

**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Thank you, Tara.

Pursuant to the Court's ruling just now, we will be sending both Defendants additional terms seeking hit reports and your agreement to review them. For those terms, please have your vendor(s) be prepared to generate hit reports that provide not the total number of hits (and hits plus families), but instead the incremental number of hits (plus families), which would represent your additional review burden above and beyond what is in your respective existing review populations (defined below). We also ask for the reports to provide a total number of documents that would need to be reviewed, accounting for the overlap of terms. The attached hit report Indyke provided on August 12, which at row 218 provides "Total Documents" numbers that are not merely the sums of numbers per column, can be used as exemplar so long as the numbers by row represent the incremental number of hits.

While we are working on the terms and categories the Court ordered, can Defendants Kahn and Indyke please state the number of documents (i) in each of your respective review populations and (ii) how many documents you each have reviewed to date? I asked this on September 18 and you never answered. "Review population" can be defined as the number of documents (not hits) you have either reviewed or agreed to review as of now. The Kahn number should specify if it includes your below agreement to review Maxwell and Brunel documents.

Thanks again.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>
**Sent:** Friday, September 27, 2024 2:47 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.COM>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Andrew,

Thanks for your patience. Defendant Richard Kahn will agree to run the text searches you requested concerning Ghislaine Maxwell and Jean-Luc Brunel ("gmax1@ellmax.com", "gmax1@mindspring.com", "(EPSTEIN OR JE OR JEE) AND (GHISLAINE OR Maxwell)" and "Jean w/3 (Brunel OR Luc)") through 08/10/2019. That would cover all documents during the time of Epstein's alleged sex trafficking venture.

After 08/10/2019, the number of unique document hits that we would have to review goes through the roof—we would have to review 17,182 new documents from these terms. Since the vast majority of these hits are likely documents discussing Estate business, including many privileged documents related to litigation against the Estate that mentions Maxwell, it is not a reasonable burden for us to review those documents.

Regarding your request that we review all emails between Kahn and Jeffrey Epstein, Leslie Groff, and "db.com", this review is unduly burdensome and overbroad given the lack of subject-matter limitation. The unique document review burden for these searches would be:
1. Epstein emails: 129,745
2. Groff emails: 26,450
3. Db.com emails: 13,024

If you would like to propose specific text searches within these to/from/cc parameters to locate responsive emails, we are willing to run them and consider whether they are reasonable.

Best,
Tara

---

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Wednesday, September 25, 2024 5:09 PM
**To:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

External: Think before you click.

Following up on this.

Also, pursuant to the Court's Individual Rule 4B, please provide a list of counsel who may speak during Friday afternoon's teleconference, as well as the telephone numbers from which those individuals expect to join the call.

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Saturday, September 21, 2024 10:33 AM
**To:** Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@bsfllp.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Thanks to you and to Karen.  Can you please let us know whether Defendants agree to review these documents?

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

**From:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>
**Sent:** Friday, September 20, 2024 3:39 PM
**To:** Norris, Tara (x2847) <tnorris@pbwt.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@boffip.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@boffip.com>; Sigrid McCawley <smccawley@boffip.com>; benskydoe <benskydoe@boffip.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Please see attached a hit report for the search terms proposed by Plaintiff on 9/16 as applied to Mr. Kahn and HBRK's documents. Note that this report has divided hit counts on documents (1) prior to the date of Epstein's death and (2) after the date of Epstein's death. We're currently investigating how many of these hits were already reviewed and will provide that information when we are able.

Best,
Lauren

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>
**Sent:** Wednesday, September 18, 2024 3:00 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Amanda Iserson <aiserson@boffip.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@boffip.com>; Sigrid McCawley <smccawley@boffip.com>; benskydoe <benskydoe@boffip.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

Hi Andrew,

In response to your request below, we have the below hit report for Richard Kahn's documents in response to your queries. We will provide HBRK's hit report and a report regarding the Ghislaine Maxwell and Jean-Luc Brunel searches when they are available, as the searches are not yet complete.

