UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>         Plaintiff,<br><br>   -against-<br><br>DARREN K. INDYKE and RICHARD KAHN,<br><br>         Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons discussed on the record at this afternoon's conference, plaintiff's motion to compel non-party Bella Klein to comply with plaintiff's subpoena, ECF Nos. 132 and 133, is denied without prejudice. Plaintiff's corresponding motion to seal the motion, ECF No. 131, is granted.

  The Court reserves judgment on defendants' motion to compel non-party Boies Schiller Flexner LLP ("BSF") to comply with defendants' subpoena, ECF Nos. 153 and 155. The parties shall meet and confer by Friday, October 4, 2024, to see if they can find a workable solution to get defendants the information they need to prepare their opposition to plaintiff's motion for class certification. Defendants' motion to seal this motion, ECF No. 154, is granted.

  The parties shall appear for another conference with the Court on Wednesday, October 9, 2024, at 1:00 PM. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 850 775 267, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

  Finally, the Court orders the transcript of this afternoon's conference to be filed under seal. Plaintiff has until November 1, 2024, to propose redactions to the transcript. If no objection is received by that time, the Court will order the transcript to be unsealed.

  SO ORDERED.

Dated: October 3, 2024
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge