UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>　　　　　　　　　Defendants. | 24-cv-1204 (AS)<br>24-cv-2192 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The parties are hereby advised that the Court has transmitted defendants' revised proposed responses, ECF No. 166, to the foreign government.

Dated: October 3, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge