UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*JANE DOE 3 on behalf of herself and those similarly situated*,

                Plaintiff,

-against-

DARREN K. INDYKE and RICHARD KAHN,

                Defendants.

24-cv-1204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at today's hearing, the parties should each submit a letter, not to exceed three single-spaced pages, by noon tomorrow, October 10, 2024, explaining why Judge Rakoff's protective order in the bank litigations prevents Boies Schiller Flexner LLP from turning over the forms in BSF's possession, which it helped its clients submit to the claims administrator. The letters should also explain whether a law firm can be compelled to hand over a non-party client's documents. Could a law firm that specialized in taxes be compelled to produce their client's tax returns in another party's lawsuit?

    Plaintiff also raised the possibility of amending the complaint to add another named representative. As discussed at the hearing, plaintiff should send a redlined complaint to defendants by noon tomorrow, October 10, 2024. The parties should meet and confer by Monday, October 14, 2024, to see whether they can jointly agree on a path forward. If not, plaintiff should file a motion to amend by Friday, October 18, 2024. Defendants' opposition brief will be due November 6, 2024, and plaintiff's reply brief will be due by November 13, 2024.

    The transcript of today's hearing is hereby sealed pending further order of the Court.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge