UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>         Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Having been advised that defendants have agreed to hold in abeyance their third-party subpoena to Boies Schiller & Flexner LLP, defendants' motion to compel is hereby denied without prejudice. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 153 and 155.

  All pending motions to seal are granted. The Clerk of Court is respectfully directed to terminate ECF Nos. 145, 159, 162, 172, and 180.

  SO ORDERED.

Dated: October 16, 2024
    New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge