

www.pbwt.com

October 17, 2024

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Doe 3 v. Indyke et al.*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

We write in connection with Plaintiff Jane Doe 3's pending motion for class certification in the above-captioned matter. As Your Honor is aware, Defendants filed their opposition to class certification on October 14, 2024 (Dkt. No. 183), at which time two of Defendants' subpoenas seeking information relevant to class certification were still outstanding. One subpoena was served on Boies Schiller & Flexner, LLP ("BSF"), and subsequently, Defendants and BSF agreed to hold that subpoena in abeyance. (Dkt. No. 188). The other was served on the Claims Administrator in *Jane Doe 1 v. Deutsche Bank Aktiengessellschaft, et al.*, 22-cv-10018 (S.D.N.Y.), and *Jane Doe 1, et al. v. JPMorgan Chase*, 22-cv-10019-JSR (S.D.N.Y.) (together, the "Bank Litigations"). But in light of confidentiality concerns raised by the Claims Administrator and the Court overseeing the claims administration process in the Bank Litigations, Defendants and the Claims Administrator entered into a Stipulation and Order, signed by the Honorable Jed Rakoff on October 15, 2024, in lieu of compliance with the subpoena. The Stipulation and Order are attached as Exhibit 1 ("Stip.").

The Stipulation and Order obligated the Claims Administrator to undertake a multi-step process to determine the numbers of women who (a) sought and/or received compensation through the two settlements in the Bank Litigations (broken down by certain agreed-upon criteria), *and also* (b) have not entered one of the 191 releases of claims described in Defendants' opposition to class certification (the "Releases of Claims"). The Stipulation and Order further obligates the Claims Administrator to provide those numbers, with any clarifying information, to the parties in

Hon. Arun Subramanian
October 17, 2024
Page 2

this action in the form of a declaration by the Claims Administrator's counsel, subject to the Protective Order. Stip. at 3–5. This afternoon, the Claims Administrator provided the declaration anticipated by the Stipulation and Order (the "Frejka Declaration"); it is attached as Exhibit 2.



Respectfully submitted,

Daniel S. Ruzumna

cc: All counsel of record (via ECF)

15322054