

www.pbwt.com

October 17, 2024

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Doe 3 v. Indyke et al.*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

Pursuant to Paragraphs 11(B) and 11(C)(i) of Your Honor's Individual Practices in Civil Cases and the Court's Protective Order (ECF No. 64, the "Protective Order"), we respectfully submit this letter on behalf of Defendants Darren Indyke and Richard Kahn to request that the Court permit the proposed redactions to Defendants' October 17 Letter and the sealing of Exhibit 2 thereto (the "Frejka Declaration").

The Stipulation and Order, signed by the Honorable Jed Rakoff on October 15, 2024, specified that the information in possession of the Claims Administrator shall not be disclosed absent further order of the Court, and that the Frejka Declaration be produced pursuant to the Protective Order in this matter. *See* Dkt. No. 305, *Jane Doe 1 v. JPMorgan Chase & Co.*, No. 1:22-cv-10019-JSR (S.D.N.Y.). The redacted portions of Defendants' October 17 Letter and the Frejka Declaration disclose confidential information in the Claims Administrator's possession. Accordingly, Defendants' request this information remain under seal.

For the foregoing reasons Defendants respectfully request the that the Court permit the redactions proposed in their October 17 Letter, and that Exhibit 2 remain under seal.

GRANTED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 154 and 189. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 18, 2024

Respectfully submitted,

Daniel S. Ruzumna

cc: All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222

15334210