UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 3, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>      v.<br><br>Darren K. Indyke and Richard D. Kahn,<br><br>   Defendants. | Case No. 1:24-cv-01204-AS |
| Jane Doe 3,<br><br>   Plaintiff,<br><br>      v.<br><br>Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey Edward Epstein,<br><br>   Defendants. | Case No. 1:24-cv-02192-AS |

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF HER
MOTION FOR CLASS CERTIFICATION**

I, Sigrid McCawley, hereby declare:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Managing Partner of Boies Schiller Flexner ("BSF"). I make this declaration on my own personal knowledge.

2. I submit this declaration in support of the motion filed by Jane Doe 3 for class certification and approval of BSF as Class Counsel.

1

3. I have identified a class of more than 40 putative class members who do not appear to have releases based on the releases Defendants produced to date.

4. I am prepared to provide a list of these women for the Court's *in camera* review.

5. Attached hereto are true and correct copies of the following exhibits:

    a. **Exhibit A**: Excerpts from Defendant Darren Indyke's Deposition dated September 13, 2024 in this case, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

    b. **Exhibit B**: Excerpts from Defendant Richard Kahn's Deposition dated October 10, 2024 in this case, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

    c. **Exhibit C**: Composite exhibit of documents produced by Defendants, bates stamped Indyke_Doe3_002724, Indyke_Doe3_002747, Indyke_Doe3_002754 Indyke_Doe3_002749, Indyke_Doe3_002763, and Indyke_Doe3_002768, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

    d. **Exhibit D:** Document produced by Defendants, bates stamped KAHN_00007019, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

    e. **Exhibit E:** Document produced by Defendants, bates stamped KAHN_00013354, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

f. **Exhibit F:** Document produced by Defendants, bates stamped HBRK_JD3_018959, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

g. **Exhibit G**: Document produced by Defendants, bates stamped KAHN_00011129, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

h. **Exhibit H:** Document produced by Defendants, bates stamped Indyke_Doe3_006760, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

i. **Exhibit I:** Document produced by Defendants, bates stamped Indyke_Doe3_004797, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

j. **Exhibit J:** Document produced by Defendants, bates stamped HBRK_JD3_004278, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

k. **Exhibit K:** Document produced by Defendants, bates stamped HBRK_JD3_004963, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

l. **Exhibit L:** Document produced by Defendants, bates stamped HBRK_JD3_005417, designated confidential by Defendants pursuant to the protective order in this matter and filed under seal.

m. **Exhibit M:** Excerpt from Part I of Jane Doe 3's Deposition dated September 24, 2024 in this case, designated confidential by Plaintiff pursuant to the protective

order in this matter and the Court's Order denying Defendants' Motion for Disclosure, Dkt. 134, and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 21, 2024                                        Respectfully submitted,

                                                                /s/ *Sigrid McCawley*
                                                                Sigrid McCawley