

October 23, 2024

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *Doe 3 v. Indyke et al.*, **Case No. 24-cv-1204 (AS)**

Dear Judge Subramanian:

      We write to request, pursuant to Rule 21.7 of the ECF rules, that you consider ECF No. 200 withdrawn from the docket. On October 23, 2024, Defendants mistakenly filed ECF No. 200, which contained confidential information regarding Jane Doe 3. Pursuant to ECF Rule 21.7, Defendants immediately emailed the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filing. We respectfully request the Court to formally seal this filing so that we can electronically file corrected versions on the docket.

      Respectfully submitted,

      Daniel S. Ruzumna

cc: All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222