

October 23, 2024

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Application granted. The Clerk of Court is respectfully directed to seal ECF Nos. 201 and 202 and restrict viewing access to the Court. SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: October 23, 2024

Re:   *Doe 3 v. Indyke et al.*, **Case No. 24-cv-1204 (AS)**

Dear Judge Subramanian:

      We write to request, pursuant to Rule 21.7 of the ECF rules, that you consider ECF Nos. 201 and 202 withdrawn from the docket. On October 23, 2024, Defendants mistakenly filed the exhibits to ECF Nos. 201 and 202 without redacting their file names, which contained confidential information regarding Jane Doe 3. Pursuant to ECF Rule 21.7, Defendants immediately emailed the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filings. The filings were temporarily sealed and the exhibit names were made inaccessible to PACER users. We respectfully request the Court to formally seal these filings so that we can electronically file corrected versions on the docket.

Respectfully submitted,

Daniel S. Ruzumna

cc: All counsel of record (via ECF)