# Exhibit A

**Maitland, Kurt (x2923)**

| | |
|---|---|
| **From:** | Weiner, Daniel H. <daniel.weiner@hugheshubbard.com> |
| **Sent:** | Monday, July 29, 2024 10:51 PM |
| **To:** | Sigrid S. McCawley - Boies, Schiller & Flexner LLP (smccawley@bsfllp.com); benskydoe |
| **Cc:** | Ruzumna, Daniel (x2034); Norris, Tara (x2847); Weinstein, Marc A.; Tabatabai, Fara; Chau, Karen M. |
| **Subject:** | Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn |

**External: Think before you click.**

Dear Sigrid –

Given the Court's October 28 deadline for fact discovery in these consolidated actions, the Co-Executors must press forward with discovery of non-parties who can shed light on Jane Doe 3's alleged abuse by Jeffrey Epstein, and in particular her claimed damages of "not less than" $11.5 million resulting from alleged (a) physical, psychological and psychiatric injuries, (b) harm to her career and employment, including past and future lost wages and past and future loss of earning capacity and actual earnings, and (c) past, present and future pain and suffering, mental anguish, humiliation and embarrassment, loss of self-esteem and loss of dignity. (*See* Plaintiff Jane Doe 3's Responses and Objections to Defendants' First Interrogatories, dated May 28, 2024, at 5-8.)

As you know, the obtaining of documents and testimony in Jane Doe 3's place of residence is governed by the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. We are prepared to apply to the Court for issuance of letters of request under that Convention, so that they can be promptly transmitted to the appropriate Central Authority. However, given the sensitivity of Jane Doe's allegations in this matter and her appearance to date under a pseudonym, we welcome your suggestions for proceeding in a manner that best serves the parties' interests in obtaining full discovery from Ms. Doe's employers, family members and associates while protecting Ms. Doe's privacy to the greatest extent possible under the circumstances.

We appreciate your response by this Friday, August 2.

Best,
Dan

**Daniel H. Weiner** | Partner
Chair, Litigation Department

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor | New York | NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.