# Exhibit B

| | |
|---|---|
| **From:** | Tabatabai, Fara |
| **To:** | Sigrid McCawley; Andrew Villacastin; Weiner, Daniel H.; benskydoe |
| **Cc:** | Ruzumna, Daniel (x2034); Norris, Tara (x2847); Weinstein, Marc A.; Chau, Karen M. |
| **Subject:** | RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn |
| **Date:** | Friday, August 9, 2024 11:53:40 AM |

**External: Think before you click.**

Sigrid –

At your request, and as a professional courtesy to you and Ms. Doe, the Co-Executors will hold off filing their application until after our call on Monday afternoon.

At that time, please also provide us with a date for Ms. Doe's deposition in NYC, as Dan Ruzumna requested earlier this week.

Best,
Fara

**Fara Tabatabai** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6296 | Cell +1 (347) 803-9532 | Fax +1 (212) 422-4726
fara.tabatabai@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Sigrid McCawley <smccawley@bsfllp.com>
**Sent:** Friday, August 9, 2024 10:48 AM
**To:** Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION: This email was sent by someone outside of the Firm.**

Hello Fara,

Thank you for your email below.  There is an issue I need to review with the client in advance of sign off and unfortunately, she is not reachable today  but hope to reach her this weekend and we can confer on Monday. I request the professional courtesy of you allowing me the weekend and we can plan to speak on our scheduled Monday call.

Thank you,
Sigrid

**Sigrid McCawley**
Managing Partner

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t)   +1 954 377 4223
(m) +1 954 770 5377
smccawley@bsfllp.com
www.bsfllp.com

**From:** Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>
**Sent:** Thursday, August 8, 2024 6:10 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Andrew,

Thanks for your note.  Regardless of whether Plaintiff consents to issuance of the Letter of Request, the Co-Executors have the burden of showing – and the Court has an obligation to assess – whether the Letter of Request seeks evidence relevant to the remaining claims and defenses in this case.  The memorandum of law therefore must include an explanation of the relevance of the documents and testimony that the Co-Executors seek.

In response to your comments and proposed redactions to the Letter of Request, we removed the supporting documents that we had intended to attach as exhibits to the motion and deleted discussion of specific details in the memorandum of law.  While we disagree with Plaintiff's view that

any information in the draft memorandum of law is confidential, in the interest of cooperation we can agree to redact those sections of the preliminary statement and the argument that relate to relevance. The attached version of the memorandum of law contains highlighting showing our proposed redactions.

We do not read Local Civil Rule 7.1(d), Local Civil Rule 37.2, or Judge Subramanian's Individual Rules to allow a motion of this type to be made by stipulation or letter motion. The Co-Executors' hope is that we can file this motion on consent, and they are willing to do so with whatever redactions Plaintiff requests. We intend to file our application tomorrow with the redactions Plaintiff proposed to the Letter of Request and the redactions we propose in the attached memorandum of law.

Please let us know if Plaintiff consents to that application. **If we do not hear from you by noon tomorrow, we will assume that Plaintiff does not consent.**

Best,
Fara


**Fara Tabatabai** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY  10004-1482
Office +1 (212) 837-6296 | Cell +1 (347) 803-9532 | Fax +1 (212) 422-4726
fara.tabatabai@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Thursday, August 8, 2024 11:29 AM
**To:** Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

> **CAUTION: This email was sent by someone outside of the Firm.**

Fara,

We can't accept the version you sent yesterday and don't understand where the disconnect is. The

thrust the prior conversations was that our consent to the issuance of the letter request would obviate your asserted need to gratuitously attach confidential discovery materials in support of a publicly filed application to the Court.  That was what we understood the import of Dan's statement "We reject your misguided suggestion that Defendants' proposed Letter of Request is motivated by anything other than the legitimate need to obtain discovery for use in these consolidated actions" to be: we would reach agreement on the form of application.  While your draft may have removed attachments that existed in a prior draft, it inexplicably left descriptions of those same confidential materials in the text.  Generally, we see no reason why this couldn't be submitted to as either a stipulation or concise letter motion, which the local rules would seem to require instead of the five-page motion you sent us.  If there is any ambiguity as to the facts or descriptions of documents that we think are incorrect, unnecessary for the application, or confidential, we can send strikethroughs later today but hopefully it should be easy enough for you to revise the application to make it more concise in a way that it could be submitted on consent.

Your disappointment to our responsiveness on this "time-sensitive" matter rings hollow for several reasons.  We are both working under the same court-ordered schedule and Plaintiff has produced almost 3,000 documents since the Court lifted the discovery stay on July 1.  In those five weeks, your side has deemed it somehow acceptable to produce zero documents from Defendant Richard Kahn and zero documents from Defendant Darren Indyke.

