# Exhibit B

| | |
|---|---|
| **From:** | Norris, Tara (x2847) |
| **To:** | Megan Nyman; Ruzumna, Daniel (x2034); Daniel H. Weiner; Vegari, Amy (x2216); Tabatabai, Fara; Burns, Dakotah (x2532); Doxey, Lauren (x2959); Chau, Karen M.; Wang, Wilson; Brandon, Jacqueline L.(x2355); Portorreal, Newton (x2854); hilary.mcdonnell@hugheshubbard.com; _cg Kahn JD3 |
| **Cc:** | benskydoe |
| **Subject:** | RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK |
| **Date:** | Thursday, October 24, 2024 1:55:20 PM |
| **Attachments:** | HBRK_JD3_220406.pdf<br>HBRK_JD3_222174.pdf<br>HBRK_JD3_235593.pdf<br>KAHN_00023467.pdf<br>KAHN_00059103.pdf |

Megan,

Dropping Topic 3 and removing "all" from the topics where it appears in the subpoena still does not help us comply with the October 21 subpoena. Additional information about Topics 1, 2, 4, 5 and 7 is not available, and we cannot prepare an HBRK corporate representative to discuss transactions going back nearly two decades if we are not given specific advance notice of the transactions. And we still don't understand how Topic 11 is possibly correct.

We've tried to be clear with you about the limitations in HBRK's ability to prepare a corporate representative to answer questions that Richard Kahn wasn't able to answer. But if there are specific questions that you want us to scour documents (for example) to see if HBRK can answer, we will try find the answers. Without the questions, however, a corporate representative would merely repeat what Mr. Kahn has already testified. That seems like a very inefficient path forward.

If you have a proposal for us to consider about how we might be able to narrow the subpoena, we'd like to hear it as soon as possible.  We will be moving to quash this afternoon.

And just as a follow up, we wanted to point out (if this wasn't obvious from the production) that HBRK's production included thousands of pre-2012 documents as well as documents from non-Gmail accounts. As we've mentioned previously, emails that were in the mailboxes of accounts with NY Strategy Group or HBRK email domains were transferred to corresponding Gmail accounts, which is where they were collected. Although HBRK collected Bella Klein's Gmail account, that account contained emails from Bella's non-Gmail accounts, including (for example) ███@nysgmail.com (HBRK_JD3_235593), ███@me.com (HBRK_JD3_222174), and ███@hbrkassociates.com (HBRK_JD3_220406).  HBRK did not collect or produce Richard Kahn's documents, since any collection would be duplicative of Kahn's discovery obligations as a defendant in this case; however, Kahn's production also includes emails, collected from his Gmail account, directed to or from ███@hbrkassociates.com (see, e.g., KAHN_00023467) and ███@nysgmail.com (KAHN_00059103).

Best,
Tara

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Wednesday, October 23, 2024 5:22 PM

**To:** Norris, Tara (x2847) <tnorris@pbwt.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Vegari, Amy (x2216) <avegari@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; hilary.mcdonnell@hugheshubbard.com
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

**External: Think before you click.**

Tara, unfortunately we are unable to agree to your proposal. We believe that there is still a need for a 30(b)(6) deposition, particularly on the topics related to HBRK's document retention process (Topics 1, 2, 4, 5, and 7). We do not think Mr. Kahn's testimony is an adequate substitute because of his lack of knowledge on these topics.

In an effort to compromise we are willing to drop topic 3 if you provide the list of the email addresses.

We can continue to work with you on further narrowing Topics 6 and 8-13 but would need testimony on those topics as narrowed.  If one concern for those topics is the existence of the word "All" then we agree that you can read them as not having that word.  We will send further guidance shortly but to be clear this would not obviate the need for a deposition.

