# EXHIBIT C

Filed Under Seal