

October 30, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re:    *Jane Doe 3 v. Indyke, et al*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

    We write to request, pursuant to Rule 21.7 of the ECF rules, that you consider Dkt. 228 withdrawn from the docket. On October 30, 2024, Plaintiff mistakenly filed Dkt. 228 which included confidential information regarding Jane Doe 3. Pursuant to ECF Rule 21.7, Plaintiff immediately emailed the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filings, then filed a corrected version (Dkt. 229). The inadvertent filing was temporarily sealed and made inaccessible to PACER users. We respectfully request the Court to formally seal Dkt. 228.

    Respectfully Submitted,

    */s/ Sigrid S. McCawley*

    Sigrid McCawley
    Boies Schiller Flexner LLP
    401 E. Las Olas Blvd. Suite 1200
    Fort Lauderdale, FL 33316
    Telephone: (954) 356-0011
    Fax: (954) 356-0022
    Email: smccawley@bsfllp.com

    *Counsel for Plaintiff*