

VIA ECF
October 30, 2024

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

      Re:    *Jane Doe 3 v. Indyke, et al*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

      We write to request, pursuant to Rule 21.7 of the ECF rules, that you consider Dkt. 228 withdrawn from the docket. On October 30, 2024, Plaintiff mistakenly filed Dkt. 228 which included confidential information regarding Jane Doe 3. Pursuant to ECF Rule 21.7, Plaintiff immediately emailed the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filings, then filed a corrected version (Dkt. 229). The inadvertent filing was temporarily sealed and made inaccessible to PACER users. We respectfully request the Court to formally seal Dkt. 228.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 31, 2024

Respectfully Submitted,

 */s/ Sigrid S. McCawley*

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

*Counsel for Plaintiff*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com