UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>                              Defendants. | 24-CV-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Counsel for all parties shall appear for a conference with the Court on **November 6, 2024** at **3:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **592 052 087**, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge