

www.pbwt.com

November 4, 2024

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

     Re: ***Doe 3 v. Indyke et al.*, Case No. 24-cv-1204 (AS)**

Dear Judge Subramanian:

    Pursuant to Paragraphs 11(c)(ii)-(iii) of Your Honor's Individual Practices in Civil Cases, Defendants Darren Indyke and Richard Kahn seek leave to file under partial seal Defendants' *Daubert* Motion to Exclude Marianne DeMario's Opinions Regarding Class-wide Damages (the "Brief"), and entirely under seal, Exhibits A through D to the Brief.

    Exhibits A and C are, respectively, Plaintiff's amended and original Initial Disclosures in this action.  Defendants believe that Exhibits A and C do not need to be sealed in their entirety but rather should be redacted and filed only under partial seal.  However, Defendants request leave to file these exhibits entirely under seal because Plaintiff has designated Exhibit A, the amended Initial Disclosures, as confidential.  *See* ECF No. 64 ¶ 6. Defendants seek leave to file Exhibit C, the original Initial Disclosures, entirely under seal because it contains much of the same information as Exhibit A, which Plaintiff has designated confidential in full.  In addition, Exhibit C includes names and addresses of non-parties.

    Exhibit B is the expert report of Marianne DeMario, and Exhibit D is her deposition transcript.  As above, although Defendants believe that Exhibits B and D do not need to be sealed in their entirety but rather should be filed partially under seal with redactions, Defendants request leave to file Exhibits B and D entirely under seal because Plaintiff has designated them confidential.  *See id.*

    For the foregoing reasons, Defendants also seek leave to redact the portions of the Brief that contain descriptions of the Exhibits.

    Defendants will meet and confer with Plaintiff pursuant to Paragraph 11(C)(i) of Your Honor's Individual Practices in Civil Cases in an effort to narrow the scope of the request.

The Honorable Arun Subramanian
November 4, 2024
Page 2


Defendants' counsel advises Plaintiff's counsel that they must file, within three business days, a letter explaining the need to file under seal the Brief and Exhibits A through D.


Respectfully submitted,


Daniel S. Ruzumna

cc: All counsel of record (via ECF)