UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>*Defendants*. | Civil Action No. 24 Civ. 1204 (AS)<br>[rel. 1:24-cv-02192 (AS)]<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE MARIANNE DEMARIO'S OPINIONS REGARDING CLASS-WIDE DAMAGES

PLEASE TAKE NOTICE that Defendants Darren K. Indyke and Richard D. Kahn hereby move before this Court for exclusion of Marianne DeMario's opinions regarding class-wide damages pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' *Daubert* Motion.

Dated: November 4, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel H. Weiner* | */s/ Daniel S. Ruzumna* |
| Daniel H. Weiner, Esq, | Daniel S. Ruzumna, Esq. |
| Mark A. Weinstein, Esq. | Amy N. Vegari, Esq. |
| Fara Tabatabai, Esq. | Tara J. Norris |
| | |
| **HUGHES HUBBARD & REED LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| | |
| One Battery Park Plaza | 1133 Avenue of the Americas |
| New York, New York 10004 | New York, New York 10036 |
| Telephone: (212) 837-6000 | Telephone: (212) 336-2000 |
| Email: daniel.weiner@hugheshubbard.com | Email: druzumna@pbwt.com |
| Email: marc.weinstein@hugheshubbard.com | Email: avegari@pbwt.com |
| Email: fara.tabatabai@hugheshubbard.com | Email: tnorris@pbwt.com |
| | |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |