UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>*Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>*Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>*Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and upon the accompanying Memoranda of Law dated November 4, 2024; the Local Civ. R. 56.1 Statement of Material Facts dated November 4, 2024; the Declaration of Daniel H. Weiner dated November 4, 2024 and all exhibits thereto; the Declaration of Darren K. Indyke dated November 4, 2024; the Declaration of Richard D. Kahn dated November 4, 2024; and all prior proceedings and papers in this action, Defendants Darren K. Indyke and Richard D. Kahn, by and through their undersigned counsel, will move the Court before the Honorable Arun

Subramanian at the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, Courtroom 15A, at a date and time to be determined by the Court, for an Order (1) granting summary judgment in Defendants' favor in the case captioned *Jane Doe 3 v. Indyke, et al.*, No. 24-cv-01204, and (2) granting partial summary judgment in Defendants' favor in the case captioned *Jane Doe 3 v. Indyke, et al.*, No. 24-cv-01204 (consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes); and for such other and further relief as the Court deems just and proper. Defendants respectfully request that the Court hold oral argument regarding this motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Case Management Plan and Scheduling Order dated July 1, 2024 (ECF No. 74), any responses to this motion are due not later than Monday, November 25, 2024, and any replies are due not later than Monday, December 9, 2024.

Dated: November 4, 2024
New York, New York

| | |
|---|---|
| /s/ Daniel H. Weiner | /s/ Daniel S. Ruzumna |
| Daniel H. Weiner | Daniel S. Ruzumna |
| Marc A. Weinstein | Amy N. Vegari |
| Fara Tabatabai | Tara J. Norris |
| HUGHES HUBBARD & REED LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| One Battery Park Plaza | 1133 Avenue of the Americas |
| New York, New York 10004 | New York, New York 10036 |
| Telephone: (212) 837-6000 | Telephone: (212) 336-2000 |
| daniel.weiner@hugheshubbard.com | druzumna@pbwt.com |
| marc.weinstein@hugheshubbard.com | avegari@pbwt.com |
| fara.tabatabai@hugheshubbard.com | tnorris@pbwt.com |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |