Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Hughes
Hubbard
& Reed

November 4, 2024

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

      Re:    *Jane Doe 3, et al. v. Indyke, et al.*, Case No. 24-cv-1204 (AS);
              *Jane Doe 3 v. Indyke, et al.*, Case No. 24-cv-02192 (AS) (consolidated with
              Case No. 24:cv-2104 (AS) for pre-trial purposes)

Dear Judge Subramanian:

      Pursuant to Paragraph 11(C)(iii) of Your Honor's Individual Practices in Civil Cases, Defendants Darren Indyke and Richard Kahn seek leave to file under partial seal the Declaration of Defendant Richard Kahn in Support of Defendants' Motion for Partial Summary Judgment. This document contains the names or identifying information of individuals that Plaintiff previously sought to redact from public filing, or similar information concerning similarly situated individuals. (*See, e.g.*, ECF No. 125.) In light of Plaintiff's prior motions to seal, Defendants seek leave to redact the names or identifying information of these individuals.

      Pursuant to paragraph 6 of the Court's Protective Order (ECF No. 64) and Paragraph 11(B) of Your Honor's Individual Practices in Civil Cases, Defendants also file under seal certain Exhibits to the Declaration of Daniel H. Weiner in Support of Defendants' Motions for Summary Judgment, each of which are materials marked as Confidential pursuant to the Court's Protective Order. Defendants likewise file under partial seal: (i) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment regarding the case captioned *Jane Doe 3, et al. v. Indyke, et al.*, Case No. 24-cv-1204 (AS); (ii) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment regarding the case captioned *Jane Doe 3 v. Indyke, et al.*, Case No. 24-cv-02192 (AS) (consolidated with Case No. 24:cv-2104 (AS) for pre-trial purposes); and (iii) Defendants' Rule 56.1 Statement of Undisputed Material Facts. The redacted portions of each of these documents contain details related to the identity of Plaintiff Jane Doe 3 and/or disclose information from materials marked as Confidential pursuant to the Protective Order.

      Defendants will meet and confer with Plaintiff regarding the names of individuals that Plaintiff previously sought to redact from public filing contained within the Declaration of Defendant Richard Kahn in Support of Defendants' Motion for Partial Summary Judgment

pursuant to Paragraph 11(C)(i) of Your Honor's Individual Practices in Civil Cases in an effort to narrow the scope of their sealing request. Defendants' counsel advises Plaintiff's counsel that they must file, within three business days, a letter explaining the need to seal or redact these names.

Respectfully submitted,

/s/   Daniel H. Weiner
Daniel H. Weiner

cc:    Counsel of Record (via ECF)