# Exhibit 2

Part 1

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 24-CV-1204 (AS)
CASE NO. 24-CV-2192 (AS)

DANIELLE BENSKY and JANE DOE 3,
Individually and on behalf of all
others similarly situated,

                Plaintiffs,

-against-

DARREN K. INDYKE and RICHARD D.
KAHN,

                Defendants.
_____/

JANE DOE 3,

                Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D.
KAHN,

                Defendants.
_____/

                      401 East Las Olas Boulevard
                      Ft. Lauderdale, FL 33301
                      Suite 1200
                      Friday, September 13, 2024
                      9:29 a.m. - 6:41 p.m.

VIDEO RECORDED DEPOSITION OF DARREN K. INDYKE, ESQ.

                Magna Legal Services
                  www.MagnaLS.com
                  866.624.6221



1          Taken before Darline M. West,

2    Registered Professional Reporter, Notary Public

3    in and for the State of Florida At Large,

4    pursuant to Notice of Taking Deposition filed

5    by the Plaintiffs in the above cause.

6

7

                        -  -  -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



                                                        Page 3

1    APPEARANCES:

2

     On behalf of the Plaintiffs:

3

4        BOIES SCHILLER FLEXNER LLP

5        401 East Las Olas Boulevard, Suite 1200

6        Fort Lauderdale, Florida 33301

7        Phone:  954.356.0011

8        Email:  Smccawley@bsfllp.com

9        By:  SIGRID S. MCCAWLEY, ESQ.

10            MEGAN NYMAN, ESQ.

11            ANDREW VILLACASTIN, ESQ.

12            DANIEL CRISPINO, ESQ.

13

14   On behalf of the Defendant, Darren K. Indyke, Esq.:

15       HUGHES HUBBARD & REED

16       One Battery Park Plaza

17       New York, New York 10004-1482

18       Phone:  212.837.6874

19       Email:  Daniel.weiner@hugheshubbard.com

20       By:  DANIEL H. WEINER, ESQ.

21            MARC WEINSTEIN, ESQ. (Appearing via Zoom)

22

23

24

25   (Appearances continued on the following page:)



Page 4

1    APPEARANCES:   (Continued)

2

3    On behalf of the Defendant, Richard D. Kahn, Esq.

4         PATTERSON BELKNAP WEBB & TYLER LLP

5         1133 6th Avenue, New York, New York 10036

6         Phone:  212.336.2000

7         Email:  Druzumna@pbwt.com

8         By:  DANIEL S. RUZUMNA, ESQ.

9

10   APPEARING VIA ZOOM:

11        AMANDA ISERSON, ESQ. - BOIES SCHILLER

12        ELLIE MAJHESS - Legal Assistant

13        PAUL SMITH - Video Technician

14

15

16                          -  -  -

17

18

19

20

21

22

23

24

25



Page 5

```
 1                    I N D E X
 2   WITNESS:                          PAGE:
 3   DARREN K. INDYKE, ESQ.
 4   DIRECT EXAMINATION                            9
     BY MS. MCCAWLEY:
 5
 6
                         -   -   -
 7
                  E X H I B I T S
 8
                         -   -   -
 9
10                   Description              Page
```

```
11   Indyke Deposition      Sealed Indictment     12
     Exhibit 1
12
     Indyke Deposition      Palm Beach Police     34
13   Exhibit 2              Department Incident
                            Reports, multiple
14                          dates, 40-page
                            document
15
     Indyke Deposition      2008 Civil Complaint  76
16   Exhibit 3              filed against Jeffrey
                            Epstein
17
     Indyke Deposition      Complaint in the M.J. 80
18   Exhibit 4              case
19   Indyke Deposition      ████████████████████  103
     Exhibit 5             █████████████████████
20                          ███████████
21   Indyke Deposition     █████████████████████  109
     Exhibit 6             █████████████████████
22                          ██████████████████
                            ██████████
```

```
23
24
25
```



Page 6



```
 1    Indyke Deposition                              114
      Exhibit 7
 2

 ▮

 4
      Indyke Deposition                              118
 5    Exhibit 8

 6
      Indyke Deposition                              123
 7    Exhibit 9

 8

 9

10
11    Indyke Deposition                              135
      Exhibit 10
12

13

14
      Indyke Deposition                              142
15    Exhibit 11

16

17
18    Indyke Deposition                              145
      Exhibit 12
19

20
21    Indyke Deposition                              155
      Exhibit 13
22
23    Indyke Deposition                              183
      Exhibit 14
24

25
```



Page 7

| | | |
|---|---|---|
| 1 | Indyke Deposition Exhibit 15 | ███████████ 189 |
| 2 | | |
| 3 | Indyke Deposition Exhibit 16 | Consent Order Under 202 New York Banking Law § 39 and 34 |
| 4 | | |
| 5 | Indyke Deposition Exhibit 17 | Non-Prosecution 207 Agreement |
| 6 | | |
| 7 | Indyke Deposition Exhibit 18 | ███████████ 228 |
| 8 | | |
| 9 | | |
| 10 | Indyke Deposition Exhibit 19 | ███████████ 235 |
| 11 | | |
| 12 | | |
| 13 | Indyke Deposition Exhibit 20 | Palm Beach Police 296 Department Incident Report, dated 7-19-2006 |
| 14 | | |
| 15 | Indyke Deposition Exhibit 21 | Palm Beach County 304 Sheriff's Office Department of Corrections Official Visitor Log |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |



