# Exhibit 2

Part 2



18          THE COURT REPORTER:  I'm sorry?

19          MS. MCCAWLEY:  Yeah, sorry.  It's a --

20      a strange name.

21  BY MS. MCCAWLEY:





Page 151

```
 1        ██   ████████████████████████████
      gu
 ██  ██████████████████████████
      27
 3        A.    Can you rephrase the question?

 4        Q.    Sure.

 5             ████████████████████████████

 ██  █████████████████████████████████████

 ██  ████████████████████████████████

 ██     ██  ███████████████

 ██     ██  ████████████████████████████████

 ██  █████████████████████

 ██     ████████████████████████████

 ██  ██████████

 ██     █████████████  █████████████████

 ██     ████████████

15             THE WITNESS:   Can you repeat the name,

16        please?

17    BY MS. MCCAWLEY:

18        Q.    Sure.

19             ███████████████████████

 ██  ██████████████████████████████

 ██  ███████████████

 ██     ████████████████████████████████

 ██  █████████

 ██     ████████████  ████████████

 ██     ████████████  ████████████████
```





Page 152

1

2    BY MS. MCCAWLEY:

3



Page 153



```
  1    ████████████████████████████
  2    BY MS. MCCAWLEY:
  3    ██  ████████████████████████████████
       gu
  ▮    ███████████████████████████████
       27,
  ▮    ██  █████████████████████
       ██
  ▮    24  ████████████████████████████████████
  ▮    ██  ████
  ▮    ██  ███████████████████████████████████
  ▮    ████████████████████████████████████
  ▮    █████████████████████████████████████████
  ▮    █████████████████████████████████████████
  ▮    █████  ████
  ▮    ██  ████████████████████████
  ▮    █████████  ████████████████████████
  ▮    ████████████
  ▮    ███████████████████████████████████████
  ▮    ██████████
  ▮    ██  ████████████████████
  ▮    █████████████████████████████████
  ▮    ██████████████████████
  ▮    ██  ████████████████████████████████
  ▮    █████████████
  ▮    ██  ██████████████
  ▮    ██  ████████████████
  ▮    ██  █████████████
```





Page 154

4    BY MS. MCCAWLEY:

18   BY MS. MCCAWLEY:





Page 155

10    BY MS. MCCAWLEY:

11        Q.    I'm going to show you what we're marking as

12    Exhibit 13.

13        A.    Thank you.

14            MR. WEINER:    Thank you.

15    BY MS. MCCAWLEY:





Page 156

19    BY MS. MCCAWLEY:

20

21        A.    Can you ask in more -- in a different way

22    or rephrase the question?

23        Q.    Sure.

24





Page 157

15   BY MS. MCCAWLEY:





Page 158

```
 1  ███████████████████████████
 2  ██    █   █████████████████████████████
 3  ██   ████████████████████████  █████████████████
 4  ██   █████████████████████████████████
 5  ██   ███████████████████████████
 6  ██    █   ███████████████████████████████████
 7  ██   ███████████████████████████
 8  ██    █   ██████████████████
 9            THE COURT REPORTER:  Something's going
10      on here.  I don't --
11            VIDEO TECHNICIAN:  Should I go off?
12            THE COURT REPORTER:  Yes.
13            VIDEO TECHNICIAN:  Going off record at
14      2:06 p.m.
15            (A recess was taken.)
16            (Back on the record.)
17  BY MS. MCCAWLEY:
18      █   ██████████████████████
    gu
    ██   ████████████████████████
    27,
    20  █████████████████████
    24
    ██   ████████████
    ██   ██████████  ████████████
    ██   ████████  █████████
    ██   █████████████████████████
    ██   ██████████████████
```





Page 159

```
 1   BY MS. MCCAWLEY:

 2        ███  ████████████████████████
          gu
     ███ ███████████████████████████████████████
          27,
 █   ███  20  ███████████    ██████████
          24
 5   BY MS. MCCAWLEY:

 6        ███  ███████████████████
          gu
 █   ███  st  ██████████████    ████████████
          27
 8   BY MS. MCCAWLEY:

 9        ███  ██████████████████
          gu
 █   ██   27, ████
 █   ██   ██  ████████████████████████████
          24
 █   ███████████████████

 █   ██   ███  ████

 █   ███████████████    ████████████████████

 █   ███████████████████████████

16   BY MS. MCCAWLEY:

17        ███  ███████████████████████████████
          gu
 █   ███  27, ██████████████████████████████████
          ██
 █   ████████  24

 █   ██   █████████████    █████████████████

 █   ██   █████████████    ██████    ████████████

 █   ██   ████████████████

23   BY MS. MCCAWLEY:

24        ███  ████████████
          gu
 █   ███  st  █████████████    █████████████████
          27
```





```
 1
 2
 3
 4
 5
 6
 7
 8    BY MS. MCCAWLEY:
 9
          gu
10        27,
11        24
12
13
14
15
16
17
18
19
20
21
22
23
24    BY MS. MCCAWLEY:
25
```





