# Exhibit 2

Part 3



Page 275





Page 276

1             THE COURT REPORTER:   Thank you.

2       BY MS. MCCAWLEY:





Page 277

23    BY MS. MCCAWLEY:





Page 278





Page 279

9      BY MS. MCCAWLEY:

10         Q.    Let's go to the next one.



Page 280







Page 281





Page 282





Page 283





Page 284





Page 285





Page 286

20    MS. MCCAWLEY:  I'm just going to pause.

21    Is the court reporter okay.

22    THE COURT REPORTER:  No.

23    MS. MCCAWLEY:  Okay.

24    THE COURT REPORTER:  I didn't get that,

25    the question or --



```
1              THE WITNESS:  Try it again.

2              MS. MCCAWLEY:  I can do it again, no

3         problem.  But you tell me when you're ready.

4              (A discussion was held off the record with

5    the court reporter.)

6    BY MS. MCCAWLEY:
```













Page 290













19         MS. MCCAWLEY:  Can we go off the record

20     really quickly, please?

21         THE WITNESS:  Sure.

22         VIDEO TECHNICIAN:  Going off record at

23     6:11 p.m.

24         (A recess was taken.)

25         VIDEO TECHNICIAN:  Back on record at



Page 294

```
 1      6:16 p.m.
 2           MS. MCCAWLEY:  I'm sorry.  You had
 3      something to say, Dan, about --
 4           MR. WEINER:  24 minutes left to go.
 5      So, now, at 6:39 we're leaving.
 6           MS. MCCAWLEY:  And I'm sorry.  And
 7      what's the basis of you being able to leave?
 8           MR. WEINER:  You have seven hours to
 9      take of this witness's deposition.  At 6:39,
10      that seven hours will have elapsed.  As we
11      told you at the beginning, we have flights
12      at 8:00 and we have to get to the airport.
13           MS. MCCAWLEY:  I will --
14           MR. WEINER:  You will have had your
15      full seven hours at 6:39.
16           MS. MCCAWLEY:  I will do my best to get
17      through as quickly as I can.
18           MR. WEINER:  I'm not -- I'm not telling
19      you to be quick.  I'm just telling you that
20      we're going to leave -- we'll give you six
21      minutes grace time.  So at 6:45, that's six
22      minutes extra, we have to go.
23 BY MS. MCCAWLEY:
24      Q.   Okay.  Mr. Indyke, I'm going to turn you to
25 Exhibit 2.
```



Page 295

1        A.    2.  Give me a moment.

2              Which one is that?

3        Q.    It's the Palm Beach Police Report.

4        A.    Thank you.

5        Q.    Okay.  And I'm going to direct your

6    attention to Page 75.  The page numbers are up in the

7    top corner.

8        A.    Top?

9        Q.    Yeah.  Page 75.  You see it?

10       A.    Yes.



Page 296

2              Do you see that?

3      A.    I see that at the very bottom.

4      Q.    Okay.  That's it for that document.

5      A.    Okay.

6              (A discussion was held off the record.)

7    BY MS. MCCAWLEY:

8      Q.    And I'm gonna mark this as Exhibit --

9              MS. MCCAWLEY:  What are we on?

10             THE WITNESS:  Do I still need this out?

11             THE COURT REPORTER:  20.

12   BY MS. MCCAWLEY:

13     Q.    No, no.  Exhibit 20.

14             (Indyke Deposition Exhibit 20, Palm Beach

15   Police Department Incident Report, dated 7-19-2006,

16   was marked for identification.)

17             THE WITNESS:  This is 20.  Thank you.

18   BY MS. MCCAWLEY:

19     Q.    I'm going to direct your --

20             THE COURT REPORTER:  Wait one second.

21   This is 20.  Okay.  Here you go.

22             THE WITNESS:  Thank you.

23             Can I have a moment, please?

24   BY MS. MCCAWLEY:

25     Q.    Of course.









Page 298





25





Page 300

```
1     BY MS. MCCAWLEY:
```









20          THE COURT REPORTER:  I can't hear him,

21    especially with what's going on outside.

