# EXHIBIT 3

**Filed Under Seal**

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
JANE DOE 3, individually and on behalf of
all others similarly situated,
                         Plaintiffs,


            -against-          Index No:
                              24-cv-1204(AS)
                              24-cv-2192(AS)



DARREN K. INDYKE and RICHARD D. KAHN,


                   Defendants.
--------------------------------------x
JANE DOE 3,


                   Plaintiff,
             -against-


DARREN K. INDYKE and RICHARD D. KAHN,


                   Defendants.
--------------------------------------x
           VIDEOTAPED DEPOSITION of the Defendant,
RICHARD KAHN, taken by the Plaintiff, pursuant to
Notice, held at the law offices of Boies Schiller
Flexner LLP, 55 Hudson Yards, New York, New York 10001,
on October 10, 2024, at 9:08 a.m., before a Notary
Public of the State of New York.


     **********************************************
```



Page 2

```
 1   A P P E A R A N C E S:
 2    BOIES SCHILLER FLEXNER LLP
               Attorneys for Plaintiff
 3             55 Hudson Yards, 20th Floor
               New York, NY 10001
 4
      BY:      ANDREW  VILLACASTIN, ESQ.
 5             avillacastin@bsfllp.com
               MEGAN NYMAN, ESQ.
 6             NAOMI HARDIN, ESQ.
               DANIEL CRISPINO, ESQ. Via Zoom
 7             SIGRID MCCAWLEY, ESQ. Via Zoom
               LEAH FIELDS, Paralegal Via Zoom
 8
      PATTERSON BELKNAP WEBB & TYLER LLP
 9             Attorneys for Defendant
               1133 Avenue of the Americas
10             New York, NY 10036
11    BY:      DANIEL S. RUZUMNA, ESQ.
               druzumna@pbwt.com
12             TARA NORRIS, ESQ.
13
      HUGHES HUBBARD & REED
14             Attorneys for Defendant
               One Battery Park Plaza
15             New York, NY 10004-1482
16    BY:      DANIEL WEINER, ESQ.
               daniel.weiner@hugheshubbard.com
17             MARC WEINSTEIN, ESQ.
18
19    ALSO PRESENT:
20     JEREMY KOVACS - Videographer
21
22
23
24
25
```



Page 3

```
 1                          INDEX
 2  WITNESS                 EXAMINATION BY              PAGE
    Richard Kahn            Andrew Villacastin         6
 3  Richard Kahn            Daniel Ruzumna             286
    Richard Kahn            Andrew Villacastin         289
 4  Richard Kahn            Daniel Ruzumna             290
 5
                            EXHIBITS
 6  KAHN                    DESCRIPTION                PAGE
    1                       New York State Department of   11
 7                          Financial Services Consent Order
                            Under New York Law Sections 39
 8                          and 44
    2                       Unanimous Written Consent of   21
 9                          Directors Gratitude America,
                            Ltd.
10  3                       E-Mail Dated 1/5/16        23
11  4                       Kahn_00014130-132          29
12  5                       Photograph                 50
13  6                       Kahn_00011349-350          71
14  7                       Kahn_00011129-131          84
15  8                       ██████████████████████     ██

                            ██████████
16  9                       HBRK_JD3_003784-804        97
17  10                      HBRK_JD3_019097-105        131
18  11                      Kahn_00011628              158
19  12                      Kahn_00005240              168
20  13                      HBRK_JD3_017343-344        171
21  14                      Kahn_00007007-018          188
22  15                      Kahn_00007019-020          198
23  16                      HBRK_JD3_0022314-326       213
24  17                      Kahn_00007261              227
25  18                      HBRK_JD3_005417            247
```



Page 4

1  19                    HBRK_JD3_018959-967              253

2  20                    Kahn_00012210-219               273

3  21                    HBRK_JD3_005522                 277

4
                    (Exhibits retained by Reporter.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 5

```
 1                     THE VIDEOGRAPHER:  Please stand by.
 2          Good morning.  We are now on the record.
 3                     This begins videotape number one in the
 4          deposition of Richard Kahn in the matter of
 5          Jane Doe 3 versus Darren K. Indyke, et al.
 6                     Today is Thursday October 10, 2024, and
 7          the time is 9:08 a.m.
 8                     This deposition is being taken at Boies
 9          Schiller Flexner LLP, 55 Hudson Yards, New
10          York, New York, 10001 at the request of Boies
11          Schiller Flexner LLP.
12                     The videographer is Jeremy Kovacs of
13          Magna Legal Services, and the court reporter is
14          Brooke Perry of Magna Legal Services.
15                     Will counsel and all parties present
16          state their appearances and whom they
17          represent.
18                     MR. VILLACASTIN:  Andrew Villacastin on
19          behalf of the plaintiff.
20                     MS. NYMAN:  Megan Nyman on behalf of
21          the plaintiff.
22                     MS. HARDIN:  And Naomi Hardin on behalf
23          of the plaintiff.
24                     MR. RUZUMNA:  Daniel Ruzumna on behalf
25          of Mr. Kahn.
```



Page 6

```
 1                    MS. NORRIS:  Tara Norris on behalf of
 2          Mr. Kahn.
 3                    MR. WEINER:  Daniel Weiner on behalf of
 4          the defendant Darren Indyke.
 5                    THE VIDEOGRAPHER:  Online counsel?
 6                    MR. WEINSTEIN:  Marc Weinstein on
 7          behalf of Mr. Indyke.
 8                    MR. CRISPINO:  Daniel Crispino on
 9          behalf of the plaintiff.
10                    THE VIDEOGRAPHER:  Will the court
11          reporter please swear in the witness.
12    R I C H A R D   K A H N,  the witness herein, having
13    been first duly sworn by a Notary Public of the State of
14    New York, was examined and testified as follows:
15                    THE REPORTER:  Please state your name
16          for the record.
17                    THE WITNESS:  Richard Kahn.
18                    THE REPORTER:  Please state your
19          address for the record.
20                    THE WITNESS:  130 East 75th Street,
21          Apartment 7E, New York, New York 10021.
22    EXAMINATION BY
23    MR. VILLACASTIN:
24    Q.     Good morning, Mr. Kahn.
25    A.     Good morning.
```



Page 7

```
 1        Q.      My name is Andrew Villacastin.  I'll be taking
 2        your deposition today.  Mr. Kahn, have you been deposed
 3        before?
 4        A.      Yes.
 5        Q.      How many times?
 6        A.      Once.
 7        Q.      When was that?
 8        A.      I believe it was May of 2023.
 9        Q.      What was that deposition for?
10        ████  ███████████████████████████
          gu
██   ████████████
12        Q.      So what's your general understanding of the
13        nature of that case; what was it about?
14        A.      ████████████████████████████████████████
██   ███████████████████████
16        Q.      Are you familiar with how that case resolved?
17        A.      ████████████████████████████████████████
██   █████████████
██   ██  ██████████████████████████████
██   █████████
██   ██  ████████████████████████  ████████████████
██   ██████████████
23        Q.      ███████████████████████████████
██   ████████████████████████████████████████████
██   ██  ████████████████████████████
```



1 ████████████████████████████████████

2    Q.    Did you review the transcript of that

3    deposition in preparation for today?

4    A.    I printed it with the intention to review it,

5    but I didn't spend much time.

6    Q.    You flipped through it or --

7    A.    I flipped through it, yes.

8    Q.    By yourself?

9    A.    Yes.

10   Q.    Did somebody tell you to do that?

11   A.    No.

12   Q.    When you flipped through it, did you recognize

13   anything that was perhaps inaccurate that you would like

14   to correct?

15   A.    No.

16   Q.    Have you ever given live testimony in court

17   before?

18   A.    No.

19   Q.    So I'll cover some ground rules for today's

20   deposition.  First, you were just sworn in, so you

21   understand you're under oath today, correct?

22   A.    Correct.

23   Q.    Next the court reporter needs us to communicate

24   orally or out loud, so you should answer in words, not

25   by nodding or shaking your head or making a noise, okay?



MAGNA
LEGAL SERVICES

Page 9

```
 1        A.      Okay.
 2        Q.      And then the next thing is if I ask you a
 3     question, your lawyer may lodge an objection for the
 4     record.  Unless he instructs you not to answer, you are
 5     to answer the question that is pending.  Is that clear?
 6        A.      That is clear.
 7        Q.      Is there any reason why you can't give truthful
 8     and accurate testimony today?
 9        A.      There is no reason.
10        Q.      How did you prepare for today's deposition?
11        A.      I prepared for the deposition by meeting with
12     my attorney, Daniel Ruzumna.
13        Q.      Just him?
14        A.      Him and Tara Norris as well.
15        Q.      Anybody else?
16        A.      There may have been one other woman in the
17     room, Lauren.
18        Q.      Lauren Doxey?
19        A.      Correct.
20        Q.      D-O-X-E-Y?
21        A.      Correct.
22        Q.      Anyone else?
23        A.      Not that I remember.
24        Q.      You said in the room.  Was there anyone else
25     participating via computer or via telephone?
```



Page 10

```
 1      A.      No.

 2      Q.      Did you speak to anybody else besides your

 3      attorneys in preparing for today's deposition?

 4      A.      No.

 5      Q.      Who have you told that you are being deposed

 6      today?

 7      A.      My wife.

 8      Q.      And what did you talk to her about?

 9      A.      I didn't talk to her about anything.  I just

10      told her I was being deposed.

11      Q.      How long and how many times did you speak with

12      your attorneys to prepare for today's deposition?

13      A.      I believe we had four visits of about an hour

14      each.

15      Q.      When were those visits?

16      A.      Over the past two weeks.

17      Q.      When was the last time you met with your

18      attorneys?

19      A.      Yesterday.

20      Q.      From when to when?

21      A.      I believe it was 11 to 12.

22      Q.      During those four visits with your -- sorry,

23      did you go to your attorneys' offices or did they come

24      to you?

25      A.      I went to my attorneys' offices.
```



```
1        Q.      Where were those offices?

2        A.      I think 1133 6th Avenue.  I don't recall the

3   exact address.

4        Q.      And did you review documents in preparing for

5   today's deposition?

6        A.      Yes, we did review some documents.

7        Q.      Do you have a range of how many documents you

8   reviewed?

9        A.      I don't know the range.

10       Q.      Do you know what you reviewed?

11       A.      I believe we reviewed various things that were

12  part of discovery.

13       Q.      Part of discovery, meaning things that lawyers

14  sent to each other or your own documents?

15       A.      I think maybe both.  I'm not exactly sure,

16  because I'm not the one who's transmitting the

17  discovery, so I don't know how the communications work.

18                   MR. VILLACASTIN:  I'll introduce

19             Exhibit 1.

20                   (Whereupon, New York State Department

21             of Financial Services Consent Order Under New

22             York Law Sections 39 and 44 was marked as Kahn

23             Exhibit 1, for identification, as of this

24             date.)

25       Q.      ████████████████████████████████████████████
```



1    ███████████████████████████████████████

▮    ██████████████    ████████████████████████

▮    ████████████████████████████████████████

▮    ███████████    ██████████████████

5    A.      Yes, I do.

6    Q.      Can you identify this document?

7    A.      ████████████████████████████

▮    ██████████████████████████████████

▮    ████████████████████████████████████████

▮    ████████████████████████████████████████

▮    ████

▮    ▮    ██████████████████████████████

▮    ▮    ███

▮    ▮    ████████████████

▮    ▮    ██████████████████████████████

▮    ██████████

▮    ▮    ███████████████████████████

▮    ▮    ██████████████

▮    ▮    ██████████████████████████████

▮    ██████████████████████████████████████

▮    ▮    ██████████████████████████████

▮    ████████████████████████████████████████████

▮    ████████████

▮    ▮    ████████████████████████████████████

▮    ██████████████



1    █ ████████████████████
     gu
█ ████████████████████████
27
█ ███
20
█   █ █████████████████████
█   ██████████████████████
█   ████████████ █████████
█   █████████████ ███████████
█   ████████████████████████
█   ████████████
█  █ █████████████████████
█  ████████
█  █ █████████████████████
█  ██████████████ ████████
█  ██████████████████████████
█  ██████████████████████████
█  █ ████████ ████████████
█  ████████████████
█  █ ███████████████
█  █ █████████████████████
█  ██████
█  █ █████████████████
█  ██████████████
█  █ ██████████
█  █ ███████████████
█  █ ███████████████



Page 14

1  ███  ███
   gu
███  ███  ███  ████████████████
   27
███  ████████████████████
   20
███  █████████████████
███  ███  █████████████████████
███  ███  ███  ████████████████
███  █████████████  ████████████
███  ██████████
███  ███  ██████████████
██  ███  ██████████
██  ███  ███
██       █████████████
██       ████████████████████
██       ██████████████████
██       ████████████████████
██       ████████████  ██████████
██       █████████████████
██       ████████████████████
██       ████  ████████████████████
██       █████████████████
██       ████████████████
██       ███████
██       █████████████
██       ████████████████████
██       ████████████████



1



1   ███
gu
███                          ███████████████████████████
27
███                          ████████████████████
20
███      ███                 ████████████████████
███      ███      ██████
███      ███                 █████████████████████
███      ███                 ████████████████████████
███      ████████████████████████████████████
███      ██████████████
███      ███                 ████████████████████████
███      ██████████████████
███      ███                 ████████████████████████
███      ███                 ██████████████    ████████████
███      ████████████████    ████████████
███      ██████  ████████████████
███      ███                 ████████████████████  █
███      ██████████████████████████
███      █████████████████████████████████
███      ████████████████████████
███      ███                 ████████████████████████
███      ███████████████████████  ███████
███      █████████████████████████████████
███      ████████████████████████████
███      ███                 ████████████████████████
███      █████████████████████████████████████





1  ██  ██████████████████████████████
   gu
██  █████████████████████████████████
   27
██  ████████████████████
   20
██  ██  ██████████████████████████████
██  ███████████████████████████████████
██  ████████████████████████████████
██  ██  ██████████████████████████
██  █████████████
██  ██  ██████████████████████████████
██  █████████████████████████████████████
██  █████████
██  ██  █████████████████████████████████████
██  ████████████████████████████████
██  ██  ██████████████████████████
██  █████████████████████████████████
██  ██  ███████
██  ██  █████████████████
██  ██  ██████████████████████████████
██  ███████████████████  ██████████████████
██  █████████████  ████████████████████  ██████████
██  █████████████████████████████████████
██  ████████████████████████████████
██  ████████████████████████████████████
██  ███████████████████████████████
██  ██████████████████████████



Page 19



1 ████████████████████████████████

█ ██████████████████████████████████

█ ██████████████████ ████████████████

█ █████████████ ██████████████████

█ ████████████████████████████████

█ ███████████████

█ ██ ████ █████████████████

█ ███████████████████████████████████

█ ████████████ ██████████████████

█ ████████████

█ ██ ████████████████████████

█ ████████ █████████████████████

█ █████████████████████████████

█ ██████████████████████████

█ ████████ ███████████████████

█ ████████████████████████████

█ ███████████████████████████

█ ███████████████████████

█ ███████████████████████

█ ████████████████████ ███████████

█ ████████████████████████████

█ ███████████████████████████

█ ████████████████

█ ██ ██████████████████████

█ ████████████████████████



1 ███████████
2024

██ ██ ████████████████████████████

██ ██████████████████████████████████████

██ ███████████████████████████████████

██ ██ █████████████████

██ ██ ████████████

██ ███████████████ ████████████

██ █████████

██ █████████████████████

██ ████████████████████████

██ ██████████████████████████

██ ████████████

██ ██ ████████████████████████

██ ██ ████████████████ ████████████████ ███

██ █████████████

██ ██████ ██████████████

██ ██████████████████████████

██ ██ ████████████████████

██ ██ ████████████████████

██ ███████████████████████

██ ███████████████████████████

██ ██████████████████████

██ ██ ██████████████████

██ ██ ████████████████████████

██ ██ ██████████████



Page 22

1    █ ████████████████████████████████
     gu
█  █████████████████████████████  ████████████████
     27
█  ████████████████████████████████
     20
█    █  ██████████████████████████
█    █  ███████████████████████
█    █  ████████████████████████████████
█    █  ███████████████████████████████████
█  ███████████████████
█    █  ██████████████████████████████████
█  ██████████████████
█    █  ████████████████████████████  ████████
█  ████████████████████████████████████████
█  ██████████████████████████████████████████
█  █████████████████████████████████████
█  █████████████████████████████████████████
█  ████████████████████████████████
█    █  ████████████████████████████████████
█  █████████████████████████████████
█  ████████████████████████████████████
█  █████████████████████████████████
█    █  ████████████  ████████████████████
█  ███████████████████████  ██████████████
█  ████████████████████████████
█    █  █████████████████████████████████
█  ████████████████████████████



1   █   ███████████████████████

2            MR. RUZUMNA:  I'm sorry.  Just wait

3        until he finishes the question.  It's just

4        easier for the court reporter.

5            THE WITNESS:  I'm sorry.

6   █   ███████████████████████████
gu
█     ███████████████████████
27
█     ████████████████████████
20
█     █████████████████████  ████████

█   █   ██████████████

█   █   ███████████████████████

█   █   █████████████████████████

█     █████████████████

█   █   ████████████████████████

█     ██████████████████████████████

█     ████████████████████

█   █   █████████████████

█   █   ██████████████████████

█     ████████████████

█            █████████████  █████████

█        ██████████████

█          ███████████████████████

█        ████████████████████████████

█        ███████████████

█   █   ██████████████████████



Page 24

1    gu

27

20





Page 26





Page 28

1  █
   gu
█  █
   27
█  █
   20
█  ████████████████████████████████████

█  █

█  ████████████████████████████

█  ██████████

█  █  ██████████████████████████

█  ███████████████

██  █  ███████████████████████

██  ██████████████████  ████████████

██  ██████████

██  █  ████████████████

██  ███████  ███████████████████████

██  █████████████████████████████

██  ████████

██  █  ████████████████████████

██  ████████████████

██  █  ██████████████████

██  ██████████████████████████

██  ██████████████████████████████

██  ██████████████████████████████

██  ████████████████████

24        MR. VILLACASTIN:  I'll introduce

25        Exhibit 4.



Page 29

