# EXHIBIT 115

# EXHIBIT 9

From: David Boies <xboies@gmail.com>
Sent: Tuesday, April 7, 2020 10:48 AM
To: Brad Edwards <brad@epllc.com>
Cc: Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Andrew Tomback <andrew.tomback@whitecase.com>
Subject: Where we are

I spoke with Dan and Andy (whom I am copying) this morning. I am now in agreement that we should move forward with the claims process without trying to further modify the release. I am influenced by the desirability of getting the program underway so that our clients can begin getting compensation; by the fact that the release will be limited to persons who provided services to Epstein, with the lease signed by individual victims who accept an award having a space to make clear that certain individuals (e.g., Prince Andrew or others to whom our clients were trafficked) are not released; and by the fact that the release of Epstein's employees/service providers will be taken into account by the Administrator in setting the amount of the award. And, of course, this is a voluntary process where our clients get to decide whether to be bound after learning the amount of the proposed award.

1