UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>　　　　　　　　*Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>　　　　　　　　*Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**DECLARATION OF DARREN K. INDYKE IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Darren K. Indyke, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Defendant in the above-captioned actions and submit this declaration in support of Defendants' Motion for Summary Judgment. I am a corporate transactional attorney and a resident of Florida. I have personal knowledge of the facts set forth herein.

2. I provided legal services to Jeffrey E. Epstein from 1996 until Epstein's death in August 2019.

3.  I never shared an office with Epstein or with Richard D. Kahn, the other Defendant in these actions.

4.  I never witnessed Epstein sexually abuse anyone.

5.  In 2008, pursuant to a Non-Prosecution Agreement with the U.S. Attorney's Office for the Southern District of Florida and a plea agreement with the State Attorney for the Fifteenth Judicial Circuit in Florida, Epstein pled guilty to felony solicitation of prostitution and procuring a minor for prostitution. Other than the incidents that led to Epstein's charges in that case – of which I was not aware until well after those charges were made – I did not know prior to my work as a Co-Executor of the Epstein Estate that Epstein had sexually abused anyone, nor was I aware that he had ever engaged in sexual abuse that involved threats, fraud, force, or coercion.

6.  I am not aware of any claimant, including Jane Doe 3, who has ever alleged that I sexually abused or trafficked them.

7.  I am not aware of any claimant, including Jane Doe 3, who has ever alleged that I witnessed any sexual abuse by Epstein.

8.  None of the women who claim to have been sexually abused by Epstein ever told me during Epstein's life that they were being sexually abused. I am not aware of any claimant, including Jane Doe 3, who has ever alleged that she informed me of any sexual abuse.

9.  In 2006, Epstein engaged criminal defense attorneys to represent him in connection with an investigation by the Palm Beach County Police Department and subsequently by the Federal Bureau of Investigation. I am not a criminal defense attorney and did not represent Epstein in those criminal investigations.

10. Prior to Epstein's arrest in July 2019, I was not aware of any pending government investigation into Epstein's conduct. To my knowledge at the time, any government investigation of Epstein ended by 2008, when Epstein entered into the Non-Prosecution Agreement referenced above.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boca Raton, Florida
on November 4, 2024

_____
DARREN K. INDYKE