UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>       *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Amy N. Vegari, an attorney with the law firm Patterson Belknap Webb & Tyler LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Richard D. Kahn in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully, |
| Dated: November 5, 2024 | */s/ Amy N. Vegari* <br> **Amy N. Vegari, Esq.** <br> PATTERSON BELKNAP WEBB & TYLER, LLP <br> 1133 Avenue of the Americas <br> New York, New York 10583 <br> Telephone: (212) 336-2216 <br> Facsimile: (212) 336-2845 <br> Email: avegari@pbwt.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2024, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

By: */s/ Amy N. Vegari*