UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>         Plaintiff,<br><br>   -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>         Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pending before the Court is Doe's motion to reconsider the Court's order granting reconsideration. Dkts. 228 and 229. In short, the parties fiercely contest whether defendants should be able to depose Doe's husband, who is not aware of Epstein's abuse or Doe's role in this case, to challenge her claim that she is entitled to emotional distress damages because of Epstein's abuse.

  Doe's husband's testimony is undoubtedly relevant and isn't cumulative of other evidence, given that he is in a unique position to testify as to Doe's relationship with Epstein in 2014 and her emotional state in the following years. And Doe hasn't presented the Court with any authority suggesting that her desire to avoid informing her husband about this litigation provides a sufficient legal basis to keep relevant testimony from defendants. The Court therefore DENIES Doe's motion to reconsider, Dkts. 228 and 229.

  During the hearing on this application, Doe indicated that if the Court allows defendants to take Doe's husband's testimony, then she will drop her claim for emotional distress damages. Doe should file a letter by November 8, 2024, indicating whether she has elected to take this route.

  As for defendants' motion to strike a substantial portion of Doe's rebuttal expert report, Dkts. 233 and 234, the Court DENIES this motion, but it will keep the defendants' concerns in mind when deciding the underlying motion and will exclude any improper portions of the report from its consideration.

  The motions to seal at Dkts. 218 and 240 are GRANTED.

  The Court will address Doe's motion to compel defendant Indyke to produce withheld communications, Dkt. 224, by separate order.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 218, 228, 229, 233, 234, and 240. The Clerk of Court is also respectfully directed to terminate the motions at Dkts. 201 and 202, which were dealt with at Dkt. 225.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge