

VIA ECF                                                                                          November 8, 2024

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

      Re:    *Jane Doe 3 v. Indyke, et al*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

      On behalf of Plaintiff Jane Doe 3, we write Your Honor in response to the Court's November 7, 2024, Order (Dkt. 268), which denied Doe's motion for reconsideration of Your Honor's ruling permitting Defendants to take Doe's husband's deposition.  The Court asked Doe to file a letter by November 8 (today) indicating whether she would drop her claim for emotional distress damages.  Having carefully considered the Court's ruling which would now require her to forgo all emotional distress damages, Doe has courageously decided to tell her husband about this case.  Upon learning about the requested deposition, Doe's husband has agreed to cooperate with a voluntary deposition.  Plaintiff respectfully requests that Doe's husband's deposition be taken by Zoom as Defendants have offered (Dkt. 241 at 1) and as the Court indicated was reasonable at the November 6 hearing (given two international trips already).  Accordingly, the Court should not issue Defendant's letter of request for international judicial assistance for an involuntary deposition (Dkt. 232), as Doe's husband will be produced voluntarily and the government of Doe's home country cannot assure the anonymity of Doe or the confidentiality of her husband's testimony if such request is issued.

      Respectfully Submitted,

      */s/ Sigrid S. McCawley*

      Sigrid McCawley
      Boies Schiller Flexner LLP
      401 E. Las Olas Blvd. Suite 1200
      Fort Lauderdale, FL 33316
      Telephone: (954) 356-0011
      Fax: (954) 356-0022
      Email: smccawley@bsfllp.com

      *Counsel for Plaintiff*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com