UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>        Plaintiff,<br><br>    -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>        Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pending before the Court is Doe 3's motion to compel disclosure of certain communications withheld by defendant Darren Indyke. After *in camera* review of a fraction of the challenged documents, the Court orders the production of documents regarding green cards, payments, or marriage or divorce arrangements in connection with a purported victim identified in Doe 3's motion to compel. This means that Indyke must produce the following documents from the Court's *in camera* review: 1st Log No. 297, 1st Log 389, 1st Log No. 318, and 2nd Log No. 5. 1st Log. No. 191 also falls into this category, but the Court understands that it already has been produced to Doe 3.

  Indyke must produce any document that meets the above parameters, even if it wasn't provided to the Court for *in camera* review, by November 22, 2024. This order does not constitute a finding that any documents ordered disclosed proves any actionable conduct in this case or will be admissible at trial.

  The Clerk of Court is respectfully requested to terminate Dkt. 224 and the corresponding motion to seal, Dkt. 222, which is granted.

  SO ORDERED.

Dated: November 13, 2024
    New York, New York

                          ARUN SUBRAMANIAN
                         United States District Judge