UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 3, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Darren K. Indyke and Richard D. Kahn,<br><br>　　Defendants. | Case No. 1:24-cv-01204-AS |

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF
PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

I, Sigrid McCawley, hereby declare:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Managing Partner of Boies Schiller Flexner ("BSF"). I make this declaration on my own personal knowledge.

2. I submit this declaration in support of Plaintiff's Motion to Amend, Dkt. 193.

3. On October 8, 2024, Allyson Ward informed me for the first time that she was willing to serve publicly as a class representative.

4. Plaintiff's counsel is still reviewing documents that were produced up until the very last day of discovery and is in the process of identifying and contacting multiple additional potential victims of Epstein. Exhibit A, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1

2

[redacted]

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 13, 2024                                  Respectfully submitted,

                                                           /s/ *Sigrid McCawley*
                                                           Sigrid McCawley