

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6974
daniel.weiner@hugheshubbard.com

November 15, 2024

<u>VIA ECF</u>

Honorable Arun Subramanian
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

   Re: *Jane Doe 3 v. Indyke et al.*, Civ. No. 1:24-cv-01204 (AS)
      <u>*Jane Doe 3 v. Indyke et al.*, Civ. No. 1:24-cv-02192 (AS)</u>

Dear Judge Subramanian:

  We write on behalf of Defendants Darren K. Indyke and Richard D. Kahn to propose an expeditious briefing schedule for Defendants' anticipated motion to exclude the opinions of Plaintiff Jane Doe 3's purported "rebuttal" expert Jane Khodarkovsky under *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), its line of cases, and Rules 403 and 702 of the Federal Rules of Evidence. Defendants are prepared to file their *Daubert* motion to exclude Ms. Khodarkovsky's opinions no later than this Tuesday, November 19. Defendants propose that Plaintiff's opposition to the motion be due on December 3 and that Defendants' reply be due on December 9.

  Plaintiff served Ms. Khodarkovsky's report nearly one month after the deadline for Plaintiff to submit expert reports. The Court granted Plaintiff's request to file an out-of-time expert report on October 26, 2024 and modified the discovery schedule to allow additional time for Ms. Khodarkovsky's deposition. (ECF No. 208.) Defendants deposed Ms. Khodarkovsky on November 6, 2024 and reached out to Plaintiff the next day (November 7) to propose a briefing schedule for the *Daubert* motion. Defendants had already disclosed their intention to file a *Daubert* motion to preclude Ms. Khodarkovsky's opinions in their October 30, 2024 letter motion to strike portions of the Khodarkovsky Report as improper rebuttal. (ECF No. 234 at 3 n.2.)

Plaintiff has not responded to Defendants' November 7 request to agree on a briefing schedule for the *Daubert* motion, claiming that such motion would be out-of-time. Though Your Honor's Individual Practices in Civil Cases require *Daubert* motions to be made on the same date as summary judgment motions (here, November 4, 2024), that deadline could not apply with respect to Ms. Khodarkovsky because her report was only produced on October 26, and her deposition did not occur until November 6. (Unlike the situation with Ms. Khodarkovsky, Defendants submitted the expert report of their sole expert, Gail Cohen, by the Court-ordered deadline of October 14, 2024.) At Plaintiff's request, Defendants have agreed to make themselves available to meet-and-confer about the motion itself, although Your Honor's Individual Practices in Civil Cases do not require the parties to meet-and-confer on a *Daubert* motion. In the meantime, to avoid further delay, Defendants are submitting their proposed schedule for the Court's consideration.

Accordingly, Defendants respectfully request that the Court adopt their proposed briefing schedule for their *Daubert* motion to exclude Ms. Khodarkovsky's opinions.

Respectfully submitted,

*/s/ Daniel H. Weiner*

cc:   Counsel of Record (via ECF)