

VIA ECF

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

November 18, 2024

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 288.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 18, 2024

      Re:    *Jane Doe 3 v. Indyke, et al*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

      On behalf of Plaintiff Jane Doe 3, we respectfully ask Your Honor to permit the deposition of Doe's husband to take place on December 3, 2024, at 8:00 a.m. EST (via Zoom) and seek leave from the Court's October 24 order to the extent that "defendants will have until November 30, 2024, to take Doe's husband's testimony."[1]  Dkt. 225 at 4.  The parties have met and conferred and were unable to agree on a mutually workable date before November 30; however, Defendants state that they do not object to Doe's request to have the deposition take place after November 30 and agree to take the deposition on December 3 should the Court grant leave.  Accordingly, the Court should grant Doe's request so that Doe's husband's deposition can take place on December 3.[2]

                                    Respectfully Submitted,

                                    */s/ Sigrid S. McCawley*

                                Sigrid McCawley
                                Boies Schiller Flexner LLP
                                401 E. Las Olas Blvd. Suite 1200
                                Fort Lauderdale, FL 33316
                                Telephone: (954) 356-0011
                                Fax: (954) 356-0022
                                Email: smccawley@bsfllp.com

                                *Counsel for Plaintiff*

---

      [1] The Court's subsequent orders regarding Doe's husband's deposition (Dkt. 268, 277) did not reference the November 30 cutoff from the October 24 order, which explained that the purpose for this deadline was "[g]iven the administrative difficulties associated with coordinating with a foreign government and traveling abroad" (Dkt. 225 at 4).  The Court denied Defendants' motion for letter of request for international judicial assistance after Doe agreed to produce her husband voluntarily.  *See* Dkt. 277 at 1.  Doe files this letter motion in an abundance of caution.

      [2] Should the Court deny Doe's request, Doe's husband is available for deposition on November 21, 23, 28, and 29.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com