UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>_Plaintiff_,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>_Defendants_. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>_Plaintiff_,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>_Defendants_. | Civil Action No. 1:24-cv-02192 (AS) (_consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes_) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to _Daubert v. Merrell Dow Pharmaceuticals, Inc._, 509 U.S. 579 (1993), its line of cases, and Federal Rules of Evidence 702 and 403, and upon the accompanying Memorandum of Law dated November 19, 2024, the Declaration of Daniel H. Weiner dated November 19, 2024 and all exhibits thereto, and all prior proceedings and papers in this action, Defendants Darren K. Indyke and Richard D. Kahn, by and through their undersigned counsel, will move the Court before the Honorable Arun Subramanian at the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, Courtroom 15A, at a date and time to be determined by the Court, for an

Order excluding the proposed testimony of Plaintiff Jane Doe 3's expert Jane Khodarkovsky, and for such other and further relief as the Court deems just and proper.  Defendants respectfully request that the Court hold oral argument regarding this motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Memo Endorsement dated November 15, 2024 (ECF No. 73), Plaintiff's response to this motion is due by December 3, 2024, and Defendants' reply is due by December 9, 2024.

Dated:  November 19, 2024
New York, New York

*/s/ Daniel H. Weiner*

Daniel H. Weiner
Marc A. Weinstein
Fara Tabatabai
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
daniel.weiner@hugheshubbard.com
marc.weinstein@hugheshubbard.com
fara.tabatabai@hugheshubbard.com

*Attorneys for Defendant Darren K. Indyke*

*/s/ Daniel S. Ruzumna*

Daniel S. Ruzumna
Amy N. Vegari
Tara J. Norris
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
druzumna@pbwt.com
avegari@pbwt.com
tnorris@pbwt.com

*Attorneys for Defendant Richard D. Kahn*