UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>      *Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>      *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>      *Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**DECLARATION OF DANIEL H. WEINER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE PROPOSED TESTIMONY OF <u>PLAINTIFF'S EXPERT JANE KHODARKOVSKY</u>**

I, Daniel H. Weiner, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am a partner at Hughes Hubbard & Reed LLP, counsel for Defendant Darren K. Indyke in the above-captioned action. I submit this declaration in support of Defendants Darren K. Indyke and Richard D. Kahn's motion to exclude the proposed testimony of Plaintiff Jane Doe 3's expert Jane Khodarkovsky under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and pursuant to Federal Rules of Evidence 702 and 403.

  2.  **Exhibit 1** attached hereto is a true and correct copy of the October 14, 2024

1

Expert Report of Gail E. Cohen.

3. **Exhibit 2** attached hereto is excerpts from a true and correct copy of the transcript for the November 6, 2024 deposition of Jane Khodarkovsky, designated as confidential pursuant to the Protective Order in this action.

4. **Exhibit 3** attached hereto is a true and correct copy of the October 26, 2024 Rebuttal Expert Report of Jane Khodarkovsky, with portions designated as confidential pursuant to the Protective Order in this action.

5. **Exhibit 4** attached hereto is a true and correct copy of a document produced by HBRK Associates Inc., Bates stamped HBRK_JD3_004941, designated as confidential pursuant to the Protective Order in this action.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2024          /s/ *Daniel H. Weiner*
                                           Daniel H. Weiner