# EXHIBIT 18

11/22/24, 1:52 PM  Jeffrey Epstein scandal: women with new identities run firms from Epstein-linked property | New York | The Guardian

Case 1:24-cv-01204-AS   Document 311-18   Filed 11/25/24   Page 2 of 5

**New York**

🕐 This article is more than **9 years old**

# Jeffrey Epstein scandal: women with new identities run firms from Epstein-linked property

Two women questioned about Prince Andrew in 2010, operating businesses from New York property years after appearing to have left Epstein's entourage



📷 Sarah Kellen and Nada Marcinkova, questioned by lawyers about whether Prince Andrew had any involvement in Epstein's abuse, have reinvented themselves as Sarah Kensington and Nadia Marcinko. Photograph: the guardian

**Jon Swaine** *in New York*

Wed 7 Jan 2015 15.04 EST

Two of Jeffrey Epstein's alleged accomplices are running businesses from a Manhattan property linked to the wealthy sex offender under new identities, years after appearing to have left his scandal-plagued entourage.

Nada Marcinkova and Sarah Kellen, who were questioned by lawyers about whether Prince Andrew had any involvement in Epstein's abuse of underage girls, have since reinvented themselves as Nadia Marcinko and Sarah Kensington.

Marcinkova, 29, is now a pilot and the chief executive of Aviloop, a website selling discounted flying lessons and other deals related to aviation. Kellen, 34, states that she is the owner of SLK Designs, a renovations firm.

However according to public records, both businesses have operated from addresses in a building on East 66th Street in Manhattan majority-owned by Epstein's brother Mark, a wealthy property magnate. Two condominiums in the building sold last year for $2.5m and $1.85m.


Nada Marcinkova, left and Sarah Kellen, second from right. Via newyorksocialdiary.com
Photograph: newyorksocialdiary.com

Marcinkova's company is officially registered with New York authorities at the building. Import records show that Kellen's company takes deliveries there.

Jeffrey Epstein, a friend of Andrew's who was jailed in 2008 for soliciting prostitution from a minor, was accused in 2011 court documents of using the building to house young women. Several rented condominiums in the building have been lived in by Epstein associates, according to public records.

Mark Epstein said in a brief telephone interview on Tuesday: "I own the majority of the units in the building, but I've never heard of those companies," referring to the firms run by Marcinkova and Kellen.

Virginia Roberts, who has long claimed that she was Epstein's "sex slave", alleged in a US court filing last week that she was forced to have sexual relations with Andrew. The prince vehemently denies the allegation against him and is under intense pressure to fully account for his friendship with Epstein.

Marcinkova and Kellen were among four named Epstein associates identified by US government prosecutors as "potential co-conspirators" who would avoid charges under the controversial plea deal Epstein struck in 2007, which saw him serve just over year in jail for his offences.

The two women both cited their right under the US constitution to avoid incriminating themselves when they were asked a series of questions by lawyers for alleged victims of Epstein under oath in 2010 – including whether underaged girls were forced to have sex with Andrew.

Kellen was accused by lawyers in legal filings of "bringing girls to Epstein's mansion to be abused". According to police files, a series alleged victims of Epstein told investigators that they were led to a massage room in Epstein's mansion in Palm Beach, Florida, by a woman named Sarah.

One alleged victim claimed to police that she was told Marcinkova had been bought from her parents in eastern Europe by Epstein when she was 15, according to detectives. One alleged that she was made to have sex with Marcinkova and to watch her have sex with Epstein.

Marcinkova's biography on the Aviloop website now states: "Over the years, she has proven herself to be a distinguished entrepreneur". In addition to carrying out international design work, Kellen is in a relationship with a successful Nascar driver, stating on her website that "most of my fans know that I am Brian Vickers' girlfriend".



📷 Sarah Kellen, now Kensington, with boyfriend Brian Vickers. Kellen was accused by lawyers in legal filings of 'bringing girls to Epstein's mansion to be abused'. Photograph: sarahkensington.net

The domains for both websites are registered through the same Arizona-based service that allows the identities and contact details of the website owner to be shielded from public view.

Attorneys for Epstein did not respond to an email asking whether Epstein had assisted his former associates in any way in securing their new identities, establishing their businesses or in maintaining the property.

Marcinkova and Kellen did not respond on Tuesday to telephone calls, voicemails, emails and text messages seeking comment. Attorneys who represented them when they were questioned in 2010 did not respond to queries about whether they still spoke for the women.

Mark Epstein said that his brother did not own any of the units in the building. Asked how it came to be that associates of his brother lived in the building, Mark Epstein said: "They're rentals. The ones I own, I rent all of them out." Asked whether he owned the units where associates of his brother lived or registered businesses, Mark Epstein said: "I don't know, and even if I knew, that's not information I'm giving you."

"I don't keep track, I've owned them for 20-something-odd years and I don't know," Mark Epstein said, when asked if he owned a unit that according to public records Kellen once used. "There's only a few people I know who live there, such as friends," he said.