# EXHIBIT 19

# EXCLUSIVE: The busy life of Jeffrey Epstein: Group of gorgeous Manhattan 'it' girls in and out of the billionaire sex offender's mansion before Clinton pal flies off in private jet with comely brunette

- **Convicted sex offender Jeffrey Epstein, 62, was seen leaving his palatial home on Manhattan's upper east side at the weekend**
- **He later flew out on Teterboro Airport on his jet with an unknown**
- **Beforehand, numerous women were seen coming and going from house**
- **The Daily Mail identified the ladies as a group of friends who mostly work as models and are social scene regulars**
- **It is a decade since investigators first investigated Epstein for allegedly hiring underage girls as assistants to give him sexual massages**
- **The disgraced financier's friendship with Prince Andrew forced the Duke to quit his role as the British Government's global trade envoy in 2011**

By JOEL CHRISTIE and LAURA COLLINS FOR DAILYMAIL.COM ✕

**PUBLISHED:** 16:40 EDT, 18 January 2016 | **UPDATED:** 19:35 EDT, 18 January 2016

        **51** shares

 💬**11** View comments

He was only back in New York a few days following a vacation, but Jeffrey Epstein certainly did not lack company during his brief return to the city.

A steady stream of gorgeous women were spotted coming and going from the convicted sex offender's palatial home on the Upper East Side at the weekend, with The Daily Mail Online obtaining exclusive images showing the bevy of beauties.

The elusive 62-year-old appeared healthy and relaxed when he emerged from the home on Friday, dressed down in a red hoodie and sweat pants, making a move for a waiting black SUV.

Epstein again flew out of New York on Saturday afternoon on his private jet, accompanied by an attractive brunette.

However he was earlier kept busy by numerous visitors, who happened to be a troupe of Manhattan 'it' girls.





On vacation: Jeffrey Epstein leaves his New York Mansion with an attractive unidentified brunette girl before flying out of New York together on his private jet.

 

Dressed down: Epstein appeared relaxed and casual as he got into a waiting SUV outside his apartment on the Upper East Side



© Jae Donnelly

**'It' girls: Susan 'Sue' Hamblin was one of the first spotted at the home. The petite blonde studies at Parsons School of Design**



© Jae Donnelly

**The attractive blonde in a grey wool outfit who was also pictured with Epstein a few years ago, sources say**



Hamblin was seen smiling as she left the property with a friend (left). She is seen here in a Facebook picture (right)



**Jennifer Kalin was seen arriving at the sprawling pad alone to visit Jeffrey Epstein at the weekend**



**The leggy brunette rugged up against the winter chill in a fur-lined black coat as she left the house**



**Admirer:** This young woman, who has not been named, later boarded a private jet with Epstein after visiting the billionaire at his home





© Jae Donnelly

**The unidentified girl was at Epstein's house both Friday and Saturday but was wearing the same clothes for the two days**



The stunning brunette was later seen loading a puppy in a travel bag into the car before heading off the to the airport with Epstein



**Epstein and the woman then headed for Teterboro Airport in New Jersey, where they boarded a private plane with Epstein's long-time pilot, Larry Visosk**

The women photographed at the house are a group of friends that mostly work as models, all of which are social scene regulars.

All of the ladies also appear to be in their early twenties.

Susan 'Sue' Hamblin, a petite blonde that studies at Parsons School of Design, was one of the first spotted at the home.

Wearing a long grey cardigan and toting and over-sized bag, Hamblin smiled as the left Epstein's property.

Soon after a leggy brunette identified as Jennifer Kalin was seen arriving at the sprawling pad.

According to Kalin's Facebook page, the Minnesota native studied at the French Culinary Institute in Paris before moving to New York.

The pair's friend, model Svetlana Pozhidaeva, was also spotted leaving the house, while eating a whole avocado.

The brown-haired, blue eyed beauty - who often goes by 'Lana' - is represented by MC2 Model Management in New York, and Elite Model Management in Milan.

According to a social media account, Pozhidaeva obtained a politics degree in Moscow before moving to the US.

None of the women were available for comment when The Daily Mail Online reached out to them on Monday to enquire about their relationship with Epstein.



**Hungry:** Russian-born model Svetlana Pozhidaeva was seen eating an avocado as the left the home of Jeffrey Epstein at the weekend




The brown-haired, blue eyed beauty - who often goes by 'Lana' - is represented by MC2 Model Management in New York and Elite Model Management in Milan





© Getty Images

**Social butterflies: Jennifer Kalin and Svetlana Pozhidaeva attend the 2014 New York Academy Of Art's Tribeca Ball at New York Academy of Art on April 7, 2014, in New York City**

A fourth woman, who was not identified, was later seen getting in a car with the billionaire bound for the airport.



ADVERTISEMENT

The attractive brunette wore a white puffer jacket and black tights, and loaded a dog in a travel bag into the car as well.

Epstein and the woman then headed for Teterboro Airport in New Jersey, where they boarded a private plane with Epstein's long-time pilot, Larry Visosk.

It is unclear where the plane was headed.



