# EXHIBIT 24

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS    Document 311-24    Filed 11/25/24    Page 2 of 9

U.S.

U.S.

# Photo shows Jeffrey Epstein with alleged teen victim: "She did not yet realize he had a predatory plan for her"

November 22, 2019 / 7:13 AM EST / CBS/AP

A woman who says she suffered lasting damage from sexual abuse by Jeffrey Epstein when she was 17 years old sued his estate on Thursday. Teala Davies is joining other women who are speaking publicly about pain they have long confronted largely alone.

Davies, 34, joined the growing list of women who have sued the wealthy financier who died in August after he was found unresponsive in his jail cell in what a medical examiner labeled a suicide. A message seeking comment was left with a lawyer for Epstein's estate.



Attorney Gloria Allred provided this picture of Jeffrey Epstein and her client Teala Davis during a news conference, Thursday, Nov. 21, 2019, in New York, about the filing of a lawsuit against the estate of Epstein.
CBS NEWS

She filed her lawsuit in Manhattan federal court, where a magistrate judge on Thursday urged lawyers for the estate and victims to negotiate how victims can be compensated for injuries. Bennet Moskowitz, an attorney for the executors of Epstein's estate said there is "an extraordinary opportunity" to avoid litigation and "conserve judicial resources." He said a team of three would manage future claims, including Kenneth Feinberg, who oversaw the

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS    Document 311-24    Filed 11/25/24    Page 4 of 9

process for paying claims to victims of the 9/11 terrorist attacks and the BP oil spill.

Davies appeared at a news conference with attorney Gloria Allred, who read a statement from her client that described herself as the "perfect victim" for a predator who took advantage of vulnerable underage teenagers and young women.

Allred showed an undated photo of Davies with Epstein in a helicopter that she said showed them flying over the U.S. Virgin Islands. Under the photo was a caption: "She is smiling because she did not yet realize he had a predatory plan for her."



Teala Davies listens during a news conference, Thursday, Nov. 21, 2019, in New York, about the filing of a lawsuit against the estate of Jeffrey Epstein. Davies says she was 17 when she was victimized by Epstein.
JEENAH MOON / AP

Allred said her client had a difficult childhood that included being homeless for a year at age 11.

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS   Document 311-24   Filed 11/25/24   Page 5 of 9



According to the lawsuit, Davies was raped and sexually abused by Epstein at his residences in New York, Paris, Florida, New Mexico and the U.S. Virgin Islands.

"It took me a long time to break free from his mind control and abuse," Davies said in her statement. "I still have flashbacks. It still hurts."

She said she was speaking publicly "to set an example and inspire all victims of sexual abuse to conquer their fear and tell someone."

The lawsuit, which seeks unspecified damages, said the abuse ended when Epstein sent her home for good after she told him she was suffering from bulimia.



Attorney Gloria Allred, holds a picture of Jeffrey Epstein and her client Teala Davis during a news conference, Thursday, Nov. 21, 2019, in New York, about the filing of a lawsuit against the estate of Epstein. Davies says she was 17 when she was victimized by Epstein.

JEENAH MOON / AP

It was not the first time Davies had appeared publicly. She also spoke along with other women at an August court hearing after Epstein's death.

"I'm still a victim because I am fearful for my daughters and everyone's daughters. I'm fearful for their future in this world, where there are predators in power, a world where people can avoid justice if their pockets run deep enough," Davies said at the hearing.

The Davies lawsuit was filed a day after another woman anonymously sued in Manhattan federal court against Epstein's estate, alleging she was manipulated at age 16 by Epstein to be completely dependent on him before he repeatedly sexually assaulted her.

The woman said in the lawsuit that she came to the United States as a young child with her parents from a war-torn region of the world. The lawsuit said she was living in New York

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS   Document 311-24   Filed 11/25/24   Page 7 of 9

**Doctor Recommends Older Women to Wear the Warm Boots All Winter Long!**

The arch support of these boots is perfect. It provides the ideal balance between stability and flexibility, preventin…

HATMEO.COM    Learn More    PAID

**Why Women Are Replacing Their Skincare Routine with This**

It works from the inside out.

ESSENTIAL SKIN FOOD    Learn More    PAID

**This Men's Casual Sweatshirt is Both Warm and Stylish.**

It's not just a sweatshirt, it's a display of attitude towards…

RILOEY    Shop Now    PAID

**Los Angeles: This $39.99 sweatshirt is taking California by storm!**

Made in USA - When I put this zip-up sweatshirt on, it …

RILOEY CLEARANCE    Shop Now    PAID

**How Much Do Small Prefab Houses For Seniors Typically Cost?**

Discover the surprisingly low cost of prefab houses designed for seniors

SMALL HOUSES FOR SENIOR | SEARCH ADS    Learn More    PAID

**Empty Cruises Departing From Jupiter: That Seniors Can Book For Cheap**

FAQ ARENA | SENIOR CRUISE    Learn More    PAID

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS    Document 311-24    Filed 11/25/24    Page 8 of 9

### Viens tells detectives how he disposed of Dawn
CBS NEWS

### David Swain's life sentence…
CBS NEWS

### Don't overlook these self-employment tax write-offs
Whether you do contract work or have your own small business, learn more about how tax deductions for self-…

TURBOTAX                                    PAID

Learn More

### Thousands of Men Rave About the Cozy Carlsbad Leather Blazer.
BRAIONCALITS                                PAID

Shop Now

### Jupiter: Vacant Senior Apartments for Under $250 (Take A Look)
SENIOR HOUSING | SEARCH ADS                PAID

### Expert 1960s Quiz [Play Now]
How well do you know the swinging 60s?
QUIZGRIZ                                    PAID

Play Now

Jeffrey Epstein photo: Alleged teen victim Teala Davies seen with Epstein in helicopter flying over U.S. Virgin Islands - CBS News

Case 1:24-cv-01204-AS    Document 311-24    Filed 11/25/24    Page 9 of 9

Copyright ©2024 CBS Interactive Inc. All rights reserved.

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

About

Advertise

Closed Captioning

CBS News Store

Site Map

Contact Us

Help