UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>               *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>               *Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>               *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>               *Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Sigrid McCawley, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

      1.     I am a partner at Boies Schiller Flexner LLP, counsel for Plaintiff Jane Doe 3 in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

      2.     The Claim Form in the class action litigation captioned *Jane Doe 1 v. Deutsche Bank Atkiengesellschaft et al.*, Case No. 1:22-cv-10018 (S.D.N.Y.), was created as part of a trauma-informed process and was meant to help the survivors of Jeffrey Epstein's abuse.

      3.     **Exhibit 1** attached hereto is the March 14, 2005 Palm Beach Police Department Incident Report (JEE_Doe3_069379), designated confidential by the Defendants.

1

4. **Exhibit 2** attached hereto is a January 19, 2018 email from Darren Indyke to Scott Link (Indyke_Doe3_023154), designated confidential by the Defendants.

5. **Exhibit 3** attached hereto is an October 11, 2017 email from Bebe Avdiu to Darren Indyke (Indyke_Doe3_022007), designated confidential by the Defendants.

6. **Exhibit 4** attached hereto is a January 30, 2017 email from Richard Kahn to Bella Klein (KAHN_00005240), designated confidential by the Defendants.

7. **Exhibit 5** attached hereto is a July 8, 2019 Department of Justice memorandum regarding the arrest of Epstein.

8. **Exhibit 6** attached hereto is a July 16, 2018 email from Bella Klein to Daphne Wallace, copying Richard Kahn (HBRK_JD3_022006), designated confidential by the Defendants.

9. **Exhibit 7** attached hereto is a July 22, 2019 from Richard Kahn to Jeanne Brennan and Bella Klein (HBRK_JD3_004969), designated confidential by the Defendants.

10. **Exhibit 8** attached hereto is a January 11, 2018 wire from LSJE (HBRK_JD3_113215), designated confidential by the Defendants.

11. **Exhibit 9** attached hereto is a January 31, 2019 wire through LSJE (HBRK_JD3_115779), designated confidential by the Defendants.

12. **Exhibit 10** attached hereto is a September 15, 2017 email from Bella Klein to Richard Kahn (HBRK_JD3_200063), designated confidential by Defendants.

13. **Exhibit 11** attached hereto is the July 6, 2020 DFS Consent Order.

14. **Exhibit 12** attached hereto is an August 16, 2016 from Bella Klein to Una Pascal copying Richard Kahn (HBRK_JD3_148323), designated confidential by Defendants.

15. **Exhibit 13** attached hereto is a June 19, 2018 email from Una Pascal to Richard Kahn (KAHN_00086829), designated confidential by Defendants.

16. **Exhibit 14** attached hereto is a May 15, 2015 email from Bella Klein to Jeanne Brennan Wiebracht copying Richard Kahn (KAHN_00078157), designated confidential by Defendants.

17. **Exhibit 15** attached hereto is a March 22, 2016 from Richard Kahn to Jeffrey Epstein (KAHN_00062336), designated confidential by Defendants.

18. **Exhibit 16** attached hereto is October 21, 2024 Declaration of ▮▮▮▮ (JD_00013320), designated confidential by Plaintiff.

19. **Exhibit 17** attached hereto is an October 30, 2014 email from Bella Klein to Richard Kahn (KAHN_00090955), designated confidential by Defendants.

20. **Exhibit 18** attached hereto is a January 7, 2015 article from The Guardian, publicly available at https://www.theguardian.com/us-news/2015/jan/07/jeffrey-epstein-former-accomplices-property-prince-andrew.

21. **Exhibit 19** attached hereto is a January 18, 2016 article from Daily Mail, publicly available at https://www.dailymail.co.uk/news/article-3405407/The-busy-life-Jeffrey-Epstein-Group-gorgeous-Manhattan-girls-billionaire-pedophile-s-mansion-flies-private-jet-attractive-brunette.html.

22. **Exhibit 20** attached hereto is a July 9, 2019 article from The Cut, publicly available at https://www.thecut.com/2019/07/jeffrey-epstein-lolita-express.html.

23. **Exhibit 21** attached hereto is a June 25, 2007 flight manifest (Indyke_Doe3_002606), designated confidential by Defendants.

