# EXHIBIT 93

11/22/24, 5:19 PM
Jeffrey Epstein's 'holding house' where sex assault victim got cookies before abuse - Mirror Online
Case 1:24-cv-01804-AS    Document 313-2    Filed 11/26/24    Page 2 of 21

ADVERTISEMENT



**Jeffrey Epstein stashed young girls at 301 East 66th Street in New York (**  Image: Google Maps)

NEWS                    POLITICS                    FOOTBALL

CELEBS                    TV                    SHOPPING

# EXCLUSIVE: Jeffrey Epstein's 'holding house' where sex assault victim got cookies before abuse

Teresa Helm, 42, said she "felt special" when she discovered fruit and cookies inside her room at Jeffrey Epstein's mysterious "holding facility" for young girls at 301 East 66th Street, New York

By **Matthew Dresch**, Features Writer
20:09, 1 Nov 2022   | UPDATED 08:57, 3 NOV 2022

|   BOOKMARK  ⬠

One of **Jeffrey Epstein's** victims has spoken out for the first time about the predator's "holding facility" for young girls.

Teresa Helm, 42, spent one night at 301 East 66th Street, staying there before and after she was

 **NEWS  FOOTBALL  CELEBS**

**SHARE**                                          | **BOOKMARK**

A previous lawsuit against Epstein revealed how he kept girls as young as 13 at the property, which was listed as "apartments for models" in his infamous "little black book".

Pictures from inside the plush apartment complex give a taste of both the security and luxury within, showing the front desk where visitors are monitored and the marble-floored lobby of the building.

Recalling her arrival at 301 East 66th Street, Ms Helm told The Mirror: "When the driver pulled up outside I was a little bit surprised as I didn't realise I'd be staying at an apartment building. I thought it would be a hotel.

Get email updates with the day's biggest stories

Enter your email...                                                    Sign up

 **MORE**        with inmates

Case 1:24-cv-01204-AS    Document 313-2    Filed 11/26/24    Page 4 of 21



Get email updates with the day's biggest stories



**Teresa Helm said she stayed at the "holding facility" in 2002** (    Image: Teresa Helm)

"I remember feeling quite special – thinking there's this nice gift basket of fruit and cookies.

"It was part of the manipulation – 'here we are caring for you, we are providing for you'. That's all part of the grooming process.

"Epstein was using it as a holding facility for his supply of girls.

"I think they brought girls there to stay throughout their trafficking (operation). They needed to put the girls up somewhere."

Jeffrey Epstein's 'holding house' where sex assault victims abused before age 15 - Mirror Online





Get email updates with the day's biggest stories

**The front desk of 301 East 66th Street (Ms Helm is not in this picture)** ( Image: Ossa Properties, Inc./Facebook)

Ms Helm recalls meeting another "young girl" outside the apartment block who she suspects was abused by Epstein.

She said: "I went down to the car (to leave for the airport) and the driver said to me we were waiting for someone else.

"She got in the car a few minutes later and we exchanged names. I told her I had seen Maxwell and Epstein and that I went for an interview.

"I think she said she had only met Epstein. She asked me if I thought anything was weird. I didn't answer and then she said she wanted to go home.



Get email updates with the day's biggest stories

"We went to the airport in total silence after that. I can only assume she went through a similar experience to me based off what she said.

"I can't remember her name. I wish I knew who she was. All I remember is that she was a lot shorter than me and her hair colour.

"My message to her would be that I hope she's well and that if she hasn't come forward, there's support for her."

Epstein's brother Mark owns most of the 200 flats at 301 East 66th Street through his company Ossa Properties and rented some of the flats out to his disgraced sibling, according to the **New York Post**.



**Mark Epstein (right) reportedly owns most of the apartments in the building**



**The finely decorated and furnished lobby of 301 East 66th Street (** Image: Osse Properties

Get email updates with the day's biggest stories

said underage girls as young as 13 were staying in the block.

In a 2010 deposition she said: "I know there were girls staying there. Some of the girls were underage... 13 or 14."

Ms Helm realised she stayed at the apartment block after seeing pictures of the building in news reports.

She initially flew from LA to New York for an "interview" with Ghislaine Maxwell for a traveling private massage therapist job.



Get email updates with the day's biggest stories

**The lobby of the building where Epstein stashed young girls** (    Image: Ossa Properties, Inc./Facebook)

The then 22-year-old was greeted by a driver at the airport and taken straight to 301 East 66th Street.

