UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |
| JANE DOE 3,<br><br>       *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-02192 (AS)<br>(*consolidated with Case No. 1:24-cv-01204 (AS) for pre-trial purposes*) |

**DECLARATION OF DANIEL H. WEINER IN FURTHER
SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

  I, Daniel H. Weiner, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am a partner at Hughes Hubbard & Reed LLP, counsel for Defendant Darren K. Indyke in the above-captioned action. I submit this declaration in further support of Defendants' motion for summary judgment.

  2.  **Exhibit 1** attached hereto is a true and correct copy of a document produced by the Estate of Jeffrey E. Epstein (the "Estate"), Bates stamped JEE_Doe3_051787, and designated confidential pursuant to the Protective Order in this action.

1

3. **Exhibit 2** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_100320, and designated confidential pursuant to the Protective Order in this action.

4. **Exhibit 3** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_100507 – JEE_Doe3_100508, and designated confidential pursuant to the Protective Order in this action.

5. **Exhibit 4** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_100313, and designated confidential pursuant to the Protective Order in this action.

6. **Exhibit 5** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_101179, and designated confidential pursuant to the Protective Order in this action.

7. **Exhibit 6** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_100120, and designated confidential pursuant to the Protective Order in this action.

8. **Exhibit 7** attached hereto is a true and correct copy of a document produced by third-party HBRK Associates Inc. ("HBRK"), Bates stamped HBRK_JD3_022390 – HBRK_JD3_022402, and designated confidential pursuant to the Protective Order in this action.

9. **Exhibit 8** attached hereto is a true and correct copy of a document produced by Defendant Richard D. Kahn ("Kahn"), Bates stamped KAHN_00043235 – KAHN_00043238, and designated confidential pursuant to the Protective Order in this action.

10. **Exhibit 9** attached hereto is a true and correct copy of a document produced by Kahn, Bates stamped KAHN_00077547 – KAHN_00077548, and designated confidential

pursuant to the Protective Order in this action.

11. **Exhibit 10** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_085725 – JEE_Doe3_085726, and designated confidential pursuant to the Protective Order in this action.

12. **Exhibit 11** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_085730 – JEE_Doe3_085732, and designated confidential pursuant to the Protective Order in this action.

13. **Exhibit 12** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_103855 – JEE_Doe3_103856, and designated confidential pursuant to the Protective Order in this action.

14. **Exhibit 13** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_098028 – JEE_Doe3_098029, and designated confidential pursuant to the Protective Order in this action.

15. **Exhibit 14** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_222672 – HBRK_JD3_222674, and designated confidential pursuant to the Protective Order in this action.

16. **Exhibit 15** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_096468, and designated confidential pursuant to the Protective Order in this action.

17. **Exhibit 16** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_096204 – HBRK_JD3_096211, and designated confidential pursuant to the Protective Order in this action.

18. **Exhibit 17** attached hereto is a true and correct copy of a document produced by

HBRK, Bates stamped HBRK_JD3_096218 – HBRK_JD3_096237, and designated confidential pursuant to the Protective Order in this action.

19. **Exhibit 18** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_096402, and designated confidential pursuant to the Protective Order in this action.

20. **Exhibit 19** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_096405, and designated confidential pursuant to the Protective Order in this action.

21. **Exhibit 20** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087715 – JEE_Doe3_087716, and designated confidential pursuant to the Protective Order in this action.

22. **Exhibit 21** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087308 – JEE_Doe3_087312, and designated confidential pursuant to the Protective Order in this action.

23. **Exhibit 22** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087088, and designated confidential pursuant to the Protective Order in this action.

24. **Exhibit 23** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087091 – JEE_Doe3_087092, and designated confidential pursuant to the Protective Order in this action.

25. **Exhibit 24** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087275 – JEE_Doe3_087276, and designated confidential pursuant to the Protective Order in this action.

26. **Exhibit 25** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_001941 – JEE_Doe3_001942, and designated confidential pursuant to the Protective Order in this action.

27. **Exhibit 26** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_087960, and designated confidential pursuant to the Protective Order in this action.

28. **Exhibit 27** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_126835, and designated confidential pursuant to the Protective Order in this action.

29. **Exhibit 28** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_088371 – JEE_Doe3_088372, and designated confidential pursuant to the Protective Order in this action.

30. **Exhibit 29** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_107125 – JEE_Doe3_107126, and designated confidential pursuant to the Protective Order in this action.

31. **Exhibit 30** attached hereto is a true and correct copy of a document produced by Kahn, Bates stamped KAHN_00007261, and designated confidential pursuant to the Protective Order in this action.

32. **Exhibit 31** attached hereto is a true and correct copy of a document produced by HBRK, Bates stamped HBRK_JD3_023302 – HBRK_JD3_023303, and designated confidential pursuant to the Protective Order in this action.

33. **Exhibit 32** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_103285, and designated confidential pursuant to the

Protective Order in this action.

34. **Exhibit 33** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_085772, and designated confidential pursuant to the Protective Order in this action.

35. **Exhibit 34** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_086353, and designated confidential pursuant to the Protective Order in this action.

36. **Exhibit 35** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_095193, and designated confidential pursuant to the Protective Order in this action.

37. **Exhibit 36** attached hereto is a true and correct copy of a document produced by third-party Deutsche Bank Aktiengesellschaft, Bates stamped DB-JD3_00050247 – DB-JD3_00050248, and designated confidential pursuant to the Protective Order in this action.

38. **Exhibit 37** attached hereto is a true and correct copy of a document produced by Kahn, Bates stamped KAHN_00033822 – KAHN_00033824, and designated confidential pursuant to the Protective Order in this action.

39. **Exhibit 38** attached hereto is a true and correct copy of an errata sheet for transcript of deposition of Darren K. Indyke on September 13, 2024, and designated confidential pursuant to the Protective Order in this action.

40. **Exhibit 39** attached hereto is a true and correct copy of a document produced by Plaintiff Jane Doe 3, Bates stamped JD_00000777 – JD_00000778, and designated confidential pursuant to the Protective Order in this action, along with a certified translation of the document and a notarized certification for the translation.

41. **Exhibit 40** attached hereto is a true and correct copy of a document produced by Doe, Bates stamped JD_00013461, and designated confidential pursuant to the Protective Order in this action.

42. **Exhibit 41** attached hereto is a true and correct copy of a document produced by Doe, Bates stamped JD_00013495, and designated confidential pursuant to the Protective Order in this action.

43. **Exhibit 42** attached hereto is a true and correct copy of a document produced by Doe, Bates stamped JD_00013507, and designated confidential pursuant to the Protective Order in this action.

44. **Exhibit 43** attached hereto is a true and correct copy of a document produced by Doe, Bates stamped JD_00013612, and designated confidential pursuant to the Protective Order in this action.

45. **Exhibit 44** attached hereto is a true and correct copy of a document produced by Doe, Bates stamped JD_00003558, and designated confidential pursuant to the Protective Order in this action, along with a certified translation of the document and a notarized certification for the translation.

46. **Exhibit 45** attached hereto is a true and correct copy of a document produced by the Estate, Bates stamped JEE_Doe3_000340 – JEE_Doe3_000341, and designated confidential pursuant to the Protective Order in this action.

47. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2024                        /s/ *Daniel H. Weiner*
                                                                                Daniel H. Weiner