UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>       Plaintiff,<br><br>   -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>       Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's December 11, 2024 Order, Dkt. 337, the parties were required to confer on their discovery dispute raised by plaintiff at Dkt. 334 to see if they could resolve it themselves. By December 19, 2024, at 5:00 PM, the parties should either submit a joint letter to the Court informing it that a telephonic conference on Friday is no longer necessary, or Indyke should submit a letter to the Court outlining any remaining issues in dispute. If the parties haven't reached a resolution on their own, they should dial in to Friday's 11:00 AM conference by calling (646) 453-4442 and entering the Phone Conference ID: **523 545 533**, followed by the pound (#) sign.

  SO ORDERED.

Dated: December 18, 2024
    New York, New York

                      _____
                       ARUN SUBRAMANIAN
                       United States District Judge