UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3,<br><br>                    Plaintiff,<br><br>        -against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>                    Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On December 9, 2024, Jane Doe 3 filed a motion to compel the production of certain documents that she contends were covered by the Court's November 13, 2024 Order, Dkt. 278, and which defendant Darren Indyke says were not. *See* Dkts. 335, 344.

For the reasons discussed at today's hearing, Doe's motion is denied without prejudice. The Court understands, however, that the parties have resolved several of the issues raised in Doe's motion to compel. To the extent the parties have agreed to the review and production of documents, that agreement should be adhered to. The Court also reiterates that Indyke may only withhold documents that are, in lead counsel's good faith view, validly privileged. The Court understands that Indyke re-reviewed his logs after the Court's last hearing on this issue and produced any documents (not just transmittal letters) for which there is no good faith basis to believe that the work-product or attorney-client privilege applies. If that understanding is not correct, then Indyke should undertake this review promptly.

The motions to seal at Dkts. 332, 340, and 343 are granted. The Clerk of Court is respectfully directed to terminate Dkts. 332, 335, 340, and 343.

SO ORDERED.

Dated: December 20, 2024
       New York, New York

                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge