# EXHIBIT A

 

**U.S. Department of Justice**
**Federal Bureau of Investigation**

_____

As part of our commitment to transparency, the Department of Justice and the Federal Bureau of Investigation have conducted an exhaustive review of investigative holdings relating to Jeffrey Epstein.  To ensure that the review was thorough, the FBI conducted digital searches of its databases, hard drives, and network drives as well as physical searches of squad areas, locked cabinets, desks, closets, and other areas where responsive material may have been stored.  These searches uncovered a significant amount of material, including more than 300 gigabytes of data and physical evidence.

The files relating to Epstein include a large volume of images of Epstein, images and videos of victims who are either minors or appear to be minors, and over ten thousand downloaded videos and images of illegal child sex abuse material and other pornography.  Teams of agents, analysts, attorneys, and privacy and civil liberties experts combed through the digital and documentary evidence with the aim of providing as much information as possible to the public while simultaneously protecting victims.  Much of the material is subject to court-ordered sealing.  Only a fraction of this material would have been aired publicly had Epstein gone to trial, as the seal served only to protect victims and did not expose any additional third-parties to allegations of illegal wrongdoing. Through this review, we found no basis to revisit the disclosure of those materials and will not permit the release of child pornography.

This systematic review revealed no incriminating "client list."  There was also no credible evidence found that Epstein blackmailed prominent individuals as part of his actions.  We did not uncover evidence that could predicate an investigation against uncharged third parties.

Consistent with prior disclosures, this review confirmed that Epstein harmed over one thousand victims.  Each suffered unique trauma.  Sensitive information relating to these victims is intertwined throughout the materials.  This includes specific details such as victim names and likenesses, physical descriptions, places of birth, associates, and employment history.

One of our highest priorities is combatting child exploitation and bringing justice to victims.  Perpetuating unfounded theories about Epstein serves neither of those ends.

To that end, while we have labored to provide the public with maximum information regarding Epstein and ensured examination of any evidence in the government's possession, it is the determination of the Department of Justice and the Federal Bureau of Investigation that no further disclosure would be appropriate or warranted.

After a thorough investigation, FBI investigators concluded that Jeffrey Epstein committed suicide in his cell at the Metropolitan Correctional Center in New York City on August 10, 2019. This conclusion is consistent with previous findings, including the August 19, 2019 autopsy findings of the New York City Office of the Chief Medical Examiner, the November 2019 position of the U.S. Attorney's Office for the Southern District of New York in connection with the investigation of federal correctional officers responsible for guarding Epstein, and the June 2023 conclusions of DOJ's Office of the Inspector General.

The conclusion that Epstein died by suicide is further supported by video footage from the common area of the Special Housing Unit (SHU) where Epstein was housed at the time of his death. As DOJ's Inspector General explained in 2023, anyone entering or attempting to enter the tier where Epstein's cell was located from the SHU common area would have been captured by this footage. The FBI's independent review of this footage confirmed that from the time Epstein was locked in his cell at around 10:40 pm on August 9, 2019, until around 6:30 am the next morning, nobody entered any of the tiers in the SHU.

During this review, the FBI enhanced the relevant footage by increasing its contrast, balancing the color, and improving its sharpness for greater clarity and viewability. The full raw and enhanced videos are available at the following links: https://www.justice.gov/video-file1; https://www.justice.gov/video-file2.