UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 3 et al.,

                Plaintiffs,

DARREN K. INDYKE et al.,

                Defendants.

24-CV-1204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Having considered the factors articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the pending motions to seal in this case are GRANTED. *See* Dkt. 195, 213, 221, 245, 253, 267, 271, 280, 286, 289, 299, 302, 316, 317, 321, 326, 338, and 350.

    Additionally, the motion for leave to file a corrected declaration of Daniel Weiner, Dkt. 273, is GRANTED.

    The Clerk of Court is respectfully directed to terminate the motions at Dkts. 195, 213, 221, 245, 253, 267, 271, 273, 280, 286, 289, 299, 302, 316, 317, 321, 326, 338, and 350.

        SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                    United States District Judge