UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLYSON WARD and JANE DOE 3, individually and on behalf of all others similarly situated,<br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br>　　　　　　　　*Defendants*. | Civil Action No. 1:24-cv-01204 (AS) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on August 5, 2024, the Court granted Defendants' motion to dismiss Count VII of Plaintiff Jane Doe 3's Complaint, Dkt. No. 80 at 11-12;

WHEREAS, on August 19, 2025, the Court granted Plaintiff Jane Doe 3's motion to amend her complaint, Dkt. No. 353;

WHEREAS, on September 3, 2025, Plaintiffs Jane Doe 3 and Allyson Ward filed a Corrected Amended Class Action Complaint, Dkt. No. 359; and

WHEREAS, Defendants' deadline to respond to the Corrected Amended Class Action Complaint is September 22, 2025, and the parties wish to avoid duplicative briefing regarding Count VII.

NOW, THEREFORE, it is stipulated and agreed, subject to the order of the Court, that Count VII is dismissed with prejudice as to Jane Doe 3 and is struck from the Corrected Amended Class Action Complaint. For the avoidance of doubt, Plaintiff Jane Doe 3 is not waiving any argument on appeal as to Count VII.

Dated: September 17, 2025

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| By: */s/ Daniel Weiner* | By: */s/ Daniel S. Ruzumna* |
| Daniel H. Weiner, Esq.<br>Marc A. Weinstein, Esq.<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Email: daniel.weiner@hugheshubbard.com<br>Email: marc.weinstein@hugheshubbard.com<br>Fax: (212) 299-6874<br>Fax: (212) 299-6460 | Daniel S. Ruzumna, Esq.<br>Amy Vegari, Esq.<br>Tara J. Norris, Esq.<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>Email: druzumna@pbwt.com<br>Email: avegari@pbwt.com<br>Email: tnorris@pbwt.com<br>Fax: (212) 336-1205<br>Fax: (212) 366-1297 |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |

By: */s/ Sigrid S. McCawley*
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

*Attorney for Plaintiffs*

SO ORDERED:

_____
Hon. Arun Subramanian
United States District Judge

Dated: September 18, 2025
  New York, New York