

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

September 19, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

   Re:  <u>Doe 3, et al. v. Indyke, et al.</u>, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

  Pursuant to Paragraphs 11(C)(ii)-(iii) of Your Honor's Individual Practices in Civil Cases, Defendants Darren Indyke and Richard Kahn seek leave to file (1) Defendants' Letter in Opposition to Plaintiffs' Motion to Compel (the "<u>Opposition Letter</u>") under partial seal, and (2) Exhibit 1 to the Opposition Letter, which is a document that Defendants produced in discovery and marked Confidential pursuant to the Protective Order (ECF No. 64), entirely under seal.

  The Opposition Letter and Exhibit 1 contain the names or identifying information of individuals that Plaintiffs have previously sought to redact from public filing, or similar information concerning similarly situated individuals.  *See, e.g.,* ECF No. 362.  In light of Plaintiffs' prior motions to seal, Defendants expect that Plaintiffs will seek to redact the same or similar information in the Opposition Letter and Exhibit 1.  To the extent those redactions are consistent with Plaintiffs' proposed redactions in prior motions to seal, Defendants will not oppose those redactions.  In addition, Defendants file Exhibit 1 under seal pursuant to paragraph 6 of the Protective Order and in accordance with Paragraph 11(B) of Your Honor's Individual Practices in Civil Cases.

  Pursuant to Paragraph 11(C)(i) of Your Honor's Individual Practices in Civil Cases, Defendants will meet and confer with Plaintiffs regarding the Opposition Letter and Exhibit 1 in an effort to narrow the scope of their sealing request.  Defendants' counsel advises Plaintiffs' counsel that they must file, within three business days, a letter explaining the need to seal or redact the Opposition Letter and Exhibit 1.

                                                             Respectfully submitted,

                                                             Daniel H. Weiner

cc:    Counsel of Record (via ECF)