

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

September 22, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

      Re:    *Doe 3, et al. v. Indyke, et al.*, Case No. 24-cv-1204 (AS)

Dear Judge Subramanian:

      Pursuant to the Protective Order (ECF No. 64) and Paragraph 11(C)(i) of Your Honor's Individual Practices in Civil Cases, Defendants Darren Indyke and Richard Kahn submit this letter motion to (i) maintain under seal Exhibits A-G of Plaintiffs' September 17, 2025 Letter Motion to Compel (ECF No. 364) and (ii) redact from the Letter Motion to Compel quotes from and summaries of the information contained in Exhibits A-G and the privilege log of non-party HBRK Associates Inc. ("HBRK").  The parties met and conferred by telephonic conference on these issues earlier today.

      Defendants or HBRK designated Exhibits A-G to the Letter Motion to Compel and HBRK's privilege log as "Confidential" pursuant to Paragraph 3 of the Protective Order because those documents contain previously undisclosed financial information, information related to the ownership or control of non-public companies, information of a personal or intimate nature, and/or the identity of actual or alleged abuse victims of Jeffrey E. Epstein.  Exhibits A-G and HBRK's privilege log therefore constitute "Confidential Discovery Material," as that term is defined in the Protective Order.  The redacted portions of the Letter Motion to Compel quote or summarize information from those Exhibits and HBRK's privilege log and therefore "disclose such Confidential Discovery Material."  Protective Order ¶ 6.  Accordingly, pursuant to the Protective Order and Paragraph 11(B) of Your Honor's Individual Practices in Civil Cases, the Exhibits and the portions of the Letter Motion to Compel disclosing the information in those Exhibits and HBRK's privilege log should remain under seal.  Plaintiffs indicate that they oppose Defendants' letter motion to seal in this respect.

      Defendants attach hereto as Exhibit 1 their proposed revised redactions to the Letter Motion to Compel.  Defendants' revised redactions continue to redact information quoted or summarized from Exhibits A-G and HBRK's privilege log (as indicated in the dark blue highlighting in Exhibit 1 hereto), but remove the redactions for information quoted from Mr. Indyke's privilege logs (as indicated in the light blue highlighting), other than identifying information related to alleged Epstein victims.  Plaintiffs agree with removing the redactions of that information.

      For the foregoing reasons, Defendants respectfully request that the Court (i) maintain under seal Exhibits A-G to the Letter Motion to Compel, and (ii) approve Defendants' proposed revised redactions to the Letter Motion to Compel.

                                   Respectfully submitted,

                                   Daniel H. Weiner

cc:    All counsel (via ECF)