UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe 3,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Darren K. Indyke, et al.,<br><br>                    Defendants. | 24-cv-1204 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court is in receipt of plaintiff's motion to compel. Dkt. 363. The associated briefing contains numerous motions to seal from both parties, some of which appear to be unopposed and others which appear to be opposed in whole or part. Dkt. 362, 367, 372, 374. By October 31, 2025, the parties are ordered to submit a joint letter with a chart outlining: (1) the docket number and description of each proposed document to be sealed or redacted; (2) the party seeking sealing or redaction; (3) the justification for the sealing or redaction; (4) whether the opposing party objects to the sealing or redaction; and (5) the rationale for the objection, if applicable.

  SO ORDERED.

Dated: October 15, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge