

Sigrid S. McCawley
Telephone: 954-356-0011
Email: smccawley@bsfllp.com

October 31, 2025

**VIA ECF**
The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    ***Doe 3 v. Indyke et. al.*, Case No. 1:24-cv-01204-AS – Joint Letter Response to October 15, 2025 Order re Motions to Seal (Dkt. 362, 367, 372, 374)**

Dear Judge Subramanian:

      We write jointly on behalf of Plaintiffs, Allyson Ward and Jane Doe 3, and Defendants, Darren K. Indyke and Richard D. Kahn. Pursuant to the Court's October 15, 2025 Order (Dkt. 375), the parties respectfully submit Exhibit A attached hereto, which is a chart setting forth the parties' positions regarding the pending motions to seal associated with Plaintiffs' letter motion to compel.[1]

---

[1] Should the Court order the public production of any documents that Defendants seek to seal in their entirety, Plaintiffs respectfully request the opportunity to review Defendants' proposed redactions of those documents to ensure the redactions cover the names and identifying information of the victims.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com

Respectfully submitted,

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | HUGHES HUBBARD & REED LLP |
| /s/ *Sigrid S. McCawley* | /s/ *Daniel H. Weiner* |
| Sigrid S. McCawley | Daniel H. Weiner |
| Boies Schiller Flexner LLP | Marc A. Weinstein |
| 401 E. Las Olas Blvd., Suite 1200 | Fara Tabatabai |
| Fort Lauderdale, FL 33316 | One Battery Park Plaza |
| Telephone: (954) 356-0011 | New York, New York 10004 |
| Fax: (954) 356-0022 | Telephone: (212) 837-6000 |
| Email: smccawley@bsfllp.com | Email: daniel.weiner@hugheshubbard.com |
| | Email: marc.weinstein@hugheshubbard.com |
| *Attorney for Plaintiffs* | Email: fara.tabatabai@hugheshubbard.com |
| | |
| | *Attorneys for Defendant Darren K. Indyke* |

PATTERSON BELKNAP WEBB & TYLER LLP

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna
Amy N. Vegari
Tara J. Norris
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Email: druzumna@pbwt.com
Email: avegari@pbwt.com
Email: tnorris@pbwt.com

*Attorneys for Defendant Richard D. Kahn*