

Sigrid S. McCawley
Telephone: 954-356-0011
Email: smccawley@bsfllp.com

GRANTED. The Clerk of Court is
respectfully directed to terminate the
motion at ECF No. 387.

November 24, 2025

SO ORDERED.

**VIA ECF**
The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 1007
(212) 805-0238

Arun Subramanian, U.S.D.J.
Date: 11/24/25

Re:    Case No. 1:24-cv-01204-AS
       Joint Letter Motion for Extension of Time of Deadlines (Dkt. 357)

Dear Judge Subramanian:

Pursuant to Your Honor's Individual Rule 3(E), we write jointly on behalf of Plaintiffs, Allyson Ward and Jane Doe 3, and Defendants, Darren K. Indyke and Richard D. Kahn, to respectfully ask for an extension of time of the deadlines set in the Court's September 2, 2025, Order (Dkt. 357) in Case No. 1:24-cv-01204-AS. The parties' respective counsel have conferred and jointly request that the Court enter the below revised schedule to complete discovery and briefing. This is the first extension sought for these deadlines and no hearings are currently set.

Good cause exists for the parties' request: The parties have reached a settlement of Case No. 1:24-cv-02192-AS and of plaintiff Jane Doe 3's individual claims in this matter. The parties will be submitting stipulations of voluntary dismissal later this week or early next week. They also have been actively negotiating a potential resolution for this case (Case No. 1:24-cv-01204-AS) and are continuing to do so. The requested stay would allow the parties to focus on resolving the litigation and conserve the time and expense related to upcoming discovery tasks, depositions, and motion practice. It would conserve judicial resources as well. For these reasons, we ask the Court for an extension of the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Depositions | December 19, 2025 | January 19, 2026 |
| Completion of Discovery | December 19, 2025 | January 19, 2026 |
| Defendants' Supplemental Briefing | January 16, 2026 | February 16, 2026 |
| Plaintiff Response to Defendants' Supplemental Briefing | February 6, 2026 | March 8, 2026 |
| Defendants' Supplemental Reply Briefing | February 20, 2026 | March 22, 2026 |

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sigrid S. McCawley*
Sigrid S. McCawley

cc: All parties (via ECF)