

Sigrid McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

December 1, 2025

**VIA ECF**

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    *Allyson Ward and Jane Doe 3 v. Indyke et al.*, Civ. No. 1:24-cv-01204 (AS)

Dear Judge Subramanian:

Pursuant to the Court's November 4, 2025 unsealing order, Dkt. 378, and following conferral with Defendants, Plaintiff files Dkt. 364-7, the Epstein Estate's privilege log, which was ordered unsealed.

        Respectfully submitted,

        /s/ Sigrid McCawley
        Sigrid McCawley
        Boies Schiller Flexner LLP
        401 E. Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33316
        Telephone: (954) 356-0011
        Fax: (954) 356-0022
        Email: smccawley@bsfllp.com

        *Attorney for Plaintiffs*