

Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

November 24, 2025

**VIA ECF**

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    **Case No. 1:24-cv-01204-AS; Case No. 1:24-cv-02192-AS**
                **Joint Letter re: Jane Doe 3**

Dear Judge Subramanian:

      We jointly write the Court to report that the parties have reached a settlement as to (a) Jane Doe 3 in her individual action against the Epstein Estate, Case No. 1:24-cv-02192-AS, and (b) Jane Doe 3's individual claims in the putative class action against Darren K. Indyke and Richard D. Kahn, Case No. 1:24-cv-01204-AS. The parties' agreement is intended to pertain to Jane Doe 3 only and is not intended to affect Case No. 1:24-cv-01204-AS other than to exclude Jane Doe 3 individually from participating in the litigation as a class representative or class member.

      The parties are submitting a stipulation of dismissal of these claims and respectfully request the Court endorse the stipulation, thereby confirming that she is relieved of any fiduciary duties as a putative class representative.

      Thank you for your consideration of this request.

      Respectfully submitted,

      /s/ *Sigrid S. McCawley*
      Sigrid S. McCawley
      Boies Schiller Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Fort Lauderdale, FL 33316
      Telephone: (954) 356-0011
      Fax: (954) 356-0022
      Email: smccawley@bsfllp.com

      *Attorney for Plaintiffs*