# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLYSON WARD and JANE DOE 3, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>          Defendants.<br>_____/ | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>CASE NO.: 24-CV-01204-AS |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their undersigned counsel, that Plaintiff Jane Doe 3's claims in the above-captioned action have been resolved and shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated:  November 24, 2025

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | HUGHES HUBBARD & REED LLP |
| By:  *Sigrid McCawley*<br>Sigrid McCawley<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33316<br>(954)356-0011<br>smccawley@bsfllp.com<br><br>*Attorneys for Plaintiff Jane Doe 3* | By:  *Daniel H. Weiner*<br>Daniel H. Weiner<br>One Battery Park Plaza<br>New York, NY  10004<br>(212)836-6000<br>daniel.weiner@hugheshubbard.com<br><br>*Attorneys for Defendant Darren K. Indyke.* |

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| By:___*Sigrid McCawley*_____ <br> Sigrid McCawley <br> 401 E. Las Olas Blvd., Suite 1200 <br> Fort Lauderdale, FL 33316 <br> (954)356-0011 <br> smccawley@bsfllp.com <br><br> *Attorneys for Plaintiff Allyson Ward* | By: _____*Daniel Ruzumna*_____ <br> Daniel S. Ruzumna <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> (212) 336-2000 <br> druzumna@pbwt.com <br><br> *Attorneys for Defendant Richard D. Kahn.* |