

December 1, 2025

**VIA ECF**

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *Allyson Ward and Jane Doe 3 v. Indyke et al.*, Civ. No. 1:24-cv-01204 (AS)

Dear Judge Subramanian:

    We write to request, pursuant to Rule 21.7 of the ECF rules, that you consider Dkt. 389-1 withdrawn from the docket. On December 1, 2025, Plaintiff mistakenly filed Dkt. 389-1 which included confidential information regarding Darren Indyke's email address. Pursuant to ECF Rule 21.7, Plaintiff immediately emailed the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filing. We will file a corrected version of the docket entry tomorrow.

    Accordingly, we respectfully request the Court to formally seal Dkt. 389-1.

                                                          Respectfully Submitted,

                                                        */s/ Sigrid S. McCawley*

Sigrid McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

*Attorney for Plaintiffs*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com