UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLYSON WARD and JANE DOE 3,
individually and on behalf of all
others similarly situated,

    Plaintiffs,

vs.

DARREN K. INDYKE and RICHARD D. KAHN,

    Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

CASE NO.: 24-CV-01204-AS

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their undersigned counsel, that Plaintiff Jane Doe 3's claims in the above-captioned action have been resolved and shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: December 2, 2025

BOIES SCHILLER FLEXNER LLP

By: _____
Sigrid McCawley
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
(954)356-0011
smccawley@bsfllp.com

*Attorneys for Plaintiff Jane Doe 3*

HUGHES HUBBARD & REED LLP

By: _____
Daniel H. Weiner
One Battery Park Plaza
New York, NY 10004
(212)836-6000
daniel.weiner@hugheshubbard.com

*Attorneys for Defendant Darren K. Indyke.*

1

BOIES SCHILLER FLEXNER LLP

By: /s/ 
Sigrid McCawley
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
(954)356-0011
smccawley@bsfllp.com

*Attorneys for Plaintiff Allyson Ward*

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/
Daniel S. Ruzumna
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
druzumna@pbwt.com

*Attorneys for Defendant Richard D. Kahn.*

Claims by plaintiff Jane Doe 3 are hereby dismissed. The case otherwise remains pending. SO ORDERED.

Arun Subramanian, USDJ
December 3, 2025

2