UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allyson Ward,

                Plaintiff,

       -against-

Darren K. Indyke et al.,

                Defendants.

24-CV-1204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Should defendants wish to file an opposition to plaintiff's motion to quash, any opposition should be filed no later than Thursday, December 18, 2025.

SO ORDERED.

Dated: December 16, 2025
      New York, New York

                                ARUN SUBRAMANIAN
                            United States District Judge