

www.pbwt.com

December 19, 2025

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:    *Doe 3 v. Indyke et al.*, Case No. 24-cv-1204 (AS)**

Dear Judge Subramanian:

Together with Hughes Hubbard & Reed LLP, we represent Defendants Darren Indyke and Richard Kahn ("Defendants") in the above-captioned action.  Based on recent developments and ongoing discussions between the parties, we submit this letter jointly with counsel for Plaintiff to respectfully request an adjournment *sine die* of today's deadline for Defendants to respond to Plaintiff's Letter Motion for a Protective Order.  (Dkt. 400.)

The parties thank the Court for its time and consideration.

Respectfully submitted,

Daniel S. Ruzumna

cc: All counsel of record (via ECF)

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 405.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 22, 2025

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222