


www.pbwt.com

December 23, 2025

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re: *Allyson Ward v. Indyke et al.*,
       <u>Case No. 24-cv-1204 (AS)</u>

Dear Judge Subramanian:

  We are pleased to report that the parties have reached a settlement in principle that will fully resolve the above-referenced case. The parties respectfully request that the Court adjourn all deadlines *sine die* to allow the parties to work efficiently to finalize their settlement agreement and move for the Court's approval. To conserve the parties' resources and those of the Court, the parties request that this action be stayed until such approval can be obtained. We propose that the parties update the Court soon after the New Year with a proposed timeline for submitting the information contemplated by Fed. R. Civ. Pro. 23(e)(1)(A).

  Thank you for your consideration of this request.

                Sincerely,

                Daniel S. Ruzumna

cc: All counsel of record (via ECF)

GRANTED. The Court congratulates the parties on their efforts to resolve this case. The case is hereby STAYED pending further order of the Court. The parties should plan to file an update with the Court as to the status of the settlement by January 9, 2026. The motion at Dkt. 400 is DENIED WITHOUT PREJUDICE in light of the settlement in principle. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 400 and 407.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 24, 2025