UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allyson Ward, | |
| Plaintiff, | 24-CV-1204 (AS) |
| -against- | |
| | ORDER |
| Darren K. Indyke et al., | |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

On December 17, 2025, defendants filed a letter motion to seal their opposition to a discovery motion. Dkt. 402. The letter stated that the parties were to meet and confer, and that plaintiff's counsel was advised by defendants' counsel that they must file a letter within three business days explaining the need for redaction.

To date, no such letter has been filed. Although the sealing of the documents may be unopposed, the presumption of public access to court documents means that the Court cannot grant a motion to seal without appropriate justification. The deadline to file a letter is hereby extended, *nunc pro tunc*, to January 9, 2026. Should no letter justifying sealing be filed, the parties are advised that the Court may deny the motion and order the documents unsealed.

SO ORDERED.

Dated: January 2, 2026

New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge