

Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

January 9, 2026

<u>VIA ECF</u>

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: **Case No. 1:24-cv-01204-AS, Joint Letter re: December 24, 2025 Order (Dkt. 408)**

Dear Judge Subramanian:

  We jointly write in response to the Court's December 24, 2025 Order (Dkt. 408). As previously noted, the parties have reached a class settlement that will fully resolve the above-referenced case. The parties have continued to work collaboratively with each other and the mediator to finalize a definitive agreement and expect that Plaintiff will be able to file a motion for preliminary approval of class action settlement (and accompanying documents) on or before January 30, 2026.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ *Sigrid S. McCawley*
            Sigrid S. McCawley
            Boies Schiller Flexner LLP
            401 E. Las Olas Blvd., Suite 1200
            Fort Lauderdale, FL 33316
            Telephone: (954) 356-0011
            Fax: (954) 356-0022
            Email: smccawley@bsfllp.com

            *Attorney for Plaintiff*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com