

Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

January 9, 2026

**VIA ECF**

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

> **Re:**  *Allyson Ward v. Indyke et al.*, Civ. No. 1:24-cv-01204 (AS)

Dear Judge Subramanian:

Pursuant to Paragraphs 11(C)(ii)-(iii) of Your Honor's Individual Practices in Civil Cases, Plaintiff Allyson Ward submits this letter motion to maintain under partial seal Defendants' Letter Response in Opposition to Plaintiff's Letter Motion to Quash ("Letter Response"), Dkt. 401, and Exhibit A to Defendants' Letter Response. The parties met and conferred by telephonic conference on the issues on January 7, 2026, and Defendants do not oppose Plaintiff's request.

The Letter Response was filed under partial seal and Exhibits A and B were filed entirely under seal. Plaintiff attaches hereto Exhibit B, Plaintiff's Responses and Objections to Defendants' Requests for Admission, which Plaintiff agrees does not need to be maintained under seal. The Letter Response and Exhibit A require partial sealing to protect Plaintiff's personal and intimate information, including medical information and the identities of the Epstein victims contained in Exhibit A. Plaintiff attaches hereto a revised redacted version of Defendants' Letter Response and a redacted version of Exhibit A.

The Protective Order in this action permits the Parties to designate as Confidential "any information of a personal or intimate nature regarding any individual," and "any information that could reveal the identity of any actual or alleged victim of abuse by Jeffrey E. Epstein who has not been identified publicly, including the victim's name, address, and birthdate." Dkt. 64. ¶¶ 2(d), (f).

Additionally, courts have granted sealing requests to protect the identities of victims of sex trafficking, including the identities of victims of Jeffrey Epstein. In *Giuffre v. Maxwell*, Judge Preska repeatedly recognized the "gravity of the privacy interests" of "victims of Jeffrey Epstein's abuse." *Giuffre v. Maxwell*, No. 15-CV-7433, Dkts. 1113, 1161. The Court explained that "[t]hose interests are particularly acute given that the psychological and emotional wellbeing of survivors of alleged sexual assaults may be implicated by such a broad disclosure." *Giuffre v. Maxwell*, No. 15-CV-7433, Dkt. 1113. In *Doe 1 v. JP Morgan Chase Bank, N.A.*, Judge Rakoff found that the privacy interest of a victim of Epstein justified sealing because "[p]rotecting the identity of sexual assault survivors and the details of their assaults is traditionally considered private and has been widely recognized as a compelling reason to limit public access to judicial documents." 742 F. Supp. 3d 387, 397 (S.D.N.Y. 2024) (citations omitted). And recently, in declining to unseal grand jury materials from Epstein's federal criminal case, Judge Berman found that "possible threats to victims' safety and privacy" was a "compelling reason" for denying the Government's request. *See United States v. Epstein*, 1:19-cr-00490-RMB, Dkt. 77 at 8.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com

Further, any presumption of public access that these documents are entitled to is lessened by the fact that this is an application for discovery. *In re Upper Brook Cos.*, No. 22-MC-97, 2023 WL 172003, at *5 (S.D.N.Y. Jan. 12, 2023).

In light of the foregoing, Plaintiff respectfully requests that the Court grant this letter motion and permit the Letter Response and Exhibit A to be maintained under partial seal in the form attached hereto.

GRANTED. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 402 and 410.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 12, 2026

Respectfully submitted,

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

*Attorney for Plaintiff*

2