

Sigrid S. McCawley<br>Telephone: (954) 356-0011<br>Email: smccawley@bsfllp.com

January 27, 2026

**VIA ECF**

The Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: Case No. 1:24-cv-01204-AS, Joint Letter re: December 24, 2025 Order (Dkt. 408)

Dear Judge Subramanian:

  We jointly write in response to the Court's December 24, 2025 Order (Dkt. 408) and to follow up on the parties' January 9, 2026 Joint Letter. The parties previously notified the Court that they expected Plaintiff would be able to file a motion for preliminary approval of class action settlement (and accompanying documents) on or before January 30, 2026. The parties are continuing to work collaboratively with each other and the mediator and require additional time to finalize the agreement. The parties anticipate that Plaintiff will file her motion and accompanying documents by February 18, 2026.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              /s/ *Sigrid S. McCawley*
              Sigrid S. McCawley
              Boies Schiller Flexner LLP
              401 E. Las Olas Blvd., Suite 1200
              Fort Lauderdale, FL 33316
              Telephone: (954) 356-0011
              Fax: (954) 356-0022
              Email: smccawley@bsfllp.com

              *Attorney for Plaintiff*