**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALLYSON WARD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>          v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>     Defendants. | Case No. 1:24-cv-01204-AS |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF A SETTLEMENT CLASS, AND <u>APPROVAL OF NOTICE PLAN</u>**

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff Allyson Ward, by and through her attorneys, hereby moves the Court, before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class, agreed upon by all parties:  (1) granting preliminary approval of the proposed Settlement; (2) approving the form and manner of giving notice of the proposed Settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

1

Dated: February 19, 2026                          Respectfully Submitted,


                                                  *Sigrid S. McCawley*

                                                  Sigrid S. McCawley
                                                  Daniel Crispino (*pro hac vice*)
                                                  Megan Nyman (*pro hac vice*)
                                                  Boies Schiller Flexner LLP
                                                  401 E. Las Olas Boulevard,
                                                  Suite 1200 Fort Lauderdale,
                                                  FL 33301
                                                  Telephone: (954) 356-0011
                                                  Fax: (954) 356-0022
                                                  Email: smccawley@bsfllp.com
                                                  Email: dcrispino@bsfllp.com
                                                  Email: mnyman@bsfllp.com

                                                  David Boies
                                                  Andrew Villacastin
                                                  Alexander Law
                                                  Boies Schiller Flexner LLP
                                                  55 Hudson Yards
                                                  New York, New York 10001
                                                  Telephone: (212) 446-2300
                                                  Fax: (212) 446-2350
                                                  Email: dboies@bsfllp.com
                                                  Email: avillacastin@bsfllp.com
                                                  Email: alaw@bsfllp.com

                                                  *Counsel for Allyson Ward*