UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allyson Ward, individually and on behalf of all
others similarly situated,

Plaintiff,

-against-

Darren K. Indyke et al.,

Defendants.

24-CV-1204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a teleconference on **June 2, 2026** at **2 p.m. ET** to discuss updates on the claims administration process. The conference is open to all, and counsel and the claims administrator are directed to attend.

Any interested parties may join by dialing (646) 453-4442 and entering the meeting code 577 450 979#.

SO ORDERED.

Dated: May 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge