**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLYSON WARD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>          v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>     Defendants. | Case No. 1:24-cv-01204-AS |

**LEAD PLAINTIFF'S NOTICE OF FILING OF**
**DECLARATION OF FUND ADMINISTRATOR SIMONE K. LELCHUK**
**REGARDING ADMINISTRATION OF NOTICE AND PROCESSING OF CLAIMS**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT the Declaration of Fund Administrator Simone K. Lelchuk Regarding Administration of Notice and Processing of Claims, dated July 28, 2026, is being filed herewith as Exhibit 1 to this Notice in accordance with Paragraph 11 of the Court's March 3, 2026 Order Granting Preliminary Approval.

Dated: July 29, 2026                    Respectfully submitted,

                                        /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley
                                        Daniel Crispino (*pro hac vice*)
                                        Megan Nyman (*pro hac vice*)
                                        Boies Schiller Flexner LLP
                                        401 E. Las Olas Blvd., Suite 1200
                                        Fort Lauderdale, FL 33316
                                        Telephone: (954) 356-0011
                                        Fax: (954) 356-0022
                                        Email: smccawley@bsfllp.com
                                        Email: dcrispino@bsfllp.com
                                        Email: mnyman@bsfllp.com

1

David Boies
Andrew Villacastin
Alexander Law
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: alaw@bsfllp.com

*Counsel for Allyson Ward*