**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALLYSON WARD, individually and on behalf of all others similarly situated,

    Plaintiff,

       v.

DARREN K. INDYKE and RICHARD D. KAHN,

    Defendants.

Case No. 1:24-cv-01204-AS

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declarations, and all prior pleadings and proceedings had herein, Lead Plaintiff Allyson Ward, by and through her attorneys, hereby moves the Court, before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, for entry of the [Proposed] Order Granting Final Approval Pursuant to Fed. R. Civ. P. 23(e), agreed upon by all parties: (1) granting final approval of the proposed Settlement; and (2) approving the Plan of Allocation. Defendants do not oppose the motion.

Pursuant to the Court's March 3, 2026 Order, Lead Plaintiff's motion, memorandum of law, and supporting papers are timely filed by August 12, 2026. The deadline to file objections or opposition is August 26, 2026, and the deadline for Lead Plaintiff's reply is September 9, 2026. The Settlement Hearing will be held at 2 p.m. on September 16, 2026 in courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Sigrid S. McCawley*
Sigrid S. McCawley
Daniel Crispino (*pro hac vice*)
Megan Nyman (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com
Email: mnyman@bsfllp.com

David Boies
Andrew Villacastin
Alexander Law
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: alaw@bsfllp.com

*Counsel for Allyson Ward*