**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLYSON WARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN,<br><br>    Defendants. | Case No. 1:24-cv-01204-AS |

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Sigrid S. McCawley, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Managing Partner of Boies Schiller Flexner LLP ("BSF" or the "Firm"). I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I am submitting this declaration in support of my Firm's application for an award of attorneys' fees, expenses, and charges ("expenses") in connection with services rendered in the above-entitled action (the "Litigation").

3. BSF is Class Counsel of record for the Class certified for settlement purposes and Lead Plaintiff Allyson Ward ("Lead Plaintiff").

4. BSF has a strong record of successfully and diligently representing plaintiffs in complex class action litigation. Recent cases in which BSF or its partners were lead or co-lead counsel include: *Doe v. Bank of America, N.A.* (1:25-cv-08520-JSR) (S.D.N.Y.), an ongoing case

1

where the court granted preliminary approval of a $72.5 million class settlement in April 2026; *Doe 1 v. JPMorgan Chase Bank, N.A.* (22-cv-10019-JSR) (S.D.N.Y.), in which the court granted final approval of a $290 million class action settlement in November 2023; *Doe 1 v. Deutsche Bank Aktiengesellschaft, et al.* (22-cv-10018-JSR) (S.D.N.Y.), in which the court granted final approval of a $75 million class action settlement in October 2023; *Rodriguez et al. v. Google LLC et al.* (20-cv-04688-RS) (N.D. Cal.), in which BSF obtained a jury award of approximately $425.7 million in a data privacy and cybersecurity class action in September 2025; *In re Grupo Televisa Securities Litigation* (1:18-cv-01979-LLS) (S.D.N.Y.), in which the court granted final approval of a settlement in August 2023; *In re Blue Cross Blue Shield Antitrust Litigation* (2:13-cv-20000-AMM) (N.D. Ala.), an antitrust class action in which BSF achieved both what the court referred to as "historic" injunctive relief and a $2.7 billion award in a settlement that received final approval in 2022; *In re Takata Airbag Products Liability Litigation* (1:15-md-02599-FAM) (S.D. Fla.), in which the Firm obtained a recovery of more than $1.5 billion in a products liability class action; and *In re Halliburton Securities Litigation* (13-317) (U.S.), in which BSF won two appeals to the U.S. Supreme Court before achieving a $100 million recovery.

5.      The information in this declaration regarding BSF's time and expenses is taken from time and expense reports and supporting documentation prepared and maintained by the Firm in the ordinary course of business. I am the partner who oversaw and conducted the day-to-day activities in the Litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time committed to the Litigation. As a result of this review, timekeepers who billed less than 15 hours were excluded from the Firm's lodestar calculations due

to their nominal contributions to the successful resolution of the Litigation. Based on this review, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation.

6.      Accounting for the reductions referred to above, the number of hours spent on the Litigation by the Firm through July 31, 2026 is 13,634.60. The lodestar amount for attorney/paraprofessional time based on the Firm's 2026 rates is $12,770,245.50. A breakdown of the lodestar is provided below:

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Sigrid McCawley | Partner | 1,054.2 | 1,790 | $1,887,018.00 |
| Andrew Villacastin | Partner | 1,086.0 | 1,380 | $1,498,680.00 |
| Daniel Crispino | Partner | 1,861.4 | 1,150 | $2,138,080.00 |
| Sabina Mariella | Partner | 40.8 | 1,150 | $46,920.00 |
| Megan Nyman | Associate | 1,206.0 | 1,000 | $1,206,000.00 |
| Alexander Law | Associate | 949.1 | 1,000 | $949,100.00 |
| Jessica Lim | Associate | 358.0 | 1,000 | $358,000.00 |
| Andrea Guzman | Associate | 61.3 | 1,000 | $61,300.00 |
| Rachael Schafer | Associate | 509.1 | 970 | $493,827.00 |
| Max Hyams | Associate | 20.4 | 930 | $18,972.00 |
| Amanda Pescatore | Associate | 483.1 | 930 | $449,283.00 |
| Naomi Hardin | Associate | 360.0 | 870 | $313,200.00 |
| Kate Kozain | Associate | 139.8 | 870 | $121,626.00 |
| Signe Lee | Associate | 40.2 | 840 | $33,768.00 |

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Azza Khalifa | Associate | 166.7 | 840 | $140,028.00 |
| Jessica Farrell | Associate | 376.3 | 840 | $316,092.00 |
| Thomas M. McCawley | Staff Attorney | 476.5 | 650 | $309,725.00 |
| Suleman Masood | Staff Attorney | 48.1 | 650 | $31,265.00 |
| James Sliter | Staff Attorney | 707.6 | 570 | $403,332.00 |
| John Bannister | Staff Attorney | 356.4 | 570 | $203,148.00 |
| Grace Reale | Staff Attorney | 225.0 | 570 | $128,250.00 |
| Anna Christian | Staff Attorney | 129.8 | 570 | $73,986.00 |
| Alexander Gruel | Staff Attorney | 385.0 | 570 | $219,450.00 |
| Kaylen Dayter | Staff Attorney | 306.4 | 570 | $174,648.00 |
| Ekong Takor | Staff Attorney | 607.0 | 570 | $345,990.00 |
| Sindi Hoxha | Staff Attorney | 140.3 | 570 | $79,971.00 |
| Marcus Thompson | Staff Attorney | 173.1 | 570 | $98,667.00 |
| Robert Conley | Staff Attorney | 501.5 | 520 | $260,780.00 |
| Michael Urban | Staff Attorney | 32.3 | 475 | $15,342.50 |
| Shari Ginsberg | Administrative Staff | 73.1 | 500 | $36,550.00 |
| Susanne Herman | Paralegal | 31.4 | 470 | $14,758.00 |
| Sarah Lissy | Paralegal | 411.0 | 470 | $193,170.00 |
| Zarah Bari | Paralegal | 21.2 | 470 | $9,964.00 |
| Leah Fields | Paralegal | 296.5 | 470 | $139,355.00 |
| **Total** | | **13,634.6** | | **$12,770,245.50** |

