**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALLYSON WARD, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br>      v. <br><br> DARREN K. INDYKE and RICHARD D. KAHN, <br><br>    Defendants. | Case No. 1:24-cv-01204-AS |

**[PROPOSED] ORDER GRANTING MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES AND EXPENSES**

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court awards Boies Schiller Flexner LLP ("BSF"), as Class Counsel, attorneys' fees in the amount of 30% of the Global Settlement Amount and expenses in the amount of $841,894.60, together with interest earned thereon for the same time period and at the same rate as that earned on the Qualified Settlement Account until paid.

2. The fees and expenses, as awarded by the Court to BSF, shall be paid to Class Counsel from the Qualified Settlement Account.

   **IT IS SO ORDERED.**

   DATED: _____    _____
                                        THE HONORABLE ARUN SUBRAMANIAN
                                            UNITED STATES DISTRICT JUDGE