# SDNY Settlement Fund 2026



## SUCCESS ✔

Your Questionnaire and Release has been submitted successfully.

Your Reference Number is: **PQWCNA697E**

Please keep your Reference Number. Please be patient while the Fund Administrator reviews your Questionnaire and Release. You can check this website for status updates. If you wish to make any changes to your Questionnaire and Release after submission, please contact the Fund Administrator.

## Documents