# SDNY Settlement Fund 2026

aire and | Upload Supporting Documentation | Submit Consent and Authorization Form | Fund Administrator | Class Counsel | Important Documents

## SUCCESS ✓

Your Questionnaire and Release has been submitted successfully.

Your Reference Number is: **PHS8E5NCWY**

ur Reference Number. Please be patient while the Fund Administrator reviews your Questionnaire and Release. You can check this websi
you wish to make any changes to your Questionnaire and Release after submission, please contact the Fund Administrator.

## Documents