# SUCCESS ✓

Your Confidential Questionnaire and Release has been submitted successfully at 06/12/2026 08:09 AM - Eastern Daylight Time.

Your Reference Number is: **PLHJS6RGCW**

Please keep your Reference Number. Please be patient while the Fund Administrator reviews your Confidential Questionnaire and Release. You can check this website for status updates. If you wish to make any changes to your Confidential Questionnaire and Release after submission, please contact the Fund Administrator.

## Documents