SDNY Settlement Fund 2026

# SUCCESS ✓

Your Supporting Document(s) has been submitted successfully.

Your Reference Number is: **PE2KFWCNLS**

Please keep your Reference Number. Please be patient while the Fund Administrator reviews your Questionnaire and Release. You can check this website for status updates. If you wish to make any changes to your Questionnaire and Release after submission, please contact the Fund Administrator.

Reminder, please keep your Reference Number. Thank you.

You should print these details and keep a copy for future reference by clicking the "Print" button below.

Print

# FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

**Call** **212-641-0800**

**Email** **claims@SDNYSettlementFund2026.com**

**Mail** Simone K. Lelchuk, Fund Administrator
C/O Frejka PLLC
415 East 52nd Street, Suite 3
New York, NY 10022

Ⓒ 2026 Resolution Services LLC. All rights reserved.

Privacy Policy