**MARSH**
law firm pllc
31 Hudson Yards, 11th Floor
New York, NY 10001
212-372-3030 ● jenniferfreeman@marsh.law

May 7, 2026

Sigrid McCauley (smccawley@bsfllp.com
Boies Schiller and Flexner LLP
401 East Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301

Re: Indyke Class Action

Dear Sigrid –

We write to bring to your attention an issue relating to the Indyke class action. We do not believe that your class action covers CSAM claims pursuant to 18 U.S.C 2255 against the Epstein estate or other releasees but, since it is not absolutely clear, we ask that an express carve-out for such claims be included in the Indyke release.

As we understand it, the class action is intended to cover sexually assaulted trafficked survivors of Jeffrey Epstein during the stated dates and is not intended to cover image trafficking that often accompanies hands-on sex trafficking. No CSAM allegations were included in the complaint, nor were any of the predicate crimes for CSAM-related claims. In addition, we are aware of no notice to CSAM victims being provided. However, the release is worded very broadly, and we want to make certain that CSAM-related claims and image trafficking are expressly excluded.

[redacted] we realize that the Epstein estate possesses or possessed thousands of CSAM images, and those victims have not even yet been identified, much less provided notice regarding the Indyke settlement. In order to avoid [redacted] objections to the scope of the release, the raising of collateral issues to what appears to be the intended result, and the like, we thought it more constructive to raise the issue with you and seek a carve-out in the release.

We would like to discuss this matter with you. Given the short time available prior to the due date for applications, are you available any time later today or tomorrow to talk? Since the filing deadline is May 12, if we don't hear from you by **Friday May 8th by close of business,** we will

proceed forward [redacted] [redacted] taking other steps to protect the CSAM victims. We very much appreciate the opportunity to work this through with you.

Thank you for your attention to this matter.

Sincerely,

/s/

Jennifer Freeman and Margaret Mabie