Outlook

**RE: Please see annexed**

**From** Sigrid McCawley <smccawley@bsfllp.com>
**Date** Fri 5/8/2026 3:50 PM
**To** Jennifer Freeman <jenniferfreeman@marsh.law>
**Cc** Andrew Villacastin <AVillacastin@BSFLLP.com>; Margaret E. Mabie <margaretmabie@marsh.law>; Daniel Crispino <dcrispino@bsfllp.com>

1 attachment (625 KB)
SDNY SETTLEMENT FUND 2026_NOTICE OF PROPOSED SETTLEMENT.pdf;

Hello Jennifer,

I reviewed your letter from yesterday afternoon demanding a response by close of business today. As I understand your letter, you are asking if the class action release in the case number 1:24-cv-01204-AS covers [redacted] nude images [redacted] by Epstein in [redacted]

The current class action covers individuals who have not previously settled with the Epstein Estate and were sexually abused or sexually trafficked. More specifically, the Court's March 3, 2026 Order defines the class as follows: "the Settlement will resolve the claims of all females who were sexually assaulted, abused or trafficked by Jeffrey Epstein during the time from January 1, 1995 to August 10, 2019, whether they were minors or adults at the time of their assault, abuse or trafficking, who have not previously executed a settlement agreement that included a release of claims against the Epstein Estate and/or Defendants, and also includes the Named Plaintiffs who, in this Litigation, did not voluntarily dismiss their claims in this Litigation." In addition, the Court approved class notice further explains the class definition as follows:

**"HOW DO I KNOW IF I AM A CLASS MEMBER?**
You are a "Class Member" if you were abused or trafficked by Jeffrey Epstein ("Epstein") and/or his associates
during the period between January 1, 1995 to August 10, 2019, including, but not limited to, as set forth below:

(1) You were a girl under the age of 18 and engaged in sexual contact with Epstein and/or a person associated with
Epstein, and you received money or something else of value in exchange for engaging in that sexual contact (even if
you perceived the sexual contact to be consensual);

(2) You were a woman aged 18 or older, and Epstein and/or a person associated with Epstein forced, coerced, or
defrauded you into engaging in sexual contact by, for example, using physical force, threatening serious harm or
legal action against you or someone else, making you a false promise, or causing you to believe that not engaging in

sexual contact would result in serious harm to you or someone else, and you received money or something else of
value in exchange for engaging in that sexual contact; or

(3) You were a girl or woman of any age and Epstein and/or a person associated with Epstein engaged in sexual contact
with you without your consent (even if you perceived the sexual contact to be consensual if you were under the age
of 18 at the time of that contact)."

If [redacted] never had any sexual abuse or sexually trafficking contact with Epstein or a person associated with Epstein and the only association is Epstein's alleged possession of SCAM photos of these minors, they would not in my view, meet the class definition and would not be bound by the release. However, that is not a court determination it is simply my understanding of the case and release that was preliminarily approved by Judge Subramanian. If you are concerned about the release impacting your client, you should seek clarification from the Estate's counsel in this matter: Dan Ruzumna of Patterson Belknap Webb & Tyler who can be reached at druzmna@pbwt.com or (917) 952-1905.

Best,
Sigrid

**Sigrid McCawley**
Partner

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) +1 954 377 4223
(m) +1 954 770 5377
smccawley@bsfllp.com
**www.bsfllp.com**

---

**From:** Jennifer Freeman <jenniferfreeman@marsh.law>
**Sent:** Thursday, May 7, 2026 1:46 PM
**To:** Sigrid McCawley <smccawley@bsfllp.com>
**Cc:** jcatania@bsfllp.com; Margaret E. Mabie <margaretmabie@marsh.law>
**Subject:** Please see annexed

CAUTION: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Sigrid -

There's an issue that we would like to discuss with you regarding the Indyke settlement and upcoming May 12 deadline, so this has some time sensitivity. Please take a look at the attached.

I hope that all is well.

Best,

Jennifer

Jennifer Freeman
Marsh Law Firm PLLC
Direct Dial 561-730-2008
Alternative Number 212-372-3030
Skype for Business jenniferfreeman@marsh.law

Chair, CHILD USAdvocacy
Plaintiff's Liaison Committee, New York City Child Victims Act
Lawyer Monthly Women in Law Award 2022
PowerPlay Advocacy Award 2019

Blog | Facebook | Twitter | LinkedIn

---

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachments is confidential and may be subject to the attorney-client privilege or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system. This disclaimer does not waive any legal rights or protections under applicable laws.

**CYBER-SECURITY:** Although our firm has taken competent and reasonable measures to safeguard and protect confidential information, any response to this email or communication with our firm is inherently insecure and subject to compromise. This is especially true for transmissions over personal devices, including cell phones and laptops. Please advise us immediately if you want to utilize encrypted communication technology.

**IF YOU ARE NOT A CLIENT:** *This material is general information of an educational nature and is not legal advice. This communication does not establish or constitute the retention of Marsh Law Firm PLLC for the provision of legal services, unless explicitly so stated herein. Any attached items, including the content of this e-mail, are offered "as is" with no guarantee as to their accuracy, timeliness, or completeness.*

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]