MARSH
law firm pllc
31 Hudson Yards, 11th Floor New
York, NY 10001
212-372-3030 ● jenniferfreeman@marsh.law

May 11, 2026

Daniel Ruzumna
Patterson Belknap Webb & Tyler
druzmna@pbwt.com
**SENT VIA EMAIL**

Re: Indyke Class Action

Dear Mr. Ruzumna–

We write to bring to your attention an issue relating to the Indyke class action and CSAM. We are unsure whether your class action covers CSAM claims pursuant to 18 U.S.C 2255 against the Epstein estate or other releasees but understand that there is no express carve-out for such claims be included in the Indyke release. We previously brought this issue to the attention of Sigrid McCauley who suggested that we contact you.

As we understand it, the class action is intended to cover sexually assaulted trafficked survivors of Jeffrey Epstein during the stated dates. The filings do not indicate they are intended to cover image trafficking that often accompanies hands-on sex trafficking. We are aware of no actions taken to identify and/or provide notice to CSAM victims depicted in the CSAM material found in Jeffrey Epstein's collection. At this time, CSAM-related claims and image trafficking have not been expressly excluded from this class action.

[redacted] we realize that the Epstein estate possesses or possessed thousands of CSAM images, and those victims have not even yet been identified, much less provided notice regarding the Indyke settlement. In order to avoid [redacted] "Jane Doe" provisional applications or further objections to the scope of the release, we thought it more constructive to raise the issue with you and discuss whether a carve-out in the release may be appropriate.

We would like to discuss this matter with you. Given the short time available prior to the due date for applications, please let us know your availability to discuss this matter as soon as possible and preferably in advance of the filing deadline of May 12, 2026.

We very much appreciate the opportunity to work this through with you.

Thank you for your attention to this matter.

Sincerely,

/s/

Jennifer Freeman and Margaret Mabie