Outlook

## RE: please see annexed

**From** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>

**Date** Mon 5/11/2026 4:07 PM

**To** Jennifer Freeman <jenniferfreeman@marsh.law>

**Cc** Margaret E. Mabie <margaretmabie@marsh.law>; Karson Goggans <karsongoggans@marsh.law>; Marc A. Weinstein <marc.weinstein@hugheshubbard.com>; Daniel H. Weiner <daniel.weiner@hugheshubbard.com>; Vegari, Amy (x2216) <avegari@pbwt.com>

Jennifer, I've added counsel for the other co-executor and my partner on this email. I can speak before 6 today. I'm not sure if the others can join, but due to the deadline tomorrow, please let us know if you are free.

Daniel

---

**From:** Jennifer Freeman <jenniferfreeman@marsh.law>
**Sent:** Monday, May 11, 2026 11:44 AM
**To:** Ruzumna, Daniel (x2034) <druzumna@pbwt.com>
**Cc:** Margaret E. Mabie <margaretmabie@marsh.law>; Karson Goggans <karsongoggans@marsh.law>
**Subject:** please see annexed

**External: Think before you click.**

Best,
Jennifer

Jennifer Freeman
Marsh Law Firm PLLC
Direct Dial 561-730-2008
Alternative Number 212-372-3030
Skype for Business jenniferfreeman@marsh.law

Chair, CHILD USAdvocacy
Plaintiff's Liaison Committee, New York City Child Victims Act
Lawyer Monthly Women in Law Award 2022
PowerPlay Advocacy Award 2019

**Blog | Facebook | Twitter | LinkedIn**

---

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachments is confidential and may be subject to the attorney-client privilege or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system. This disclaimer does not waive any legal rights or protections under applicable laws.

**CYBER-SECURITY:** Although our firm has taken competent and reasonable measures to safeguard and protect confidential information, any response to this email or communication with our firm is inherently insecure and subject to compromise. This is especially true for transmissions over personal devices, including cell phones and laptops. Please advise us immediately if you want to utilize encrypted communication technology.

**IF YOU ARE NOT A CLIENT:** *This material is general information of an educational nature and is not legal advice. This communication does not establish or constitute the retention of Marsh Law Firm PLLC for the provision of legal services, unless explicitly so stated herein. Any attached items, including the content of this e-mail, are offered "as is" with no guarantee as to their accuracy, timeliness, or completeness.*

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.