UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 3 et al.,

Plaintiffs,

-against-

DARREN K. INDYKE et al.,

Defendants.

24-CV-1204 (AS)

REVISED SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the conference on Wednesday, September 16, 2026 will now be held at 4:00 PM.

SO ORDERED.

Dated: September 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge