UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLYSON WARD, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN,

Defendants.

24-CV-1204 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the hearing on September 16, 2026, the Court finds that, pursuant to Federal Rule of Civil Procedure 23(c)(2), it is appropriate for plaintiff to effectuate further notice to allow potential class members to submit claims and/or opt out of the settlement agreement within sixty days. To that end, plaintiff should submit with the Court, **on or before September 18, 2026**, a letter addressing their plans for providing such notice. In doing so, Plaintiff should take guidance from the social media campaign referenced in *Doe v. Bank of America, N.A.*, No. 25 Civ. 8520, ECF 134, at *5 (S.D.N.Y. Apr. 3, 2026).

SO ORDERED.

Dated: September 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge