USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kamila Krchova Hofbauer

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:24 cv-01204 ( )

-against-

**NOTICE OF APPEAL**

Darren K. Indyke and Richard D Kahn, as Co-Executor of the Estate of Jefferey E. Epstein and Administrators of the 1953 Trust.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Kamila Krchova Hofbauer hereby appeals to the United States Court of Appeals for the Second Circuit... Interested Party.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: September 16, 2026
(date that judgment or order was entered on docket)

that: "The court entered an order granting final approval of the class-action settlement and distributing estate assets over the plaintiffs objections"

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Oct 9/2026.
Dated

[signature]
Signature*

Krchova Kamila
Name (Last, First, MI)

18 Nicola Rd. St. Albert Alberta T8N-7M7
Address City State Zip Code

+1 (587) 402-2376 or 1(587) 842-0034
Telephone Number

KamilaKrchova31@gmail.com or K90020198@gmail.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

SDNY

USMP3 SDNY

KAMILA HOFBAVER
1 (587) 402-2376
KAMILA HOFBAVER
16 NICOLA ROAD
ST ALBERT AB T8N 7M7
CANADA

1.0 LBS LTR 1 OF 1
SHP#: 662F 4YFW VQW
DATE: 13 OCT 2026

SHIP TO:
UNITED STATES DISTRICT COURT S
(587) 402-2376
CLERK OF COURT
ROOM 120
500 PEARL ST
NEW YORK NY 10007-1316
UNITED STATES

NY 102 9-10

UPS EXPRESS
TRACKING #: 1Z 662 F4Y 66 4057 1400

1

BILLING: P/P
DESC: DOCUMENT ONLY
PUROLATOR PIN: 520797248074
PIECE PIN: 520797248074

EDI-DOC

PUROLATOR PIN

PIECE PIN

918 A.000 ZPL 33.5V 08/2026

:30AM
TS
02-2376
S/TAX
X ]
]
ATION
TC

Purolator Express™

Purolator