| Richard Kahn: to/from/cc/bcc: | | | Total documents with hits | Total documents with hits, including families |
|---|---|---|---|---|
| jeevcation@gmail.com | | | | |
| jeeproject@yahoo.com | 2024.09.18 - 02.01_RICHARD_KAHN <= 08/10/2019 | SS: 2024.09.18_Kahn and <= 08/10/2019 | 34,950 | 129,833 |
| littlerjeff@yahoo.com | | | | |
| Jeffrey@Jeffreyepstein.org | 2024.09.18 - 02.02_RICHARD_KAHN > 08/10/2019 | SS: 2024.09.18_Kahn and > 08/10/2019 | 38 | 509 |
| jeffreyepsteinorg@gmail.com | | | | |
| jeevcation1@me.com | 2024.09.18 - 02.03_RICHARD_KAHN <= 08/10/2019 | SS: 2024.09.18_Kahn and <= 08/10/2019 | 13,872 | 26,316 |
| | 2024.09.18 - 02.04_RICHARD_KAHN > 08/10/2019 | SS: 2024.09.18_Kahn and > 08/10/2019 | 12 | 277 |
| "@db.com" | 2024.09.18 - 02.07_RICHARD_KAHN <= 08/10/2019 | SS: 2024.09.18_Kahn and <= 08/10/2019 | 7,746 | 13,643 |
| | 2024.09.18 - 02.08_RICHARD_KAHN > 08/10/2019 | SS: 2024.09.18_Kahn and > 08/10/2019 | 2 | 3 |

Best,
Tara

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Monday, September 16, 2024 6:34 PM
**To:** Portorreal, Newton (x2854) <nportorreal@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Amanda Iserson <aiserson@boffip.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Daniel Crispino <dcrispino@boffip.com>; Sigrid McCawley <smccawley@boffip.com>; benskydoe <benskydoe@boffip.com>
**Cc:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; _cg Kahn JD3 <KahnJD3@pbwt.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky v. Indyke, et al; Jane Doe 3 v. Indyke, et al.

External: Think before you click.

Counsel,

This email chain (plus the attached email from Karen on behalf of Indyke) contains the parties' recent discussion on Defendants' and HBRK's hit reports, search terms, and productions. Please provide hit counts and information on the following additional search terms prior to the parties' next meet and confer, as well as answers to the below questions.

As to Tara's September 14 email, the record is what is and each side is free to characterize what led to the current status of Defendants' productions in briefing to the Court.

1. Please run the following additional searches and provide hit counts (by party) and/or a commitment to review them:
    1. All communications with Jeffrey Epstein (Kahn, Indyke, HBRK): Search parameters: Email fields (From, To, CC, BCC) contain any of the email addresses that Epstein used (which the Estate can provide).
        1. The hit reports will disclose the email addresses used for the search.
    2. All communications with Lesley Groff (Kahn, HBRK): Search parameters: Email fields (From, To, CC, BCC) contain any of the email addresses that Groff used (which the Estate or Indyke can provide).
        1. The hit reports will disclose the email addresses used for the search.
    3. Documents concerning Ghislaine Maxwell (Kahn, Indyke, HBRK): Search parameters: Text searches:
        1. gmax1@ellmax.com;
        2. gmax1@mindspring.com;
        3. (EPSTEIN OR JE OR JEE) AND (GHISLAINE OR Maxwell)
    4. Documents concerning Jean-Luc Brunel (Kahn, Indyke, HBRK): Search parameters: Text searches: Jean w/3 (Brunel OR Luc)
    5. All communications with Deutsche Bank (Kahn, Indyke, HBRK): Search parameters: Email fields (From, To, CC, BCC) contain "db.com"

2. Tara provided a hit report for the Estate but we have not received a production from the Estate since July 23 (the reproduction of Quickbooks files came from a separate process). When can we expect to receive another production from the Estate?

3. Indyke's hit report came with a disclaimer stating that it was limited to documents "currently available in electronic form." I asked for an explanation of that limitation on Saturday; please respond as we were left with the impression as a prior meet and confer that digitization had already been completed.

4. Indyke's hit report provides the following terms: DFS; Attorney-1; accountant-1. None of those terms appear in any of the lists of terms supplied by Patterson Belknap (for Kahn, HBRK, or the Estate), despite us having been assured several times by Dan R. at meet and confer that they were being included and by others that there would be no discrepancy in the terms that the collective Defendants were using. Please explain.

Thanks.

Best,
Andrew

Andrew Villacastin (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1.06031651V190F]