As to this current dispute, the record reflects our diligence in responding to your arbitrary deadlines.  Last week, you reached out to us to obtain our consent for a court application and Hague request that you did not send us.  After we asked for it and explained our position, you sent us only the letter of request, which we promptly reviewed and responded to.  You did not send us the apparent "motion" you wanted us to consent to until yesterday (and after we asked).  Per above, we do not understand how the draft you sent us is consistent with our conversations on this very topic but this response, sent a day after receiving your motion is not untimely.

Finally, we will of course endeavor to meet any reasonable deadlines you propose, but you have to stop issuing arbitrary ones.  Your most recent one threatens to file a disputed discovery motion on two-hours' notice.  In addition to that being discourteous, the filing of discovery motions is governed by the Court's individual rules and the SDNY local rules, which would prohibit what you propose.  We reserve all rights should you elect to proceed in violation of those authorities.

We can confer on this on Monday's call if for some reason we can't reach agreement in writing before then.

Best,
Andrew

Andrew Villacastin (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards

New York, NY 10001

(t) +1 212 909 7628

avillacastin@bsfllp.com

www.bsfllp.com

---

**From:** Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>
**Sent:** Thursday, August 8, 2024 10:00 AM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Andrew –

We were disappointed not to hear from you or any of your colleagues on this time-sensitive matter.

If we continue to hear nothing from your side, we will file this application this afternoon, indicating that we accepted Plaintiff's proposed redactions and sought her consent, but she failed to timely respond.

Best,
Fara


**Fara Tabatabai** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY  10004-1482
Office +1 (212) 837-6296 | Cell +1 (347) 803-9532 | Fax +1 (212) 422-4726
fara.tabatabai@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Tabatabai, Fara
**Sent:** Wednesday, August 7, 2024 10:22 AM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Weiner, Daniel H.

<daniel.weiner@hugheshubbard.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

Andrew,

Thank you for sending your proposed redactions to the Letter of Request. We can accept those redactions.

As requested, we attach the current draft of our brief in support of our application, which we revised in light of your proposed redactions and to remove references to the supporting documents that we identified on Friday. We also attach a draft letter motion for leave to file a redacted version of the Letter of Request on the public docket.

Please confirm as early as possible today that Ms. Doe consents to the application.

Fara

---

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Tuesday, August 6, 2024 8:59 PM
**To:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION: This email was sent by someone outside of the Firm.**

Dan,

See attached our proposed redactions (in yellow highlighting) to your letter of request. We would consent to your filing an application requesting the Court's issuance of the attached (as an exhibit to your application) but need to see the application you intend to submit/file first. Given our consent, the application should be straightforward and there is no need to attach the additional documents you mentioned in your email from Friday. Each of those materials has been designated as confidential under the case's protective order.

Best,

Andrew

Andrew Villacastin (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com
www.bsfllp.com

---

**From:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>
**Sent:** Monday, August 5, 2024 4:34 PM
**To:** Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>
**Subject:** Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hi Sigrid -

As you requested, we attach the proposed Letter of Request for your review. Please let us know by **EOD tomorrow, August 6** whether Ms. Doe consents to the Court's issuance of the Letter of Request.

If you believe that filing an application with the Court is unnecessary for the Court to approve and issue the Letter of Request, we would appreciate you sending us authority for that position and your proposal for how to obtain the Court's approval absent a filing. Please also let us know your availability tomorrow or Wednesday to call the Court for guidance on how the parties should proceed with seeking issuance of a Letter of Request.

To the extent it is necessary for Defendants to file an application for issuance of the Letter of Request with the supporting documents we provided to you on Friday, please indicate by **EOD tomorrow** any additional redactions that you believe are necessary to comply with the Court's order allowing Ms. Doe to proceed under a pseudonym. If you believe that the Letter of Request or any of the other supporting documents should be filed entirely under seal (without the filing of any public redacted version), please let us know.

We reject your misguided suggestion that Defendants' proposed Letter of Request is motivated by anything other than the legitimate need to obtain discovery for use in these consolidated actions. As you know, the process for execution of a Letter of Request can be lengthy, and we have a tight discovery schedule in this case. We would therefore appreciate your prompt responses on the above so that we can move forward with making our application, in whatever form is acceptable to the Court, as soon as possible this week.

Best,
Dan


**Daniel H. Weiner** | Partner
Chair, Litigation Department

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor |  New York | NY  10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Sigrid McCawley <smccawley@bsfllp.com>
**Sent:** Sunday, August 4, 2024 7:35 PM
**To:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** RE: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn


Hello Dan,

Please send us the proposed Letter of Request that you intend to send so that we can review.  It would make sense for us to just review and indicate our consent, which would dispense with the need to include in your application confidential interrogatory responses and confidential emails produced in discovery.  It is also unclear that any filing is necessary for the Court to sign and/or issue the Letter of Request.

If you disagree, we should confer and call the Court as necessary this week prior to you filing anything publicly.  The minimal redactions you are proposing (which as described would be insufficient given the case's protective order) would unnecessarily reveal information about a plaintiff for which the Court ordered anonymity.  Should you proceed in that manner, your

motivations for doing so would be obvious and we reserve all rights.