Best,

**Megan Nyman**
Associate

**BOIES SCHILLER FLEXNER** LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(o) 954 377 4220
mnyman@bsfllp.com
www.bsfllp.com

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>

**Sent:** Wednesday, October 23, 2024 10:48 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Vegari, Amy (x2216) <avegari@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; hilary.mcdonnell@hugheshubbard.com
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Megan,

As I explained during our meet and confer yesterday and in our October 21, 2024 letter, Plaintiff's proposed Rule 30(b)(6) topics are overbroad and a Rule 30(b)(6) deposition of HBRK is inappropriate under the circumstances of this case (in addition to the subpoena being procedurally inadequate). We have offered to agree that Mr. Kahn's deposition testimony would serve as the testimony of an HBRK corporate representative.

Further, as an substitute for an HBRK corporate representative deposition, we would agree that, if Plaintiff has specific questions about HBRK's document collection or retention process and the documents available to it (questions that fall within the confines of Topics 1, 2, 3, 4, 5, or 7), we would provide written answers, to the extent the information needed to answer those questions is reasonably available, and those answers would be verified by HBRK.  By way of example, as I explained on our call, we are willing to provide a written response describing the retention, storage, or destruction of records at HBRK (we don't understand HBRK to have ever had a formal, written document retention policy), and to describe to you the factual basis for the response, which addresses Plaintiff's Topics 1 and 2 of the HBRK Rule 30(b)(6) subpoena. We are also willing to list the email accounts used for work-related purposes by Bella Klein, Richard Kahn, and Harry Beller to the best of HBRK's ability (Topic 3).  If you are willing to accept this compromise, please provide a list of specific questions by COB today and confirm that you will withdraw the deposition subpoena. Otherwise, we will proceed with our motion to quash.

Best,
Tara

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, October 21, 2024 5:45 PM
**To:** Norris, Tara (x2847) <tnorris@pbwt.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Tabatabai, Fara

<fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; hilary.mcdonnell@hugheshubbard.com
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

**External: Think before you click.**

Good evening, Counsel,

Attached is a revised subpoena for the HBRK deposition. All the information is the same, it is just signed now.

We will plan to confer on this issue at the Lead Trial Counsel meet and confer tomorrow.

Best,

**Megan Nyman**
Associate

**BOIES SCHILLER FLEXNER LLP**

401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(o) 954 377 4220
mnyman@bsfllp.com
www.bsfllp.com

**From:** Norris, Tara (x2847) <tnorris@pbwt.com>
**Sent:** Monday, October 21, 2024 12:48 PM
**To:** Megan Nyman <mnyman@bsfllp.com>; Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; hilary.mcdonnell@hugheshubbard.com
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Please see the attached correspondence.

Best,
Tara Norris

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, October 21, 2024 12:02 PM
**To:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>; Portorreal, Newton (x2854) <nportorreal@pbwt.com>; hilary.mcdonnell@hugheshubbard.com
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** RE: Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

**External: Think before you click.**

Counsel,

Please see attached a revised deposition notice for the 30b6 deposition of HBRK on the 28th. We need to change the start time to 10:30am EST and are going to be conducting the deposition via Zoom.

Thanks,

**Megan Nyman**
Associate

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(o) 954 377 4220
mnyman@bsfllp.com

[www.bsfllp.com](www.bsfllp.com)

---

**From:** Megan Nyman
**Sent:** Friday, October 11, 2024 6:20 PM
**To:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Doxey, Lauren (x2959) <ldoxey@pbwt.com>; Chau, Karen M. <karen.chau@hugheshubbard.com>; Wang, Wilson <wilson.wang@hugheshubbard.com>; Brandon, Jacqueline L.(x2355) <jbrandon@pbwt.com>
**Cc:** benskydoe <benskydoe@bsfllp.com>
**Subject:** Jane Doe 3 v. Indyke - Notice of 30b6 Deposition of HBRK

Counsel, please see attached.

Best,

**Megan Nyman**
Associate

**BOIES SCHILLER FLEXNER** LLP

401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(o) 954 377 4220
[mnyman@bsfllp.com](mnyman@bsfllp.com)
[www.bsfllp.com](www.bsfllp.com)

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]