Page 8

```
 1                P R O C E E D I N G S

 2                       -   -   -

 3          VIDEO TECHNICIAN:  We're now on the

 4     record.  This begins Videotape No. 1 in the

 5     deposition of Darren K. Indyke in the matter

 6     of Daniel -- Danielle Bensky, et al., versus

 7     Darren K. Indyke, et al.

 8          Today is Friday, September 13th, 2024,

 9     and the time is 9:29 a.m.  This deposition

10     is being taken at Boies Schiller Flexner,

11                Fort Lauderdale, Florida.

12          The videographer is Paul Smith of Magna

13     Legal Services, and the court reporter is

14          Darline West of Magna Legal Services.

15          Will counsel and all parties present

16     state their appearances and whom they

17     represent.

18          MS. MCCAWLEY:  Good morning, Sigrid

19     McCawley on behalf of the Plaintiffs and the

20     Class.

21          MR. WEINER:  Dan Weiner for the

22     witness, Defendant Darren K. Indyke.

23          MR. RUZUMNA:  Daniel Ruzumna for the

24     Defendant Richard Kahn, K-A-H-N.

25          VIDEO TECHNICIAN:  And would the court
```



Page 9

```
 1        reporter please swear in the witness.
 2              THE COURT REPORTER:  Yes.
 3              Would you raise your right hand.
 4              Do you solemnly swear to tell the
 5        truth, the whole truth, and nothing but the
 6        truth?
 7              THE WITNESS:  I do.
 8              THE COURT REPORTER:  Thank you.
 9   THEREUPON,
10              DARREN K. INDYKE, ESQ.
11   called as a witness on behalf of the Plaintiffs
12   herein, having been first duly sworn, was examined
13   and testified as follows:
14                  DIRECT EXAMINATION
15   BY MS. MCCAWLEY:
16        Q.   Good morning, Mr. Indyke.
17        A.   Good morning.
18        Q.   Have you ever had your deposition taken
19   before?
20        A.   I -- I remember once for sure, and I
21   don't -- it may have been one other time.
22        Q.   And in what type of a case was the
23   deposition taken in?
24        A.   It was a civil case.  It was an incidental
25   witness.
```



Page 10

```
 1        Q.    Do you recall, was it related to your

 2   employment or some other issue?

 3        A.    It was related to some other issue.

 4        Q.    And in what state was that deposition

 5   taken?

 6        A.    I believe it was New York.

 7        Q.    And do you recall the subject matter of the

 8   lawsuit?

 9        A.    I don't.

10        Q.    Okay.  Do you recall about how long ago

11   that was?

12        A.    No.  But it was many years.

13        Q.    Okay.  So I'm just going to go over a

14   couple of the ground rules so that we're on the same

15   page during the course of this deposition.

16              Obviously, you have here a court reporter

17   who's taking down the testimony, as well as a

18   videographer.  So, during the course of this, I

19   understand that you have a little bit of a hearing

20   problem.  I'm going to try to speak as loudly as I

21   can.  If you can't hear me for some reason, just stop

22   and say you can't hear me, and I'm happy to repeat

23   the question, as well as the court reporter can read

24   something back if you're having any difficulty.

25        A.    I appreciate that.
```



Page 11

```
 1        Q.   Of course.
 2             And one of the things we need to be careful
 3   to do -- to not do is to talk over one other.  I tend
 4   to talk very quickly, unfortunately.  I'm going to
 5   try my hardest to slow down today and to make sure
 6   that the court reporter is able to get the entire
 7   record down of both of us.
 8             I ask that you make sure that your answers
 9   are verbal.  We tend to -- human nature is to nod
10   or -- or make a gesture.  But that doesn't get
11   recorded.  So if you're responding "yes" to a
12   question, I appreciate you saying "yes" on the record
13   or "no" on the record so that the record is clear.
14             Does that make sense?
15        A.   It does.
16             MR. WEINER:  Sigrid, just for a second,
17        can we go off for a second?
18             VIDEO TECHNICIAN:  Going off record at
19        9:32 a.m.
20             (A recess was taken.)
21             VIDEO TECHNICIAN:  Back on record at
22        9:33 a.m.
23   BY MS. MCCAWLEY:
24        Q.   Mr. Indyke, is there anything today that
25   prevents you from providing truthful testimony?
```



Page 12

1       A.   No.

2       Q.   I'm going to show you what I'm marking as

3    Exhibit 1, and I'm going to ask you to take a look at

4    it.

5            THE COURT REPORTER:  Thank you.

6            (Indyke Deposition Exhibit 1, Sealed

7    Indictment, was marked for identification.)

8            THE WITNESS:  Thank you.

9            THE COURT REPORTER:  Here you go, sir.

10       This is the official one, got the sticker.

11   ███████████████████

██  ███    ██████████████████████████

██  ████████████████████████████

██      ██████████  █████████████████

██      ████████████████████████

██      ███████████   ██████████████████

██   ████  ██████

██   ████████████████

██   ██  ██████████████████████████

██   ████████████████████████████████

██   ███████████████████████████

██   ██  ████

██   ██  ██████████████████████████

██   ████████████████████████████████

██   ██  █████████████████████





















Page 17

24    A.    Can you ask the -- ask --

25    Q.    Sure.





Page 18

1       A.    -- the question again?

2       Q.    Of course.

3

21            Based on that -- in fact, just

22      answer -- ask the question one more time.  I

23      just want to make sure I answer your

24      question correctly.

25            MS. MCCAWLEY:  Can you read the



Page 19

1        question back from the record, please?

2            THE COURT REPORTER:  Would you like me

3        to read the one before that so it's...

4            MS. MCCAWLEY:  Sure.

5            (A portion of the record was read by the

6        reporter.)