1

gu

27,

24











Page 164

1    gu ████████████████████

██  27, ██████████████████████████████

██  24  ████████████████████████████

██  ██  ██████

██  ██  █████████████████████████████

██  ███████████  ████████████████████

██  █████████████  ███████████████████

██  ██████████████  ████████████████████

██  ███████████████████████

10        Q.   I'm not sure I'm following you, Mr. Indyke,

11   but you're -- you're allowed to correct your answer

12   for the record.

13             Are you trying to set forth --

14        A.   I'm trying to say --

15        ███████████  ████████████████

██   ███████████

██   ███████████  ██████████  ████████████

18             Ask your question again, please.

19   BY MS. MCCAWLEY:

20        Q.   Yeah.  It's okay.  You can just say what

21   you wanted to correct the record.

22   gu  ██████████████████████████

██  27, ███████████████████████████████

██  ██  ███████████████

██  24  █████████████████████████





12    BY MS. MCCAWLEY:

25













Page 168

15    BY MS. MCCAWLEY:



Page 169



16    BY MS. MCCAWLEY:













16    BY MS. MCCAWLEY:



Page 173



19    BY MS. MCCAWLEY:

20









Page 175

12    BY MS. MCCAWLEY:







Page 177

















Page 181



```
 1
```

```
22      A.      Repeat the question, please.

23      Q.      Yes.

24
```





8   BY MS. MCCAWLEY:

12   BY MS. MCCAWLEY:

17   BY MS. MCCAWLEY:

20   BY MS. MCCAWLEY:



Page 183



5          Are we coming to a point where we can take

6     a break?

7              MS. MCCAWLEY:  Sure.  Yeah, let's take

8        a break.

9              VIDEO TECHNICIAN:  Going off record at

10       2:42 p.m.

11              (A recess was taken.)

12              VIDEO TECHNICIAN:  Back on the record

13       at 2:57 p.m.

17   BY MS. MCCAWLEY:

18       Q.   Mr. Indyke, I'm going to mark another

19   document as Exhibit 14.

20       A.   Okay.

21              THE WITNESS:  Can we go off the record?

22       My glasses are in the other room.

23              MR. RUZUMNA:  I'll get them.

24              THE WITNESS:  Sorry.

25              MR. WEINER:  He's getting his glasses.



Page 184

1           THE WITNESS:  My glasses, I left them

2      in the other room.

3           (A discussion was held off the record.)

4           VIDEO TECHNICIAN:  Going off record at

5      2:58 p.m.

6           (A recess was taken.)

7           VIDEO TECHNICIAN:  Back on record at

8      2:59 p.m.

9  BY MS. MCCAWLEY:

10      Q.   Mr. Indyke, I was handing you what I'm

11  going to mark as Exhibit 14.

12           If you could just take a look at that for

13  me.  I know it's pretty dense.  And then I'll direct

14  you to a couple spots.

15      A.   Okay.  Just give me a moment.

16      Q.   Of course.

17      A.   If that's okay.  Okay.

18      ██  ███████████████████████████████████████████
        gu

██  ████████████████████████████████
       27,

██  ████  ███████
       ██
       24

██  ████  ██████████████████████████████████

██  ███████████████████████████████████████████████████

██  ██████████████████████████████████

██  ████  █████████████████████████████████

██  ██████████████████





















1

5    BY MS. MCCAWLEY:

6         Q.    Okay.   All right.   Okay.   We're gonna show

7    you that we're going to mark as Exhibit -- hold on,

8    Dan -- 15.   Yeah, just make sure she can mark it.

9

12              THE WITNESS:   Thank you.

13              THE COURT REPORTER:   Did you get 15?

14        Did you get 15, sir?

15              THE WITNESS:   Sorry.   Thank you very

16        much.

17   BY MS. MCCAWLEY:

18        gu

27,
20
24



1       A.     Thank you.

2       Q.     And as you're looking at it, Mr. Indyke,

3    I'm gonna ask you about the second page of it.  So

4    mine's, like, double-sided.  So it's not the very

5    cover page, but the second page.  Well, actually,

6    we'll look at the cover page just so I can identify

7    the document.