22          THE WITNESS:  I'm sorry.





3          (A portion of the record was read by the

4     reporter.)

5          MR. RUZUMNA:  You had a question

6     mark --

7          THE WITNESS:  Can you ask the question

8     again?

9          THE COURT REPORTER:  "That you had" --

10         THE WITNESS:  I just want to make sure

11    I answer it right.  So...

12         THE COURT REPORTER:  Okay.

13    BY MS. MCCAWLEY:





12    Q.    I'm going to show you what I'm marking as

13    Exhibit 21.

14    A.    Okay.

15        (Indyke Deposition Exhibit 21, Palm Beach

16    County Sheriff's Office Department of Corrections

17    Official Visitor Log, was marked for identification.)

18        THE COURT REPORTER:  Here you go.

19        THE WITNESS:  Would it be okay if I

20    looked this over?

21    BY MS. MCCAWLEY:

22    Q.    Yes.

23    A.    Thank you.

24        MR. WEINER:  Sigrid, to save time, do

25    you want to direct him to pages of it?





1          MS. MCCAWLEY:  Sure, sure.

2    BY MS. MCCAWLEY:

3          Q.   What I'm showing you that we marked as

4    Exhibit 21 is titled "The Palm Beach County Sheriff's

5    Department of Corrections Official Visitor Log."

6          A.   Yes.



Page 308







Page 309

5        THE WITNESS:  Ask -- ask that question

6    again.

7  BY MS. MCCAWLEY:

8      Q.   Sure.





Page 310









Page 312



■

■

■

```
 4          I have no questions of the witness.

 5          Mr. Ruzumna.

 6          MR. RUZUMNA:  No questions.  Thank you.

 7          MS. MCCAWLEY:  Thank you, Mr. Indyke.

 8          THE WITNESS:  Thank you very much.

 9          VIDEO TECHNICIAN:  Are there any video

10     orders or transcript orders before we go off

11     the record?

12          MR. VILLACASTIN:  We'll take -- sorry.

13     We'll take a video order.  And then we have

14     a rough and expedited already ordered.

15          VIDEO TECHNICIAN:  Going off record at

16     6:40.

17          THE COURT REPORTER:  Mr. Weiner, do you

18     want a copy?

19          MR. WEINER:  Yes.

20          (Reading and signing having been waived,

21     the deposition was concluded at 6:41 p.m.)

22

23

24

25
```



Page 314

1                    CERTIFICATE OF OATH

2

   STATE OF FLORIDA

3  COUNTY OF PALM BEACH

4

5           I, Darline Marie West, Registered

6  Professional Reporter, Notary Public, State of

7  Florida, certify that DARREN K. INDYKE, ESQ.,

8  personally appeared before me on September 13, 2024

9  and was duly sworn.

10

11       WITNESS my hand and official seal this 16th day

12  of September, 2024.

13

14

15                    _____

16                    DARLINE MARIE WEST

                      Notary Public

17

18

19  My Commission expires:

   October 26, 2025

20  #HH 161248

21

22

23

24

25



Page 315

```
 1                REPORTER'S CERTIFICATE

 2

   STATE OF FLORIDA

 3 COUNTY OF PALM BEACH

 4

 5       I, DARLINE MARIE WEST, Registered Professional

 6 Reporter, Florida Professional Reporter, do hereby

 7 certify that I was authorized to and did

 8 stenographically report the deposition of DARREN K.

 9 INDYKE, ESQ.,; that a review of the transcript was

10 not requested; and that the foregoing transcript,

11 pages 1 through 315, is a true record of my

12 stenographic notes.

13

14       I further certify that I am not a relative,

15 employee, attorney, or counsel of any of the parties,

16 nor am I a relative or employee of any of the

17 parties' attorney or counsel connected with the

18 action, nor am I financially interested in the

19 action.

20

21       Dated this 16th day of September, 2024.

22

23

24       _____

         Darline Marie West, RPR, FPR, FPR-C

25
```



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)















































































































































































The image is almost entirely redacted (black bars). Only the header and footer contain text.



















