```
1              (Whereupon, KAHN_00014130-132 was

2              marked as Kahn Exhibit 4, for identification,

3              as of this date.)

4    Q.        And for the record, this is KAHN_0014130.
```



1 ████  ███████████████████████████████
    gu
████  ████████████████████████████████████
    27
████  ██████████████████
    20
████  ████  ███████████████████████████████████
████  ███████████████████████████████████████████
████  █████
████  ████  █████████████████████
████  ████  ███████████████████████████████
████  ████████████████████████████████████
████  ██████████████
████  ████  ████████████████████
████  ████  ████████████████████████████████
████  ████████████████████████████████████
████  ████
████  ████  ████████████████████
████  ████  ██████████████████████████████████
████  ███████████████████████████████████
████  █████████████████████████████████████
████  █████████████
████  ████  ████████████████████
████  ████  ████████████████████████  █████████
████  ████████████████████████████████████
████  █████████████
████  ████  ███████████████████████████████
████  ████████████████████





1 ███████████ ████████████████████████████████

█ █████████████████████████████████████████████████

█ ██████████████████

█ █ ████████████████████████████████████████

█ ██████████████████████████████████

█ ████████████████████

█ █ ████████████████████████ ██████████████████

█ ██████████████████████████████████████

█ ████████████████ ██████████████████████████

█ ██████████████████ ██████████████████████

█ ████████████████████ ████████████████████

█ ███████████████████████████████████████

█ █████████████████

█ █ ██████████████████████████████

█ █████████████████████████████████

█ ███████████████████

█ █ █████████████ ██████████████

█ ██████████████████████████████████████

█ ████████████████████████████████████████ █

█ ██████████████████████████████████

█ █████████████████

█ ██████████████████████████████

█ █████████████████████████████

█ ██████████████████████████████

█ ████████████████████████████████████████████



1



1



1    ████████████████████████████████

██    ████████████

██    ██████████████████

██    ██    ███████████████████

██    ██    ██████████████

██    ██████████████████████

██    ████████████████████████████████████████

██    ████████████████

██    ██    ████████████████

██    ██    ██████████████████████████████

██    ████████████████████████████████████████████████

██    █████████████████████████████████████████████

██    ███████████████████████████████████████

██    ██████████████████

██    ██    ████████████████████████████

██    ████████████████████████████████████████████

██    ██████████████████████████    ████████████

██    ████████████████████████████████████

██    ████████████████████████████████████████████

██    ██████████████████████████████████████

██    ████████████████████    ██████████████████

██    ███████████████████████████████████████

██    ████████████████████████████████████████████

██    ████████████████

██    ██████████████████████████████



1 ████████████████ ███████████████████████████████

█ █████████████████████████ ██████████████████

█ ████████████████████████████

█ ██████████████████████████████████████

█ ██████████████████████████████████

█ ██████████████████████████████████

█ █ ████ ██████████████████████ ████

█ ████████████████████████████████████████████

█ ███████████ ████████████████ ███████████████

█ ██████████████████

█ █ ██████████████████████████████

█ ██████████████ ██████████████████████████████

█ ███████████████████████████████

█ ███████████████

█ █ █████████████████ ████████████████

█ █ ██

█ █ ██████████████████████████

█ █ ██████████████████████ █████████

█ ██████████████████████

█ █ ███████████████████████████████

█ ████████████████████████

█ █ ███████████████████████████████

█ █████████████████████████████████ █

█ █████████████████████████

█ █ █████████████████████████████



1 ███ ████████████████████
gu ██████████████████████████
27 ██████████████████████ ██
20 █████████████████████████
██████████████████████
████████████████████████
███████████████████
███ ████████████████████
████████████████████████████
██████████████████████
█████████
███ █████████████████████
█████████████████
███ ████████████████████
███████████████████████
███ █████ ████████████ █████
██████████████████████████
██████████████████████████
█████ ██████████████████
████████████████████
█████████████████████
██████████████████████████
███ ████████████████████
████████████████████
██████████████████████





1 ████████████████████    ████████████████

█ ████████████████████████████████████████

█ ████████████████████████████████████████

█ ███████████████    ███████

█ ███  ███████████████████████████████

█ █████████████████████████████████████

█ ███████

█ ███  ████████████████████████████

█ ███████████████

█ ███   ████   ████████████████████████

█ ██████████████████████████

█ ███   ████████████████████████

█ ███   █████████████████████████████

█ █████████████████   █████████████████

█ ███████████████████████████

█ ████████████████████████████████

█ ██████████████████

█ ███   █████████████████████████████

█ █████████████████████████    ██████████████

█ ███████████████████████████████████████████

█ ███████████████   ███████████████████████

█ ████████████████████████████████████

█ ███████████████████████████████

█ █████████████   ██████████████████████

█ ███████████



Page 40

1



1



1 ██  ██████  ███████████████████████

██ gu
██████
27
██ ██  █████████████████
██ 20
█████████
██ ██  ██████  ████████████████████████
██ ██████████████████████████
██ ████████████████████████
██ ████████████████████
██ ██  ███████████████████████
██ ████████████████████████████████ ██
██ ██████████████████████████
██ ████████████████████████████████
██ █████████████████████████████████████
██ ████████████████████████████████████
██ ███████████████████████████████████
██ ███████████████████████████
██ ██  ████████████████████████████████
██ █████████████████████
██ ██  █████████████████████
██ ██  ███████████████████████
██ ██████████████████████████
██ █████████████████████████████████████
██ ████████████████████████████
██ ███████████████████████████
██ ████████████



1   ■       ▬▬▬▬
gu
■   ▬▬▬▬▬▬▬▬▬▬▬▬
27
■   ▬▬▬▬▬▬
20
■   ■   ▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■   ▬▬▬▬▬▬▬▬▬
■   ■   ▬▬▬▬▬▬▬▬▬▬▬



1 ██████████████████

█ █████ ████████████████████████████

█ █████ ███████████████████████

█ █████████████████████████████████

█ ████████

█ █████ ███████████████████████

█ ████████████████████████████████

█ █████

█ █████ ██████████████████ █████████

█ ████████████████████████████████████

█ ██████ █████████████████████

█ █████ █████

█ █████ ████████████████████████

█ ████████████████ ████████████████

█ ██████████████████████████████████

█ ██████████████████████████████████

█ ████████████████████████████████

█ ███████████████████████████████████

█ ██████████████████████████████████

█ ████████████████████

█ █████████████████████████████

█ ██████████████████████████████

█ ███████████████████████████████████

█ ████████████████████████████

█ ████████████████████████████







1



1   █          ████████     ████████████████████
    gu
█   ██        █████████████████████████████████
    27
█   █         ████████████████████████████████
    20
█   ████████  ██████████████████████████████
█   █████████████████████████████████████
█               ██████████    ████████████████
█          ███████████████
█   █   ████████████████████████████████████
█   █████████████   █████████████████   █████
█   █████████████████████████████████████████
█   ███████████████████████████████████
█   █████████████   █████████████████████████
█   █████████████████████████████████████████
█   █████████████████████████████████████████
█   ███████████████████
█   █   ████████   ███████████████████████████
█   ████████████████████████████████████████████
█   █████████████████████████████████████████
█   ████████████████████████████
█                 ████████████   ███████████████
█          ██████████████████████████████
█   █      █████████████████████████████████████
█   █      ██████████████████████████████
█          ██████████████████████████████
█          █████████████████████████████████████



Page 49

1    ██    ███████    ████████████

     gu

██   ████████████████████████████████████

     27

██   █████████████    █████████████████████

     20

██   ███████████████████████████

██   ██████████████████████████████

██   ███████████████████████████████████

██   ███████████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████

██   █████████████████████████████████    ██

██   ████████████████████████████████

██   ███████████████████████████████

██   █████████████████

██   █████████████████████████████

██   ████████████    ████████████████

██   ███████████████████████████████████████

██   █████████████████████████████

██   ██████    ████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████

██   ██████████

██   ███████████████    ████████████████

██   █████████████████████████████

██   █████████████████████    ██████████████

██   ██████████



Page 50

1              MR. RUZUMNA:  Is that a question?

2              MR. VILLACASTIN:  This is Exhibit 5.

3              MR. RUZUMNA:  I don't think that was a

4         question, so no need to answer.

5              (Whereupon, a photograph was marked as

6         Kahn Exhibit 5, for identification, as of this

7         date.)

8              MR. RUZUMNA:  Andrew, we can do this

9         exhibit.  Do you want to take a break after the

10        questioning about this exhibit?

11             MR. VILLACASTIN:  Sure.  Yeah.  Let's

12        do this one.

13             MR. RUZUMNA:  We can do it now.  I just

14        didn't want to interrupt your flow.  We can do

15        it now or after this exhibit.  Whatever you

16        want.

17             MR. VILLACASTIN:  We'll just do this

18        one.

19        ████ ████████████████████████████████
          gu
██ ███████████████████
          27
██ █ █████████████  █████████████████████████
          20
██ ████████████████████████████

██ ██ ██████████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████████



1





1    ███  ████████████████████

███    gu    ███████████  ███████████████████████
       st
███    27    ██████████████████████████████████
       ,
███    20    ██████    █████████████████████████████

███    ████████

███          █████████████  ████████████████████████

███    ███  ██████████████████████████████████████

███    ████████

███    ███  ██████████████████████

███    ███  █████████████████  ██████████████████

███    █████████████████████  ██████████████████

███    ███  █████████████████████████████████████

███    ███  ██████████

███    ███  █████████████████████████████████████

███    █████████████████████████

███    ███  ████████████████████████████████████

███    ██████████████████████████████████  █████████

███    █████████████████████████  █████████████████████

███    ████████████████████████████████████████████████

███    █████████████████████████████████

███    ███  ███████████████████████████████████

███    ████████████████████████████████████████

███    ███  ████████████████████████████████████

███    ███  ██████  ████████████████████████████████████

███    ██████████████████████████████



1 ▆ ███████████████████

gu ████████████████████ ███████████

27 █████████████ ███████████

20 █████████████████████████

▆ ███████████████████

██████████████████████████████

████████████████

▆ █████████████

▆ █████████████████

███████████████████████████

████████

▆ ████████████████

████████████████

▆ ███████████████████

█████████████████████

▆ ███████████████████

███████████████

▆ ███████████████████

████████████████

▆ ███████████████████

███████████████████████████

█████████

▆ ███████████████

▆ ██ ███████████████████

███████████████████



1    ███████████    ████████████████████████████████████

    2024

█    ██████████████████████████████████████████████████████

█    █████████████████████████████████████████████████████

█    ████████████████████████████████████████████████  ██

█    ████████████████████████

█    ██    ███████████████████████████████████████████████

█    ███████████████████

█    ██    ██████████████████████████████████████████████

█    ████████████████████████████████████████████████████

█    ██    ██████████████████████████████████████████  ██

█    ████████████████████████

█    ██    ████████████████████████████████████

█    ██    ████████████████████████

█    ██    ██████████████████████████████████

█    ██    ██████████████

█    ██    ██████████████████████████████████████████████

█    ████████████████████████████████████████████████████

█    █████████████████████████████████████████████████████

█    ██    ████████████████████████████████████████████

█    █████████████████

█    ██    ██████████████████████████████████████████

█    ██████████████████████████████████████████    ███████████

█    ██  █████████████████████████████████████████

█    ████████████████████

█    ██    ██████████████████████████████████████



1







1



1



```
                                                    Page  61
 1   ███████████      ████████████████

 █   ████████████████████████████████

 █   ███████

 █   ██████████  █████  ██████████

 █   ██████████  █████████████████

 █   █████████████████████

 █   ████████████████████████████████

 █   ███████████████████

 9           MR. VILLACASTIN:  We can go off the

10   record.

11           MR. RUZUMNA:  It will be two seconds.

12   I'm not sure we need to go off the record.  It

13   will be less than that.

14           I just don't want to speak because

15   there's two defendants, and I wanted to just

16   verify that we're okay.

17           You can do it.  It's all under the

18   confidentiality order.

19           THE WITNESS:  Okay.  Sorry.  What was

20   your question?