Jennifer Kalin, who is believed to be a chef, was seen arriving at the sprawling pad alone to visit Jeffrey Epstein at the weekend



**The leggy brunette rugged up against the winter chill in a fur-lined black coat as she buzzed into the house**



**An unidentified woman is seen arriving at the Manhattan mansion of Jeffrey Epstein at the weekend**

It has been a decade since investigators first looked into a tip that assistants to Epstein were procuring underage girls to give him sexual massages.

Detectives sifted through the trash outside his Palm Beach home. As the inquiry unfolded they spoke with dozens of girls, some of whom were 15 or younger.

Many of the allegations resurfaced earlier this year when Virginia Roberts, now 31, – who bears a striking resemblance to the blonde seen embracing Epstein on Wednesday – claimed to have been Epstein's sex slave.

Roberts went on to allege that in 2001 when she was an underage teenager she had sex with Epstein's one-time friend Prince Andrew, the Duke of York.

The allegations were vehemently denied by the Duke and were removed from court records following a federal judge's ruling in April. Court papers lodged in Florida had accused Prince Andrew of having sex with Miss Roberts when she was 17.

She claimed that under the orders of Epstein she was 'forced' to have sex with the prince three times in 2001 - in London, New York and on Epstein's Caribbean island.



**Jeffrey Epstein leaves his New York Mansion with an attractive unidentified brunette girl before flying out of New York together on his private jet on Saturday**



© Jae Donnelly

**Epstein's longtime pilot, Larry Visoski, was at the controls as the plane left Teterboro airport in New Jersey**

Her accusations were part of submissions made by lawyers acting for Miss Roberts who wanted to join an existing civil lawsuit launched by two other women.

US District Judge Kenneth Marra refused Miss Roberts permission to join the lawsuit and said in his written judgment that the sex abuse details had no bearing on the lawsuit's goal of reopening the Epstein non-prosecution agreement.

It is not the first time Prince Andrew's friendship with the billionaire sex offender has drawn scandal and opprobrium. In 2011 pictures of Prince Andrew walking in Central Park with Epstein, shortly after his release from jail, saw the Duke forced to quit his role as the British Government's global trade envoy.

As for Epstein he has been dogged by the scandal of sexual abuse ever since he struck an infamous plea bargain which saw him sentenced to just eighteen months in prison for a misdemeanor - soliciting an underage girl for prostitution.

Just last July a judge released a cache of court documents from Epstein's 2008 plea deal that showed prosecutors suspected the financier of abusing up to 40 underage girls – but failed to charge him and instead offered him a secret plea bargain.

Speaking in an interview with the New York Times Alan Dershowitz, the attorney who lead Epstein's aggressive defense team – whose tactic was to destroy the girls' credibility - admitted that he had initially had doubts when Epstein first asked him to take the case.

He said: 'I said, "Look, you know Jeffery, we're acquaintances, maybe that's not such a great idea." He said, "No, no, no, I really need you to do this."'



**Late last year, Epstein was seen hugging a blonde woman out the front of his house. The woman has since been identified as social pages regular Julia Stepanova, who also goes by Julia S. Cuomo**



**It is a decade since investigators first looked into a tip that women working as assistants to Epstein were procuring underage girls to give him sexual massages**



Julia S. Cuomo is pictured in New York leaving the home of Jeffrey Epstein in December 2015



**Party girl:** The stunning blonde is seen in a photo here from Facebook taken at an event in New York



**Cuomo (left) and Svetlana Pozhidaeva (right) are seen here with another model friend in a Facebook photo**

And, on reflection, Dershowitz realized the case was 'right in my wheel house.'

Dershowitz had been vacationing with Epstein at his Palm Beach house with his wife and grandchildren in December, just a few months before that 2005 phone call.

His friendship with Epstein began in the mid-1990s on Martha's Vineyard and Dershowitz was soon drawn into the rarified world of the former college dropout who once worked for Bear Stearns and would say only that he managed investments for billionaires.

He recalled that social circle as consisting of scientists, socialites and celebrities. Epstein donated $30million to research at Harvard and President Bill Clinton and Kevin Spacey flew aboard his private jet to Africa to discuss AIDS policy.

Deshowitz flew in the private jet too and admitted that Epstein was often surrounded by young women but none of them, he said, struck him as underage. "I never got involved in his social life,' he claimed.





**Friendly visit: An unidentified man arrives with his own security detail at Jeffrey Epstein's New York Mansion**



**The man, who appeared to be escorted by a private security guard (white shirt) was one of many visitors to the home of Jeffrey Epstein at the weekend**



© Jae Donnelly

**A male with a wedding band on his finger and his own security detail entered the Mansion on Friday (pictured)**

After taking the case, Dershowitz gathered information from the girls' posting on social media, which he claimed showed they were drug users or had lied to Epstein about their age.

He put together a defense team including Roy Black, a prominent trial lawyer, and Kenneth W Starr who famously led the investigation into Clinton's involvement with Monica Lewinsky.

After meeting with the team a local prosecutor recommended that Epstein be charged only with a misdemeanor. It was a decision that so infuriated the chief of Palm Beach police that he wrote a letter to the Justice Department. It was to no avail.

Epstein was sentenced to 18 months in jail and released after 13 for good behavior. He is a registered sex offender.