24. **Exhibit 22** attached hereto is an August 8, 2019 email from Amanda Devine to Darren Indyke (Indyke_Doe3_025631), designated confidential by Defendants.

25. **Exhibit 23** attached hereto are April and May 1999 flight manifests (Indyke_Doe3_002499), designated confidential by the Defendants.

26. **Exhibit 24** attached hereto is a November 22, 2019 article from CBS News, publicly available at https://www.cbsnews.com/news/jeffrey-epstein-sued-teala-davies-accuses-epstein-of-sexually-abusing-her-photo-shows-them-helicopter/.

27. **Exhibit 25** attached hereto is a December 12, 2017 email from ▇▇▇▇ to Bella Klein (HBRK_JD3_050129), designated confidential by Defendants.

28. **Exhibit 26** attached hereto is a June 5, 2018 email from Bella Klein to Richard Kahn (HBRK_JD3_233943), designated confidential by Defendants.

29. **Exhibit 27** attached hereto is an August 1, 2016 email from Richard Kahn to Jeffrey Epstein (KAHN_00003439), designated confidential by Defendants.

30. **Exhibit 28** attached hereto is a February 2, 2015 email from Richard Kahn to Bella Klein (HBRK_JD3_028972), designated confidential by Defendants.

31. **Exhibit 29** attached hereto is a November 5, 2014 email from Jeffrey Epstein to Darren Indyke (Indyke_Doe3_022268), designated confidential by Defendants.

32. **Exhibit 30** attached hereto is a February 28, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004536), designated confidential by Defendants.

33. **Exhibit 31** attached hereto is a February 28, 2008 email from Lesley Groff to Bella Klein (HBRK_JD3_020776), designated confidential by Defendants.

34. **Exhibit 32** attached hereto is a December 15, 2014 email from Bella Klein and Richard Kahn (HBRK_JD3_023749), designated confidential by Defendants.

35.     **Exhibit 33** attached hereto is a November 9, 2017 email from Lesley Groff to Bella Klein (HBRK_JD3_027769), designated confidential by Defendants.

36.     **Exhibit 34** attached hereto is a June 4, 2016 email from Bella Klein to Richard Kahn (HBRK_JD3_004458)

37.     **Exhibit 35** attached hereto is a June 4, 2016 spreadsheet (HBRK_JD3_004459), designated confidential by Defendants.

38.     **Exhibit 36** attached hereto is a February 2, 2017 email from Richard Kahn to Jeffrey Epstein (KAHN_00019599), designated confidential by Defendants.

39.     **Exhibit 37** attached hereto is a June 1, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004531), designated confidential by Defendants.

40.     **Exhibit 38** attached hereto is a May 2, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004532), designated confidential by Defendants.

41.     **Exhibit 39** attached hereto is an April 1, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004533), designated confidential by Defendants.

42.     **Exhibit 40** attached hereto is a March 15, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004535), designated confidential by Defendants.

43.     **Exhibit 41** attached hereto is a January 30, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004539), designated confidential by Defendants.

44.     **Exhibit 42** attached hereto is a January 3, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_004540), designated confidential by Defendants.

45.     **Exhibit 43** attached hereto is an April 5, 2016 email from Richard Kahn to Bella Klein (HBRK_JD3_004559), designated confidential by Defendants.

46. **Exhibit 44** attached hereto is a December 19, 2018 email from Bella Klein to Richard Kahn (HBRK_JD3_004963), designated confidential by Defendants.

47. **Exhibit 45** attached hereto is an April 23, 2018 email from Richard Kahn to Bella Klein (KAHN_00004251), designated confidential by Defendants.

48. **Exhibit 46** attached hereto is a November 9, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_027791), designated confidential by Defendants.

49. **Exhibit 47** attached hereto is a November 15, 2016 payment from Darren Indyke to ▌ (HBRK_JD3_100990), designated confidential by Defendants.

50. **Exhibit 48** attached hereto is a January 19, 2017 email from Bella Klein to ▌ (HBRK_JD3_144727), designated confidential by Defendants.

51. **Exhibit 49** attached hereto is a December 28, 2016 email from Richard Kahn to Bella Klein (HBRK_JD3_004007), designated confidential by Defendants.