Shortly afterward, Ms Helm travelled to Maxwell's house for her interview and ended up giving the British socialite a massage.

When the massage was over, Maxwell told her she had to meet Epstein for the second part of her "interview", she says.

She added that Maxwell told her: "Make sure you give Jeffrey what he wants because Jeffrey always gets what he wants."

When Ms Helm arrived at Epstein's house, the paedophile lured her into his "office" and sexually assaulted her.

Recalling the attack, Ms Helm previously said: "I walked up to this really elaborate door, it seemed very castle-like to me.

Get email updates with the day's biggest stories

**Ghislaine Maxwell sent Ms Helm to Epstein's townhouse, where she was abused** (    Image: Patrick McMullan via Getty Images)

"I was let in and Jeffrey said to follow him to his office. We walked into that room and then he asked me for a foot massage and put his foot on my leg.

"I started giving him a foot massage and he started pushing his foot closer and closer to me to the point where his foot was literally pressing up against my body.

"He grabbed my chin in his hand and said to me 'I know I can always trust a woman who shows her gums when she smiles'.

"I was very scared and so I got up from the couch and started walking to the door and he grabbed me from behind.



Get email updates with the day's biggest stories

**Epstein took his own life in the Metropolitan Correctional Center, a coroner ruled** ( Image: REUTERS)

"I completely froze and he assaulted me in the hallway. When I made it to the door he said to me don't do anything I wouldn't do. I took that as a direct threat."

Ms Helm then returned to the 301 East 66th Street "holding facility" and flew home the next day.

In 2020, Ms Helm accepted an offer from Epstein's victims' compensation fund and agreed to withdraw her lawsuit against the financier's estate.

A coroner ruled Epstein took his own life in New York's Metropolitan Correctional Center while awaiting trial for child sex trafficking charges.

Case 1:24-cv-01204-AS    Document 313-2    Filed 11/26/24    Page 1 of 21



Get email updates with the day's biggest stories

**Maxwell filed more than 100 complaints during her detention at the Metropolitan Detention Center (MDC)** ( Image: Copyright unknown)

Meanwhile, Maxwell was sentenced to 20 years behind bars in June after being found guilty of the enticement of minors and sex trafficking of underage girls for Epstein to abuse.

Ms Helm was not part of the trial, although she did attend court and at one point locked eyes with Epstein's madam.

"When I was in the court room with her in December I maintained eye contact with her," Ms Helms told The Mirror.

"She was trying to suss me out. It had been 20 years since I'd seen her and she'd seen me.

Get email updates with the day's biggest stories

"All I saw in her eyes was arrogance. she's one of the most arrogant people ever.

Ms Helm is now furious that the trafficker has been moved to a "cushy" low-security prison.

Inmates at the Florida jail can take part in yoga, baking and a range of other "luxury" activities.

The Mirror this week published pictures of Maxwell running around in the Florida sun on the prison grounds.

Ms Helm said Maxwell did not deserve to be housed at the jail – the Federal Correction Institute (FCI) Tallahassee – after "destroying so many lives".

Get email updates with the day's biggest stories

The Federal Bureau of Prisons decided Maxwell would serve her 20-year term at FCI Tallahassee after her conviction.

Ms Helm, who now helps other sexual abuse victims through her work at the National Center on Sexual Exploitation, said: "I don't think she should be in a low-security prison.

"She destroyed so many lives, I don't know that a low security environment is appropriate given her level of maliciousness.

"Activities like yoga are freedoms - to some people they are luxuries.

"I think she's got it the best way she can get it in prison. There are plenty of people that don't have it as good as her."

Maxwell previously complained about living in hellish conditions at the notorious Metropolitan Detention Center (MDC) in New York.

Get email updates with the day's biggest stories

**Maxwell is set to spend the next 20 years of her life at FCI Tallahassee** (      Image: Google)

Her lawyers filed more than 100 complaints during her two-year detention at MDC.

Ms Helm rubbished the lawyers' complaints, including the claim that Maxwell was fed "maggot-infested food".

She said: "Of course they said that. They wanted to get her out."

In an exclusive interview published in October, Maxwell brazenly complained about the restrictions at FCI Tallahassee.

She ranted about being locked up in her cell for most of the day because of the jail's "code-red" Covid lockdown.

Get email updates with the day's biggest stories

**Maxwell admitted conditions at her new jail are better than at Brooklyn's MDC** (        Image: Matt Symons / Mirrorpix)

Although she denied it was a "cushy" facility, she did admit that the conditions were better than at MDC.