7.　　　　The hourly rates shown above are the Firm's regular 2026 rates.[1] These hourly rates are consistent with the hourly rates the Firm bills to clients when litigating in state and federal courts during 2026. The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work on both the plaintiff side and defense side.

8.　　　　The Firm seeks an award of $841,894.60 in expenses in connection with the prosecution of the Litigation. The categories and amounts of those expenses are:

| Firm Expenses and Charges | |
| --- | --- |
| **Expense Category** | **Amount** |
| Consultants/Experts | $283,375.14 |
| Messenger/Delivery Services | $213.27 |
| Telephone/Teleconference | $308.29 |
| Computer Research | $141,777.59 |
| Court Costs | $8,605.52 |
| Court Reporters/Transcript Expenses | $69,174.15 |
| Document Reproduction | $7,208.35 |
| eDiscovery Databases | $266,560.64 |
| Mediation | $15,775.00 |
| Transportation, Travel, and Meals | $48,896.65 |
| **Total** | $841,894.60 |

9.　　　　The expenses for which the Firm seeks compensation are:

a. **<u>Experts/Consultants</u>**: $283,375.14. Class Counsel retained experts and

---

[1]　　　For personnel who are no longer employed by the Firm, the "current rate" used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with the Firm.

consultants and utilized their services throughout the Litigation, including the following:

    i.    <u>Jane Khodarkovsky</u>: Ms. Khodarkovsky is a former prosecutor and sex-trafficking expert who provides consulting services related to anti-money laundering, human trafficking, and child exploitation. Ms. Khodarkovsky prepared a rebuttal expert report in this matter, reviewed many documents produced by the Co-Executors, provided deposition testimony on November 6, 2024, and provided valuable consulting services to Class Counsel in connection with this case.

    ii.    <u>Marianne DeMario</u>: Ms. DeMario is a Certified Public Accountant who specializes in forensic accounting investigations, damages analyses, and business valuations. Ms. DeMario prepared an expert report in this matter providing an analysis of (i) the amount of economic damages former lead plaintiff Jane Doe 3 suffered due to Epstein's abuse and trafficking; and (ii) potential models for calculating class-wide damages and individual damages for class members. Ms. DeMario also provided deposition testimony on October 28, 2024.

    iii.    <u>Chitra Raghavan</u>: Ms. Raghavan is a licensed clinical psychologist who specializes in the assessment of sex trafficking. She is the Director of the Forensic Mental Health Counseling Master's Program at CUNY's John Jay College of Criminal Justice and has authored over fifty peer-reviewed book chapters and academic journal articles

on the subject. Ms. Raghavan spent significant time with Class Counsel and former lead plaintiff Jane Doe 3, prepared an expert report and declaration regarding the psychological damages Jane Doe 3 suffered due to Epstein's abuse and trafficking, and provided deposition testimony on October 25, 2024.

   iv.   <u>Vantage Intelligence</u>: Vantage is an intelligence and strategic advisory firm that provided multilingual investigative services to Class Counsel.

b. **Messenger/Delivery Services**: $213.27. The Firm utilized overnight couriers and other messenger services (where necessary) to transmit hard-copy versions of various documents to attorneys and others.

c. **Telephone/Teleconference**: $308.29. These charges relate to the extensive teleconferences Class Counsel held concerning various aspects of the Litigation.

d. **Computer Research**: $141,777.59. This category includes vendors such as LexisNexis and Westlaw. These resources were primarily used to obtain access to legal research. This expense represents the actual charges paid by BSF for use of these services in connection with this Litigation.

e. **Court Costs**: $8,605.52. These expenses were paid to the Court for filing fees and to firms or individuals who served subpoenas.

f. **Court Reporters/Transcript Expenses**: $69,174.15. BSF paid vendors such as Magna Legal Services for the transcription of various depositions. BSF also ordered transcripts from various court hearings.

g. **Document Reproduction**: $7,208.35. BSF paid vendor SiteLogistix for various bulk scanning and printing tasks.

h. **eDiscovery Databases**: $266,560.64. These expenses were paid by the Firm for hosting of eDiscovery through Rational, a modern, cloud-optimized eDiscovery platform with cutting-edge analytics.

i. **Mediation**: $15,775.00. These expenses were paid by the Firm to Melnick ADR LLC in connection with the mediation of this matter.

j. **Transportation, Travel, and Meals**: $48,896.65. In connection with the prosecution of this case, the Firm has paid for travel and related expenses to, among other things, attend court hearings, meet with witnesses both nationally and internationally, meet with the mediator and opposing counsel, and take or defend depositions.

10.     The expenses pertaining to this case are reflected in the books and records of BSF. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of expenses. BSF is prepared to make these records available in camera to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 12, 2026, at New York, New York.


/s/ *Sigrid S. McCawley*
Sigrid S. McCawley

8