Best,
Sigrid

**Sigrid McCawley**
Managing Partner

**BOIES SCHILLER FLEXNER** LLP

401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t)  +1 954 377 4223
(m) +1 954 770 5377
smccawley@bsfllp.com
www.bsfllp.com

---

**From:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>
**Sent:** Friday, August 2, 2024 1:15 PM
**To:** Sigrid McCawley <smccawley@bsfllp.com>; benskydoe <benskydoe@bsfllp.com>
**Cc:** Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com) <druzumna@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <Wilson.Wang@hugheshubbard.com>
**Subject:** Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Sigrid -

Further to my email below, the Co-Executors are preparing an application to the Court for issuance of Hague Convention letter of request to obtain evidence from witnesses located in ▇▇▇▇▇▇ We plan to submit with that application (i) a proposed Letter of Request to the Ministry of Justice in ▇▇▇▇▇▇ (ii) Jane Doe 3's May 28, 2024 interrogatory responses; (iii) a February 4, 2014 email from Ms. Doe to Jeffrey Epstein (JEE_Doe3_000535); (iv) a March 13, 2014 email from Lesley Groff to Mr. Epstein (JEE_Doe3_000469); and (v) a January 28, 2014 email from Ms. Doe to her now-husband (JD_00001315). The Letter of Request contains Ms. Doe's name and address, and the names and addresses of her friend ▇▇▇▇▇▇ her husband, her parents, and her current employer. The emails contain Ms. Doe's name, ▇▇▇▇▇▇ name, and her husband's name.

**Consistent with the Court's Order permitting Ms. Doe to proceed in this litigation under a pseudonym, we propose to redact those names and addresses from the publicly filed versions of**

**those exhibits to our application**. Our proposed redactions would apply only to the versions of those documents publicly filed on the docket. The final Letter of Request, as transmitted by the Court to the ▮▮▮▮▮ Ministry of Justice, would (by necessity) be unredacted. We do not believe any redactions to Ms. Doe's interrogatory responses are necessary.

Please let us know by Monday morning whether Plaintiffs have any objection to the scope of the Co-Executors' proposed redactions.

Best,
Dan

_____

**Daniel H. Weiner** | Partner
Chair, Litigation Department

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor | New York | NY 10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** "Weiner, Daniel H." <daniel.weiner@hugheshubbard.com>
**Date:** July 29, 2024 at 10:50:41 PM EDT
**To:** "Sigrid S. McCawley - Boies, Schiller & Flexner LLP (smccawley@bsfllp.com)" <smccawley@bsfllp.com>, benskydoe <benskydoe@bsfllp.com>
**Cc:** "Daniel S. Ruzumna - Patterson Belknap Webb and Tyler LLP (druzumna@pbwt.com)" <druzumna@pbwt.com>, "Norris, Tara (x2847)" <tnorris@pbwt.com>, "Weinstein, Marc A." <marc.weinstein@hugheshubbard.com>, "Tabatabai, Fara" <fara.tabatabai@hugheshubbard.com>, "Chau, Karen M." <karen.chau@hugheshubbard.com>
**Subject: Bensky et al. v. Indyke and Kahn; Jane Doe 3 v. Indyke and Kahn**

Dear Sigrid —

Given the Court's October 28 deadline for fact discovery in these consolidated actions,

the Co-Executors must press forward with discovery of non-parties who can shed light on Jane Doe 3's alleged abuse by Jeffrey Epstein, and in particular her claimed damages of "not less than" $11.5 million resulting from alleged (a) physical, psychological and psychiatric injuries, (b) harm to her career and employment, including past and future lost wages and past and future loss of earning capacity and actual earnings, and (c) past, present and future pain and suffering, mental anguish, humiliation and embarrassment, loss of self-esteem and loss of dignity.  (*See* Plaintiff Jane Doe 3's Responses and Objections to Defendants' First Interrogatories, dated May 28, 2024, at 5-8.)

As you know, the obtaining of documents and testimony in Jane Doe 3's place of residence is governed by the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.  We are prepared to apply to the Court for issuance of letters of request under that Convention, so that they can be promptly transmitted to the appropriate Central Authority.  However, given the sensitivity of Jane Doe's allegations in this matter and her appearance to date under a pseudonym, we welcome your suggestions for proceeding in a manner that best serves the parties' interests in obtaining full discovery from Ms. Doe's employers, family members and associates while protecting Ms. Doe's privacy to the greatest extent possible under the circumstances.

We appreciate your response by this Friday, August 2.

Best,
Dan


**Daniel H. Weiner**  | Partner
Chair, Litigation Department

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor |  New York | NY  10004-1482
Office +1 (212) 837-6874 | Cell +1 (917) 574-3407 | Fax +1 (212) 299-6874
daniel.weiner@hugheshubbard.com | bio

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are

hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]