7





Page 20

1 ███████████████████████████

█ ████████████████████████████

█ █████████████████████ ██████████

█ ███████████████████████

█ █████████████ ███████████████

█ ██████████████████████

█ █████████████████████████████

█ ██████████████████████████

█ ██████████████████████████

█ █████████████████

█ ██████████████████████

█ ██████████████████

13       A.    Would you mind if I just read this one more

14  time?

15       Q.    Sure.  Go right ahead.

16       A.    Thank you.

17             Okay.  Would you please answer -- ask the

18  question again?

19       Q.    Of course.

20             █████████████████████████

█ ███████████████████

█     ██  ███

█     ██  ██████████████████████

█ ██████████████████████

█     ██  ███













```
 1  ████████████████████████████████████████

 2  ████████████████████████████████████████

 3  ████████

 4       ████████████  ████████████████

 5     ████████████████████████████████████

 6     ████████████████████████████

 7     ██████████████████  ████████████████

 8     ████████████████████████████████████

 9          THE WITNESS:  There's also not --

10     there's kind of a bunch of questions within

11     that question.

12          Could you maybe break it up so I can

13     answer them one at a time?

14  BY MS. MCCAWLEY:

15     Q.   Sure.

16          ████████████████████████████████

17  ██████████████████████████

18  ███  ██  ████████████

19  ███  ██  ██████████████████████████

20  ████████████████████████████████████████

21  ██████████████████████████████

22  ██  ██  ████

23  ██  ██  ████████████████████████████████

24  ██████████████████████

25  ██  ██  ██████
```



















Page 28



```
 1   [REDACTED]
     gu
     [REDACTED]
     27,
     [REDACTED]
     24
     [REDACTED]
```

21    A.    Say that one more time, please.

22    Q.    Yeah.

23    [REDACTED]





Page 29

```
 1        ████  ███████████████████████████████████
          gu
 █   ████████████████████████████████████████████
          27,
 █     ██████████████████████████
          24
 █        ███   ████
 █        ███  ██████████████████████████████████████
 █  ███████████████████████████████████
 █        ███   ████
 █        ███  ██████████████████████████████████
 █  ████████████████████████████████
 █  ████   ████
 █        ███  ██████████████████████████████████
 █  ██████████████████████████████████████████
 █  █████████████████████████████
 █           ████████████████  ████████████████████
15            THE WITNESS:  Would you repeat the
16        question for me, please?
17   BY MS. MCCAWLEY:
18        Q.    Sure.
19            █████████████████████████████████
 █  █████████████████████████████████████
 █  █████████████████████████████████
 █           ████████████████  ████████████████████
 █      █████████████████████
 █           ██████████████████  █████
25
```





```
 1    BY MS. MCCAWLEY:

 2

 6              THE WITNESS:  Repeat the question.

 7    BY MS. MCCAWLEY:

 8         Q.   Yeah.

 9

18

19              THE WITNESS:  Repeat the question

20         again.  I'm sorry.

21    BY MS. MCCAWLEY:

22         Q.   Sure.

23
```



Page 31

1            ████████████████    ██████

2    BY MS. MCCAWLEY:

3        Q.    Okay.   Mr. Indyke, now I'm going to direct

4    your attention to a little bit further --

5        A.    Okay.

6        Q.    -- back on that same Exhibit 1.

7        A.    All right.

8        Q.    If you could just take a look for me.   Let

9    me see here.   Actually, let me ask a question and

10   then I'll direct you to -- I'm going to be looking at

11   Page 15.

12           ███████████████████████████████████

█    ███████████████████████████████████████████████

█    █████████████████████████████████████████

█    ████████████████

16       A.    Please repeat the question for me.

17       Q.    Sure.

18           ███████████████████████████████

█    ████████████████████████████████████████

█    ████████████████████████████████████████

█    █████████████

█    ████    ████████████████████████████████████

█    ████████████████████████████████████████

█    ███████████████████    ████████████████████

█    ██████████████████████████████████









```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q.    I'm going to set that document aside for
23   right now, Mr. Indyke.
24      A.    Is there a place I should put it?
25      Q.    Usually, yeah, a stack would be good just
```



Page 34

1    in case you have to reference it again.

2         A.    Thank you.

3         Q.    I'm gonna mark this next exhibit as

4    Exhibit 2.  The court reporter will hand it to you.

5              (Indyke Deposition Exhibit 2, Palm Beach

6    Police Department Incident Reports, multiple dates,

7    40-page document, was marked for identification.)

8    BY MS. MCCAWLEY:

9         Q.    And before we mark that exhibit,

10   Mr. Indyke, I have one follow-up question.

11        A.    Yes.

12   ██ gu ████████████████████████

     ██ ████████████████████████████████
        27,

     ██ ██████████████████████████████
        24

     ██ ████████████████████

     ██ ██ ██████████████  ████████████

17        Q.    I'm going to show you what we're marking as

18   Exhibit 2 and ask you to just take a look at it,

19   please.

20        A.    Okay.  May I take a moment?

21        Q.    Go right ahead.

22              MR. WEINER:  Sigrid, Exhibit 2 is a

23   40-page single-spaced document.

24              To cut through it, do you have a page

25   or pages you want to direct him to?



Page 35

1          MS. MCCAWLEY:  Yeah, I will.  I'm just

2      letting him take a look at it.  But, yeah,

3      I'm gonna be doing that.

4          THE WITNESS:  Okay.

5    BY MS. MCCAWLEY:

6      ██  ████████████████████████████
       gu

       █  ████████████████████████
       27,

       █  ████████████████████████████
       ██
       24

       █  ████  ████████████████████████████████

       █    ██    ████████████

       █    ██  ████████████████████████████

       █  ████████████████████████

       █    ██  ██████████████████████████

       █  ████████████████████████

15          (A "Siri" interruption from one of the

16      iPads used for realtime.)