8    █████████████████████████████████████

█    █████████████████████████

█        █    █████████████████████████████████████████

█        █   ███   █████    █████████████████████████

█    █████████████████████████████████

█        █    ████████████████

█        █   █████████████████████████████████████████

█    ██████████████

█           ███████████████████    ███████████████████

█           █████████████████████    ███████████████

█           ██████████████████    ████████████████

█           ██████████████    █████████████

█           ████████████    ██████████████

21   BY MS. MCCAWLEY:

22       █    █████████████████████████████████████
         gu
█    ██████████████████████████████████████
         27,
█    ███████████████████████
         24
█       ███████████████████



1    ██     ████
gu

██   ██    ███████████████████
27,

██   ████████████████
24

██   ██    ████

██   ██    ████     ██████████████

██   █████████████████████████████████

██   █████    ████████

██   ██    ████     ████████

9        THE COURT REPORTER:  I'm sorry.  I

10    missed that date.

11        MS. MCCAWLEY:  It's okay.  I'm going to

12    fast.

13       ██████

██    ██████████    ████████

██    ██████    ████████

██    ██████    ████████

17   BY MS. MCCAWLEY:

18    ██   ████    ████████████
gu

██   ████████████    ████████████
27,

██   ████████████
24

██   ██    ████

██   ██    ███████████████

██   ██████████████████████████████

██   ████████    █████

██   ██    ████



MAGNA ❯
LEGAL SERVICES

Page 192



6   BY MS. MCCAWLEY:

23  BY MS. MCCAWLEY:

































Page 200









4          (Indyke Deposition Exhibit 16, Consent

5    Order Under New York Banking Law § 39 and 34, was

6    marked for identification.)

7    BY MS. MCCAWLEY:

8          Q.   I'm going to show you what we're marking as

9    Exhibit 16.

10         A.   Okay.   Thank you.

11              MR. WEINER:   Thank you.

12   BY MS. MCCAWLEY:

13         Q.   Mr. Indyke, are you familiar with the

14   document that I've marked as Exhibit 16?

15         A.   Give me a few more seconds.

16         Q.   Oh, sure.   Go right ahead.

17         A.   Thank you.





Page 203













Page 206





```
 9              Okay.  And we're gonna mark this as

10     Exhibit 16.

11              MS. NYMAN:  Yeah.  I'm going to have to

12        pull a couple more --

13              MS. MCCAWLEY:  That's okay.

14              MS. NYMAN:  -- copies out.  So just

15        give me one second.

16              UNIDENTIFIED SPEAKER:  This is 17.

17              MS. MCCAWLEY:  I'm sorry, 17.

18              THE COURT REPORTER:  What?

19              MR. WEINER:  She said 16.  It's really

20        17.

21              THE COURT REPORTER:  Okay.  I just

22        don't know who said that.

23              (Indyke Deposition Exhibit 17,

24     Non-Prosecution Agreement, was marked for

25     identification.)
```





Page 208

```
 1            MS. NYMAN:  I don't have a staple.

 2            THE WITNESS:  Thank you so much.

 3     BY MS. MCCAWLEY:
```









Page 210







Page 212







Page 213





Page 214





Page 215



Page 216







Page 217





Page 218

21          THE WITNESS:  Sorry.  Ask -- ask the

22      question again.

23  BY MS. MCCAWLEY:

24      Q.   That's okay.

25





10        MS. MCCAWLEY:  Are you doing okay,

11     Court Reporter?

12        THE COURT REPORTER:  Paragraph 15?

13        MS. MCCAWLEY:  50.  Sorry.

14        THE WITNESS:  50.

15        THE COURT REPORTER:  Okay.

16        MS. MCCAWLEY:  I'm going to try to slow

17     down.  Sorry.

18   BY MS. MCCAWLEY:

19









Page 221





Page 222



Page 223









Page 225







Page 226

9    BY MS. MCCAWLEY:



Page 227



```
1        A.   Okay.  If you'll give me a minute,
2   please --
3        Q.   Sure.
4        A.   -- and I'll just read this.
5             Okay.
```





Page 228

3    Q.   Okay.  I'm going to mark this as

4  Exhibit 18.

5         MS. MCCAWLEY:  Can I keep one?

6         MS. NYMAN:  Yeah.

7

11         MR. RUZUMNA:  You guys want a break?

12        MS. MCCAWLEY:  I'm fine with that.

13        THE WITNESS:  Let's take a break.

14        VIDEO TECHNICIAN:  Going off record at

15    4:06 p.m.