21   ██████████

 █   █  ███████████████████████████

 █   █  ███████  █████

 █   █  █████████████████

 █   █  █  ███████████████████████
```



1   ███████████

2024

███ ███ █████████

███ ███ ████████████████████

███ ███████████████████

███ ███ ████████████████████

███ ███ █████████████ ████ █████

███ ████████████

███ ███ ████████████████

███ ███ ██████████████████

██ ███████████████████ ████ ████████

██ ████████████████████████████

██ ████████████████

██ ███████████████████ ████ ██████

██ ████ ████████████████████

██ ██████████████

██ ██████████████████████ ████

██ ████████████

██ ███ ████████████████

██ ██████████

██ █████████ ████████████

██ ███ ███████████ ██████████

██ ████████████ ████████████████

██ ███████████████████████

██ ████████████████████

██ ███ ████████████████



MAGNA ▶
LEGAL SERVICES

1 █
gu
█ ████████████████████████████████████
27
█ ████████████████████████████████████
20
█ █ █████████████████████████
█ █ ██████████████████
█ █ ███████████████████
█ █ █████████████████████████
█ ███████████████████████████████████████
█ ████████████████████████████
█ ██████████████████████████████████
█ ████████████████████████
█ █ ██████████████
█ █ ████████████████████████
█ ████████ ████████████████████████
█ █████ █ ████████████ ███ ██████
█ █████████████████████
█ ████████████████████████████████████████
█ █████████████████████████████████████
█ ██████████████
█ █ ██████████████████████
█ ████████ ██████
█ ███████
█ █ ████████████████
█ █ ██████████████████████████
█ ████████████











Page 68

1 ████████████████████████████████████

█ █ ██████████████████████████████

█ ████████████████████████████████████

█ █████████████████

█ █ ██████████████████████████████

█ ███████████████    ████████████

█ █ ██████████████████████████████

█ ███████████████████████████

█ █ █████████████    ████████████████

█ ███████████

█ █ ██████████    ████████████████

█ ████████    █████████████████

█ █ ██████████    ██████    ████████

█ ████████████████    ██████████████████

█ ██████████████    ████████████████████

█ ██████████████████████████████

█ ██████████

█ ████████████████████████████████████

█ █████████████████████████████

█ ████████████████████████████    ████████

█ █████████████████████████████

█ ██████████████    █████████████████

█ ███████████████████████████████

█ ███████████████████████████

█ ███████████████████████████





1    ██    ██████████████

██    gu
27    ███████████████████    █████████████

██    27    ███████████████████████████

██    20    ███████████████████████████

██    ██    ██████████

██    ██    ████████████████████

██    █████████████████████

██    ███████

██    ██    ██████████

██    ██    ██████████    █████████████████

██    ██████    ███████████████████████

██    ███████████████████████████████

██    █████████████

██    ██    ██████████

██    ██    ████████████████████

██    ██████    ████████████████

██    ██████    ██████████████████████

██    ██    ███████████████    ████████████

██    ██████████████████████

██    ███████████

██    ██    ████████████████████

██    ██████████████████████

██    ██████    ████████████████

██    ██    ████████████████████

██    █████████████    ██████████████



Page 71

1    ████████████

2    ██    ████████████████████████████

3    ████████████████████████████████████

4    ████████████████████████████████████

5    ████████████████████████████

6    ████████████████████████████

7    ████████████████████████████████████

8    ██████████████████████████

9    ████████████████

10           MR. VILLACASTIN:  I'll say hi to you if

11   I see you in the subway.

12           THE WITNESS:  Thank you.

13           MR. VILLACASTIN:  Introduce Exhibit 6.

14           (Whereupon, KAHN_00011349-350 was

15   marked as Kahn Exhibit 6, for identification,

16   as of this date.)

17   ██    ████████████████████████████
     gu
     ████████████████████
     27
     ,
     ██    ██████████████████████████
     20
     ████████████████████████████████

     ████████  ██████████████████

     ██    ██████████████  ██████████████

     ████████

     ██    ████████████████████  ████████████

     ████████



1    ███        ████

███    gu
███    ██                        ████████████████████████  ███
        27
███                                ███████████████████████████████
        20
███    █████████████████

███    ███        ██████████████████████████████

███                        ████████████        ██████████████████

███        ██████

███                        ███████████████    ████████████

███                        ███████████████    ██████████████

███        ██████████████████████

███    ███        ██████████████████████████████

███    ████████████████████████████

███    ███    ██████████████████████

███    ███    ████████████████████████████████

███    ██████████████████████

███    ███    ████████████████████████

███    ███    ██████

███    ███    █████████████████████████████████

███    ██████████

███    ███    ████████████████████████████

███    ██████████████████████

███    ███    ████████████████████

███                █████████████████████████

███        ███████████████████████████████████

███        ████████████████████████



1







1    ███████████████████████████████████

█    █████████████████████████████

█        ████████████████████████

█    ████████████    ███████████████

█    ████████████████████

█    █    ███████████████████████

█    ████████████

█    █    ███████████████████

█    ██████████████████████████████

█    █████████████████████████

█    ███████████████████████████

█    █████████████████

█    █    ███████████████████

█    ████████████

█    █    ██████████████████████

█    ████████████████████████

█    ██████████████████████████████

█    █████████████    ████████████

█    ██████████████████████████████

█    ███████████████████████████

█    ████████████

█    █    ████████████    █████████

█    ████████████

█        ████████    ██████████

█    █    ██████████████████



1   ███████████   ████████████████████████████████

███   2024

███      ██   ██████████████████████

███         ████████████████   ████████████   █████████████

███      ████████████████████   █████████████████████████

███      ████████████████   ███████████████████████████

███         ██████████████████████████████████   █████████

███      █████████████████████████

███   ██   █████████████████████████

███   ██   ████████████████████████

███   ██   █████████████████████████████████

███   ██   ███████████████████

███   ██   ███████████████████████

███   ██   ██████████████████████████████

███   ████████████████████████████████████████████████████

███      ████████████████████████████████████

███      ████████████████   ███████████   ██████████████

███      ██████████████

███         ███████████████████

███   ██   ████████████████████

███   ██   ███████████████████████████████

███   ██   ██████████████████████████████   █████████

███      ████████████████████████

███   ██   ██████████████████████████████████

███      ████████████████████████████████████████████

███      ██████████████████████████████████████████████



Page 78



Page 79

1

2024



1





Page 82

1    ██████████████████████

██    ██    ████████████████████

██    ████████████████████████████████

██    ███████████████████    ████████████

██    ███████████████████████████████

██    ████████████████████████████████

██    ████████████████████████████████

██    ████████████████████████████████

██    ████████████████████████

██    ████████████████████████████████

██    ██████

██    ████████████████████

██    █████████████    ██████████████████

██    ██████████████████████████

██    ████████████████

██    ██    ████████████████████

██    █████████████████████████████████

██    ████████████████████████████

██    ██    ████████████████████

██    ████    ████████████████████████

██    ████████████████████████████

██    ████████████████████████

██    ████████████████████

██    ██    ██████████████████

██    ████████████████████████████





Page 84

1     ███  ████████████

gu

██    27      █████████████████████████

██    20      ████████████████████████

██            ███████

██                      ███████████  █████████

██                      ██████████

██            ███  █████████████████████

██    ████████████████████████████████████

██    █████████████████████████████████

██    ██████████████████████████████████████

██    ████████████████████████████

██    ███  █████████████████████████

██    ██████████████████████████████████████

██    ██████████████████████████

██    ███  █████████████████████████

16                    MR. VILLACASTIN:  Okay.  I'll introduce

17            Exhibit 7.

18                    (Whereupon, KAHN_00011129-131 was

19            marked as Kahn Exhibit 7, for identification,

20            as of this date.)

21    Q.     For the record, this is KAHN_00011129.  You can

22    look through it, but the question is:  Can you identify

23    the document?

24    A.     Yes, I can identify the document.

25    ███      █████  █████████████████



1 ███ ███████████████████████████████████████
gu
███ ██████████
27
███ ██████
20
███ ██████
███ ███ ██████ ████████████████████████
███ ████████████████████████████████████
███ ███████████████████████
███ ███ ███████████████████████████████
███ █████████████████████████████████████████
███ ███████████████████████
███ ███ ██████ ███████████████████████████████
███ ██████████████████████████
███ ███ ██████████████████████████████
███ ███ ██████████████████████████████████████
███ █████████████████████████████████████████
███ ████
███ ███ ███████████████████████████████
███ █████████████████████████
███ ███ ██████████████████████████████
███ ████████████████████████████
███ ██████████████████████
███ ███ ████████████████████ ████████████
███ ██████████
███ ███ ██████████████████
███ ████████████████████████████████



1    ███████████████████████████████████

█    ███████

█                ██████████████████

█        ██    █████

█        ██    ████████

█                        ████████████████████

█            ████████████████████████████████

█            ██████████████████████████████

█            ████████████████████████████████

█        ███████████████

█                ███████████████

█        ██    █████

█        ██    ████████████████████████████████

█    ████████████████████████████████████████

█        ██████████████

█        ██    █████

█        ██    █████████████████

█                    █████████████████████████

█            █████████████████████████████

█            █████████████████████████████

█            ████████████████████████████

█        ████████████

█                ██████████████

█        ██    █████

█        ██    ████████████████████████████████





1

gu

27

20



1 ████████████████████

■ ■ ███████████████████

■ ████████████████████████

■ ■ ██████████████

■ ■ ████████

■ ■ ██████ ███████████████

■ █████████████

■ ■ ███████████████████████

■ ████████████████████████████

■ ████████████████████████

■ ███████

■ ■ ███████

■ ■ ████████████████████████

■ █████████████████████████

■ ████████████████████████████████

■ ███████████

■ ■ █████████████████

■ ■ ████████████████████

■ ■ ████████████████████

■ ███████████████████████████

■ ██████████████████████████

■ ████████████████████

■ ███████████████████████████

■ █████████████████████ ■

■ ████████████████████████████



Page 90



1 ███████████████████████████████████

█ ████████████████████████████████████

█ ████████████████████████████████

█ ████████████████████████████████

█ ███████████████

█                      ██████████████  █████   █████████

█                  █████████   █████████████

█                  █████████████████████████

█                  █████████████████████

█             ███████████   ████████   █████████

█             ████████████████████████████████

█             ██████████████████████████████

█             ████████████

█             ██████████████   ███████████

█             ██████████████████████████████

█             █████████████████████████████

█             ███████████████████████████

█             ██████████████████████

19             MR. VILLACASTIN:  He needs to get the

20      Exhibit, and I want to ask him about.

21             MR. RUZUMNA:  I just don't want you

22      putting -- you're stating facts in the record

23      that we don't have any foundation for.  So I

24      just don't know this.  So I'd prefer that we

25      not state what it is and then ask him likely



Page 92

1          what it is.

2                    MR. VILLACASTIN:  Form, right?

3                    MR. RUZUMNA:  Objection to form.

4                    MR. VILLACASTIN:  Yeah.

5          ████████████████████████████████

█  ████████████████████████████████████████

█  ██████████████████████████████████████

█     ██  ██████████████████████████████████

█     ██  ████   ████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████

█     ██  ██████████████████████

█     ██  ████████████████████████████████

█  ████████████████████████████

█              ██████████████   ████████████████

█     ██  ████████████████████████████  █

█  ████████████████████████████████████████

█     ████████   ██████████████████████████████

█  ████████████████████████████   ██████████████

█  ██████████████████████████████████

█     ██████   ████████████████████████████

█  ██████████████████████████████   ████████████

█  ██████████████████████████████████████████

█  ██████████████████████████████████

█     ██   ████████████████████████████████





1 ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████  ████  ████████

████  ████████████████████████████████████

██████████████████████  ██████████████████████████

████████████████████████████████████████████

██████████████

██  ████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████  ████████████  ██████████████  ████

████████████

██  ████████████████████████████████  ██

████████████████████████████████████

██████████████████████████████████  ████  ████████████

██████████████████████████████████

████████████████████████  ████████████████  ██

████████████████████████████████████████████

████████████████████



1    ██    ███████████████████████████████
     gu
██    █████████████████████████████████████████
     27
██    ███████████
     20
██    ████████████    ████████████    ████████
     24
██    █████████
██    ██    █████████████████████████████
██    ████████████████████    ████████████
██    ██    ███████████████████████████
██    ██    █████████████████████████████
██    ████████████████████████████████████
██    ████████████████████████████████████████
██    ██████████████████████████████████████
██    ████████████████████████████████████
██    ██████████████████████████████████
██    ██████████████    █████████████████    ██
██    █████████████████████████████████████
██    █████████████████████████████████████
██    █████████████████████████████████
██    ██    ██████████████████████████████
██    █████████████████████    ████████████████
██    ██████████████████████████████████
██    ██    ██████████████████████████████
██    ██████████████████████████████████████
██    █████████████████████████████████████
██    ███████████████████████████████



1



1



Page 98

1 ██ ███████████████████████████████████
gu
██ ███████████████████████████████████████
27
██ █████████████████████████████████
20
██ ███████████████████ ████████████████████
██ ████████████████████████████████████████
██ ██████████████████████████████████████████
██ █████████████████████ ██████████████████
██ ██████████████████████ ████████████████████
██ ██████████████████████████████████████
██ ███████████
██ ██ ██████ ████████████████████████████
██ ████████████████████
██ ██ ████████████████████████
██ ██ ██████ █████████████████████████████████
██ █████████████████████████████████████
██ ████████████████
██ ██ ██████ ████████████████████████████
██ ██ ██████████████████████████████████
██ ███████████████████████████████████
██ ██ ████████████████████████████
██ ████████████████████████████ ██████████████
██ ████████████████████████████████████ ██
██ ██████████████████████████████████
██ ████████████████████████████████████████
██ ████████████████████████████████



1



Page 100





1 ███        ████    ██████████████████████

██   gu
     ██████████████████████

██   27
     ████████████████

██   20
     ██   ████████████████████████

██   ██   ████

██   ██   ███████████████████

██   ██   ████

██   ██   ███████████████████

██   ██   ████

██   ██   ████████████████████

██   ██   ████

██   ██   █████████████████    ████████████

██   ███

██   ██   ████████

██   ██   ███████████████████████████

██   ████████████████████████████████████

██   █████████████████

██   ██   █████████████████   ████████████████████

██   ████████████   ███████████████████████

██   ███████████████████████████████

██   ███████████████████████████████

██   ██████████████████████

██   ██   ███████████████████████

██   ████████████████████████████████████

██   ██   ██████████████████   ██████████████





1   █                    ████████████████████   ███████

█   gu
    ███████████████████████████████████████████████

█   27
    ██████████████████████████████████████████

█   20
    ████████████████████████████████████████

█       █████████████████████████████████████████████████

█       ███████████████████████████████████████████████

█       █████████████████████████████████

█   █        █████████

█            █████████████████████████████

█       ████████████████████████████   ██████████████████

█       █████████████████████████████████████████

█       ████████████

█   █        █████████████████████████████

█       █████████████████████████████████████

█       ████████████████████████████████████████

█       █████████████████

█   █    ██   ██   █████████████████████████████

█       ███████████████████████████████

█   █        █████████████████████████

█       █████████████████████████████████

█       ███████████████████████████

█       ███████████████████   ███████████████████

█       █████████████████████████████████████

█       █████████████████████████████████████████

█       █████████████

█            ███████████████████████





1 ████  ████████████████████████████████████
   gu
██ ████  ████████████████████████████████████
   27
██ ████████████████████████████████████████
   20
██ ████████████████████████████████████████

██ ████████████████████████████  ████████████

██ ██████████████████████████████████████

██ ████████████████████████████  ████████

██ ████████████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████

██ ████  ██████████████████████████████

██ ██████████████████████████  ████████████

██ ██████████████████████████████████

██ ████████████████████████████████████

██ ████  ████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████

██ ████████████████████████████████████

██ ████  ████  ████████████████████████████

██ ████████████████████████████████

██ ████████████

██ ████  ██████████████████████████████





1



1     ██          ███████
      gu
██    ██          ████████████████████████████████
      27
██    ████████████████████
      20
██    ██          ████
██    ██          ██████████████████████████████████
██    ████████████    ████████████████
██    ██          ████████████████████████
██    ██          ███████████    ██████████████████
██    ██████████████████████████
██    ██          ████
██    ██          ██████████████████████████████████
██    ████████████████████████    ████████████████
██    ████████
██    ██          ████████████████████████████
██    ██████████████████████████
██    ██          ██████████████████████████
██    ████████████████████████████████████
██    ████████████████████████████████████████████
██    ██          ████████
██    ██          ██████████████████████
██    ██          ████████
██    ██          ██████████████████████████
██    ██████████████████████████████
██    ██          ██████████████████████████████
██    ██████████████████████



Page 110

1   ███ ███████████████████████████
gu
██ ████████████████████████████████████
27
██ ██████████████████████
20
██ ███ ██████████████████████████████
██ ████████████████████████████████████ █
██ ███████████████████████████████████████
██ ███████████████████████████████████
██ ██████████████████████████████████
██ ████████████████████████████████████
███ ██████████████████████████████████████
███ ████ ██████████████████████ ██████████████
███ █████████████████████████████ █████████
███ ███████████████████████████████████████
███ ████████████████████████████████
███ ████████████████████████
███ ██████████████████████████████████
███ ██████████████████████████████ ████
███ ███████████████████████████████████
███ ████████████████████████████████████████
███ █████████████████████████████████████
███ ██████████████████████████
███ ███ ████████████████████████████
███ █████████████████████████████████████
███ ████████████████████
███ ███ █████████████████████████████





1 ██ ███████████████████████████

gu ██████████████████ ██████████████

27 ██████████████ ████████████████

20 █████████████████

██ ██ ██████████████████ ████████

██ ███████████████████████████

██ █████████████████████████████████

██ ████████████████████████████

██ ████████████████████████ █████████

██ █████████████████ ██████████████

██ ██████████████████████████████████

██ ██████████████████████████████████

██ ██████████████████████████

██ ██████████████████████████

██ █████████████ █████████████████

██ ████████████████████████████████

██ ██████████████████████████████

██ ██ ███████████████████████████

██ █████████████████████████████

██ ███████████

██ ██ █████████████████████

██ ██████████████████ █████████████

██ ██████████████████████████████

██ ██████████████ █████████████████

██ ████████████████████████████



Page 113

1 ████████████████████████████████

█ ████████████    ██████████████████

█ ██████    ████████████████████

█ █████████████████

█ ██    ██████████████████

█ ███████████████████████

█ ████████████████████████████████

█ ██████████████████████████

█ █████████████████████████

██         ████████   ████████

██ ██    ██████████████████████

██ █████████████

13    Q.      Does Bella Klein work for you?

14    A.      Bella Klein in 2018 worked for HBRK.

15    ██    ██████████████████████
      gu
█     ██    ████████████████   ████
      27
█     ██████████████████████████
      20
█     ████████████████████

█     ███████████████████████

█     ██████████████████████

█     ████████████████   ████████

█     ████████████████████   ████

█     ██████████   ████████████

█     █████████████████████

█     █████████████████



1 ███████████████████████████████████

█ ████████████████████████████████████████

█ ██████████████████████████  ████████████

█ ███████████████████████████████

█ ███████████████████  █████████████████████

█ ██████████████████████████████

█ ███████████████████  ███████████████████

█ ███████████████████████████

█ ██  ██████████████████████

█ ██  ███████████████████████

█ ████████████████████

█ ██  █████████████████████

█ ██  █████████████  ████████  █

█ █████████████  █████████  ██████████████

█ █████████████████  ███████████████████

█ ██████████████████████████████

█ ███████████████████  ██████████████  █

█ █████████████████████████████

█ █████████████████████  ████████████████

█ ████████████████████████████

█ ████████████████████████████████

█ ████████████████████████████████████

█ ██████████████████████████████

█ █████████████████████████████████

█ ██████████████████████████  █







Page 117

15    A.    No.

16                    MR. VILLACASTIN:  Okay.

17                    MR. RUZUMNA:  Maybe a five-minute

18         break.

19                    MR. VILLACASTIN:  I'll finish up.

20



Page 118



Page 119

7          MR. VILLACASTIN:  Okay.  We can go off.

8          THE VIDEOGRAPHER:  And we are going off

9      the record.  The time is 12:06 p.m.

10      (Whereupon, a short break was taken.)

11          THE VIDEOGRAPHER:  Please stand by.

12      Thank you.  We are back on the record.  The

13      time is 12:17 p.m.

14



Page 120

1    ███ ████████████████████████████████
     gu
███  ███████████████████████
     27
███  ██████████████████
     20
███  ███ █████████████████████████████████
███  ███████████████  █████████████████████

6    Q.    Where were you born and raised?

7    A.    I was born in the Bronx, and I was raised in

8    Rockland County in Monsey and New City.

9    Q.    So you went to high school in Rockland County?

10   A.    Yes.

11   Q.    Where did you go to school?

12   A.    I went to college, I went to Syracuse

13   University.

14   Q.    What year did you graduate?

15   A.    1994.

16   Q.    What did you major in?

17   A.    Accounting.

18   Q.    When did you get your CPA?

19   A.    Maybe a year and a half later, maybe 2000 --

20   I'm sorry -- maybe 1996.

21   Q.    What did you do after college?

22   A.    I worked for accounting firms.

23   Q.    Can you list your employers and your years of

24   employment from 1994 to 2005?

25   A.    1994 to 2005.  1994 I was employed by Coopers &



Page 121

```
 1        Lybrand.  I believe in 1996, I was employed by Richard

 2        A. Eisner & Company.  And in -- bless you -- in 1998, I

 3        was employed by a firm KHNH, an accounting firm.  And I

 4        think that's all, as I recall, for my employers.

 5        Q.      And you were an accountant at all of those

 6        positions?

 7        A.      All of those positions, I was an accountant

 8        and -- yes.

 9        Q.      You have a master's in taxation?

10        A.      I received a master's in taxation from Pace

11        University.

12        Q.      In 1999?

13        A.      Are you asking if I received it in 1999?

14        Q.      Or just when did you receive it?

15        A.      I don't recall the exact dates, but your guess

16        or your inquiry of '99 sounds about right.

17        Q.      And was that, like, night school or did you

18        take time off from --

19        A.      Night school.

20        █   ████    ████████████████
     gu
     █  ██████████████████████   ████
     27
     █  █████████████████████  ██████
     20
     █  ████████████████  ██████████████
     █  █████████████████████████████████
     █  ██████████████████████████
```



Page 122



1



Page 124

1  ███ ████████████████████████████████
   gu
██ 27 ██████████████████████
██ 20 █████████████████████████
██ ██ ████████████████████████████████████
██ ████████████████████████████████████

6  Q.      What years did you work at New York Strategy

7  Group?

8  A.      I believe I worked or was employed by New York

9  Strategy Group from 2005 through 2000 -- maybe the end

10 of 2008, and I believe HBRK was formed in 2008, but

11 maybe their first year of operations was 2009.

12 ███ ████████████████████████████████
   gu
██ 27 ██████████████████████████████
██ 20 █████████████   ████████████████
██ █████████████████████████████████████
██ ████████████████████████████████
██ █████████████   █████████████████
██ ███████████████████████████████
██ █████████   █████████████████████
██ ████████   ████████████████████████
██ ███████████████████████████████████
██ █████████████████████████████████████
██ ████████████████████████████████
██ █████████████████████
██ ███████████████████████████



1 ███████████████████████████████████

██ ████████████████████████████████████████  ████

██ ███████████████████  █████████████████████████

██ ████████████████████████████████████████

██ █████████████████

██      ██████████████████████████████

██ ████████████████████████████  █████████████████

██ ██████████████████████████

██     ██  ███████████████████████████████████

██ ███████████████  ██████████████████████████

██ ███████████████

██     ██  ███████████████████████████████████

██ █████████████████████████████████████████████

██ ███████████████████████████████████  ███████████

██ ██████████████████████████

██     ██  ████████████████████████████████████

██ ████████████████████████████████

██     ██     ████████████████

██     ██  █████████████████████████████████████

██     ██  █████████████████████████████

██     ██  ████████████████████████████████████

██ ███████████████████████████████

██     ██  ██████████████████████████████████

██ ███████████████████████

██     ██     ██████



Page 126

1 ███ ████████ ██████████

█ gu ████████████████████████████ █

█ 27 ████████████████████████████████

█ 20 ███████████████████████████████████

█ █████████████████████████████████

█ ███ ████████████

█ ███ ███

█ ███ ██████████████

█ ███ ████

█ ███ ███████████████████████

█ ███ ███

█ ███ █████████████

█ ███ ████████████████

█ ██████████████████

█ ███ ████████████████████████

█ ████████

█ ███ ██████████

█ ███ █████████████

█ ███ ███

█ ███ ██████████████████████████

█ █████████████████

█ ███ ██████████████████████

█ █████████████████

█ ███ ██████ ██████████████████

█ ██████████████ ████████████████



1



Page 128

1    ███████████
     2024
█    █    ████████
█    █    ███████████████████████
█    ████████
█    ██    ██████████████████████
█    ██    ██████████████████████
█    ██████████████████████████████
█    █████████████████████████████
█    ████████████████████
█    ██    █████████████████████
█    █████████████████████████
█    █████████████████████████████████
█    ████████████████    ████████████████
█    ██████
█    ██    ██████████████████████
█    ████████████████████
█    ██    ████    ██████████████████    ████████
█    ████████████
█    ██    ██████████████████████
█    █████████████
█    ██    ██████████████████████
█    ████████    █████████████████████
█    █████████████████████████
█    ████████████████████████████
█    ████████████████████████████



1



Page 130

1

24          MR. VILLACASTIN:  I'll introduce

25          Exhibit 10.



Page 131

1                    (Whereupon, HBRK_JD3_019097-105 was

2             marked as Kahn Exhibit 10, for identification,

3             as of this date.)

4    Q.       For the record this is HBRK_JD3_019097.  Can

5    you identify the document, please?



Page 132



1  ██ ▆▆▆▆▆▆▆▆▆▆▆▆
gu
██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
27
██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
20
██ ▆▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆
██ ██ ▆▆▆▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
██ ██ ▆▆▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆
██ ██ ▆▆▆▆▆
██ ██ ▆▆▆
██ ██ ▆▆▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆
██ ▆▆▆▆  ▆▆▆
██ ██ ▆▆▆▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆  ▆▆▆
██ ██ ▆▆▆▆▆▆▆▆▆▆▆▆
██ ▆▆▆▆▆▆▆▆▆▆▆▆



1 ███████████████████████████████████

  ██████████████████████████████

  ██  ███  ████████████████████████

  ████████████

  ██  ███  █████████████████████████

  ████████████████████████████

  ████████

  ██  ████████████████

  ██  ███████████████████████

  ████████████████████████████

  ████████████

  ██  ████████████████████████████

  ██  ██████  ███████████████████

  ██  █████████████████████████

  ███████████████████

  ██  ████████████████████████████

  █████████████████████████████████

  ██████████████████████████████

  ██████████████████████████████████

  ███████████████████

  ██  ██████████████████████

  ██  ██████████  ███████████████████

  ██████████  █████████████████████

  ██  █████████████████████████  ███

  █████████████████████████████████





Page 136

1 ████████████████████████████████

████████████████████████████████████  ████████████

███████████████████████████████  ████████████████

████████████  ██████████████████████████████

████████████████████████████████████████

████████████████████████████████  ████████████

██████████████████████████████████████████

██████████████████████████████████████

██████████████████████████  █████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████

██  ██████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

██  ██████████████████████████████████

██████████████████████████████████

██████████████████  ████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

██████████████  ████████████████████████████



1



1   █████████████████████████    ███████████████
█  gu
   █████████
█  27
█  ███████████████  ████████████████████  ████
█  20
█  ████████████████████████████████████████████
█  ██████████████████████████████████████████████
█  ████████████████████  ███████████████████  █
█  █████████████████████
█  █  ██████████████████████████
█  █  ███████████████████████
█  █████████████████  ███████████████████  ██
█  █████████████████████████████████████████
█  █  ████
█  █  ████  ████████████████████████████████
█  ██████████████████████████████████████████████
█  █  ████
█  █  █████████████████████████████████████
█  ████████████████████████████████
█  █  ███
█  █  █████████████████████████████████████
█  █████████████████████████████████
█  █  █████
█  █  █████████████████████████████████████
█  ████████████████████████████████
█  █  ██████████████████████████████
█  █  ██████████████████████████  ██████████████





Page 140

1  ██ ███████████████████  ███████████
gu
██ ████████████████████████████████████
27
██ █████████████████████████████████████████
20
██ █████████  █████████████████████████████
██ ██████████████████████████████████████
██ ████████████████████████████████████████
██ ████████████████  ██████████████████████
██ ██████████████████████████████████████████
██ ███

██ ██ ██████████████████████
██ ██ ████████████████████
██ ██ ████████████████████████████
██ █████████████████████████████
██ ██ ███████████████████████████████
██ ████████████████
██ ██ ███████████████████████████
██ ████████████████████████████████
██ ████████████████
██ ██ ███████████████████████████
██ ██████████████████████████████████████
██ ████████████████  ██████████████
██ ██ ███████████████████████████
██ ████████████████████████████
██ ██ ███████████████████████████
██ ██████████████



1 ██ ████████████████████████

gu

██ ████████████████████████████

27

██ █████████████████████████████

20

██ ███████████████

██ ██ █████████████████████████ ▌

██ ███████████████████████████

██ ████████████ ████████████████

██ █████████████████████████

██ ██████████████ ████████████████

██ █████ ███████████████████

██ █████████████ ████████████████

██ ███████████ ████████████████

██ █████████ ██████████████████

██ ██████████

██ ████████████ ████████████

██ ██████████████████████████████

██ ████████████████████████

██ ██████████████████████████

██ ██████████████████████████

██ ████████████████████████████████

██ ████████████ ██████████████████

██ ██ █████████████████████

██ ███████████████████████████

██ ████████████████████████ ██████

██ █████████████████████████████







1 ██                    ████████████████████████
       gu
██    ██                ████████████████████████████
       27
██    ██                ██████████████████████████████
       20
██    ██                ███████████████████████

██    ████████████

██    ██                ████████████████████████████

██    ████████████████████████████████████████████████████

██    ████████████████████████████████████████████████  █

██    ██████████████████████████████████████████████████

██    ████████████████████████████████████████████████████

██    ████████████

██    ██                ████████████████████████  █████

██    ████████████████████████████████████████████████

██    █████████████████████████████████████████████

██    ████████████████████████████████████████████████

██    ██████████████████████████████████████████████████

██    █████████████████████████████████████████████

██    ████████████████████████████████████████████████████

██    ██████████████████████████████████████████

██    ██                ██████████████████████████████

██    ██████████████████████████

██    ██                ██████████████████████████████████

██    ████████████████████  ████████████████  ████████████████

██    ██████████████████████████████

██    ██                ████████████████████████████████



1 ██████████████████████████████

██ ██ ████████████████████████████████

██ ██████████████████████ ██ ███████████

██ ████████████████████████████████████

██ ████████████████████████ ██████████████

██ ████████████████████

██ ███████████████████████████

██ ████████████████████████████████

██ ████████████ ██████████████████████████

██ ████████████████████████████

██ ██ ████████████████████████████

██ ██████████████████████████

██ ██ ████████████████████████████

██ ████████████

██ ██ ██████████████████████████████

██ ████████████████████████

██ ██ ████████████████ ████████████████

██ ████████████████████████████████

██ ████████████████ ████████ ██████████████

██ ████████████████████████████████

██ ████ ████████████

██ ██ ████████████████████████

██ ██████████████████████████

██ ████████████████████████████████

██ ██ ██████████████████████████ ████





1 ■ ███████████████████████
gu
■ ████████████████████████████
27
■ ████████████████████████████
20
■ ████████████████████████████
■ ████ ██████████████████████████
■ ████████████████████████ ████
■ ████████████████████████
■ ████████████
■ ████ ████████████████████
■ ████ ████
■ ████ ██████████████
■ ████ ██████████████
■ ████ ████
■ ████ ██████████████████████
■ ████████████████████████ ████
■ █████████████████████████████████
■ ████████████████████████████
■ ███████████████████████████ ██
■ ████████████████████████
■ ██████████████████████████
■ ████████████████████
■ ████ ████ ██████████████ ████████
■ ████████████████████████
■ ████████████████████
■ ████████████ ████████████████





1



1



Page 151

1   ██ ████████████████████████████████
gu
██ ███████████████████████████████████████
27
██ ████████████████
20
██ ██ ██████████████████████████ ███████
██ ███████████████████████████████████████████
██ ██████████████████████
██ ██ ████████████████████████
██ ██ ██████████████████████████
██ ████████████████████████████████████
██ ████████████████████████████████████
██ ████████████

12              MR. VILLACASTIN:  Okay.  We can go off.

13              THE VIDEOGRAPHER:  We are going off the

14       record.  The time is 1:06 p.m.

15              (Whereupon, a luncheon recess was taken

16       from 1:06 p.m. to 1:40 p.m.)

17              THE VIDEOGRAPHER:  Please stand by.  We

18       are back on the record.  The time is 1:40 p.m.

19   BY MR. VILLACASTIN:

20   ██ ██████████████████████████████
gu
██ ██████████████████████
27
██ ██ ████████████████████
20
██ ██ ██████████████████████████
██ ██████████████
██ ██ ████████████████████ ███████████████████



1





1 ███████████
2024

█  █        ██

█  █   ████████████

█  █   ████  █████  █████  ████████

█  ████████████████

█  █   ██████████████████

█  █████████████████

█  █   ████████████████

█  ████████████████████

█  ████████████  ████████████

█  ████████████████████████████

█  ████████████████████████████

█  ██████████  ████████████████

█  ████████████████████████████

█  █   ████████████████

█  █   ██████████████

█  ████████████████████

█  ██████████████████████████████

█  ██████████████████

█  ████████████████  ████████████

█  ████████████████████████████

█  ████████████████  ████████████

█  ██████████

█  █   ████████████████

█  ████████████████████████████





1

gu

27

20



1   █
        gu
█               ████████████████████████████████
        27
█               ██████████████████████████
        20
█       █       ████████
█       █       ██████████████████████
█   ████████
█       █   ███
█       █   ██████████████████████
█   ████████  ████████████████████
█   ████████████████████████████  ▌
█   ██████████████████████████████████
█   ████████████████████
█       █   ████████████
█       █   ████████████████████
█   ██████████████████████████
█   ██████████████████████  ▌
█   █████████████████████  ████████████
█   ██████████████████████  ████
█   ████████████████████████████████
█   ████████████████████████████████
█   ██████████████████
█       █   ████████████████████
█       █
█       █   ████████████████
█       █   ████████████████████████



Page 158

1

19          MR. VILLACASTIN:  I'll introduce

20     Exhibit 11.

21               (Whereupon, KAHN_00011628 was marked as

22     Kahn Exhibit 11, for identification, as of this

23     date.)

24     Q.     For the record, it's KAHN_0011628.  Can you

25     identify the document, please?



1    ██ ████████████████████████████████
gu
██ ██████████████████
27
██ ████████████████████
20
██ ██ ████████████████████████████████████
██ █████████████████████████████████
██ ██████████████████
██ ██ █████████████████████████████████
██ ████████████████████████████████
██ ████
██ ██ ███
██ ██ █████████████████████████████
██ ██████████████████████████
██ ██ ████████████████████████ ███
██ ████████████████ ████████████████ █
██ █████████████████████████████████████
██ ████████████████████████████
██ ███ ████████████████████████
██ ███████████████████████████████
██ ████████████████████████████
██ ███████████████████████ ████████
██ ██████████████████████████████
██ ████████████████████
██ ██ ██████████████
██ ██████████████████████ ██████████
██ █████████████████████ ███████████



Page 160



Page 161

1 ███████████    ████████████████████

■ ████████████
2024

■    ■    ████████████████    █████

■    ■    ████████████████

■    ■    ████████████████████████

■    ■    ███████████████████████████

■    ■    ██

■    ■    ██████████████████

■    ■    █████████████    ████████████████

■    ██████    █████████████████

■    ■    ██████████████████

■    ■    ████████████████████████

■    ■    █████████████

■    ■    ██████████

■    ■    ██████████████████████

■    ███████████████████

■    ■    ████████████████████

■    ■    ███████████████

■    ■    ████████████████████████████

■    ████████████████████

■    ■    ███████████████████████

■    ███████████████████

■    ■    ███████    ███████    █████████

■    ██████████████████

■    ■    ██████████████████



Page 162

1



1     ███████████
      2024
█   █   ████████████████████████████
█   █   ██████████████████
█   █   █████████████████   █████████
█   █   ██████████████████████████
█   █   ███████████   █████████   █████████████
█   █   ████████████████████████████
█   ███████████
█   █   █████████
█   █   ███████
█   █   ██████████████████
█   █   ███████████████████████
█   █   ███████████████████████
█   █   █████████████████████████████████
█   █   █████████████████████████████████
█   ████████████
█   █   ████████████████████████████
█   ██████████████
█   ████████████   █████████   █████████
█   █████████
█   █   ████████████████████████████
█   ███████████████████
█   █   ███████
█   █   ████████████████████   ██████████████
█   ████████   ████████████



Page 164

1 ██ ████████████████████████
██ gu
██ ████
27
██ ████████████████████████
██ 20 ██ ████
██ ██ █████████████
██ ██ ████████████████████
██ ████████  ███████████████████████
██ ████████████████████
██ ██ ████████████████
██ █████████████████████████████
██ █████████████████████████████
██ ████████████████████  ████████████████
██ █████████████████████████
██ ███████████████████████████████
██ ██ █████████████████████
██ ███████████
██ ██ █████████████  ███████████████
██ ████████████████████████████
██ ███████████████████████████████
██ ████████████████████
██ ██ █████████████████
██ ███████
██ ██ █████████████████████
██ ████████████████  ██████████████
██ ████████████████████  ████████





Page 166



1 ███████████

■ ■ ███████████████████████████

■ ██████

■ ■ ████████████████████████

■ ████████████████████████████

■ ███████████████  ███████████████████

■ █████  ████████████████████████

■ ████

■ ■ █████████████████████

■ ████████████████

■ ■ ███████████████████████

■ ██████████████████████████

■ ██████████████████████████

■ ██████████████████████████

■ ██████████████████████████

■ ███████████████████████████

■ █████████

■ ■ ███████████████████

■ ■ ███████████████

■ ■ █████

■ ■ ████████████████████

■ █████  ██████████████████████████

■ ████████████████

■ ■ ███████████████

■ ■ ██████████



Page 168

1       ███  ████████████████████████
        gu
██  ████████████████████████████████████
        27
██  ██████████
        20
██  ██  ██████████████████████████
██  ██████   ███████████
██  ██  ██████████████████████████
██  ███████████████████████████████████████
██  ████████
██  ██  ███████████████████
██  ██  ██████████████████████████
██  ████████████████
██  ██  ██████████████████████████
██  ██████████████
██          ██████  VILLACASTIN:  I'll give you

15          Exhibit 12.

16                  (Whereupon, KAHN_00005240 was marked as

17          Kahn Exhibit 12, for identification, as of this

18          date.)

19      Q.  For the record, it's KAHN_00005240.

20          Can you identify the document?

21      A.  ██████████████████████████████

██  ██████████████████████████

██  ██  ██████████████████████████████

██  ████████████████████████████████

██  ██  ██████████



Page 169

1 ████ ████████████████████████
gu
████ ██████████████████████████
27
████ ████████████████████  ████████████
20
████ ████ ████████████████████████████

████ ██████████

████ ████ ██████████████████████████████

████ ████████████████████████████████████████

████ ██████████  ██████████████████████

████ ████████████████████████████████████

████ ██████████████████████████████████

████ ██████████████████████████████████████████

████ ████████████████████████████████

████ ████████████████  ████████████████████

████ ██████████████████

████ ██████████████████████████████

████ ████████████████  ████████████████████

████ ██████████████████████  ████████████████

████ ████  ████████████████████████████████

████ ████████████████  ██████████████████

████ ████ ██████████████████████████

████ ██████████████████████████████████

████ ████████████████████████████

████ ██████████  ████████████

████ ████ ████████████████████████████

████ ████████████████████████████





Page 171

1 ████████████████████████████████

█ ██████████████████████████████ ████████

█ ████████████████████████████████

█ █████████████████████████████████

█ ███ ████████████████████████████

█ ████████████████████████████████████

█ ███████████████████████████

█ █████████████ ████████████

█ ██ ████████████████

█ █████████████ █████████████

█ █████████

█ █████████ ███████████

█ █████████ ████

█ ███████████████████

█ ███████████████████████████

█ █████████████

█ ██ ████████████████████

18          (Whereupon, a discussion was held off the

19     record.)

20     A.     Would you like me to read this document or look

21     at it.

22     Q.     Yes, please.

23     A.     Okay.  I skimmed it.

24               MR. RUZUMNA:  Take your time to read it

25          because it's only one page.



1



Page 173



Page 174



1 ██ ████████████████████
gu ██████████████████████████
27 ████████████████  ██████████
20 ██████████████████████████
██████████████████████████
██████████████████████
████████████████████████████
████████████████████
██ ██████████████████
██████████████████████████
██████████████████████████
██████
██ ██████████████████
████████  ████████████████
██████████████  ██████████████
██████████████████████████
████
██████████  ██████████████
████████████████████████
██████████  ██████████  ████████
██████████████
██ ████████████████████
██████████████████████
██████████████
██ ████████████████████



Page 176



1  █████████████████████

█  █  ███████████████████████  ████████

█  ████

█  █  ███████████████████████████  █

█  ███████████████████  ██████████

█  ███████████████████████████

█  █  █████████████████████████

█  ████████████████████████

█  ████████

█  █  █  ██████████████████████

█  ████████████████  ████████████████

█  ████████

█  █  ███████████████████████████

█  ████████████████████████

█  █████████████████████

█  ████████  ██████  ██████

█  ████████

█  █  ███████████████████

█  █  ████████████████████

█  ████████████████████████████

█  ████████████  ████████████████████

█  ██████████████████████

█  ████████████████████████

█  ████████  ████████

█  █  ██████████  ████████████



1 ██████████    ████████████████████████████████
██  2024
██  ███████████████████████████████████████████████
██  ███    ███████████████████████████████████
██  ████████████████████████████████████████
██  ████████████████████████████
██  ███    ███████████████████████████████████
██  ██████████    █████████████████████████████
██  ███████████████████    ███████████████████
██  █████████████████████████████████████████████
██  █████████████████████████████████████████████
██  █████████████████
██  ███    █████████████████████████████████████
██  ███████████████████████████████████
██  ███    ██████████████████████████████
██  █████████████████████████████████████
██  █████████████████████████████████████
██  ██████████████████████████████████████████
██  ███████████████████████████████████████████████
██  █████████████████████████████████
██  ████████████████████████████████████████
██  ████████████████████████████████████████
██  ████████████████████████████████████
██  ████████████████████████████████████████
██  ███████████████████
██  ███    ████████████████████████████████





1  █ ███████████████████████████████████████████
gu
█ ████████████████████████████████████████████████
27
█ █████████████████████████████████████████
20
█ ████████████ ████████████████████████████████████

█ ████████████ ████████████ ████████████████

█ ██████████████████

█ █████████████████████

█ ███ ████████████████ █████████████████

█ █████████

█ ███ ████████████████████████████

█ ████████████████████████████████████████

█ █████████████████████████████████████████

█ █████████████████████████████

█ ███ ██████████████████████████████ ████

█ ███████████████████████████████████████████████

█ ███████████████████████████████████████

█ █████████████████████ ██████████████████

█ ███████████████████████████████████████████████

█ █████████████████████████

█ ███ ██████████████████████████████████████

█ ████████████████████████████████████████████████

█ ███████████████████████████████████████████

█ █████████████████████████████████████████

█ ████████████████ ████████████████

█ ███ █████████████████████████████████





Page 182



1    ███    ██████████████████████████

gu
██    ████████████████████████████████████

27
██    ███████████████████████████████████████

20
██    ████████████

██    ███    █████████████████████

██    ███    ██████████████████████████████████

██    ███    ████████████████████████████

██    ████████████████████████████████████████

██    █████████████████████████████████████████

██    ██████████████████████████████████

██    ███████████████████████████████████

██    ███████████████████████████████████████

██    ██████████████████

██    ███    █████████████████████████████████

██    █████████████████████

██    ███    ████

██    ███    ██████████████████████    ███████████

██    ██████████████████████████████████████████████

██    ████████████████████████████████

██    ██████    █████████████████████████

██    ████████████████

██    ███    ████

██    ███    ████████████████████

██    ███    ███████████████████████████████

██    █████████████████████████████████







1        ███        ████████████████████
██        gu       ██████    ████████████████████
██        27
██        ███
██        ██        ████████████████████
██        ███████████████    ████████████████
██        █████████████████████████████
██        █████████████████████████
██        ██████
██        ██        █████████████████████
██        ████████████████
██        ██        ███
██        ██        ████████████████
██        █████████████████████████
██        ███████
██        ██        ███    ████████████████
██        ████████████████████
██        █████████████████████████
██        ████████████████████████
██        ████████████████████
██        ██████
██        ███████████████
██        ████████████████████    ██
██        ██████████████    █████████
██        ████████    ████████████████
██        ██████████████



Page 187



Page 188

1 ███ ████████████████████████████████████
gu
███ ████████████████████████████████ ████
27
███ ████████████████████████████

4                 MR. VILLACASTIN:  I'll introduce

5          Exhibit 14.

6                 (Whereupon, KAHN_00007007-018 was

7          marked as Kahn Exhibit 14, for identification,

8          as of this date.)

███ ███ ████████████████████████████

u
███ █████ ██████████████████████████████████

u
███ ████████████████ ██████████████████

t
███ ████████████████████ ████

7
███           █████████ ████████ ██████████

2
███        █████████████

2
███           █████████ ██████████

███           █████████

███           █████████ ██████

███ ███ ██████████████████████████████

███ ████████████████████████████████

███ ███ ████████████████████████ ████

███ ████████████████

███ ███ ██ ██████████████████████████

███ █████████████████████████████████

███ █████████ █████████████████████████

███ █████████████





Page 190

1  █████████████████████████████████████

█  █████████████████████████

█  ████████████████████████████████████

█  ████████████████████████████████████████

█  ██████████████████████████████████████

█  ████████████████████████████████████████

█  █████████████████████████████████████████

█  ███████████████████████████████████████

█  █████████████████████████████████████

█  ████  ████   ████████████████████████

█  ██████████████████████████████████████

█  ████████████████████  ███████████████

█  ████████████████████████████████

█  ██████████████  ████████████████

█  ████   ████

█  ████   ██████████████████████████████

█  ██████████████

█  ████   ██████████████████████████████

█  ██████████████████████████████████

█  ██████████████████████████████████████

█  ██████████████████████████████████████

█  ████████████████████████████████████████

█  ██████████████████████████████████

█  ██████████████████████  ████████████████

█  ██████████████████████████████████





1



Page 193

1    ███████████    ████████████████████████████

     2024

███    ████████████████████████████████████

███    ███████████████

███        █████████████████████████████

███    █████████████████████    ███████████████████

███    █████████████████████████    █████████

███    ██████████████████████████████████████

███    ██████████████████████████████████████

███    ████████████████████████████████

███    ███    ██████████████████████████████

███    █████████

███    ███    ████████████████████████████

███    ████████████████████

███    ███    ██████████████████████████████

███    ███████████████████████████

███    ███    ██████████████████████████████

███    ████████████████████████████████    ███

███    ████████████████████████████████████

███    ████████████████████████████████████

███    ███    █████████████████████████████

███    ███    █████████████████████████████

███    ████████████████████████████████

███    █████████████

███    ███    ████████████████████████████████

███    ███    ████████████████████████    █████████████



1



1  ███ ████ █████████████████████

███  gu
     ████████

███  27
     ███ █████████████████

███  20
     ███ ██████████████████████████

███  ███ ████████████████████████████

███  ██████████████

███  ███ ██████████ ████████████████

███  ███ █████████████████████

███  ████████████████████████████████

███  ██████

███  ███ ███████████████████████████████

███  ████████████ █████████████████████

███  ██████████████████████████████

███  ████████████████████████████████████

███  ██████████████████████████████████

███  ████████████████████████████████

███  ███████████ █████████████████████

███  ████████████████████████████████

███  █████████████████████ ████████████████

███  ██████████████████████████████

███  ███████████████████████

███  ███ ███████████████████████████

███  ████████████████████████████████

███  ██████████████████████████

███  █████████████ ██████████ ████████



Page 196

1                    ████
                     2024
█    █    ███████████████████    ████████████
█    ██████████████████████
█    █    ███████████████████████████
█    █████████████████████████
█    █    ████████
█    █    ███████████████████
█    █    ████████████████████████
█    ████████████████████████████████    █
██   █████████    ██████████████████████
██   ██████████████████████████████████
██   ██████████████
██   █    ██████████████████████████
██   ███████████████████████████
██   █    ███████████████████████████
██   █████████
██   █    ██
██   █    ███████████████████████
██   ████████████████████████████████
██   ████████████████████████████████
██   ██████████████████████████████
██   █████████████████████████████████
██   ████████    ████████████████████████
██   █    ███████████████████████
██   ██████████████████



Page 197

1       ██  ███████████████████████████████████
        gu
██      ██████   ████████████████████████████████████████
        27
██              █████████████████████████████████████
        20
██              ████████████████████████████████████████
██              ██████████████████████████████████████████████
██              █████████████████████████████   █████████████████
██              ████████████████████████████████████
██              ███████████████
██      ████    ████████████████
██      ████    ████████████████████████████████████████
██      ███████████████████   ████████████████████████████
██      ████    ██████████████████████████████████
██      ██████████████   █████████████████████████████████
██      ████    ████████████████████████████████
██      ██████████████████████████████
██      ████    ████████
██      ████    ████████████████████████████████████████  █
██      ██████████████████████████████████████████████   ████████
██              ████████████████████████████████████████
██      ████    ██████████████████████
██      ████    █████████████████████████████████████
██      ████    ████████████████████████████████
██      ██████████████████████████████████████
██      ████    ████████████████████████████████
██      ████    █████████████████████████████████



Page 198

1    ████████████████████████████████████████████

▇    ██████████████████████

▇    ███    ██████████████████████████

▇    ████████████████████    ██████████████████

▇    ██████████████████████████████████████████████

▇    █████████████████████████████████████

▇    ████████████████████████████████████████

▇    ██████████████████████████    ██████████

▇    ██████████████████████████████████████████████

▇    ██████████████████████    ████████████████

▇    ██████████████████████████████████████████████

▇    ████████████████████████████████████████

▇    ████████████████████████████████████████

▇    ████████████

15                    MR. VILLACASTIN:  I'll introduce

16          Exhibit 15 first.  I'll read into the record

17          it's KAHN_00007019.

18                    (Whereupon, KAHN_00007019-020 was

19          marked as Kahn Exhibit 15, for identification,

20          as of this date.)

21    ██    ████████████████████████████████
      gu
▇    ██    ██████████████████████    ██████████████
          27
▇    ██    ██████████████████████████████
          20
▇    ████████████████████    ████████████████████

▇    ██    ████████████████████████████████



Page 199

1  ██████████████████

██  ██  ████████████████████████████████

██  ████████████████████

██  ██  ██████████████████████████  █████

██  ████████████████████████████  █████

██  █████

██  ██  ████████████████████████

██  ████████████████████

██  ██  ████████

██  ██  ████████████████████████

██  ████████

██  ██  ████████████████████████

██  ██████████████████████████████

██  █████████████████████████████

██  ████████████

██  ████████████  ████████████████

██  ████████████

██  ██  ████████████  ████████████████████

██  ████████████  ████████  ████████  ██

██  ██████████████████████████  █████

██  ██████████████████

██  ████████████  ██████████████████████

██  ████████

██  ████████████  ████████████████

██  ████████████████████████



1    ███    ████    ████████████████████████
gu
███    ██████████████████████████████████████
27
███    █████████████████████████████████████
20
███    ███████████████████████████████

███    ███    ██████████████████████████████████

███    ██████████████████████████████████████████

███    ████████████████████

███    ███    ██████████████████████████████████

███    ████████████████████████████    ██████████████

███    ████████████████████████████████████

███    ██████████████

███    ███    ████████████████████████████████

███    ██    █████████████████████████████████████

███    ██████████████████████████████████████████████

███    ██████████████████    ██████████████████████████

███    ████████████████████████████████████████████████

███    ██████████████████████████████████████████

███    ██████████████████████

███    ████████████████    ██████████████████████

███    ████████████████████

███    █████████████████    ██████████████████

███    ███    ██████████████████████████████████

███    ████████████████████████████████████

███    ███    ███████

███    ███    ████████████████████    ██████████████████





Page 202

1 ████████████████████████

█ ████████████████████████████

█ ███████████

█ █ ████  ██████████████████

█ █████████████

█ █ ████████████████████████

█ ████████████████████████████

█ ███████████  ████████████████

█ █████  █████████

█ █ ██████  █████  ██████████

█ █████████████████████████████

█ ████████████████████████████████

█ ████████████████████

█ ███████████  ████████████

█ █ ████████████████████████████

█ ███████████████

17          MR. VILLACASTIN:  Thank you.  Okay.  We

18     can take a break.

19          THE VIDEOGRAPHER:  We are going off the

20     record.  The time is 2:58 p.m.

21     (Whereupon, a short break was taken.)

22          THE VIDEOGRAPHER:  Please stand by.  We

23     are back on the record.  The time is 3:13 p.m.

24 Q.  ████████    ████████████████
      2024

█ █████████████████████████



1 ████████████████  ██████████████████████

  █  ████████████████████████████████

  █  ██  ████████

  █  ██  ███████████████████████████

  █  ██████████████████████████████

  █  ██  █████████████████████████████

  █  ████████████████████████

  █  ██  █████████████████████████

  █  ██████████

  █  ████████████  ██████████████████

  █  ████

  █  ██████████████  █████████████

  █  ████████████

  █  ████████████  ████████████

  █  █████████████████████████

  █  █████████████

  █  ██  ███████████████████████████

  █  ██████████████████████  ███████████

  █  ██  ████████████████████

  █  ████████████████████████████

  █  ███████████

  █  ██  ███████████████████████████

  █  ████████████████████████████████

  █  ██████████

  █  ██  ███████████████████



Page 204

1      ▮ ██████████████████████
       gu
▮      ███████████████████
       27
▮      ████ ██████████████
       20
▮      ████████████████████████████
▮      ████████████████████████████
▮      █████
▮                     ██████ ██████
▮                     █████████
▮      ▮ ██████████████████████
▮      ███████████ ████████████
▮      ████████████████████████████
▮      ██████████████████████
▮      █████

14     Q.      Your wife is Lisa Kahn, correct?

15     A.      Correct.

16     ▮ ████████████████████
       gu
▮      ████████
       27
▮      ████████████████████
       20
▮      ████████████████████████████
▮      ███████████
▮      ▮ ████████████████
▮      ▮ ████████ ██████████
▮      ▮ █████████████████
▮      ▮ ███████
▮      ▮ █████████████████





1 ██████████████████   ████████████████████

██ ████████████████████████

██ ██ ██████████████

██ ██ ████   ████████████████████

██ ███████████████████████████████████

██ ████████████████████████████████████

██ █████████████████████████████████

██ █████████████

██ ██ █████████████████████   ████████

██ ████████████████████████████████████

██ ████████████████████████████████

██ ██████████████   ███████████████

██ ████████████

██ ██ ██████████████████████

██ █████████

██ ██ ███

██ ██ ████████████████

██ ██ ███

██ ██ ███████████████████

██ ████████████████████████████████

██ ██ ████████████████████

██ █████████████████████████

██ ██ ███████████████████████

██ ████████████████████████

██ ██ ████████████████████





1  ██ gu ████████████ █████████████████

██ ██████████ ███████████████
27

██ ██████
20

██ ██ ████████

██ ██ ████████████

██ ██ █████████

██ ██ ██████████

██ ██ █████████████████████

██ ████████████████████

██ ██ ███████████████

██ █████████████████

██ ██ ███ ██████████████████

██ ██████████████

██ ██ ███████████████

██ █████████████

██ ██ ████████

██ ██ ███████

██ ██ █████████

██ ██ █████████████

██ ██ ███████████

██ ██ ██████

██ ██ █████████████████

██ █████████████████████

██ ██ ██████████

██ ██ ████████████



1 ██      ████████
          gu
██        ██      ██████████████████████
          27
██        ██      █████████████████████  ████████
          20
██        ██████████

██        ██      █████████████████████████████

██        ██      ████████████████████████

██        ██████  ████████████████████

██        ██      ████████████████████████

██        ███████████████████████

██        ██      █████████████████

██        ██      ████████████

██        ██      ███████████████████████

██        ██████████████████

██        ██      ███████████████████████

██        ██      █████████████

██        ██      ████████████████████

██        ██      ████████████

██        ██      ██████████████████

██        ██      █████████████

██        ██      █████████████████████████████

██        ██      ██████████████████████████

██        ██      █████████████████

██        ██      ██████████████████

██        ██      █████████████████████████████

██        ██████



1  ██  ████████████████
     gu
██  ██  ██████████████████████████
     27
██  ██  ███████████████████████████ ▌
     20
██  ████████████████████

██  ██  ██████████████████████████

██  ███

██  ██  ████████████████████

██  ████

██  ██  ██████████████████████

██  █████████

██  ██  ████████████

██  ██  ███████████████

██  ██  █████████████████

██  ██  ██████████████████████

██  ████████████████████

██  ██  ██████████████

██  ██  █████████████████████

██  ██████████████

██  ██  █████████████████████

██  ████████████████████

██  ██  ████████████████████████

██  ███████████████████████████████

██  ██████████████████████

██  ██  ████████████████████ ███

██  ███████████



Page 211

1    ██ ████████████████████████████
     gu
██   ██████
     27
██   ██ ███████████████████████
     20
██   ████████████████████
██   ██ ███████████████████████████
██   ██ █████████████████████████
██   ██ ████████████████████████████
██   █████
██        ██████████  ██████████████████
██   █████████████████████████
██   ██ ████████████████████████████
██   █████████████
██        █████████████  ███████████████
██   ███████████████████████████████
██   ██████████████
██        ██████████████  ██████████████
██   █████████████████████████████████
██   ████████████████████████  █████████████
██   █████████████████████████
██        ██████████████  ████████████████████
██   █████████████████  █████████████████████
██   ████████████████████████████████████
██   █████████████████████████████████
██   ████
██        █████████████  █████████████████



Page 212

1    ▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮

▮    ▮▮▮▮▮▮▮    ▮▮    ▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮

7              MR. VILLACASTIN:  So you would oppose

8         on the basis of confidentiality?  If we were to

9         call the Court --

10              MR. RUZUMNA:  I'm not taking a position

11        right now.

12              MR. VILLACASTIN:  I will call the Court

13        at the next break, so --

14              MR. RUZUMNA:  Well, I'll figure it out

15        by the next break.

16   ▮    ▮▮▮▮▮▮▮▮▮▮▮▮
gu
▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮
27
▮    ▮▮▮▮▮▮
20
▮    ▮    ▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮

▮    ▮    ▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮

▮    ▮    ▮▮▮▮▮▮▮

▮    ▮    ▮▮▮▮▮▮▮▮▮

▮    ▮▮▮



1



1 ███

27,

█ █ ████████████████████████

█ ███████████████████████████

█ ██████████████

█ ██████ ███████████

█ ████████████████████████

█ ████████████████████

█ ███████████████

█ █████████████████████

█ █████████████████

█ ████████████

█ ██████ ███████████████

█ ██████████

█ ██████ █████████████

█ █ ███ ████████████████████

█ ███████████████

█ █ █████████

█ █ ████████████████

█ ██████████████████

█ █ █████████

█ █ █████████████████

█ ████████████████

█ █ ██

█ █ █████████████████

█ █████████████████



1   ███ ███ █████████████████████

███   gu
███████

███   27
███ ███████████████████

███   20
███ ███████████████████████

███   ████████████████████████

███   ██████████████████████████████

███   ██████████████████████████████

███   ███████████████████████

███   ██████████████████████████████

███   █████████████████████████ ███

███   ██████████████████████████████

███   ██████████████████

███   █████████████████████████████

███   ████████████████████████ ██

███   ████████████████████████

███   ███████████

███   ██ ████ ████████████████████

███   ████████████ ████████████████

███   ██████████████████████

███   ███████

███   ███ ██████

███   ███ ███████████████████

███   ██████████████████

███   ███ █████████████████████

███   ███████████████████ ██████



1 ███████████████████████████████████████

█ ██████████████████████████████  ████████████

█ ████████████████████████████████████████████

█ ████████████████████████████████████

█ ████ ████████████████████████████████████

█ ████████████████████████████████████

█ ███████  ████████████████████████████████████

█ █████████████████████

█ ████  ███████  ██████████████████████████

█ ███████████████████████████████████████

█ █████████████████████████████████████

█ ███████████████████████████████████████

█ ████████████████████████████

█ ████    ████████

█ ████  █████████████████████████████████████

█ ████████████████████████

█ ████  ████████████████████████████████████

█ █████████████████████████████████████████████

█ █████████████████████████████

█ ████  ██████████████████████

█ ████  ███████████████████████

█ ████  ██████████████████

█ ████  █████████████████████

█ ████  ████████████████

█ ████  ███████████████████



Page 217

1 ██    ████████████████████
gu
██    ████████████████████
27
██    █████████████████████
20
██    ██    █████████████████████████
██    ███████████████
██    ██    █████████████    ████████
██    ████████████████
██    ██    ████████████████████
██    ████████
██    ██    ████████████████████
██    █████████████
██    ██    ████████████████████████
██    █████████████████████████████
██    █████████████████████████████
██    ████████████████████████████
██    ████████████████
██    ██    ███
██    ██    ████████████████████
██    █████████████████████
██    ████████████    █████████████
██    ███████████    ██████
██    ██    ██████████████
██    ██    ████
██    ██    ████████████████    ████████
██    ███████████████████████████



Page 218

1    ████████        ███████████████████████████████
27,

█    ███████████████████████    ██████████████████

█    █████████████████████████

█    ██    ███████████████████████████

█    ███    █████████████████████████████████

█    ████████████████████████████████████████████

█    ███████████████████████████████████    ███████

█    █████████████████████████████████████

█    ██████████████████████████████████████████████

█    ████████████████████████████████████████████

█    ████████████████████████

█    ███    ███████████████████████████

█    ███████████████████████    ███████████████████

█    ███████████████████████████████████████████

█    ██████████████████████████████████████████

█    ███████████████████████████████

█    ██████████████    ██████████████

█    ███    █████████████████████████████████

█    ████████████████████████████████████

█    ███    █████████████████████████████████████

█    ██████████████████

█    ███    █████████████████████████████████████

█    ████████████████████████████████████████████████

█    ███████████████████████████    ██████████████

█    ████████████████████████████



Page 219

1 ███    ██████████████████████████
gu
██  ████████
27
██  █████████
20
██  █████████
██  █████████
██  █████████
██  █████████  ██████████
██  █████████
██  ███████████
██  ████████
██  ██████████
██  ███████████
██  ████████  ████████████████
██  █████████
██  ███
██  █████████████████████████████
███████████████████████████████████
████████████████████████████████
█████████  ████████
██  █████████████████████████
███████████████████████  █████████
██████████████████████  ████████████
███████████████████████████████
████████████████████████  █████
███████████████████████████████



Page 220





Page 222



1        ██           ████████████

██      gu
        ██                ██████████████████████████████████

██      27
        ████████████

██      20
        ██          ███████████████████████████

██      ███████████████████████████████    ████████

██      ███████████████████████████████████████████████

██      █████████████████████████████    ████████

██      █████████████████████    █████████████

██      ██████████████████████████████████

██      ████████████████████████████████

██      ████████████████████████████████

██      ██        ██████████████████████

██      ██████████████████████

██      ██        ████████████████████████

██      ███████████████████████████████

██      ██████████████████

██      ██        ███████████████████████████

██      ██████████████████████████████████

██      ██████████████████████

██      █████████████████

██      ██        ██████████████████████

██      ████████████████████████████████

██      ███████████████████████████

██      ████████████    ████████████████████

██      ██████████████████████████████████



Page 224

1 ████████████ ████████████████████ ██████████████

████ 2024
█ ████████████████████████████████████████████

█ ███ ██████████████████████████████████████

█ █████████████████████████████████████████

█ ██████████████████████████████████████████

█ ███████████████████████████████████████

█ ███████████

█ ███ █████████████████ ████████████████████████

█ ███████████████████████████████████████████

█ ████████████████████████████████████

█ ████████████████ █████████████████████████

█ ██████████████████████████████████████████████

█ ████████████████ ████████████████████████

█ █████████████████████████████████████

█ █████████████████████████████████████

█ ████████████████████████████████████████

█ ███████████████████

█ ███ ██████████████████████████████████

█ █████████████████████████████████████████████

█ ████████████████████████

█ ███ █████████████████

█ ███ █████████████████████████████████

█ ██████████████████████████████████

█ █████████████ ████████████

█ ███ ██████████████████████████████



Page 225

1     ████████████     ██████████████████████████
2024

████ ████████████████████     ████████████████████
████ ███████████████████     █████████████████████
████ ██████████████████████████████████████████
████ ████     ██████
████ ████     ███████████████████████████
████ ██████████████████████████████     ██████████
████ ███████████████████████
████ ████     ███████████████████████████
████ ████████████████
████ ████     █████████████████████████████
████ ███████████████████     ████████████████████████
████ ██████████████████████████
████ ████     ██████████████████████████
████ ██████████████████████████
████ ████     █████████████████████████
████ ████████████████
████ ████     ██████████████████████████
████ ██████████████████████████
████ ████████████████
████ ██████████████     ██████████████
████ ████     █████████████████████████
████ ███████████████████████████████████
████ █████████████████████████████████
████ █████████████████████████████████



Page 226



Page 227

1 ███████████████████████████████

██ ████████████████████████████ ██

██ ██████████

██ ████████████████████████

██ ██████████████████████████████

██ ██████████

██ ██ ████████████████████████

██ ███████████████████████

██ ██ ████████████████████████

██ ████████████

11                    MR. VILLACASTIN:  I'll introduce

12          Exhibit 17.  For the record, it's

13          KAHN_00007261.

14                    (Whereupon, KAHN_00007261 was marked as

15          Kahn Exhibit 17, for identification, as of this

16          date.)

██ ██ ███████████████████████████
gu
██ ██████████████
27
██           ███████████  ████████████
20
██ ██ ████████████████████

██ ████████████████████████

██ ██ ████████████████████████

██ █████████████████████████████

██ ████████████████████

██ ██ ██████ ███████████████████



Page 228



Page 229

1  █

gu

█  ████████████████████

27

█  ██████

20

█  █  ██████████

█  ████████████

█  █  ████  ████████████

█  █████████

█  █  ████████████████

█  ████████████████

█  ████████████████

█  ████

█  █  ██████

█  █  ████████████

█  █  ███

█  █  ████████████

█  █████████████████

█  ██████

█  █  █████████████████  █

█  ████████████████

█  ████

█  █  █████████████████  █

█  ██████████████

█  ████████████████

█  █████████████



1 ████████████  ███████████████████████
    2024

████ ███████████████████████████████████████

████ █████████████████████████████████████████

████ ████████████████  █████████████████████████████

████ ████████████████████████████████████████████████

████ █████████████████  ██████████  ██████████  ███

████ ███  █████████████████████████████████████

████ ██████████████  ██████████████████████████

████        ████████████████  ████████████████

████ ████  █████████████████████████

████ ████  █████

████        ██████████████  ██████████████████

████ ████████████  █████████████████████████

████ ███████████████  ██████████████████████

████ ██████████████████████████████████

████ ██████████████████████████████

████ ████  ██████████████████████████

████ ████  ██████████████████████████████

████ ██████████████████████████████████████

████ ████████████████████████████████████████

████        ██████████████  ██████████████

████ ████  █████████████████████  █████████████

████ ████  ██████████████████████████████

████ ██████████████████████████████████████

████ ████████████





1 ███████

2024 █ ██████████████████████████

█ █ ████████████████████████████

█ █ ███████████████████████████

█ ██████████████████████ ████████

█ ████████████████████

█ █ ██████████████████████

█ ██████████████████████████████

█ ███████████████ █████████████████

█ ██████████████ █████████████████

█ ██████████████████████████████

█ ████████████████████ ███████

█ ██████████████████████████████

█ ███████

█ ████████████████████████████

█ ██████████████████████ ████████

█ ███████████████████████████

█ ████████████████████████████

█ ████████████████ █████████████

█ ███████████████████████████

█ ██████ ██████████████████████

█ ████████████████████████████

█ ██████████████████████████

█ ████████████████████████████

█ █████████████████████████████





Page 234

1 ███████████    ██████████████████████
2024

██ ████████████████████████████████████████
██ ██████████████████████████████████████
██ ████████████████████████████████████████
██ ████████████████████████
██ ███  ████████████████████████████████
██ ████████████████
██ ███  ███  ███████████████████████  ███████
██ ████████████████████  █████████████████
██ ███
██ ███  ███████████████
██ ███  ████████████████████████████
██ █████████████████████████████████  ██████
██ ██████████████████████████████████████████
██ ██████████████████████████████████████
██ ████████████████████████████████████████
██ ██████████████████████████████████████████
██ ██████████████████████████████████
██ ██████████████████████████████████████████
██ ████████████████████████████████████████
██ ███  ██████████████████████████████
██ ███  ██████████████████████████
██ █████  ████████████████████████████
██ ████████████████████████████████████
██ ██████████████████████████████████████████



Page 235



Page 236



Page 237





1



Page 240

1 ████████    █████████████████████████

████    2024

██    ████████████████████████████████████

██    ████████████████████████████████

██    ██    ██████████████████████████

██    ██    ██████████████████████████████

██    ██████████████████████████████

██    ████████████████████████████████████

██    ██████████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████████████

██    ███████████████████████████████  ██

██    ██████████████████████████████████

██    ██████████████████████████████

██    ████████████████████████████████████

██    ██████████████████████████████████

██    ████

██    ██    ████████████████████████

██    ██    ██████████████████████████

██    ██████

██    ██    ████

██    ██    ████████████████

██    ██    ████

██    ██    ████████████████████



Page 241



1 ██████████████████████████████████████  ████████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ ███████████████████████████████  █████████████████

██ ███████████████████████████████████████████████

██ ███████████████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████████████

██ █████████████████████████████████████████████████

██ ████████████████████████████████████

██ ███  ████████████████████████████████████

██ ███  ████████

██ ███  ████████████████████████

██ ███  ██████████████████████

██ ███  █████████████████████████████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ █████████████████████████████████████████████

██ █████████████████████████████████████████████████

██ ████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ ███  ██████████████████████████████████████

██ █████████████████████████████



Page 243

1   ████ ████ ████████████████████████
    gu
█   ██████████████████████████████████████
    27
█   ██████████████████████████████████
    20
█   ████████████ ██████████████████████████
█   █████████████████████████████████
█   ████████████████████████████████
█   ██████████████████████ ███████████
█   ████████████████████████████████
█   ███████████████████████████████████
█   ████████████████████████████████
█   ███████████████████████████████
█   ██████████████████████████████████
█   ████████████████████████
█   ██████████████████████████
█   █████████████████████████████████
█   ██████████████████████████████
█   ████████

18              MR. RUZUMNA:  Can we take a break soon?

19              MR. VILLACASTIN:  Yeah, five minutes.

20  ███ ██████████████████████████
    gu
█   █████████████████████ ███████████████
    27
█   ███████████████████████████████
    20
█   ███████████████
█   ███ █████████████████████
█   ███ ███████████████████████████



Page 244

1



Page 245

1



1 ███ ████████████████████████████████
gu
■ ████████████████████████████████
27
■ ███ ██████████████████████████████
20
■ ██████

■ ███ ███████████████████████████████████

■ ██████████████████████████

■ ██████████████ ██████████

■ █████████████

■ ███ ███████████████████████████████

■ █████████████████████

■ ███ █████ █ █████████████████████████████

■ █████████████████████████████

■ ███ █████████████████████████████

■ ████████████████████████

■ ███ ████████████████████████████

■ ███████████████████████████████

■ ███ ████████████ █████████████████████████ █

■ ██████████████████████████████████████████

■ ████████████████████████████████████

■ ███████████████████████████████ ████████████

■ █████████████████████████

■ █████████████████████████████████

■ ███████████████████████████

■ ███ ████████████████████████████

■ ██████████████████████████████



Page 247

1    ██ ███████████████████████████████████████

gu ████████

27

,
20
24

10                    MR. RUZUMNA:  Just before we get into

11        this, I want to take a break.  You said 5

12        minutes.  It's been probably longer than that.

13        I just want to take a quick break, just stand

14        up straight, and take a break.

15                    MR. VILLACASTIN:  Can I finish reading

16        the Bates number?

17                    MR. RUZUMNA:  Of course.

18        ███████████████  ████████████████

██    ██    ███████████████████████████

20                    MR. RUZUMNA:  Yeah, but that's what I

21        didn't want.  You can finish the Bates number,

22        but why don't we take a break?

23                    MR. VILLACASTIN:  Okay.  We'll take a

24        break even though a question is pending.

25                    MR. RUZUMNA:  It's not pending.  Okay.



Page 248

1                    THE VIDEOGRAPHER:  We are going off the

2           record.  The time is 4:18 p.m.

3                (Whereupon, a short break was taken.)

4                    THE VIDEOGRAPHER:  Please stand by.  We

5           are back on the record.  The time is 4:33 p.m.

6      BY MR. VILLACASTIN:

7      ███ ████████████████████████  ███

gu

███ ████████████████████████

27

███ ████████████████████████

20

███ ████████████████

███ ███ ████ ████████████████  ██████████

███ ████

███ ███ ████

███ ███ ████████████████████████  █████████

███ ████████████████████  ████████

███ ████████████████

███ ███ ████

███ ███ ████████████████████████████

███ ██████████████████████████████

███ ██████████████

███ ███ ████

███ ███ ████ ████████████████████████████

███ ████████████████████

███ ███ ████ ████████████████████████

███ ██████████████████████████████████████



1



1 ███  ████████████
gu
██  ██  █████████████████████  ████
27
██  ████████████████████████████
20
██  ██  ████████████████████████
██  ███████████████████  ████████████
██  ██████████  ████  █████████████████
██  ██████████████████████████████████
██  ████████████████████████████
██  ██  ████████████████████████
██  █████████████████████████████
██  ███████████████████████████████████
██  ███████
██  ██  █████████████████████████
██  ████████████████████████████
██  ████████████████████████████
██  ██  █████████████████████████
██  ████████████████████████████████
██  ███████████████████
██  ██  ███████████████████████
██  ████████████████████████████
██  ███████████████
██  ██  █████████████████
██  ██  ████████████████████████
██  ██████████████
██  ██  ████████████████████████



Page 251

1 ███████████████████████████████████████

■ ████████████

■ ███ ████████████████████████ ██

■ ████████████████████████████

■ ██████████████████

■ ███ █████████████████████████

■ ███████████████

■ ███ █████████████████████████

■ ███████████████████

■ ███ ███████████████████████████

■ ██████████████████████████████████████

■ ███████████████████████

■ ████████████ ██████████████████

■ ███ ███████████████████████████

■ ████████████████████████

■ ███ █████████████████████████

■ ███ ███████████████████████

■ ██████████████████████████

■ ████ ██████████████████████████

■ ███████████████████████████████

■ ███████████████████████████

■ ████████████████████████████ ███

■ ███████████████████████████████

■ ███████████████████████████████

■ ████████████████████.



1 ███ ████████████████████████████████████
gu
██ ██████ ████████████████████████████████
27
██ ████████
20
██ ███ █████████████████████████████████████
██ █████████████████████████████████████████
██ ██████████████████████████████████████
██ ████████
██ ███ █████████████████████
██ ███ █████████████████████████████████████
██ ████████████████ ████████████████████
██ █████████████████████████████████████████
██ ██████████████████████████████████
██ ████████████████████████████████████
██ ████████████████ ███████████████████
██ █████████████████████████████████████████
██ ████████████████████████████████████
██ █████████████████████████████████████████
██ █████████████████████████████████████████
██ ███ █████████████████████████████████████
██ █████████████████████████████████████████
██ ████████████████████
██ ███ ████████████████████████████████
██ ████████████████████
██ ███ ████████████████████████████████
██ ████████████████



1   ██ ███████████████████████ ███████████████

██ gu
   ██████████████

██ 27
   ██ ██████████████████████████

██ 20
   ████████████████████████████████████

██ ██ █████████████████████████ ████████

██ ██████████████████████████████

██ ████████████████████████████████

██ ██████████████████████████████████

██ ████████████████████████████ █████████

██ ███████████████████████████████

██ ██ █████████████████████████████████

██ ██████████████████████████████

██ ██████████

██ ██ ██ ███████████████████████████

██ █████████████████████████████

██ █████████████████████████████████

██ ████

██ ████████████ ████████

██ ████████████ ██████████

██ ██████████ ███████████████

██ ███████████████████

██ ██████████████████████████

██ ████████████████

██ ██ ████████████████████████

██ ████████████████



Page 254

1     ██                    ████████████████████████████
      gu
██    ████████████████████████
      27
██                    ████████████████████
      20
██                              ██████████  ████████  ████████
      24
██                    ██████

██    ██          ██████████████████████████████

██    ██          ██████    ████████████████

██                    █████████████████████████████████

██          ██████████████████    ██████████████████

██        █████████████████████████████████████████████

██        █████████████████████████    ██████████

██        ████████████████████████████████

██                    ██████████  ████████

██    ██          █████████████████    ██████████

██        ████████████████████    ████████████████

██        ████████████████████████    ████████

██        ██████████████    ████████████████████

██        ██████████████████████████████████████████

██        █████████████████████████████

██        ███████████████████████████

██    ██████

██    ██          █████████████████████████

██    ████

██    ██    ████

██    ██          ████████████████████



1    ██        ████████████████
      gu
██    ██        ████████████████████████
      27
██    ██        ████████████████████████████
      20
██    ████████

██    ██        ████████████████████████████

██    ████████████████████████████████████████

██    ██████████████████████████████████████████

██    ████████████████████████████████████████

██    ████

██    ██        ████████████████████████████████

██    ██████████████████████████

██    ██        ██████████████████

██    ██        ██████████

██    ██        ██████████████████████████

██    ██        ████████████████████  ████████████  ██

██    ██████████████████████████████████████████

██    ██████████████████████████████████████████

██    ████████████████████

██    ██        ████████████████████████████

██    ██████████████████████████

██    ██        ████████████████████████████

██    ██████████████████████████████████████████

██    ████████████████████████████████████████

██    ██████████████████████████████

██    ██        ██████████████████████



1



1    ▉    ▇▇▇▇▇▇
gu
▉    ▉    ▇▇▇▇▇▇▇▇▇▇
27
▉    ▇▇▇▇▇▇▇▇
20
▉    ▉    ▇▇▇▇▇▇▇▇▇▇

▉    ▉    ▇▇▇▇▇▇▇▇▇▇▇▇

▉    ▇▇▇▇▇▇▇

▉    ▉    ▇▇▇▇▇▇▇▇▇▇▇

▉    ▇▇▇▇▇

▉    ▉    ▇▇▇▇▇▇▇▇▇▇▇▇

▉    ▉    ▇▇▇▇▇▇    ▇▇▇▇▇

▉    ▇▇▇▇▇▇    ▇▇▇▇▇▇

▉    ▇▇▇▇▇▇▇▇    ▇▇▇

▉    ▇▇▇▇▇▇▇▇▇▇▇

▉    ▉    ▇▇▇▇

▉    ▉    ▇▇▇▇▇▇▇▇▇▇▇▇

▉    ▇▇▇▇▇

▉    ▇▇▇▇▇    ▇▇▇▇▇

▉    ▉    ▇▇▇▇▇    ▇▇▇▇

▉    ▇▇▇▇▇▇▇▇▇▇▇

▉    ▇▇▇▇    ▇▇▇▇▇▇▇▇▇

▉    ▇▇▇▇▇▇

▉    ▉    ▇▇▇▇▇▇

▉    ▉    ▇▇

▉    ▉    ▇▇▇    ▇▇▇▇▇▇

▉    ▇▇▇▇▇▇▇▇▇▇▇▇



Page 258



Page 259





Page 261





1    ██            ███████

██    gu
██    ███████████████████████████████████████

██    27
██    ████████████

██    20
██    ██    ███████████

██    ██    ██████████████████████████████████

██    ██████████████████

██    ██    ███████████

██    ██    ███████████████

██    ██    ███████████████

██    ██    ████████████████████████████████████████

██    ███████████████████

██    ██    █████████████

██            ███████████████    █████████████████████

██            █████████████    ███████████████

██    ████████████████████████

██    ██    ██████████████████████████

██    ██    ███████████████████

██    ██    ██████    ███████████████████████████████████

██    ████████

██    ██    ███████████

██    ██    ████████████████████████████████████

██    ███████████████████████████████

██    ██    █████

██    ██    ██████████████████████████████

██    ███████████████████



Page 264

1    ██    ████████
     gu
██   ██    ██████████████████████
     27
██   ████████████████████████
     20
██   ████████████████

██   ██    ████████

██   ██    ████████████

██   ██    ███████████████████

██   ████████████████████████████

██   ████████████████████████████

██   ██████

██   ██    █████████████████

██   ██    ███████████████████

██   ███████████████████████████████

██   ████████████████████████████

██   ███████████    █████████

██   ██    ██████████████████

██   ████████████████████████████

██   █████████████

██              ████████  ████████  ████

██         ████████████████

██              ████████████  ██████

██              ████████  █████████

██              ███████████  ████

██              ██████████  █████  ████████

██              ████████████



Page 265

1 ████ ██████████ ████████████████████ ███████

██ gu ████████████████████████████████████████

██ 27 ████████████████

██ 20 ████ ██████████████████████████████

██ ██████████████████████████████████

██ ████████████████████████████████

██ █████████████████████████████████████████

██ ██████ ████████████████████████████████

██ ███████████████████████████████████████

██ ███████████████████████████████████

██ ████ ██████████████████████████████

██ ██████████████████████

██ ████████ ██████████ ████████

██ ██████████████████████████████████

██ █████████████████

██ ████ ██████████████████████████████

██ ████████████████ ████████████████████

██ ████ ████████████████████

██ ████ ██████

██ ████ ██████████████ ████████████████████

██ ████████████████████████ ████████████████

██ ████ ██████

██ ████ ████████████████████ ██████████████

██ ██████████████████████

██ ████ ████████████



Page 266

1

gu

27

20



Page 267

1 ██   ████████████████████
gu
██ ██████████████████████████
27
██ ████████████████████████████
20
██ ███████████████████████  ████████
██ ██   ███
██ ██   ██████████████████████████████
██ ████████████████████████
██ ██   ████████████
██ ██   ██████████████████████
██ ████   █████████████████████████
██ █████████████
██ ██   ███
██ ██   █████████████████████
██ ██   ████  ███████████████
██ █████████████████████████
██ ████████████████████
██ ██   ████████████████████████
██ ██████████████████████
██       ██████████  ███████████
██ ██   ████████████████████████
██ █████████████████████
██ ██   █████████████████████
██ ████████████████████████████████
██ ████████████████
██ ██   ███████████████████████



Page 268

1 ██ ████ ████████████████

gu

██ ██████████████████████

27

██ ████████████████████████

20

██ █████

██ ████████ ████████

██ ██ ████████████

██ ██ ███████████████

██ ████████████████████████

██ ████████████████████████

██ ████████ ████████

██ ██ ███████████████

██ ████████████████████████

██ ████████████████████████

██ ███████████████████████

██ █████████████████████████

██ █████

██ ██ █████████████████ ██

██ ███████

██ ██ █████████████

██ ██ ████████████████

██ ███████ █████████████

██ ██████████████

██ ██ ██████

██ ██ ████████████████

██ ████████████ ███████████



1 ██ ██████████
  gu
██ ████████████████████████████
  27
██ ██████████████████████
  20
██ ██ ███████
██ ██ ██████████████████████████
██ ████████
██ ██ ██████
██ ██ ████████████████████████████
██ █████████████████████
██ ██ ████
██ ██ ████████████████
██ ██ ██████
██ ██ ████████████████
██ ███████████ ████████
██ ██ █████████████████████████ ██
██ ████████████████████████████████
██ █████████████ ████████████████████
██ ███████████████████████████████
██ █████████████████████████████████
██ ████████████████████████████████
██ ███████████████████████████████
██ ██████████████████████████ ██████
██ █████████████████████████████████
██ ██ ████████████████
██ ██ ██████████████████████████



Page 270





Page 272

1              MR. RUZUMNA:  Objection.  All of that

2          question assumes all sort of facts in evidence,

3          and there's multiple facts in there that are

4          not demonstrably accurate.

5              MR. VILLACASTIN:  You can answer the

6          question.

7              THE WITNESS:  I can answer?

8              MR. RUZUMNA:  Yeah, you can answer.

9    ███  ████████████████████████

     gu

███  ████████████████████████████

     27

███  ████████████████████████████

     20

███  ███  ██████████████████████████████████

███  ████████████████████████████████████

███  ██████████████████  ████████████████

███  ██████████████████████████████

███  ████████████████████████

███  ██  ████████████████████████████

███  ████████████████████████████████

███  ████████████████████████████████████

███  ██████████████████

███        ██████████  ██████████  ██████████

███        ████████

███  ██  ██████████████████████████

███  ██  ██████████████████████████████

███  ████████████████████████████████



Page 273

1    ██    ███████████████████████
     gu
██    █████████    ████████████████████████
     27
██    ████████████████████████████████████
     20
██    █████████████████████████████████
██    ███████████████    ████████████████████
██    ██████████████████████████████████████
██    █████████████████████████████████
██    █████████████████████████████████
██    ████████    ███████████████████████
██    █████████████    ███████████████████████
██    ████████████████████████████████
██    ██████████████

13            MR. VILLACASTIN:  I'll introduce Kahn

14       Exhibit 20.  For the record it's KAHN_00012210.

15            (Whereupon, KAHN_00012210-219 was

16       marked as Kahn Exhibit 20, for identification,

17       as of this date.)

18   ██    ██████████████████████████
     gu
██    ██    ███████████████████████████
     27
██    ███████████████████████████████
     20
██    ██    █████    ████████████████████
██    ██    ████████
██    ██    ████████████    ██████████████
██    ███████████████████████████████████
██    ███████████████



Page 274

1 ███           ████████
                gu
███             ████████ ████████████████████████
                27
███             ███████
                20
███             ███    ████████████████████████████
███             ██████████████████████████████████████
███             ███████████████████████████████████
███             ███    █████████████████████████████████
███             ███    ███████████████████████████
███             ██████████████████████████████████
███                         ████████  ██████████  ████████
███             ███████
███             ███    █████████████████████████████
███             ██████████████████  ████████████████
███             ███████████████████████████
███             ███████
███             ███    ████████████████████████
███             ████████████████████████████████████
███             █████████████████
███             ███    ████████████████████████
███             ███████████████████████████████
███             ████████  ████████████████████████
███             ██████████████████████████████████
███             ██████████████████████████████
███             ██████████████████████████████
███             ██████████████████  ██████████████



Page 275





Page 277

```
 1     ███   ████████████████████████████████
       gu
 ██    27  ████████████████████████████████████
 ██    20  █████████████
 ██    ███   ████████████████████████████████
 ██  ██████████████████████████████████████████
 ██  ████████████████████████████████████████
 ██  ██████████████████████████████████████████
 ██  ████████████████████████████████████████
 ██  ███████████
10          MR. VILLACASTIN:  I'll introduce
11     Exhibit 21.  This is HBRK_JD3_005522.
12          (Whereupon, HBRK_JD3_005522 was marked
13     as Kahn Exhibit 21, for identification, as of
14     this date.)
15     ███   ████████████████████████████████
       gu
 ██    27  ██████████████████████████
 ██    20  ██████████████
 ██    ███   █████
 ██    ███   ██████████████████████
 ██    ███   █████████████████  ████████████████
 ██  ████████████████████████  ██████████████████
 ██  ██████████████████████████████
 ██  ███████████████
 ██    ███   ██████████████████████
 ██    ███   █████████████████  ████████████
```



Page 278



Page 279



1







1



1



2024



Page 286

1    █████████████████████████████████████████

█    ████████████████████████████████    ████

█    █████████████████████████████████████████

█    █████████████████████████████████████████

█    ██████████████████████████████████████████

█    █████████████████████████████████████████

█    ████████████████████████████

█        ████████████████████████████████████

█    █████████████████    ████████████████████

█    ████████████████████████████████    █

█    █████████████████████████████████

█    ███████    █████████████████████████████████

█    ██████████████████████████████████████

█    █████████████████

15                    MR. VILLACASTIN:  I'll pass the

16            witness.

17                    MR. RUZUMNA:  Sorry?

18                    MR. VILLACASTIN:  I'll pass the

19            witness.

20                    MR. RUZUMNA:  Okay.  Just a couple of

21            follow-up questions.

22    EXAMINATION BY

23    MR. RUZUMNA:

24    ██        ████████████████████████████
      gu

█    ████████████████████████████████



1 ███████ █████████████████████

███ 2024 ███

███ ████████████████████

███ ████████████████████████████

███ ████████████

███ ██ ████

███ ██ ████████████████

███ ████████████████████████████

███ ██ ████

███ ██ ████████████████

███ ██████████

███ ██ ████████████████

███ █████████████

███ ██ ██████████████

███ ██ ████████████████ ██

███ ████████████████

███ ██ ████ ████████████████

███ ██████████████

███ ██ ████████████████

███ ██ ████████████████

███ ████████ ██████████

███ ██ ████

███ ██ ████████████████

███ ████████████████████████████

███ █████████████



Page 288

1 ███ ████ ████████████████

██ gu ████ ████████████████ ████████

██ 27 ███████████████████

██ 20 ████████████████

██ ███████████████ ██████████████

██ ██████████████████████

██ ████████████████

██ ███ ██████████████

██ ██████████████████████

██ ██████ █████████████

██ ██ ██

██ ██ █████████████

██ ██████████████████████

██ ██████████████

██ ██ ████

██ ██ ██████████████

██ ██████████████████████

██ ██████████████████████

██ ██████

██ ██ ████

██ ██ █████████████

██ ███████

██ ██ ██ █████████████

██ █████ ████████ ██████

██ ██████████████████████



```
                                                    Page 289

 1   ██████████████████████████████████████    ███████

 ██  ███████████████████████████████████████████████████

 ██  ██████████████████████████████████

 4              MR. RUZUMNA:  No further questions.

 5              MR. VILLACASTIN:  Just on redirect.

 6   CONTINUED EXAMINATION BY

 7   MR. VILLACASTIN:

 8   ██        ████████████████████████████
     gu
     st   ██      █████████████    █████████
     27
 ██  ██       ████████████████████████████
     20
 ██  ████████████████████████    ████████████

 ██  ███████████████████████████████████████

 ██  ███████████████████████████████    ██████████

 ██  ████████████████████████████████████████

 ██  ██████████████████████    ██████████████

 ██  █████████████████████████████████████████████

 ██  ████████████

 ██  ██      ████████████████████████████████

 ██  ████████████████████████

 ██  ██      █████████████████████████████

 ██  ████

 ██  ██      █████████████████████████████

 ██  ███████████████████████

24              MR. RUZUMNA:  Andrew, we're not going

25              there.  You've already used your time up.
```



Page 290

```
 1                       MR. VILLACASTIN:  No, I haven't, I have

 2              two minutes.  You said two minutes and I

 3              stopped.

 4                       MR. RUZUMNA:  Okay.  This is your last

 5              one.

 6       ███      █████████████████████████████████████████████
         gu
    ███  ███████████████████████████████████████
    ███  27
         ███  ████████████████████████████████████████████████████
         20
    ███  █████████████████████████████████████████████████████
    ███  ██████████████████████████████████████████

11                       MR. VILLACASTIN:  Thank you.

12                       MR. RUZUMNA:  And one question.

13       CONTINUED EXAMINATION BY

14       MR. RUZUMNA:

15       ███      ████████████████████████████████████████████████
         gu
    ███  ████████████████████████████████████████████████████████
         27
    ███  ████████████████████████████████████████████████████████████
         20
    ███  ████████████████████████████████████████████████████████████
    ███  ███    ████████████████████████████    ██████████████████████
    ███  █████████████    ██████████████████████████████████████████████
    ███  ████████████████████████████████████████████████
    ███  ███████████████
    ███  ███    ████████████████████████████████████████
    ███  ██████████████████████████████
    ███  ███    █████████████████████████████████████
```



Page 291

1    ███████████████████

███  ███  ██████████████

███  ███  ███████

4                        MR. RUZUMNA:  Okay.  Thank you.

5                        THE VIDEOGRAPHER:  This concludes

6            today's deposition given by Richard Kahn.  The

7            time is 5:38 p.m.

8                        THE REPORTER:  Would you like a copy of

9            the transcript?

10                        MR. RUZUMNA:  Yes.

11                        THE REPORTER:  Would you like a rough

12            draft?

13                        MR. RUZUMNA:  Yes.

14                        THE REPORTER:  Would you like it

15            expedited, the final?

16                        MR. RUZUMNA:  When would be it ready?

17            I don't need a rough, I'll take the expedite

18            tomorrow.  Please.

19                        THE REPORTER:  Mr. Weiner?

20                        MR. WEINER:  Regular delivery, no

21            rough.

22                        THE REPORTER:  Would you like a copy of

23            the transcript?

24                        MR. VILLACASTIN:  Rough tonight,

25            expedite tomorrow.



Page 292

1                    (Time noted:  5:38 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 293

1              A C K N O W L E D G M E N T

2

3      STATE OF NEW YORK      )

                              :ss

4      COUNTY OF              )

5

6              I, RICHARD KAHN, hereby certify that I have

7      read the transcript of my testimony taken under oath in

8      my deposition of the 10th day of October, 2024; that the

9      transcript is a true, complete and correct record of my

10     testimony, and that the answers on the record as given

11     by me are true and correct.

12

13

14     _____

15      RICHARD KAHN

16

17     Signed and subscribed to before

       me, this                  day

18     of                , 2024.

19

20     _____

       Notary Public, State of New York

21

22

23

24

25



Page 294

1            C E R T I F I C A T E

2        STATE OF NEW YORK      )

3                              ) ss.:

4        COUNTY OF QUEENS )

5

6                    I, BROOKE E. PERRY, a Notary Public

7              within and for the State of New York, do hereby

8              certify:

9                    That RICHARD KAHN, the witness whose

10             deposition is hereinbefore set forth, was duly

11             sworn by me and that such deposition is a true

12             record of the testimony given by such witness.

13                    I further certify that I am not related

14             to any of the parties to this action by blood

15             or marriage; and that I am in no way interested

16             in the outcome of this matter.

17                    IN WITNESS WHEREOF, I have hereunto set

18             my hand this 10th day of October, 2024.

19

20        _BROOKE E. PERRY_____

21        BROOKE E. PERRY

22

23

24

25



Page 295

1                            ERRATA SHEET

2          CASE NAME:   JANE DOE 3  v. DARREN K. INDYKE

3          DATE OF DEPOSITION: October 10, 2024

4          WITNESS'S NAME:   RICHARD KAHN

5          PAGE   LINE (S)   CHANGE        REASON

6          ____|_____|_____|_____

7          ____|_____|_____|_____

8          ____|_____|_____|_____

9          ____|_____|_____|_____

10         ____|_____|_____|_____

11         ____|_____|_____|_____

12         ____|_____|_____|_____

13         ____|_____|_____|_____

14         ____|_____|_____|_____

15         ____|_____|_____|_____

16         ____|_____|_____|_____

17

18

19                                 RICHARD KAHN

20         SUBSCRIBED AND SWORN TO BEFORE ME

21         THIS ____ DAY OF _____, 20__.

22         _____      _____

23         (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

24

25



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



























































































