52. **Exhibit 50** attached hereto is an August 8, 2019 email from Richard Kahn to Bella Klein (HBRK_JD3_021852), designated confidential by Defendants.

53. **Exhibit 51** attached hereto is a July 24, 2019 email from Bella Klein to Richard Kahn (HBRK_JD3_003728), designated confidential by Defendants.

54. **Exhibit 52** attached hereto is an August 1, 2016 email from Bella Klein to Richard Kahn (KAHN_00003474), designated confidential by Defendants.

55. **Exhibit 53** attached hereto is a June 26, 2014 email from Bella Klein to Richard Kahn (HBRK_JD3_004276), designated confidential by Defendants.

56. **Exhibit 54** attached hereto is a June 4, 2013 email from Bella Klein to Jeffrey Epstein copying Richard Kahn (HBRK_JD3_004455), designated confidential by Defendants.

57.     **Exhibit 55** attached hereto is a December 22, 2014 email from Jeffrey Epstein to Darren Indyke (Indyke_Doe3_021711), designated confidential by Defendants.

58.     **Exhibit 56** attached hereto are the June 30, 2008 Epstein Jail Logs.

59.     **Exhibit 57** attached hereto is an April 5, 2022 article from The Daily Beast, publicly available at https://www.thedailybeast.com/epstein-shared-hotel-room-with-bill-clinton-and-was-terrified-of-being-poisoned-says-victim-juliette-bryant/.

60.     **Exhibit 58** attached hereto is a February 23, 2011 email from ▮▮▮▮▮▮ to Jeffrey Epstein (JEE_Doe3_126833), designated confidential by Defendants.

61.     **Exhibit 59** attached hereto is a November 1, 2018 email from Darren Indyke to Shani Pinni (Indyke_Doe3_004771), designated confidential by Defendants.

62.     **Exhibit 60** attached hereto is a September 16, 2017 email from Jeffrey Epstein to Richard Kahn (KAHN_00011349), designated confidential by Defendants.

63.     **Exhibit 61** attached hereto is a September 14, 2017 email from Richard Kahn to Jeffrey Epstein (KAHN_00011129), designated confidential by Defendants.

64.     **Exhibit 62** attached hereto is a January 13, 2010 email from Jean Luc Brunel to Richard Kahn and Jeff Fuller (HBRK_JD3_020006), designated confidential by Defendants.

65.     **Exhibit 63** attached hereto is a January 15, 2010 email from Richard Kahn to Rich Kahn (HBRK_JD3_017343), designated confidential by Defendants.

66.     **Exhibit 64** attached hereto is a January 8, 2014 email from Lesley Groff to Jeffrey Epstein (JEE_Doe3_000140), designated confidential by Defendants.

67.     **Exhibit 65** attached hereto is an October 30, 2014 email from Lesley Groff to Richard Kahn, Bella Klein, Ann Rodriguez (KAHN_00007033), designated confidential by Defendants.

68. **Exhibit 66** attached hereto is a July 10, 2014 email from Lesley Groff to Richard Kahn (KAHN_00007039), designated confidential by Defendants.

69. **Exhibit 67** attached hereto is a June 17, 2014 email from Lesley Groff to Richard Kahn (KAHN_00007040), designated confidential by Defendants.

70. **Exhibit 68** attached hereto is the October 15, 2024 transcript of the deposition of Bella Klein, designated confidential by Defendants.

71. **Exhibit 69** attached hereto is a November 4, 2014, email from Bella Klein to Richard Kahn (KAHN_00035191), designated confidential by Defendants.

72. **Exhibit 70** attached hereto are 2006 various petty cash receipts (JEE_Doe3_024850), designated confidential by Defendants.

73. **Exhibit 71** attached hereto is a February 18, 2011 email from Richard Kahn to Richard Kahn (HBRK_JD3_019004), designated confidential by Defendants.

74. **Exhibit 72** attached hereto is a February 17, 2016 wire confirmation (HBRK_JD3_100822), designated confidential by Defendants.

75. **Exhibit 73** attached hereto is a December 28, 2016 wire from Jeffrey E Epstein to ▮▮▮▮▮▮▮ (HBRK_JD3_100962), designated confidential by Defendants.

76. **Exhibit 74** attached hereto is a January 19, 2016 wire from Jeffrey E Epstein to ▮▮▮▮▮▮▮ (HBRK_JD3_101961), designated confidential by Defendants.

77. **Exhibit 75** attached hereto is a November 12, 2015 email from Richard Kahn to Bella Klein (KAHN_00012771), designated confidential by Defendants.

78. **Exhibit 76** attached hereto is an August 26, 2014 email from Richard Kahn to Arthur Tendler (KAHN_00010472), designated confidential by Defendants.

79. **Exhibit 77** attached hereto is a November 3, 2017 email from Bella Klein to Richard Kahn (KAHN_00011335), designated confidential by Defendants.

80. **Exhibit 78** attached hereto is a February 14, 2018 email from Bella Klein to Richard Kahn (KAHN_00013723), designated confidential by Defendants.

81. **Exhibit 79** attached hereto is a September 20, 2011 email from Richard Kahn to Lesley Groff (KAHN_00012160), designated confidential by Defendants.

82. **Exhibit 80** attached hereto is an August 1, 2013 email from Richard Kahn to Bella Klein (HBRK_JD3_023738), designated confidential by Defendants.

83. **Exhibit 81** attached hereto is an October 7, 2014 wire to ▮▮▮▮ (HBRK_JD3_003677), designated confidential by Defendants.

84. **Exhibit 82** attached hereto is a June 25, 2014 wire to ▮▮▮▮ (HBRK_JD3_103302), designated confidential by Defendants.

85. **Exhibit 83** attached hereto is a November 12, 2014 wire to ▮▮▮▮ (HBRK_JD3_103311), designated confidential by Defendants.

86. **Exhibit 84** attached hereto is a May 11, 2015 wire to ▮▮▮▮ (HBRK_JD3_003693), designated confidential by Defendants.

87. **Exhibit 85** attached hereto is a December 10, 2015 wire to ▮▮▮▮ (HBRK_JD3_126253), designated confidential by Defendants.

88. **Exhibit 86** attached hereto is a November 5, 2018 email from Richard Kahn to Bella Klein (HBRK_JD3_027283), designated confidential by Defendants,

89. **Exhibit 87** attached hereto is an August 21, 2018 email from Bella Klein to Richard Kahn (KAHN_00031690), designated confidential by Defendants.

9

90. **Exhibit 88** attached hereto is an August 21, 2018 email from Jeffrey Epstein to Richard Kahn (KAHN_00013698), designated confidential by Defendants.

91. **Exhibit 89** attached hereto is a September 18, 2017 email from HBRK scanner to Bella Klein (HBRK_JD3_203346), designated confidential by Defendants.

92. **Exhibit 90** attached hereto is an August 17, 2006 email from Darren Indyke to Lauren Kwintner (HBRK_JD3_019097), designated confidential by Defendants.

93. **Exhibit 91** attached hereto is an August 17, 2006 from Jean Luc Brunel to Darren Indyke (HBRK_JD3_019094), designated confidential by Defendants.

94. **Exhibit 92** attached hereto is an August 9, 2019 email from Mark Epstein to Darren Indyke (Indyke_Doe3_002157), designated confidential by Defendants.

95. **Exhibit 93** attached hereto is a November 1, 2022 article from the Mirror, publicly available at https:/www.mirror.co.uk/news/us-news/jeffrey-epsteins-sex-slave-holding-28153460.

96. **Exhibit 94** attached hereto is an April 24, 2013 wire from Jeffrey Epstein to 301/66 Owners Corp (HBRK_JD3_016350), designated confidential by Defendants.

97. **Exhibit 95** attached hereto is an April 24, 2013 Funds Transfer Request to 301/66 Owners Corp. (HBRK_JD3_003681), designated confidential by Defendants.

98. **Exhibit 96** attached hereto is Epstein's Black Book.

99. **Exhibit 97** attached hereto is an October 28, 2002 article from New York Magazine, publicly available at https://nymag.com/nymetro/news/people/n_7912/#print.

100. **Exhibit 98** attached hereto is an August 6, 2018 email from Richard Kahn to Bella Klein (HBRK_JD3_022423), designated confidential by Defendants.

101. **Exhibit 99** attached hereto is a March 16, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_100523), designated confidential by Defendants.

102. **Exhibit 100** attached hereto is an August 8, 2006 email from Darren Indyke to Richard Kahn (HBRK_JD3_019106), designated confidential by Defendants.

103. **Exhibit 101** attached hereto is a January 31, 2017 email from Bella Klein to Jeanne Brennan (HBRK_JD3_140628), designated confidential by Defendants.

104. **Exhibit 102** attached hereto is a November 9, 2017 email from Richard Kahn to Jeffrey Epstein (JEE_Doe3_110570), designated confidential by Defendants.

105. **Exhibit 103** attached hereto is a September 16, 2017 email from Richard Kahn to Jeffrey Epstein (JEE_Doe3_108812), designated confidential by Defendants.

106. **Exhibit 104** attached hereto is a July 24, 2019 from Bella Klein to Richard Kahn (HBRK_JD3_003754), designated confidential by Defendants.

107. **Exhibit 105** attached hereto is a November 15, 2017 email from Lesley Groff to ▇▇▇▇▇▇▇▇▇ (HBRK_JD3_050048), designated confidential by Defendants.

108. **Exhibit 106** attached hereto is an August 11, 2018 wire confirmation from LSJE to ▇▇▇▇▇▇▇▇▇ (HBRK_JD3_113795), designated confidential by Defendants.

109. **Exhibit 107** attached hereto is an August 14, 2018, from Bella Klein to Daphne Wallace copying Richard Kahn (HBRK_JD3_138907), designated confidential by Defendants.

110. **Exhibit 108** attached hereto is a February 7, 2018 email from Bella Klein to Daphne Wallace copying Richard Kahn (HBRK_JD3_196619), designated confidential by Defendants.

111. **Exhibit 109** attached hereto is a June 24, 2019 email from Lesley Groff to Jeffrey Epstein (HBRK_JD3_060332), designated confidential by Defendants.

112. **Exhibit 110** attached hereto is a June 28, 2022 article from AP News, publicly available at https://apnews.com/article/epstein-maxwell-timeline-b9f15710fabb72e8581c71e94acf513e.

113.  **Exhibit 111** attached hereto is a July 27, 2006 article from the Palm Beach Post, publicly available at https://www.palmbeachpost.com/story/news/2006/07/27/after-long-probe-billionaire-faces-solicitation-charge/2623078007/.

114.  **Exhibit 112** attached hereto is the September 29, 2024 expert report of Chitra Raghavan, designated confidential by Plaintiff.

115.  **Exhibit 113** attached hereto is a January 4, 2014 email from Epstein to Doe (JD_00002753), designated confidential by Plaintiff.

116.  **Exhibit 114** attached hereto is a March 11, 2014 email from Larry Visoski to Lesley Groff (Indyke_Doe3_015109), designated confidential by Defendants.

117.  **Exhibit 115** attached hereto is the September 24, 2007 Non-Prosecution Agreement, publicly available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://reason.com/wp-content/uploads/2021/08/Non-Prosecution-Agreement-1433.pdf.

118.  **Exhibit 116** attached hereto is the October 24, 2024 deposition transcript of Michael Reiter, designated confidential by Plaintiff.

119.  **Exhibit 117** attached hereto is the Department of Justice Office of Professional Responsibility Executive Summary Report November 2020, publicly available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.justice.gov/opr/page/file/1336471/dl?inline.

120.  **Exhibit 118** attached hereto is a July 17, 2019 article from The Washington Post, publicly available at https://www.washingtonpost.com/investigations/jeffrey-epsteins-wealth-allowed-him-many-perks-while-serving-jail-time-in-florida/2019/07/17/fab2c128-a8c5-11e9-a3a6-ab670962db05_story.html.

121. **Exhibit 119** attached hereto is a November 3, 2008 email from Richard Kahn to Bella Klein (HBRK_JD3_133458), designated confidential by Defendants.

122. **Exhibit 120** attached hereto is the January 14, 2011 C.O.U.Q. Foundation 2009 Return of Private Foundation 990-PF Form (HBRK_JD3_162290), designated confidential

123. **Exhibit 121** attached hereto is a March 24, 2017 email from Bella Klein to ▮▮▮▮ (HBRK_JD3_143984), designated confidential by Defendants.

124. **Exhibit 122** attached hereto is a November 5, 2015 email from Richard Kahn to Bella Klein (HBRK_JD3_033535), designated confidential by Defendants.

125. **Exhibit 123** attached hereto is a March 22, 2016 email from Richard Kahn to Jeffrey Epstein (JEE_Doe3_108784), designated confidential by Defendants.

126. **Exhibit 124** attached hereto is a March 10, 2017 email from Bella Klein to Richard Kahn (HBRK_JD3_144161), designated confidential by Defendants.

127. **Exhibit 125** attached hereto is a February 13, 2014 email from Lesley Groff to Doe (HBRK_JD3_000588), designated confidential by Defendants.

128. **Exhibit 126** attached hereto is a June 18, 2014 email from Bella Klein to Richard Kahn (KAHN_00017379), designated confidential by Defendants.

129. **Exhibit 127** attached hereto is a June 20, 2012 email from ▮▮▮▮ to Jeffrey Epstein (JEE_Doe3_088237), designated confidential by Defendants.

130. **Exhibit 128** attached hereto is a January 3, 2017 email between Richard Kahn and banking representative (DB-JD3_00031671), designated confidential by a third-party.

131. **Exhibit 129** attached hereto is a September 21, 2016 email from Bella Klein to Jeffrey Epstein (HBRK_JD3_028498), designated confidential by Defendants.

132. **Exhibit 130** attached hereto is an August 29, 2019 article from The New York Times, publicly available at https://www.nytimes.com/2019/08/29/nyregion/jeffrey-epstein-ghislaine-maxwell.html.

133. **Exhibit 131** attached hereto is a June 6, 2019 email from Bella Klein to Richard Kahn (HBRK_JD3_004933), designated confidential by Defendants.

134. **Exhibit 132** attached hereto is an October 31, 2018 email from Bella Klein to Richard Kahn (HBRK_JD3_005342), designated confidential by Defendants.

135. **Exhibit 133** attached hereto are January 29, 2018. payments to immigration lawyers Arda Beskardes from J. Epstein Virgin Islands Foundation (HBRK_JD3_126225), designated confidential by Defendants.

136. **Exhibit 134** attached hereto is a May 25, 2017 email from Una Pascal to Bella Klein and Richard Kahn (HBRK_JD3_203561), designated confidential by Defendants.

137. **Exhibit 135** attached hereto is a December 6, 2017 email from Bella Klein to Jeanne Brennan copying Una Pascal, Richard Kahn (HBRK_JD3_027451), designated confidential by Defendants.

138. **Exhibit 136** attached hereto are March 17, 2014 payments to Bruce Moskowitz's foundation (HBRK_JD3_222666), designated confidential by Defendants.

139. **Exhibit 137** attached hereto is an April 16, 2019 article from The Daily Beast, publicly available at https://www.thedailybeast.com/jeffrey-epstein-has-a-secret-charity-heres-who-it-gave-money-to/.

140. **Exhibit 138** attached hereto is Jeffrey Epstein- Palm Beach Description of Activities 2003-2005 (JEE_Doe3_036286), designated confidential by Defendants.

141. **Exhibit 139** is an August 20, 2017 email from ▮▮▮▮▮▮▮ to Indyke (Indyke_Doe3_047212), designated confidential by Defendants.

142. **Exhibit 140** attached hereto is a October 9, 2013 "Certificate of Marriage Registration" (Indyke_Doe3_042097), designated confidential by Defendants.

143. **Exhibit 141** attached hereto is a June 15, 2016 email from a victim to Bella Klein copying Richard Kahn (HBRK_JD3_147290), designated confidential by defendants.

144. **Exhibit 142** attached hereto is a November 7, 2014 email from Richard Kahn to Jeffrey Epstein (JEE_Doe3_000114), designated confidential by Defendants.

145. **Exhibit 143** attached hereto is Kahn's W-2 form for 2007 (KAHN_00007010), designated confidential by Defendants.

146. **Exhibit 144** attached hereto is a December 10, 2012 email from Jeffrey Epstein to Bella Klein (HBRK_JD3_154825), designated confidential by Defendants.

147. **Exhibit 145** attached hereto is an August 17, 2010 email from Jeffrey Epstein to Lesley Groff (JEE_Doe3_132713), designated confidential by the Defendants.

148. **Exhibit 146** attached hereto is a September 28, 2013 email from Richard Kahn to Lesley Groff, Bella Klein, Harry Beller (HBRK_JD3_023853), designated confidential by the Defendants.

149. **Exhibit 147** attached hereto is an April 25, 2014 $25k Check to Stockholm School of Economics (HBRK_JD3_005764), designated confidential by the Defendants.

150. **Exhibit 148** attached hereto is a February 14, 2011 $25k Check to Stockholm School of Economics (HBRK_JD3_161958), designated confidential by the Defendants.

151. **Exhibit 149** attached hereto is an April 25, 2014 from Lesley Groff to Bella Klein (HBRK_JD3_023843), designated confidential by the Defendants.

152. **Exhibit 150** attached hereto is an August 3, 2012 email from Lesley Groff to Bella Klein copying Richard Kahn (HBRK_JD3_023857), designated confidential by the Defendants.

153. **Exhibit 151** attached hereto is a July 25, 2017 email from Richard Kahn to Darren Indyke (Indyke_Doe3_000902), designated confidential by the Defendants.

154. **Exhibit 152** attached hereto is a January 23, 2015 email from Jeffrey Epstein to Darren Indyke (JEE_Doe3_098018), designated confidential by the Defendants.

155. **Exhibit 153** attached hereto is a February 1, 2018 email from Bella Klein to Lesley Groff (HBRK_JD3_027129), designated confidential by the Defendants.

156. **Exhibit 154** attached hereto is a September 8, 2009 email from Richard Kahn to Bella Klein (HBRK_JD3_133387), designated confidential by the Defendants.

157. **Exhibit 155** attached hereto is a July 1, 2017 email from Darren Indyke to Jeffrey Epstein (Indyke_Doe3_035814), designated confidential by the Defendants.

158. **Exhibit 156** attached hereto is an October 22, 2018 email from Chris Kroblin to Darren Indyke (Indyke_Doe3_036048), designated confidential by the Defendants.

159. **Exhibit 157** attached hereto is an October 30, 2018 email from Darren Indyke to Jeffrey Epstein (Indyke_Doe3_042107), designated confidential by the Defendants.

160. **Exhibit 158** attached hereto is a December 22, 2014 from Jeffrey Epstein to Darren Indyke (Indyke_Doe3_036036), designated confidential by the Defendants.

161. **Exhibit 159** attached hereto is a September 20, 2019 article from The Hill, publicly available at https://thehill.com/blogs/blog-briefing-room/news/462434-florida-police-chief-who-oversaw-epstein-case-believes-he-may/.

162. **Exhibit 160** attached hereto is the October 26, 2024 expert report of Jane Khodarkovsky, designated confidential by Defendants.

163. **Exhibit 161** attached hereto is the November 6, 2024 transcript of the deposition of Jane Khodarkovsky, designated confidential.

164. **Exhibit 162** attached hereto is an October 22, 2018 email from Darren Indyke to Jeffery Epstein (Indyke_Doe3_036044), designated confidential by Defendants.

165. **Exhibit 163** attached hereto is an April 4, 2019 email from Richard Kahn to Bella Klein (KAHN_00110872), designated confidential by Defendants.

166. **Exhibit 164** attached hereto is the April 14, 2023 transcript of the deposition of Amanda Kirby (DB-JD3_00070729), designated as confidential by a third party.

167. **Exhibit 165** attached hereto is a publicly available 2009 complaint against filed against Jeffrey Epstein.

168. **Exhibit 166** attached hereto is a spreadsheet of Epstein employees (HBRK_JD3_005522), designated confidential by Defendants.

169. **Exhibit 167** attached hereto is a June 21, 2019 email from Darren Indyke to Martin Weinberg (Indyke_Doe3_034935), designated confidential by Defendants.

170. **Exhibit 168** attached hereto is a June 20, 2016 from Bennet Moskowitz to Darren Indyke (Indyke_Doe3_049329), designated confidential by Defendants.

171. **Exhibit 169** attached hereto is a January 26, 2017 email from Darren Indyke to Jeffery Epstein (Indyke_Doe3_045684), designated confidential by the defendant.

172. **Exhibit 170** attached hereto is a May 3, 2017 email from Darren Indyke to Jeffery Epstein (Indyke_Doe3_038750), designated confidential by the defendant.

173. **Exhibit 171** attached hereto is a March 1, 2017 email from Lesley Groff to Darren Indyke (Indyke_Doe3_039170), designated confidential by the Defendants.

174. **Exhibit 172** attached hereto is a March 16, 2014 email from Jeffrey Epstein to Lesley Groff (JEE_Doe3_000328), designated confidential by Defendants.

175. **Exhibit 173** attached hereto is a March 26, 2014 email from Jane Doe 3 to Jeffery Epstein (JD_00002306), designated confidential by Plaintiff.

176. **Exhibit 174** attached hereto is a January 15, 2014 email from Richard Kahn to Larry Visoski (KAHN_00039612), designated confidential by Defendants.

177. **Exhibit 175** attached hereto is a January 3, 2018 email from Richard Kahn to Jeffrey Epstein (KAHN_00046751), designated confidential by Defendants.

178. **Exhibit 176** attached hereto is a September 26, 2023 email from Richard Kahn to Anthony Barrett (KAHN_00016454), designated confidential by Defendants.

179. **Exhibit 177** attached hereto is a December 5, 2013 email from Richard Kahn to a Deutsche Bank employee (KAHN_00039825), designated confidential by Defendants.

180. **Exhibit 178** attached hereto is a December 14, 2013 email from Deutsche Bank employee to Richard Kahn (KAHN_00017945), designated confidential by Defendants.

181. **Exhibit 179** attached hereto is an April 14, 2016 email from Richard Kahn to Bella Klein (KAHN_00062280), designated confidential by Defendants.

182. **Exhibit 180** attached hereto is an April 2, 2013 email from Richard Kahn to Bella Klein (KAHN_00100316), designated confidential by Defendants.

183. **Exhibit 181** attached hereto is a December 14, 2013 email from Richard Kahn to ▇▇▇▇▇▇ (KAHN_00016259), designated confidential by Defendants.

184. **Exhibit 182** attached hereto is a January 4, 2014 email from ▇▇▇▇▇▇ to Richard Kahn (KAHN_00035392), designated confidential by Defendants.

185. **Exhibit 183** attached hereto is a April 14, 2014 email from Richard Kahn to ▇▇▇▇ and ▇▇▇▇ (KAHN_00039091), designated confidential by Defendants.

186. **Exhibit 184** attached hereto is a December 18, 2015 email from ▇▇▇▇ to Richard Kahn (KAHN_00026287), designated confidential by Defendants.

187. **Exhibit 185** attached hereto is the March 28, 2018 Southern Trust Company Operating Agreement (DB-JD3_00040785), designated confidential by a third party.

188. **Exhibit 186** attached hereto is a December 23, 2017 email from Richard Kahn to Bella Klein (HBRK_JD3_087847), designated confidential by Defendants.

189. **Exhibit 187** attached hereto is a December 15, 2021 article from Business Insider, publicly available at https://www.businessinsider.com/jeffrey-epstein-victims-compensation-program-accusers-cant-sue-ghislaine-maxwell-2021-12.

190. **Exhibit 188** attached hereto is the May 18, 2023 transcript of Richard Kahn's Deposition (KAHN_00088866), designated confidential by Defendants.

191. **Exhibit 189** attached hereto is a May 18, 2023 PBS News article, publicly available at https://www.pbs.org/newshour/nation/deutsche-bank-to-pay-75-million-to-epstein-victims-in-groundbreaking-settlement-lawyers-say#:~:text=LONDON%20(AP)%20%E2%80%94%20Deutsche%20Bank,abused%20by%20the%20late%20financier.

192. **Exhibit 190** attached hereto is the November 25, 2024 Declaration of Jane Doe 3, designated confidential by Plaintiff.

193. **Exhibit 191** attached hereto is the second exhibit used during the Deposition of Darren Indyke, pages 45-87 of the March 14, 2005 Palm Beach Police Department Incident Report, designated as confidential.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2024

Respectfully submitted,

By: */s/ Sigrid McCawley*

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com