The trafficker told **The Sun** : "I can assure you it's very far from a cushy country club.

"You're locked up the entire time and if they let you out for an hour there's no communal area to get together, there's not a chair for everybody, there's no way to watch TV.

"And when I arrived here, there were only two phones."

The Mirror previously reported on how inmates at the jail can watch movies and even take part in prison talent shows.



**Inmates at FCI Tallahassee can take part in yoga and baking** (    Image: Federal Bureau of Prisons)

Get email updates with the day's biggest stories

She shares her sleeping quarters with Manda May Rowell and Shacara Bryant, who between them have more than 70 convictions.

A source said: "Ghislaine's bunk mates could not have come from more different and difficult upbringings than her.

"Whereas she was given anything and everything she wanted, life was not great for both Manda and Shacara.

Get email updates with the day's biggest stories

**Maxwell complained about being fed "maggot-infested food" at Brooklyn's MDC** (      Image: REUTERS)

"Shacara, in particular, had it so very tough.

"From a young age, both got in with the wrong crowd, seeing them head down roads they refused to turn back on.

Jeffrey Epstein's 'brothel' house where sex assault victim got cookies before breakfast - Mirror Online

"Both their trial judges told them they were the owners of their own fates after being given numerous chances to change, but it is impossible to imagine a more different childhood from all the privileges Ghislaine was given."

Maxwell, who works in the prison's law library, is being held in general population in 'Unit B South' – a dormitory of 120 beds separated into "cul-de-sacs" of two bunk beds in each.

## READ MORE

**Ghislaine Maxwell spotted jogging in sunshine behind jail's barbed wire**

**Ghislaine Maxwell defends 'dear friend' Prince Andrew by claiming Virginia photo is fake**

**Ghislaine Maxwell claims inmate plotted to kill her as she slept in New York jail cell**

**Ghislaine Maxwell asked Elon Musk to 'destroy the internet' before notorious party photo**

**Prince Andrew told he's not seen 'end of the story' by Jeffrey Epstein's victims' lawyer**

Get email updates with the day's biggest stories

## MORE ON

JEFFREY EPSTEIN      GHISLAINE MAXWELL      CRIME

--------------------------------------------------------------------------------

**Home**  /  **News**  /  **US News**  /  **Jeffrey Epstein**

--------------------------------------------------------------------------------

## TOP STORIES

11/22/24, 5:19 PM
Case 1:24-cv-01204-AS Document 313-2 Filed 11/26/24 Page 19 of 21
Jeffrey Epstein's 'holding house' where sex assault victim got cookies before release - Mirror Online

**RED CARPET ROYALTY: King Charles meets Elton John and stars as he arrives at Royal Variety WITHOUT Queen Camilla**

KING CHARLES III

**Cheryl reveals heartbreaking way her life has been changed by grief after double tragedy**

CHERYL

'Rich farmers backed the Tories who ruined

Get email updates with the day's biggest stories

INHERITANCE TAX

**Liam Payne's mum and dad suffered agonising heartbreak over One Direction fame**

LIAM PAYNE

**Jack Grealish reveals he IS keen to do I'm A Celeb in response to Ant and Dec**

JACK GREALISH

Jeffrey Epstein's 'bottomless' two-acre sex assault victim got cookies before they'd leave - Mirror Online

**RAPE ACCUSER WINS: Conor McGregor
ordered to pay £200,000 to woman who
accused him of sexual assault**

CONOR MCGREGOR

**Black Friday 2024 LIVE: Handpicked deals
from Shark, Apple, Ninja and more**

BLACK FRIDAY

**Young dad notices worrying symptom – then**

Get email updates with the day's biggest stories

HEART DISEASE

**I'm A Celebrity's Kim Woodburn underwent
major medical procedure after appearing
on ITV show**

I'M A CELEBRITY GET ME OUT OF HERE

**BBC Question Time audience member slams
inheritance tax moan – 'smallest violin'**

QUESTION TIME

11/22/24, 5:19 PM
Case 1:24-cv-01204-AS   Document 313-2   Filed 11/26/24   Page 21 of 21
Jeffrey Epstein's 'holding house' with 60 sex assault victim got cookies before - Mirror Online

**Methanol poisoning holiday hotspots
exposed and grim way it attacks your body**

COUNTERFEIT ALCOHOL

**Conor McGregor victim speaks out after
UFC star found to have assaulted her**

CONOR MCGREGOR

Get email updates with the day's biggest stories