17          MS. MCCAWLEY:  Hold on.

18          MR. WEINER:  Let's go off for a second.

19      I need -- I had 101.  Now I need 102.

20          VIDEO TECHNICIAN:  Can I go off the

21      record?  I'm having an audio issue.

22      Something --

23          MR. WEINER:  Let's go off.

24          MS. MCCAWLEY:  Yes.

25          VIDEO TECHNICIAN:  Going off record at



1        10:06.

2                (A recess was taken.)

3                VIDEO TECHNICIAN:  Back on the record

4        at 10:08 a.m.

5    BY MS. MCCAWLEY:

6        Q.    Okay.  Mr. Indyke, I was showing you what

7    we marked as Exhibit 2.

8        A.    Right.

9

gu

27,

24



Page 37

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4    Q.    Okay.  I'm gonna direct your attention

5 to -- let's see here -- to Page 40.  So at the top

6 you're gonna see on the right-hand corner are page

7 numbers.

8    A.    Uh-huh.

9    Q.    It's kind of a dense document.  I'm going

10 to direct you --

11    A.    Can I just clarify there -- there --

12 there's a -- what looks like the original printout of

13 the page.  There are page numbers.  And then on top

14 of that where it says "Case" and -- and it's kind

15 of --

16    Q.    CM --

17    A.    -- superimposed a bunch of times, too.  So

18 there's numbers there as well.

19    Q.    So I'm trying to get you to Page 48.  So

20 there should be -- where it says "Page" semicolon on

21 the top right-hand corner.

22    A.    So just so I'm clear, there is a -- looks

23 like a printed part of what says the "Palm Beach

24 Police Department Incident Report."

25    Q.    Yeah.



Page 38

```
 1        A.    It says Page 48.  On top of that it says --
 2   it looks like it says Page 5 of 45.
 3        Q.    Yeah.
 4        A.    So is this the doc- -- the page you're
 5   looking --
 6        Q.    Correct.
 7        A.    -- asking me to look at?
 8        Q.    And I'm actually -- I'm sorry to do this to
 9   you.  But I'm going to have you flip to the page
10   right before that just so you can follow me to put
11   this in context because the sentence actually starts
12   on the bottom 47.
13        A.    I would appreciate that.  Thank you.
14        Q.    So I'm just going to read this into the
15   record, and then I'll ask you some questions.
16        A.    Okay.
17
```





























1

10    BY MS. MCCAWLEY:

11        Q.    I'm gonna direct your attention to Page 41.

12        A.    41 of this --

13        Q.    Yeah.

14        A.    -- report?

15        Q.    Of this document.  So it's gonna be --

16        A.    So I'm going backwards, right?

17        Q.    Yeah.

18        A.    I don't know why I have -- oh.  Does it

19    start the other way?  No.

20              Yeah.  I don't believe I have a 41.

21              MR. RUZUMNA:  Our first one starts at

22        45.

23              MS. MCCAWLEY:  At the very, very top --

24              MR. WEINER:  Are you looking where it

25    says Page 41 of 45?



1            MS. MCCAWLEY:  Actually, I think it --

2       it's right here --

3            THE WITNESS:  It says, "Page 1 of 44."

4            MS. MCCAWLEY:  Right.  Okay.  So I'm

5       trying to see how it would match up.

6            Sorry.  So I don't waste anybody's

7       time, I'll find that in a minute.

8  BY MS. MCCAWLEY:

9       Q.  But let me direct your attention to -- let

10 me make sure.  So it's gonna say -- on the version

11 you have, it's gonna say -- it should say 87 at the

12 top of the page.

13      A.  Okay.  Could I have a moment, please?

14          Would it be okay if I read the pages before

15 and after?

16      Q.  Sure.  Go right ahead.

17      A.  To get a sense of it.  Thank you.

18      Q.  I'm actually going to start, Mr. Indyke, on

19 the bottom -- towards the bottom of Page 86.

20      A.  Okay.

21      Q.  And I'll -- I'll read this carefully.

22      A.  Okay.

23      Q.  Then I'm going to ask you a few questions.

24      A.  Thank you.

25      ██  ████████████████████████████████████



Page 47









Page 49







23    Q.    Okay.  We're gonna set that aside for right

24    now, Mr. Indyke.  Thank you.

25    A.    Okay.  Put this up top as well?



Page 51

1        Q.    Yeah, that's fine.

2              THE COURT REPORTER:  I'm sorry, sir.

3        What?

4              THE WITNESS:  I said, "Put this up top

5        as well?"

6              THE COURT REPORTER:  Okay.

7              THE WITNESS:  Would it be possible to

8        take a break?

9              MS. MCCAWLEY:  Sure.  Yeah, this is

10       probably a good time.

11             VIDEO TECHNICIAN:  Going off record at

12       10:32 a.m.

13             (A recess was taken.)

14             VIDEO TECHNICIAN:  Back on record at

15       10:45 a.m.

16   BY MS. MCCAWLEY:

17









```
 1  ████████████████████████████████████████████

 2  ██   ████████████   ████████████████   ████████

 3  ██   █████████████████████████████████████████

 4       Q.   I'm sorry, Mr. Indyke.  I didn't hear the

 5  end of that.

 6                ████████████████████████████████

 7  ██    ██   ████████████████████████

 8  ██    ██   ██████████████████████████████████████

 9  ██    ██   ██████████████████████

10  ██   ████████████

11  ██    ██   █████████   ██████████

12  ██                ████████████████████████████████

13  ██   ████████████████████████████████

14  ██    ██    ██   ████████████████████

15  ██   ████████████████   ██   ████████████████

16  ██   ██████████████   ████████   ████████

17  ██   █████████   ██████████████████████

18  ██   ██████████████████████

19  ██    ██   ██████████████████████████

20  ██   ██████████

21  ██    ██   █████████████████████████

22  ██   ████████████████

23  ██    ██   ████████████████████████

24  ██   ██████████████████████████████████████

25  ██   ████████████████████
```











































Page 64

1

6      A.    I'm sorry.  I want to -- I want to go back

7   because I want to make sure I'm accurate.

8      Q.    Sure.

9      A.    Could you -- could you repeat the first

10  question?  Because I think I may have answered about

11  a period before I may have had authority.

12     Q.    Sure.

13          THE WITNESS:  Can you read the first

14     question back, please?

15          THE COURT REPORTER:  First question?

16          THE WITNESS:  The one before the one

17     that was just being asked.

18          THE COURT REPORTER:  Sure.  One second,

19     please.

20          THE WITNESS:  Sorry to do that.

21          MR. WEINER:  Darline, it's the one that

22     starts on Line 14.

23          THE COURT REPORTER:  Thank you.

24          (A portion of the record was read by the

25  reporter.)



































[redacted]

MAGNA LEGAL SERVICES

Page 73

22    BY MS. MCCAWLEY:



Page 74



1

3    BY MS. MCCAWLEY:

4





Page 75

1

18          THE COURT REPORTER:  Sir, you sort of

19    dropped your voice again.

20

22          THE COURT REPORTER:  Thank you.

23    BY MS. MCCAWLEY:

24       Q.   I'm going to show you what I'm marking as

25    Exhibit --



Page 76

1            MS. MCCAWLEY:  Is it 3?

2            THE COURT REPORTER:  Yes, ma'am.

3   BY MS. MCCAWLEY:

4       Q.   -- 3, please.

5            (Indyke Deposition Exhibit 3, 2008 Civil

6   Complaint filed against Jeffrey Epstein, was marked

7   for identification.)

8            (A discussion was held off the record.)

9   BY MS. MCCAWLEY:

10       Q.   Mr. Indyke, can you take a look at what

11   I've marked as Exhibit 3.

12





1

2024









Page 79

20    Q.    Mr. Indyke, I'm gonna hand you what I'm
21    gonna mark as Exhibit 4.
22    A.    Are we finished with Exhibit 3?
23    Q.    For now, yes.
24    A.    Okay.
25    Q.    Thank you.



Page 80

1       A.    Thank you.

2             (Indyke Deposition Exhibit 4, Complaint in

3    the M.J. case, was marked for identification.)

4             THE COURT REPORTER:  Mr. Indyke.

5             THE WITNESS:  Thank you.

6    BY MS. MCCAWLEY:

7









1          MR. WEINER:  Have you finished your

2     answer?

3          THE WITNESS:  No, I didn't finish my

4     answer.





























1 ████████████████████████████████████████

█ █████████████████████████████████████

█ ███████

█     █   ██████

5          MS. MCCAWLEY:  Miss Court Reporter, can

6      we go back a little bit to his answer?  █

7          █████████████████████████████████

█      ████████████████████████   ██████████

█      ███████████████████

10          THE COURT REPORTER:  Okay.

11          One second, please.

12          MS. MCCAWLEY:  Thank you.

13          MR. WEINER:  70-16.

14          (A discussion was held off the record with

15      the court reporter.)

16          (A portion of the record was read by the

17      reporter.)

18          THE COURT REPORTER:  Continue?

19          MS. MCCAWLEY:  That's fine.  Thank you.

20          THE WITNESS:  Okay.

21  BY MS. MCCAWLEY:

22      █  ██████████████████████████████

█  ██████████████████

gu

27,

24 ██████████████████████

█  ██████████████████████████████



Page 90



21    BY MS. MCCAWLEY:

22





















1  ██
   gu
██ st
   27,
██ 20
   24

4  BY MS. MCCAWLEY:

5  ██
   gu
██
   27,
██
   24
██

██

██

██

██

██

██

██

██

██

██

██

██

██

██

██

██

██

██





18    BY MS. MCCAWLEY:

23              MR. WEINER:  Let's take a break.  We've

24        been going a little bit over an hour.  When

25        we get to a point that's okay, let's take a



Page 97

1       break.  Okay?

2            MS. MCCAWLEY:  That's fine.  We can

3       take a break right now.  That's fine.

4            VIDEO TECHNICIAN:  Going off record at

5       11:48 p.m.

6            (A recess was taken.)

7            VIDEO TECHNICIAN:  Back on record at

8       12:03 p.m.

9   BY MS. MCCAWLEY:

10









Page 99

```
 1  ████████████████████████████████
    ████████████████████
    ██      █      ████████████████████
    ██      ██████████████████████
    ██      █      ██████
    ██      ██████
    ██      █      ██████████    ██████    ██████
    ██      ██████████████
    ██      ████████████████████████████
    ██  ██
    ██      █      ██████████████████████████
    ██      ██████
    ██      ██████████████████
    ██      ████████████████
    ██      █      ██████████████    ██████
    ██      ██████████████████████████████
    ██      ██████████    ████████████████
    ██      ██████████████████    ██████
    ██      █      ████████████████
    ██      ██      ██████
    ██      ██████████    ████    ████████
    ██      ████    ██████
    ██      ██████████    ██████    ██████
24  BY MS. MCCAWLEY:
25      ██      ████████████████████
```





11      Q.   I believe when -- when you were testifying

12  earlier -- and you can correct this if I'm reciting

13  it incorrectly.









```
 1        ██ ███████
          gu
 ██       ████████████████████████████
          27,
 ██       █████████████████████████████
          24
 4             THE COURT REPORTER:  One more time on

 5        that name, ma'am.

 6             ████████  ██████  ██████

 ██       ███████████  ██████  ██████

 8        ███████████      ██████████

 9   BY MS. MCCAWLEY:

10        ██ █████████████████████
          gu
██        ███████████████
          27,
██        ██ █████████████
          24
██        ██ █████████

██           ██████████████████████████████

██        ████████████████████████████

██        ██ ████████████

██        ██ █████████████████████

██        ██ █████████

██        ██ ████████████████████████████

██        ███████████████████████████

██        █████████████████████

██        ███████████████████

██        ██ ████  ████

██        ██ ██████

25             I'm going to mark another exhibit, which
```



1    will be --

2            MR. RUZUMNA:   5.

3            MS. MCCAWLEY:   Thank you.

4            -- Exhibit 5.

5            ███████████████████████████

█   ███████████████████████████████

█   ████████████████████

8            THE WITNESS:   Thank you.

9            THE COURT REPORTER:   Here you go, sir.

10   BY MS. MCCAWLEY:

11       ██         ████████████████████████
         gu

█    ███████████
         27,
█    ██       █████
         24

█         █     ██████████████████████

█         █     ██████████████████████

█         █     ██████████████████████

█         █     ██████████████████████

█    ███████████████████████

█         █     ████████████████████████████

█    ██████████████████████████

█         █     ████████████████████████████████

█    ██████████████████████

█         █     ██████████████████

█         █     ████████████████████████

█    █████████████

























```
 1    ████████████████

      █    █         ██████████████████████████████████

      █    ████████████████████    █████████████████████████

      █    ██████████████████    ███████████████

      █    ████████████████████████████████████████████

      █    ████████████████████████████████    ████

      █    ████████████████████████████████████

 8         Q.   Okay.  And -- and I'm gonna to mark now --

 9              MS. MCCAWLEY:  10A?

10              MS. NYMAN:  Uh-huh.

11              MS. MCCAWLEY:  This is Exhibit 6,

12         please.

13              THE COURT REPORTER:  I'm going to put

14         this up here.  I don't want to cover up

15         anything.

16              ████████████████████████████████████████

      █    ████████████████████████████████████████████

      █    ███████████████████████████████████████

19    BY MS. MCCAWLEY:

20         Q.   Do you recognize what I've put in front of

21    you as Exhibit 6?

22         A.   Just -- if you wouldn't mind, just let me

23    just --

24         Q.   No.

25         A.   -- look over it a little bit more.
```



```
 1        Q.   No, go right ahead.  I know it's hard to

 2   read.

 3        A.   That's okay.

 4             MR. RUZUMNA:  It's better than the last

 5        one.

 6             THE WITNESS:  Okay.  Ask your question

 7        again, please.

 8   BY MS. MCCAWLEY:

 9        Q.   Yeah.  Sorry.

10
```









1    ▮▮▮▮▮
     2024

▮  ▮  ▮▮▮▮

▮  ▮  ▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮

▮  ▮▮▮▮

▮  ▮  ▮▮▮

7        Q.    Correct.  Oh, I'm sorry.  T- -- I'm sorry,

8    T- -- it's my fault.

9        A.    No worries.

10       Q.    My finger's in the wrong spot.

11   ▮▮▮▮  ▮▮▮▮

▮  ▮  ▮▮▮▮▮

▮  ▮  ▮▮▮ ▮▮▮

▮  ▮  ▮▮▮▮▮▮  ▮▮

▮  ▮  ▮▮▮  ▮▮▮▮▮

▮  ▮▮▮▮  ▮▮▮▮

▮  ▮  ▮▮▮  ▮▮▮

18   ▮  ▮▮▮▮▮▮
     gu

▮  ▮▮▮▮▮▮
     27,
     ▮▮
     24

▮  ▮▮▮

▮  ▮  ▮▮▮

▮  ▮  ▮▮▮  ▮▮▮▮

▮  ▮▮▮▮▮

▮  ▮▮▮  ▮▮▮▮



Page 113



 3        THE COURT REPORTER:  I'm sorry.

 4        MS. MCCAWLEY:  Sorry.

 5        THE COURT REPORTER:  I'm getting

 6    confused.

 7        MS. MCCAWLEY:  That's okay.

 8        THE COURT REPORTER:  "But from the

 9    front of it, it looks" --

10

11

12        THE WITNESS:  Is this a question to me

13    or a question for --

14        MS. MCCAWLEY:  No, I'm just clarifying

15    the record.

16        THE WITNESS:  Okay.  Sorry.

17  BY MS. MCCAWLEY:

18





Page 114

1   ███████████████

gu

██████████████

27,

██████████

24

███████████  ██████

██████████████

█████████████

██  ██████████████

█████  ████████████

███████████

█  ██  ████████

█  ██  ██

█  ██  ████  ████████████

█  ███████████

█  ██  ████████████

█  ██  ██████████

█  ██  ██████████

█  ████████████████████

█  ██  ████

20   Q.    Okay.   I'm gonna mark --

21        MS. MCCAWLEY:   What's the next one.

22        THE COURT REPORTER:   The next one is 7.

23        MS. MCCAWLEY:   7.

24        ████████████████

█  ████████████████





Page 115

```
 1    ████████████████████████████

 2  █ ██████████████████

 3         THE WITNESS:  Thank you.

 4  BY MS. MCCAWLEY:

 5     Q.   I'm going to mark this as Exhibit 7.

 6          Mr. Indyke, can you take a look at this

 7  document for me?

 8     A.   Sure.

 9     Q.   Which appears to be better handwriting.

10     A.   Yeah, it does.  It does appear that way.

11  █ gu ███████████████████
```









24    Q.    Okay.   I'm going to turn you to a new

25    exhibit.





Page 118

1          MS. MCCAWLEY:  Exhibit 8?  Is that --

2          MS. NYMAN:  Yeah.

3          ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

6          MR. WEINER:  Thank you.

7          THE WITNESS:  Thank you.

8   BY MS. MCCAWLEY:

9       Q.   Mr. Indyke, before we get into that

10  exhibit --

11      A.   Yes.

12      Q.   -- I have one follow-up question.

13      A.   Sure.

14      ██  ████████████████████████████████████
         gu
██  ████████████████████████████████████████
         27,
██  ████████████████████████████████
         24
██  ██  ████████████████████████████████████
██  ██  ████████████████████████████████████████
██  ████████████████████
██  ██  ██
██  ██  ████████████████████████████████████
██  ████████████████████████████████████████████
██  ████████████████████████████
██  ████████  ████████████████
██  ████████  ████████████████



Page 119

1 ███████████████████████████████

2 ██████████████████████

3  BY MS. MCCAWLEY:

4    ██ ████████████████████████████████
        gu
  ██   ████████████████████████████████████
        27,
  ██  █████████████████████████████
        24
  ██   ██ ██████████████████████████
  ██  █████████████████████

9      Q.   Okay.  If you could take a look at

10  Exhibit E for me, please.

11            MR. RUZUMNA:  8.

12            MS. NYMAN:  8.

13            THE WITNESS:  Sure.

14            MS. MCCAWLEY:  What did I say?

15            MS. NYMAN:  "E."

16            MS. MCCAWLEY:  Oh, sorry.  I wrote "E."

17            THE WITNESS:  Exhibit E?  No.

18            This -- 8, you mean?

19  BY MS. MCCAWLEY:

20      Q.   8.  Yeah.  Sorry.

21      A.   Okay.

22    ██ ████████████████████████████
        gu
  ██  █████████████████████████
        27,
  ██   ██ ████████████████████████████
        24
  ██   ██ ████████████████████████████



MAGNA
LEGAL SERVICES











9    BY MS. MCCAWLEY:



Page 123



12        Mr. Indyke, just one moment.  She's gonna

13   hand you another exhibit.

14        A.   Okay.   Thank you.

15

20   BY MS. MCCAWLEY:

21        Q.   Mr. Indyke --

22        A.   Thank you.

23        Q.   -- I'm gonna ask you to take a look at

24   this, and before we discuss the document, I want to

25   make you aware that in this case there is presently



Page 124

1    an order that protects the anonymity of one of the

2    named representatives.  So when you're looking at

3    this document, I'm gonna be referring to her as Jane

4    Doe 3, and I would request that you do the same for

5    purposes of your testimony.

6         A.    Okay.

7         Q.    I just wanted to --

8         A.    Of course.

9         Q.    -- let you know that in advance.

10        A.    Thank you.

11        Q.    Sure.  Of course.

12        A.    Sure.

13        Q.    So this document I'm gonna mark as

14   Exhibit 9.

15        A.    Okay.

16        Q.    And it's a multi-page document.  So feel

17   free to take a look at it.

18        A.    Thank you.  Let me take a moment, and I'll

19   look at it.

20        Q.    Go right ahead.

21        A.    Thank you.

22              Okay.  Thank you.

23        Q.    If you could just take a look at Exhibit 9,

24   Mr. Indyke.

25              ████████████████████████████























Page 130







1

5          THE COURT REPORTER:  I'm sorry.  Last

6      word?

7          THE WITNESS:  I don't want to misstate.

8          THE COURT REPORTER:  Okay.

9   BY MS. MCCAWLEY:

10



Page 132



```
 1   ████████████████████████

 █     █    ████████████████████████████

 █     █    ████████████████████████████

 █   ████████████████████████████████

 █   ████████████████████

 █     █    ██████████████

 █     █    ████████████████████████

 █     █  ████

 █     █    ████████████████████████

 █  █████████████████████████████████████

 █  ████████████████████

12            THE COURT REPORTER:  I'm sorry.  The

13   page at the bottom?

14            MS. MCCAWLEY:  Yes.  ████████████████

15   ██████████  ████████████████  ██.  Sorry.  I'm
     2024
16   going quickly.

17   BY MS. MCCAWLEY:

18   █  █████████████████████████████
     gu
 █  ████████████████████████████████████
     27,
 █  ████████  ████████         30
                              24
 █   █    ███████████████████████

 █  ██████  ██████████

 █   █    ██████████

 █   █    ██████████  ██████

 █        ██████  ████████████████████
```





1

13    BY MS. MCCAWLEY:

14

gu

27,
20
24









 1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓

 ▓   ▓▓▓▓▓▓▓  ▓▓▓▓▓▓

 ▓  ▓▓▓▓

 ▓   ▓▓▓▓▓  ▓▓▓▓▓  ▓▓▓

 ▓   ▓▓▓▓▓▓  ▓▓▓▓▓

 7 BY MS. MCCAWLEY:

 8  ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓
    gu

 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓
     27,
     28,
     24

 ▓  ▓  ▓

 ▓  ▓  ▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓▓▓

 ▓  ▓  ▓▓▓▓▓▓  ▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓  ▓  ▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓

 ▓  ▓  ▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓  ▓▓▓▓▓▓

21     Q.   Okay.  I'm gonna mark as Exhibit 10...

22    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 ▓ ▓▓▓▓▓▓▓



1                    THE COURT REPORTER:  Here you go.

2                    MR. WEINER:  Thank you.

3                    THE WITNESS:  Thanks.  Thank you very

4        much.

5    BY MS. MCCAWLEY:

6         Q.   If you could please take a look at

7    Exhibit 10.

8         A.   Okay.

9         Q.   Do you recognize this document?

10        A.   May I have a moment, please?

11        Q.   Sure, of course.

12        A.   Thank you.

13             Okay.  Please ask your question again.

14









```
 1  ████████████████

    █   █    ███████████████████████

    █  ████████████████████████

    █   █    ███████████████████████████

    █  ██████████

    █   █    ███████████████████████

    █  █████████████████

    █   █████████████████████████

    █   █    █████████████████████

    █   █    ███████████████████████

    █  █████████████████████  ██████████████

    █  █████████████████████████████████

    █  ███████████████████████

    █   █    ███████████████

    █   █    ████████████████████████

    █   █    ██████████████████████████

    █   █    ███████████████████████████

    █  █████████████████

19             VIDEO TECHNICIAN:  Can we take a break

20      real quick?  I've lost audio.

21             MS. MCCAWLEY:  Of course.

22             MR. WEINER:  Want to break for lunch?

23      We're at an hour.

24             MS. MCCAWLEY:  I don't want to break in

25      the middle of this.  I'll come back and
```



Page 139

1        finish this document.

2            MR. WEINER:  Okay.  Are we off?

3            VIDEO TECHNICIAN:  I didn't announce we

4        were going off because there was no audio.

5            MS. MCCAWLEY:  Oh, gotcha.

6            (A discussion was held off the record.)

7            VIDEO TECHNICIAN:  Back on record at

8        1:01 p.m.

9    BY MS. MCCAWLEY:

10









```
17        Q.   I'm gonna mark as Exhibit 10 -- I'm going
18   to do this one quickly.
19           MR. RUZUMNA:  11.
20           MS. MCCAWLEY:  I'm sorry.  11.
21           THE WITNESS:  I'm sorry.  Is this going
22      to be a long -- long kind of --
23   BY MS. MCCAWLEY:
24        Q.   No.  I think this is a quick one.  That's
25   why --
```



Page 142

1       A.    Okay.

2       Q.    -- I was gonna just finish it before we --

3       A.    Thank you very much.

4       ███████████████████████████████████████

█ ██████████████████████████████████████████

█ █████████████████████████████████████████

█ █████████████████████████████

8             THE WITNESS:  Thank you.

9             (A discussion was held off the record.)

10  BY MS. MCCAWLEY:

11      Q.    Mr. Indyke, I'm going to show you what

12  we're marking as Exhibit 11.  If you could just take

13  a moment to take a look at that, please.

14      A.    Yes.  Thank you.

15       ███████████    ████████████████████

█     ██████████████████████████████

█     ███████████    █████    ██████

18  BY MS. MCCAWLEY:

19      Q.    I'm going to reference this document, and

20  there is a reference to Jane Doe 3.  So we're gonna

21  use Jane Doe 3 when we're speaking about this

22  document.

23            MS. MCCAWLEY:  Thank you.

24            THE WITNESS:  Okay.  Thank you for the

25      reminder.



1

2    BY MS. MCCAWLEY:

3







18    Q.    Okay.  That's all I have for that document.

19        MS. MCCAWLEY:  If we want to take a

20    lunch break, now is --

21        THE WITNESS:  Okay.

22        MS. MCCAWLEY:  -- fine with me, if that

23    works for everybody else.

24        MR. WEINER:  Back at 2:00?

25        MS. MCCAWLEY:  I mean, I can do even



Page 145

1    shorter.

2         VIDEO TECHNICIAN:  Going off record at

3    1:09 p.m.

4         (A lunch recess was taken.)

5              -  -  -

6         A F T E R N O O N   S E S S I O N

7              -  -  -

8         VIDEO TECHNICIAN:  Back on the record

9    at 1:47 p.m.

10   ████████████████████████████████████

███  ██████████████████████████████████████

███  ████████████████████████████████

███  ████████████████████

14   BY MS. MCCAWLEY:

15      Q.   Good afternoon, Mr. Indyke.  I'm going to

16   show you what we're going to mark as Exhibit 12.

17      A.   Okay.

18      Q.   I'm going to remind you on this document,

19   as I did with a few others that we're going to be

20   reviewing, we're -- we're going to be utilizing --

21      A.   Okay.

22      Q.   -- Jane Doe 3 when referring to the name

23   represented in this.

24      A.   Okay.  Thank you.

25         THE COURT REPORTER:  That's 12.



Page 146

1          Here you go, sir.

2          THE WITNESS:  If I may have a moment.

3    BY MS. MCCAWLEY:

4        Q.   Please.

5        A.   Thank you.

6        Q.   Have you had a chance to look at

7    Exhibit 12, Mr. Indyke?

8        A.   Yes, I have.

9





Page 147

```
 1
        gu
        27,
        24

                    BY MS. MCCAWLEY:

17      BY MS. MCCAWLEY:

18
        gu
        27,
        24
```



Page 148



6    BY MS. MCCAWLEY:

12              THE WITNESS:  Repeat the question for

13      me, please.

14    BY MS. MCCAWLEY:

15      Q.    Sure.

16              Did you ever -- let me rephrase it.