16        (A recess was taken.)

17        VIDEO TECHNICIAN:  Back on record at

18    4:26 p.m.

19        MS. MCCAWLEY:  Thank you.

20  BY MS. MCCAWLEY:





Page 229

9     BY MS. MCCAWLEY:

25





1    BY MS. MCCAWLEY:

16            THE WITNESS:   I'm sorry.   Repeat the

17      question again.

18    BY MS. MCCAWLEY:

19      Q.   Sure.









6    BY MS. MCCAWLEY:

12    BY MS. MCCAWLEY:

13        Q.    Okay.   I'm going to show you what I'm going

14    to mark as Exhibit 18.





```
 6          THE WITNESS:  Okay.  Sigrid, I'm still

 7     reading this.

 8          MS. MCCAWLEY:  No, go right ahead.

 9          THE WITNESS:  I'm not sure I listened

10     exactly to what you said.  So just give me a

11     moment.  Okay?

12          Now tell me where I'm looking

13     specifically.

14  BY MS. MCCAWLEY:

15     Q.   Sure.  So on the -- I don't know if yours

16  is double-sided too, but on the --

17     A.   It is.
```



Page 234





Page 235

▉ ▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4      A.    Repeat the question, please.

5      Q.    Yeah.

6            MS. MCCAWLEY:  Can you read it back for

7      me, please?

8            THE COURT REPORTER:  Yes.

9            (A portion of the record was read by the

10     reporter.)

11           THE WITNESS:  No.

12           (A discussion was held off the record.)

13     BY MS. MCCAWLEY:

14     Q.    Mr. Indyke, I'm gonna hand you what we're

15     gonna mark as Exhibit 19.

16     A.    Okay.  Thank you.

17           ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉

20           THE COURT REPORTER:  You want to hand

21     that to me so I can mark it?

22           THE WITNESS:  Sure.

23           Seems like a pretty long document.  Can

24     I have a few minutes to look it over.

25



Page 236

1    BY MS. MCCAWLEY:

2        Q.   Yeah.  You can take a look at it, and then

3    and I'll direct your attention to some parts of it.

4        A.   Okay.  Thank you.

5        Q.   Mr. Indyke, it's a fairly dense document,

6    but I've got sort of a discrete couple things I want

7    to ask you about.  So I'll try to -- and it's not the

8    easiest, because it's many pages, so I'll try to

9    direct you to the Bates number to guide you through

10   it.

11       A.    Okay.  If you'll just -- just give me one

12   more second, and I'll get through the end of it.  I'm

13   not reading -- I'm not flyspecking it.  I'm just --

14       Q.   No, no.  That's fine.

15       A.   Okay.

16       Q.   Sorry.  Okay.

17       A.   Thank you.

18       Q.   Uh-huh.





Page 237











Page 240







     5          THE COURT REPORTER:  I'm sorry.

     6          MS. MCCAWLEY:  Sorry.

     7   BY MS. MCCAWLEY:

     8

     9          THE COURT REPORTER:  Wait.  Wait just

    10      one second.

    11          MS. MCCAWLEY:  Sure.

    12          THE COURT REPORTER:  Just one second

    13      here.























Page 247



20    BY MS. MCCAWLEY:



Page 248







Page 249

9    BY MS. MCCAWLEY:







Page 251









Page 253







Page 254













15    BY MS. MCCAWLEY:





Page 258

18    BY MS. MCCAWLEY:





Page 259



Page 260







9    BY MS. MCCAWLEY:





Page 262



Page 263



15    BY MS. MCCAWLEY:





Page 264



Page 265





Page 266



4   BY MS. MCCAWLEY:





Page 267

7    BY MS. MCCAWLEY:





Page 268

16    BY MS. MCCAWLEY:



Page 269





Page 270







```
 5            MS. MCCAWLEY:  Okay.  We're going to

 6      take a quick break and try to get organized.

 7            VIDEO TECHNICIAN:  Going --

 8            MS. MCCAWLEY:  Ten minutes, please.

 9            THE WITNESS:  Thank you.

10            VIDEO TECHNICIAN:  Going off record at

11      5:24 p.m.

12            (A recess was taken.)

13            VIDEO TECHNICIAN:  Back on record at

14      5:44 p.m.

15      BY MS. MCCAWLEY:

16
```



Page 272





Page 273





Page 274



15   BY MS. MCCAWLEY:

